CLAUDIA M. QUINTANA, SBN 178613
City Attorney
**By: Alan M. Cohen, SBN 177662**
Deputy City Attorney
CITY OF VALLEJO
555 Santa Clara Street, Third Floor
Vallejo, CA 94590
Telephone: (707) 648-4545
Facsimile: (707) 648-4687
Email: acohen@ci.vallejo.ca.us

Attorneys for Defendants City of Vallejo and
Robert Nichelini

JOHN L. BURRIS, Esq./ State Bar #69888
BENJAMIN NISENBAUM, Esq./ State Bar #222173
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone:   (510) 839-5200
Facsimile:   (510) 839-3882
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| V.W, a minor, by and through her Guardian Ad Litem, Tenaya Barber, Individually and as Successor in Interest of Decedent MICHAEL WHITE,<br><br>Plaintiffs<br><br>v.<br><br>CITY OF VALLEJO, a municipal corporation; ROBERT NICHELINI, in his individual and official capacity as Chief of Police; Officers Does 1-25, individually, jointly and severally<br><br>Defendants | Case No: 2:12-cv-01629-LKK-GGH<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING SEPTEMBER 10, 2012 STATUS CONFERENCE**<br><br>(Complaint Filed: June 18, 2012) |

---

V.W. v. City of Vallejo, et al.
Case No: 2:12-cv-01629-LKK-GGH

STIPULATION AND [PROPOSED] ORDER CONTINUING SEPTEMBER 10, 2012 STATUS CONFERENCE

## I. STIPULATION

1. The parties in the above-entitled action hereby request a continuance of the Status Conference currently set for September 10, 2012 to accommodate Plaintiff's Counsel Benjamin Nisenbaum's trial schedule and to provide the parties with sufficient time to meet and confer and prepare a case management plan.

2. The parties were unable to meet and confer on a case management plan subsequent to Defendants filing their Answer to the Complaint on August 7, 2012 because Plaintiff's counsel, Mr. Nisenbaum was out of the country on his honeymoon and did not return until Tuesday, August 28, 2012. Mr. Nisenbaum is now scheduled to commence a one month long jury trial beginning on September 4, 2012 which will likely conflict with the currently scheduled Status Conference date of September 10, 2012.

3. Based on the foregoing, the parties believe that good cause exists to continue the September 10, 2012 Status Conference to October 9, 2012 at 3:00 p.m. or as soon thereafter as the matter be heard.

DATED: August 29, 2012                Respectfully submitted,

_____
Alan M. Cohen
Deputy City Attorney
Attorney for Defendants
City of Vallejo and Robert Nichelini

DATED: August 29, 2012                Respectfully submitted,

_____
Benjamin Nisenbaum
Law Offices of John Burris
Attorneys for Plaintiff

V.W. v. City of Vallejo, et al.
Case No: 2:12-cv-01629-LKK-GGH

STIPULATION AND [PROPOSED] ORDER CONTINUING SEPTEMBER 10, 2012 STATUS CONFERENCE

- 2 -

II. **[PROPOSED] ORDER**

FOR THE REASONS stated in the parties Stipulation, the Court hereby grants the parties' Stipulation and orders that Status Conference currently set for September 10, 2012 is hereby continued to October 9, 2012 at 3:00 p.m.

**IT IS SO ORDERED**

DATED: _____

_____
Lawrence K. Karlton
Senior Judge
United States District Court

V.W. v. City of Vallejo, et al.
Case No: 2:12-cv-01629-LKK-GGH

STIPULATION AND [PROPOSED] ORDER CONTINUING SEPTEMBER 10, 2012 STATUS CONFERENCE

- 3 -