```
                    UNITED STATES DISTRICT COURT

                  FOR THE EASTERN DISTRICT OF CALIFORNIA
```

V. W., a minor, by and through her Guardian Ad Litem, Tenaya Barber, Individually and as Successor in Interest of Decedent MICHAEL WHITE,

       Plaintiffs,

   v.

CITY OF VALLEJO, a municipal corporation; ROBERT NICHELINI, in his individual and official capacity as Chief of Police; Officers Does 1-25, individually, jointly and severally,

       Defendants.

NO. CIV. S-12-1629 LKK/GGH

O R D E R

A status conference was held in chambers on October 9, 2012. After hearing, the court orders as follows:

The defendant claims that the discharge in bankruptcy entered by the bankruptcy court on August 5, 2011, bars the instant suit - plaintiff disagrees.

////

1

Defendant is to bring on a motion to dismiss within thirty (30) days, plaintiff shall respond within twenty-one (21) days, and defendant to reply within fifteen (15) days. A hearing on the motion is set for January 14, 2013 at 10:00 a.m.

IT IS SO ORDERED.

DATED: October 11, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2