**CLAUDIA M. QUINTANA**
City Attorney, SBN 178613
**ALAN M. COHEN**
Deputy City Attorney, SBN 177662
CITY OF VALLEJO, City Hall
555 Santa Clara Street, Third Floor
P.O. Box 3068
Vallejo, CA 94590
Telephone:  (707) 648-4545
Facsimile:  (707) 648-4687
Email: acohen@ci.vallejo.ca.us

Attorneys for Defendants
CITY OF VALLEJO AND ROBERT NICHELINI

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| V.W., a minor, by and through her Guardian Ad Litem, Tenaya Barber, Individually and as Successor in Interest of Decendent MICHAEL WHITE,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF VALLEJO, a municipal corporation; ROBERT NICHELINI, in his individual and official capacity as Chief of Police; Officers DOES 1-25, individually, jointly and severally,<br><br>Defendants. | Case No. 2:12-CV-1629-LKK-GGH<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>Date:        January 14, 2013<br>Time:        10:00 a.m.<br>Location:  Courtroom 4 |

     Pursuant to Federal Rule of Evidence 201, Defendants the City of Vallejo (the "City") and Robert Nichelini respectfully request that the Court take judicial notice of the following documents in support of Defendants' motion for judgment on the pleadings:

     (1) A true and correct copy of the City's Voluntary Chapter 9 Petition (Dkt. No. 1), filed May 23, 2008, attached hereto as Exhibit 1.

     (2) A true and correct copy of the Second Amended Plan For The Adjustment Of Debts Of City Of Vallejo, California, As Modified August 2, 2011 (Dkt. No. 1109, the "Plan"), attached

hereto as Exhibit 2.

(3) A true and correct copy of this Court's August 4, 2011 Order Confirming City Of Vallejo's Second Amended Plan For The Adjustment Of Debts Of City Of Vallejo, California, As Modified August 2, 2011 (Dkt. No. 1113, the "Confirmation Order"), attached hereto as Exhibit 3.[1]

(4) A true and correct copy of the Notice of November 1, 2011 Effective Date (Dkt. No. 1141), attached hereto as Exhibit 4.

The Court may take judicial notice of any fact that is "not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). A court shall take judicial notice if requested by a party and supplied with the necessary information. Fed. R. Evid. 201(d); *see United States v. Ritchie*, 342 F.3d 903, 909 (9th Cir. 2003) ("Facts are indisputable, and thus subject to judicial notice, only if they are either 'generally known'…or 'capable of accurate and ready determination by resort to sources whose accuracy cannot be reasonably questioned. . . . '").

The City's Voluntary Chapter 9 Petition, the Plan, the Confirmation Order, and the Notice of Effective Date are each judicially noticeable as court files of public record. *See Reyn's Pasta Bella, LLC, v. Visa USA, Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2006) ("We may take judicial notice of court filings and other matters of public record").

Dated: November 8, 2012

/s/ - Alan M. Cohen
ALAN M. COHEN
Deputy City Attorney
Attorney for Defendants,
CITY OF VALLEJO AND ROBERT NICHELINI

---

[1] The City's Plan was also attached to the Confirmation Order as "Exhibit 1." In order to avoid duplication with Exhibit 2 to this Request for Judicial Notice, the exhibit to the Confirmation Order has been omitted.

- 2 -