IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **V. W.** | CASE: **2:12–CV–01629–LKK–AC** |
| vs. | |
| **CITY OF VALLEJO, ET AL.** | **ORDER OF REASSIGNMENT** |

The court, having considered the appointment of **Magistrate Judge Allison Claire** finds the necessity for reassignment of the above captioned case, and for notice to be given to the affected parties.

IT IS THEREFORE ORDERED that:

The above captioned case shall be and is hereby **REASSIGNED** from **Magistrate Judge Gregory G. Hollows** to **Magistrate Judge Allison Claire** for all further proceedings. The new case number for this action, which must be used on all documents filed with the court is:    **2:12–CV–01629–LKK–AC**

All dates currently set in this reassigned action shall remain effective subject to further order of the court.

DATED: November 20, 2012

_____
**MORRISON C. ENGLAND, JR.**, CHIEF
U.S. DISTRICT COURT JUDGE