# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| V.W., a minor, by and through her Guardian Ad Litem, Tenaya Barber, Individually and as Successor in Interest of Decedent MICHAEL WHITE,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF VALLEJO, a municipal corporation; ROBERT NICHELINI, in his individual and official capacity as Chief of Police; Officers DOES 1-25, individually, jointly and severally,<br><br>Defendants. | Case No. 2:12-CV-1629-LKK-AC<br><br>**ORDER FOR EXTENSION OF TIME TO ALLOW FOR FILING OF PLAINTIFF'S OPPOSITION AND DEFENDANTS' REPLY TO DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>Honorable Lawrence Karlton |

**TO:    ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Before the Court is Plaintiff's Motion for Extension of Time to file Plaintiff's Opposition to Defendants' Motion for Judgment on the Pleadings pursuant to Local Rules, Rule 144.

Federal Rules of Civil Procedure, Rule 6(b) permits the court to extend the time in which a party must perform a specific act upon a showing of good cause. Fed.R.Civ.P. 6(b). And, "although extensions before expiration of the time period may be 'with or without motion or notice,' any postdeadline extension must be 'upon motion made,' and is permissible only where the failure to meet the deadline 'was the result of excusable neglect.'

After considering this request, along with the response and replies, if any, and all evidence presented by the parties, the Court finds good cause to grant the Plaintiff an extension of time until December 21, 2012, at 3:00 p.m., for the filing of Plaintiff's Memorandum of Points and Authorities in Opposition to the Defendants' Motion for Judgment on the Pleadings. Defendants' reply, if any, is due on January 7, 2013, at 3:00 p.m.

**IT IS SO ORDERED.**

DATED: December 18, 2012.

```
                            _____
                            LAWRENCE K. KARLTON
                            SENIOR JUDGE
                            UNITED STATES DISTRICT COURT
```

[PROPOSED] ORDER FOR EXTENSION OF TIME TO ALLOW FOR FILING OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS
Case No. 12-1629-LKK-AC

2