**CLAUDIA M. QUINTANA**
City Attorney, SBN 178613
**KELLY J. TRUJILLO**
Deputy City Attorney, SBN 244286
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, P.O. Box 3068
Vallejo, CA  94590
Tel:     (707) 648-4545
Fax:    (707) 648-4687
Email: ktrujillo@ci.vallejo.ca.us


**NORMAN C. HILE** (SBN 57299)
**JOHN W. KILLEEN** (SBN 258395)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
400 Capitol Mall, Suite 3000
Sacramento, California 95814-4497
Tel:     (916) 447-9200
Fax:    (916) 329-4900
Email: nhile@orrick.com
          jkilleen@orrick.com


Attorneys for Defendants CITY OF VALLEJO and ROBERT NICHELINI

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| V.W, a minor, by and through her Guardian Ad Litem, Tenaya Barber, Individually and as Successor in Interest of Decedent MICHAEL WHITE,<br>            Plaintiffs.<br><br>       v.<br><br>CITY OF VALLEJO, a municipal corporation; ROBERT NICHELINI, in his individual and official capacity as Chief of Police; Officers Does 1-25, individually, jointly and severally,<br><br>            Defendants. | Case No.  2:12-cv-01629-LKK-GGH<br><br>**ASSOCIATION OF COUNSEL** |

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT Norman C. Hile and John W. Killeen of Orrick, Herrington & Sutcliffe LLP hereby enter appearance in the above-captioned matter as co-counsel on behalf of Defendant the City of Vallejo, California.

**ORRICK, HERRINGTON & SUTCLIFFE**

DATED:  December 19, 2012            Respectfully submitted,

*/s/ Norman C. Hile*
NORMAN C. HILE
JOHN W. KILLEEN
Attorney for Defendants,
CITY OF VALLEJO and ROBERT NICHELINI

**CITY OF VALLEJO**

DATED: December 19, 2012            Respectfully submitted,

*/s/ Kelly J. Trujillo*
KELLY J. TRUJILLO
Deputy City Attorney
Attorney for Defendants,
CITY OF VALLEJO and ROBERT NICHELINI