**CLAUDIA M. QUINTANA**
City Attorney, SBN 178613
**KELLY J. TRUJILLO**
Deputy City Attorney, SBN 244286
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, P.O. Box 3068
Vallejo, CA  94590
Tel:    (707) 648-4545
Fax:   (707) 648-4687
Email: ktrujillo@ci.vallejo.ca.us


**NORMAN C. HILE** (SBN 57299)
**JOHN W. KILLEEN** (SBN 258395)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
400 Capitol Mall, Suite 3000
Sacramento, California 95814-4497
Tel:    (916) 447-9200
Fax:   (916) 329-4900
Email: nhile@orrick.com
        jkilleen@orrick.com

Attorneys for Defendants CITY OF VALLEJO and ROBERT NICHELINI

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| V.W, a minor, by and through her Guardian Ad Litem, Tenaya Barber, Individually and as Successor in Interest of Decedent MICHAEL WHITE,<br>                          Plaintiffs.<br>           v.<br>CITY OF VALLEJO, a municipal corporation; ROBERT NICHELINI, in his individual and official capacity as Chief of Police; Officers Does 1-25, individually, jointly and severally,<br>                          Defendants. | Case No.  2:12-cv-01629-LKK-GGH<br><br>**ASSOCIATION OF COUNSEL** |

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT Norman C. Hile and John W. Killeen of Orrick, Herrington & Sutcliffe LLP hereby enter appearance in the above-captioned matter as co-counsel on behalf of Defendant the City of Vallejo, California.

                                              **ORRICK, HERRINGTON & SUTCLIFFE**

DATED:  December 19, 2012                        Respectfully submitted,

                                              */s/ Norman C. Hile*
                                              NORMAN C. HILE
                                              JOHN W. KILLEEN
                                              Attorney for Defendants,
                                              CITY OF VALLEJO and ROBERT NICHELINI

                                              **CITY OF VALLEJO**

DATED: December 19, 2012                         Respectfully submitted,

                                              */s/ Kelly J. Trujillo*
                                              KELLY J. TRUJILLO
                                              Deputy City Attorney
                                              Attorney for Defendants,
                                              CITY OF VALLEJO and ROBERT NICHELINI