**CLAUDIA M. QUINTANA**
City Attorney, SBN 178613
**KELLY J. TRUJILLO**
Deputy City Attorney, SBN 244286
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, P.O. Box 3068
Vallejo, CA  94590
Tel:    (707) 648-4545
Fax;    (707) 648-4687
Email: ktrujillo@ci.vallejo.ca.us

Attorneys for Defendant, CITY OF VALLEJO, et al.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| V.W., a minor, by and through her Guardian Ad Litem, Tenaya Barber, Individually and as Successor in Interest of Decedent MICHAEL WHITE,<br>            Plaintiff.<br><br>     vs.<br><br>CITY OF VALLEJO, a municipal corporation; ROBERT NICHELINI, in his individual and official capacity as Chief of Police; Officers DOES 1-25, individually, jointly and severally,<br><br>            Defendant. | Case No.  2:12-cv-01629-LKK-AC<br><br>DESIGNATION OF COUNSEL |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendants CITY OF VALLEJO and ROBERT NICHELINI hereby designate the following attorney as counsel for service in this action:

>       KELLY J. TRUJILLO (SBN 244286)
>       Deputy City Attorney
>       City of Vallejo, City Attorney's Office

//

---

Case No.  2:12-cv-01629-LKK-AC                                              DESIGNATION OF COUNSEL
-1-

555 Santa Clara Street
Vallejo, CA 94590
Tel: (707) 648-4545
Fax: (707) 648-4687
E-mail: ktrujillo@ci.vallejo.ca.us

The following attorney is no longer counsel of record in this action:

ALAN M. COHEN (SBN 177662)

DATED: January 11, 2013  Respectfully submitted,

*/s/ - Kelly J. Trujillo*
KELLY J. TRUJILLO
Deputy City Attorney
Attorney for Defendant,
CITY OF VALLEJO

Case No. 2:12-cv-01629-LKK-AC  DESIGNATION OF COUNSEL
-2-