**CLAUDIA M. QUINTANA**
City Attorney, SBN 178613
**BY:  FURAH Z. FARUQUI**
Deputy City Attorney, SBN 233083
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, P.O. Box 3068
Vallejo, CA  94590
Tel:     (707) 648-4545
Fax:    (707) 648-4687

Attorneys for Defendant:  ROBERT NICHELINI, in his individual capacity

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| V.W., a minor, by and through her Guardian Ad Litem, Tenaya Barber, Individually and as a Successor in Interest of Decedent MICHAEL WHITE,<br><br>    Plaintiffs,<br><br>    vs.<br><br>CITY OF VALLEJO, a municipal corporation; ROBERT NICHELINI, in his individual and official capacity as Chief of Police; Officers Does 1-25, individually, jointly and severally,<br><br>    Defendants. | Case No. 2:12-CV-01629-LKK-AC<br><br>**DESIGNATION OF COUNSEL** |

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Defendant, Robert Nichelini, in his individual capacity, hereby designates the following attorney as counsel for service in this action:

//

//

//

//

---

Case No: 2:12-CV-01629-LKK-AC                                                                                    DESIGNATION OF COUNSEL

**-1-**

**FURAH Z. FARUQUI** (SBN 233083)
Deputy City Attorney
City of Vallejo, City Attorney's Office
555 Santa Clara Street
Vallejo, CA 94590
Tel:    (707) 648-4545
Fax:    (707) 648-4687
Email:  furah.faruqui@cityofvallejo.net

The following attorney is no longer counsel of record in this action:

KELLY J. TRUJILLO (SBN 244286)

DATED:  August 26, 2013                     Respectfully submitted,

                                            */s/ Furah Z. Faruqui*
                                            FURAH Z. FARUQUI
                                            Deputy City Attorney
                                            Attorney for Defendant, ROBERT NICHELINI