UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

V. W., a minor, by and
through her Guardian Ad
Litem, Tenaya Barber,
Individually and as
Successor in Interest
of Decedent MICHAEL WHITE,

    Plaintiffs,

  v.

CITY OF VALLEJO, a municipal
corporation; ROBERT NICHELINI,
in his individual and official
capacity as Chief of Police;
Officers Does 1-25,
individually, jointly and
severally,

    Defendants.
_____/

NO. CIV. S-12-1629 LKK/GGH

O R D E R

    A status conference was held in chambers on September 9, 2013. After hearing, the court orders as follows:

    A further status conference is set for November 25, 2013 at 2:00 p.m.  The parties shall file updated status reports 14 days prior to the status conference.

////

1

```
 1        IT IS SO ORDERED.
 2        DATED:  September 10, 2013.
 3
 4
 5
 6                                _____
                                  LAWRENCE K. KARLTON
 7                                SENIOR JUDGE
                                  UNITED STATES DISTRICT COURT
 8
```