**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**V. W.**                                                        CASE:  **2:12–CV–01629–MCE–AC**

                              vs.

**ROBERT NICHELINI, ET AL.**                    **ORDER OF REASSIGNMENT**

_____  /

     The court, having received the notice of full retirement of **Senior Judge Lawrence K. Karlton** finds the necessity for reassignment of the above captioned case, and for notice to be given to the affected parties.

     IT IS THEREFORE ORDERED that:

     The above captioned case shall be and is hereby **REASSIGNED** from **Senior Judge Lawrence K. Karlton** to **Chief Judge Morrison C. England, Jr** for all further proceedings.  The new case number for this action, which must be used on all documents filed with the court, is:                    **2:12–CV–01629–MCE–AC**

     All dates currently set in this reassigned action shall remain effective subject to further order of the court.

     DATED:   August 27, 2014

_____
**MORRISON C. ENGLAND, JR.**, CHIEF
U.S. DISTRICT COURT JUDGE