JOHN L. BURRIS, Esq./ State Bar #69888
BENJAMIN NISENBAUM, Esq./ State Bar #222173
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone:    (510) 839-5200
Facsimile:    (510) 839-3882

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| V.W., a minor, by and through her Guardian Ad Litem, Tenaya Barber, Individually and as Successor in Interest of Decedent MICHAEL WHITE, | Case No. 2:12-cv-01629-MCE-GGH |
| Plaintiffs, | **STIPULATION AND ORDER EXTENDING DEADLINE FOR EXPERT WITNESS DESIGNATIONS** |
| vs. | |
| CITY OF VALLEJO, a municipal corporation; ROBERT NICHELINI, in his individual and official capacity as Chief of Police; Officers DOES 1-25, individually, jointly and severally, | |
| Defendants. | |

THE PARTIES HEREBY REQUEST LEAVE OF THE COURT TO EXTEND the deadline for designation of expert witnesses and reports in this action by 30 days. The extension is necessary due to the postponement of party depositions, which will be necessary to be reviewed by the retained experts in this action in reaching their opinions, as well as counsel's trial schedule. The brief extension will not impact the schedule set by the Court in its November 6, 2013 Scheduling Order.

WHEREAS, the parties have proceeded diligently with discovery, and resolved several discovery disputes, with respect to discovery propounded by both sides, through extensive meeting and conferring without resorting to filing discovery motions;

WHEREAS, the parties had set dates for defendants, plaintiff and plaintiff's mother's depositions to take place in early August 2014, after completing written discovery;

WHEREAS, those set deposition dates had to be moved due to intervening events in the parties' and counsels' schedules;

WHEREAS, the depositions are now set to occur on August 27, 28 and September 4 and 5, 2014, with expedited transcripts to be sent to the retained expert witnesses;

WHEREAS, the current deadline for designation of expert witnesses and reports is August 25, 2014;

WHEREAS, fact discovery in this action is set to close on October 24, 2014;

WHEREAS, Plaintiffs' counsel is set for a month long trial beginning September 8, 2014 in *Espinosa v. City and County of San Francisco,* Northern Dist. Case. No. 4:06-cv-04686 JSW; and Defendants' counsel has limited availability in September due to Law and Motion and Discovery deadlines in several cases in the Eastern District.  The trial schedules would in any event obviate taking expert witness depositions until October 2014.

WHEREAS, the parties have not requested or sought any previous modification to the Court's November 6, 2013 scheduling order.

WHEREFORE, The parties respectfully request a 30-day extension to September 24, 2014, to exchange and file opening expert witness designations.  The 30-day extension will not impact the Court's schedule, still allowing for all discovery to be completed by October 24, 2014.

IT IS SO STIPULATED.


Dated:  August 27, 2014                         **THE LAW OFFICES OF JOHN L. BURRIS**




                                                /s Benjamin Nisenbaum___
                                                Benjamin Nisenbaum, Esq.,
                                                Attorney for Plaintiff
Dated: August 20, 2014____                      */s/ Furah Z. Faruqui*
                                                FURAH Z. FARUQUI
                                                Deputy City Attorney
                                                Attorney for Defendants



                                    **ORDER**

        GOOD CAUSE SHOWN, the Court hereby extends the deadline for opening expert witness designations by 30 days to September 24, 2014. The parties shall conduct expert witness discovery such that all discovery shall be completed by October 24, 2014.  All remaining deadlines in the Court's November 6, 2013 Scheduling Order remain unaffected.


        IT IS SO ORDERED.


        Dated:  August 27, 2014

                                                _____
                                                MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                                UNITED STATES DISTRICT COURT



STIPULATION EXTENDING EXPERT WITNESS DEADLINES                                      3