UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

V. W.,

        Plaintiff(s)/Petitioner(s),

vs.

CASE NO. 2:12-CV-01629-MCE-AC

ROBERT NICHELINI, ET AL.,

        Defendant(s)/Respondent(s).

---

**IMPORTANT**

IF YOU CHOOSE TO CONSENT OR DECLINE TO CONSENT TO JURISDICTION OF A UNITED STATES MAGISTRATE JUDGE, CHECK AND SIGN THE APPROPRIATE SECTION OF THIS FORM AND RETURN IT TO THE CLERK'S OFFICE.

---

☐ **CONSENT** TO JURISDICTION OF UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C Sec. 636(c)(1), the undersigned hereby voluntarily consents to have a United States Magistrate Judge conduct all further proceedings in this case, including trial and entry of final judgment, with direct review by the Ninth Circuit Court of Appeals, in the event an appeal is filed.

Date: _____   Signature: _____

                                  Print Name: _____

                                  ( ) Plaintiff/Petitioner  ( ) Defendant/Respondent

                                  Counsel for _____ *

---

☒ **DECLINE** OF JURISDICTION OF UNITED STATES MAGISTRATE JUDGE

Pursuant to Title 28, U.S.C. Sec 636(c)(2), the undersigned acknowledges the availability of a United States Magistrate Judge but hereby declines to consent.

Date: 09.16.14   Signature: /s/ MM

                                  Print Name: FURAH Z. FARUQUI

                                  ( ) Plaintiff/Petitioner  (✓) Defendant/Respondent

                                  Counsel for ROBERT NICHELINI, BARRY BOERSMA, RAUL MUNOZ, HERMAN ROBINSON, JOHN CUNNINGHAM AND MIKE KOUTNIK

*If representing more than one party, counsel must indicate the name of each party responding.*