**CLAUDIA M. QUINTANA**
City Attorney, SBN 178613
**BY: FURAH Z. FARUQUI**
Deputy City Attorney, SBN 233083
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, P.O. Box 3068
Vallejo, CA 94590
Tel:   (707) 648-4545
Fax:   (707) 648-4687

Attorneys for Defendants (in their individual capacity):  ROBERT NICHELINI, BARRY BOERSMA, RAUL MUNOZ, HERMAN ROBINSON, JOHN CUNNINGHAM and MIKE KOUTNIK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| V.W., a minor, by and through her Guardian Ad Litem, Tenaya Barber, Individually and as a Successor in Interest of Decedent MICHAEL WHITE,<br><br>Plaintiffs,<br><br>vs.<br><br>ROBERT NICHELINI, individually; BARRY BOERSMA, individually; RAUL MUNOZ, individually; HERMAN ROBINSON, individually; JOHN CUNNINGHAM, individually; MIKE KOUTNIK, individually; and DOES 6-25, individually,<br><br>Defendants. | Case No.  2:12-CV-01629-LKK-AC<br><br>**NOTICE OF UNAVAILABILITY OF COUNSEL**<br><br>**Complaint Filed:  June 18, 2012** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that Furah Z. Faruqui will be out of the country and will be unavailable for any purpose whatsoever, including but not limited to receiving notice of any

---

**NOTICE OF UNAVAILABILITY OF COUNSEL**

-1-

kind, responding to *ex parte* applications, appearing in court, or attending depositions on the following dates:

**August 12, 2015 – August 24, 2015**.

Purposefully scheduling a conflicting proceeding without good cause is sanctionable conduct. (*Tenderloin Housing Clinic v. Sparks* (1992) 8 Cal.App.4th 299.)

DATED:  July 27, 2015                                      Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　*/s/ - Furah Z. Faruqui*
　　　　　　　　　　　　　　　　　　　　　　　FURAH Z. FARUQUI
　　　　　　　　　　　　　　　　　　　　　　　Deputy City Attorney
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendants,
　　　　　　　　　　　　　　　　　　　　　　　ROBERT NICHELINI, BARRY BOERSMA,
　　　　　　　　　　　　　　　　　　　　　　　RAUL MUNOZ, HERMAN ROBINSON,
　　　　　　　　　　　　　　　　　　　　　　　JOHN CUNNINGHAM and MIKE
　　　　　　　　　　　　　　　　　　　　　　　KOUTNIK