**CLAUDIA M. QUINTANA**
City Attorney, SBN 178613
**BY: FURAH Z. FARUQUI**
Deputy City Attorney, SBN 233083
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, P.O. Box 3068
Vallejo, CA  94590
Tel:     (707) 648-4545
Fax:    (707) 648-4687
E-mail: Furah.Faruqui@cityofvallejo.net

**A. BYRNE CONLEY (SBN 112715)**
Gibbons and Conley
2185 N. California Blvd., Ste. 285
Walnut Creek, CA 94596
Tel:     (925) 932-3600
Fax:    (925) 932-1623
E-mail: abcjr@gibbons-conley.com

Attorneys for Defendants (in their individual capacity):  ROBERT NICHELINI, BARRY BOERSMA, RAUL MUNOZ, HERMAN ROBINSON, JOHN CUNNINGHAM and MIKE KOUTNIK

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| V.W., a minor, by and through her Guardian Ad Litem, Tenaya Barber, Individually and as a Successor in Interest of Decedent MICHAEL WHITE,<br><br>Plaintiffs,<br><br>vs.<br><br>ROBERT NICHELINI, individually; BARRY BOERSMA, individually; RAUL MUNOZ, individually; HERMAN ROBINSON, individually; JOHN CUNNINGHAM, individually; MIKE KOUTNIK, individually; and DOES 6-25, individually,<br><br>Defendants. | Case No. 2:12-cv-01629-MCE-AC<br><br>**ASSOCIATION OF COUNSEL** |

//

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Defendants CITY OF VALLEJO, ROBERT NICHELINI, BARRY BOERSMA, RAUL MUNOZ, HERMAN ROBINSON, JOHN CUNNINGHAM, and MIKE KOUTNIK by and through its counsel, Claudia Quintana, City Attorney, City of Vallejo, hereby associate A. Byrne Conley of Gibbons and Conley, 2185 N. California Blvd., Suite 285, Walnut Creek, CA 94596, Tel: (925) 932-3600, as counsel of record in the above-captioned matter.

I have read the ASSOCIATION OF COUNSEL and consent to the foregoing.

DATED: November 17, 2015                     CITY OF VALLEJO

/s/ - *Furah Z. Faruqui*
FURAH Z. FARUQUI
Deputy City Attorney
Attorney for Defendants,
ROBERT NICHELINI, BARRY BOERSMA,
RAUL MUNOZ, HERMAN ROBINSON,
JOHN CUNNINGHAM and MIKE
KOUTNIK

I accept the above association.

DATED: November 17, 2015                     /s/- *A. Byrne Conley*
A. BYRNE CONLEY
Gibbons and Conley
Attorney for Defendants, ROBERT
NICHELINI, BARRY BOERSMA, RAUL
MUNOZ, HERMAN ROBINSON, JOHN
CUNNINGHAM and MIKE KOUTNIK