**CLAUDIA M. QUINTANA**
City Attorney, SBN 178613
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, P.O. Box 3068
Vallejo, CA  94590
Tel:    (707) 648-4545
Fax:   (707) 648-4687
E-Mail: city.atty@cityofvallejo.net

Attorneys for Defendants (in their individual capacity):  ROBERT NICHELINI, BARRY BOERSMA, RAUL MUNOZ, HERMAN ROBINSON, JOHN CUNNINGHAM and MIKE KOUTNIK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| V.W., a minor, by and through her Guardian Ad Litem, Tenaya Barber, Individually and as a Successor in Interest of Decedent MICHAEL WHITE,<br><br>Plaintiffs,<br><br>vs.<br><br>ROBERT NICHELINI, individually; BARRY BOERSMA, individually; RAUL MUNOZ, individually; HERMAN ROBINSON, individually; JOHN CUNNINGHAM, individually; MIKE KOUTNIK, individually; and DOES 6-25, individually,<br><br>Defendants. | Case No. 2:12-cv-01629-MCE-AC<br><br>**DESIGNATION OF COUNSEL** |

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Defendants ROBERT NICHELINI, BARRY BOERSMA, RAUL MUNOZ, HERMAN ROBINSON, JOHN CUNNINGHAM, and MIKE KOUTNIK, hereby designates the following attorney as counsel for service in this action:

//

**CLAUDIA M. QUINTANA**
City Attorney, SBN 178613
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, P.O. Box 3068
Vallejo, CA  94590
Tel:     (707) 648-4545
Fax:    (707) 648-4687

The following attorney is no longer counsel of record in this action:

FURAH Z. FARUQUI (SBN 233083)


DATED:  November 30, 2015                    Respectfully submitted,


                                             */s/ Claudia M. Quintana*
                                             CLAUDIA M. QUINTANA
                                             City Attorney
                                             Attorney for Defendants,
                                             ROBERT NICHELINI, BARRY BOERSMA,
                                             RAUL MUNOZ, HERMAN ROBINSON,
                                             JOHN CUNNINGHAM and MIKE KOUTNIK