A. BYRNE CONLEY, ESQ. SBN 112715
SEAN C. CONLEY, ESQ. SBN 130814
GIBBONS & CONLEY
2185 North California Boulevard, Suite 285
Walnut Creek, CA 94596
Telephone: (925) 932-3600  Fax: (925) 932-1623

Attorneys for Defendants BARRY BOERSMA, HERMAN ROBINSON, JOHN CUNNINGHAM, MIKE KOUTNIK, RAUL MUNOZ, and ROBERT NICHELINI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| V.W., a minor, by and through her Guardian Ad Litem, Tanaya Barber, Individually and as Successor in Interest of Decedent MICHAEL WHITE,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT NICHELINI, et al.<br><br>Defendants. | CASE NO. 2:12-cv-01629-MCE-AC<br><br>**DEFENDANTS' DISCLOSURE OF EXPERT TESTIMONY UNDER RULE 26(a)(2)** |

Defendants disclose the identities of the following witnesses they may use at trial to present evidence under Federal Rule of Evidence 702, 703, or 705:

The following witnesses have their written report attached and will testify in the area identified in their reports upon the bases stated in the reports: Dr. Gary Vilke, Jared Zwickey, and Kenton Wong.

The following percipient witnesses may provide expert testimony, but do not require a written report:

B.L. Posey may testify concerning toxicological testing of blood samples taken from Mr. White and the results and conclusions of such testing.

Dr. Susan Hogan may testify concerning observations she made during the autopsy of Mr.

White.

Any party wishing to depose these percipient witnesses is responsible for arranging such depositions.

Dated:   January 19, 2016          GIBBONS & CONLEY


By:   */s/ A. Byrne Conley*
     A. BYRNE CONLEY
Attorneys for Defendants BARRY BOERSMA, HERMAN ROBINSON, JOHN CUNNINGHAM, MIKE KOUTNIK, RAUL MUNOZ, and ROBERT NICHELINI

Gibbons & Conley
ATTORNEYS AT LAW
1333 N. California Blvd
Suite 110
Walnut Creek, CA  94596
(925) 932-3600
Fax (925) 932-1623

2

DEFENDANTS' DISCLOSURE OF EXPERT TESTIMONY UNDER RULE 26(a)(2)          CASE NO. 2:12-cv-01629-MCE-AC