Forensic Analytical Sciences, Inc.

01-13-16

Sean Conley, Attorney at Law
Gibbons & Conley
2185 N. California Blvd., Ste 285
Walnut Creek, CA 94596

LABORATORY REPORT

FASc Case #:   20140348
VW v. City of Vallejo (Michael White)
U.S. District Federal Court Case # 2:12-CV-01629
Examination Type:  Toxicology Review

Dear Mr. Conley,
       I have reviewed your case and made a number of observations and conclusions, but before I begin, perhaps a short introduction is necessary. I am a Senior Forensic Scientist at Forensic Analytical Sciences, Inc., which is an independent full-service Crime Lab located in Hayward, California that serves both prosecutorial and defense agencies worldwide. I have been a Forensic Scientist, Clinical Toxicologist (#MTF 205), and Forensic Alcohol Supervisor, licensed with the California State Department of Public Health for over 20 years and hold my national board certification in Criminalistics as a Diplomate of the American Board of Criminalistics (D-ABC, #1030) as well as my international Certification as a Crime Scene Investigator (#1840) with the International Association for Identification's (IAI) Crime Scene Certification Board, and  have also passed their 4.5 hour written certification examination in Crime Scene Reconstruction. I am a Distinguished Member of the Association of Firearm and Toolmark Examiners (AFTE) and currently serve on the Board of Directors for the Association for Crime Scene Reconstruction (ACSR) as President-Elect and am a member of the Shooting Incident Reconstruction Glossary Committee which promotes standardization of shooting incident reconstruction terminology. I served as Scientific Editor for Chapter 6: Alcohol Intoxication, and Chapter 11: Firearms and Toolmarks in the textbook, "Scientific Evidence in California Criminal Cases" (October 2008 Edition), published jointly by the Continuing Education Board of the State Bar of California and the Regents of the University of California. My work has been profiled on a Discovery Channel's episode of "Extreme Forensics" and I have had a number of articles on ballistics and crime scene work published in scientific journals.

I serve as Chairman of the California Association of Toxicologists' Continuing Education Committee, Chairman of the California Association of Criminalists Forensic Alcohol Advisory Committee, and also serve on the California Department of Public Health's

[Type text]

Forensic Alcohol Review Committee as Criminalist Representative to amend Title 17 (the California Administrative Code governing Forensic Alcohol Analysis within the State of CA). During this time I have examined and testified in driving under the influence (DUI) and Under-the-Influence (11550 H&S) cases on hundreds of occasions throughout the state of California, the state of Alaska, and Hong Kong and am regularly retained by the Alameda County District Attorney's Office in such cases. My CV is attached.

I have been retained by you to provide a toxicology review of the death of Michael White involving Vallejo Police Department (VPD) which occurred on 06/15/10 at 392 San Marcus Drive in Vallejo, CA. I received and reviewed the following inter alia:

Solano County Prehospital Care Report.
Vallejo Police Department Crime/Supplemental Reports by Officers Weaver, Wentz, Postolaki, Weiss, Boursaw, Corporal Garcia, Meredith, Bartlett, and Tribble.
26 pages of Evidence Property Management sheets.
Crime Scene Log (2 pages).
Search Warrant and Affidavit (6 pages).
VPD Property Report (3 pages).
San Mateo County Forensic Laboratory Crime Scene Investigation Report by Criminalist Clark.
San Mateo County Forensic Laboratory Evidence Tracking Sheet.
Solano Co. District Attorney's Investigative Report by Investigators Howisey, Dillon, Campbell.
Solano Co. District Attorney's Supplemental Reports by Investigators Burroughs and Cardwell.
Solano Co. District Attorney's Evidence Report.
Solano Co. Office of the Coroner Coroner's Report by Deputy Harris.
Solano Co. Office of the Coroner Autopsy Report by Dr. Hogan.
Central Valley Toxicology (CVT) Report - Autopsy Blood for Michael T. White.
Letter by County of Solano Office of the District Attorney Paulson, dated 12/27/10
Incident Recall Sheets (5).
Solano Co. Sheriff's Department Arrest Report for Michael Tod White, dated 1/21/04.
Solano Co. Sheriff's Department Arrest Report/VPD Drug Influence Report for Michael Todd White 04/26/05.
Solano Co. Sheriff's Department Arrest Report/VPD Crime Report/Narrative/Prisoner Property Receipt for Michael Todd White, dated 10/14/05.
Solano Co. Sheriff's Department Arrest Report/Narrative/VPD Prisoner Property Receipt for Michael Todd White, dated 7/15/06.
Solano Co. Sheriff's Department Arrest Report/VPD Prisoner Property Receipt for Michael T.White, dated 11/26/08.
VPD Arrest Report for Michael T. White, dated 12/03/08.
Contra Costa Co. Sheriff's Department Forensic Services Division Controlled Substances Reports for Michael White, dated 05/09/05 and 10/18/05.

[Type text]

My review and examination of the submitted discovery materials revealed that VPD personnel were dispatched to the aforementioned location in regards to a female victim who had been choked by Mr. White at the Vallejo Mobile Estates. Upon arrival at the scene, VPD personnel were directed by the victim to a trailer where Mr. White was located. Mr. White was contacted, but he attempted to close himself inside a bathroom away from the officers, who were unaware if he was potentially armed. Mr. White was observed by the officers to be yelling in an irrational rage and was aggressive, very large, sweaty, and muscular, and his appearance was consistent with being under-the-influence of a central nervous system stimulant drug. A struggle subsequently ensued with VPD personnel whereby Mr. White was subsequently tased multiple times in an attempt to control his violent and combative behavior. During the struggle, VPD Corporal Boersma observed Mr. White holding a plastic bag containing a white substance and was eating the substance. Since the taser had been employed by VPD, medical assistance was immediately dispatched, but Mr. White continued to fight with VPD officers and firefighters and who ultimately had to handcuff and restrain Mr. White's legs/ankles with a hobble restraint in order to prevent Mr. White from kicking or assaulting anyone. In some fashion, Mr. White "coded" and stopped breathing and consequently expired on the way to the hospital.

Further review and examination of the discovery materials revealed that analysis of the peripheral blood sample by CVT at autopsy from Mr. White detected both cocaine parent drug and benzoylecgonine metabolite to be present at toxic concentrations of 0.54 ug/mL and 1.36 ug/mL, respectively. These results were indicative of recent use and were also consistent with Mr. White's past history of cocaine abuse (as well as his purported consumption of apparent narcotics during the incident by law enforcement personnel).

Cocaine is a potent central nervous system (CNS) stimulant drug. Cocaine interferes with the reabsorption of catecholamines which are involved in the transmission of impulses across nerve synapses, particularly the chemical messenger, dopamine. Dopamine is associated with pleasure and movement. Cocaine prevents the reuptake of dopamine which results in chronic stimulation of certain nerve receptors. This in turn results in the euphoric rush, however, when dopamine levels eventually fall, the user will experience the "crash phase". Cocaine has an elimination half life of $0.7 - 1.5$ hrs, meaning that the concentration of cocaine in the blood reduces by one half ~every half-life interval. Low blood concentrations result in euphoria, excitation and general arousal, increased motor restlessness, alertness, and offsets fatigue. Higher doses (as in this current case) may result in psychosis, with confused and disoriented behavior, delusions, irritability, agitation, hostility, fear, delirium, paranoia, aggressiveness and generally antisocial behaviors. Excessive cocaine use may result in serious side effects such as seizures, convulsions, stroke, cerebral hemorrhage, heart failure, and death as well as the phenomenon of excited delirium, which results in a dissociative state of the individual, hyperthermia, violence to persons and/or property, exaggerated strength,

[Type text]

cardiorespiratory arrest and sudden death (which were all exemplified in this case) as concluded by Dr. Hogan at autopsy.

Other than minor use as a topical anesthetic in ear, nose and throat surgery, cocaine has no recognized medical use and is a Schedule II Controlled Substance as listed on the Drug Enforcement Administration (DEA) list of scheduled drugs. However, cocaine may be ingested for recreational use/abuse via numerous methods including injection, smoking, oral consumption and nasal insufflation (NI), also known as "snorting". Each method of ingestion varies in different absorption time, duration, effect and intensity. Typically, the amount of cocaine used via NI is between 25 and 50 mg. One study, using a larger dose of 106 mg of cocaine resulted in peak blood cocaine and benzoylecgonine concentrations of 0.22 ug/mL and 0.61 ug/mL, respectively, 30 minutes after NI.  Oral administration of 140mg/70kg cocaine resulted in peak plasma concentrations averaging 0.21 ug/mL of cocaine at 1 hour. Single 32 mg intravenous doses of cocaine produced an average peak plasma concentration of 0.31ug/mL of cocaine within 5 minutes. Smoking mg of cocaine base resulted in peak plasma cocaine concentrations averaging 0.23 ug/L at ~ 45 minutes and 0.15ug/mL of benzoylecgonine at 1.5 hours.

Most studies on the performance effects of cocaine have been limited to low doses and very short term use. While low blood concentrations of cocaine may result in faster reaction times, with less fatigue and improved attention and alertness, along with euphoria, excitation and general arousal, and increased motor restlessness, they have also demonstrated increased risk taking and deleterious effects to vision, which may include blurred vision, difficultly focusing and glare recovery problems. More deleterious effects are associated with higher doses (as in this current case), chronic use or drug withdrawl. These effects would include an inability to perform divided attention tasks and to follow instructions, poor balance and coordination with possible time distortion, as well as nervousness, psychosis, anxiety, confusion and disoriented behavior, delusions, irritability, agitation, hostility, fear, delirium, paranoia, aggressiveness and generally antisocial behaviors. Excessive cocaine use may result in serious side effects such as seizures, convulsions, stroke, cerebral hemorrhage, heart failure, and death as well as the phenomenon of excited delirium, which results in a dissociative state of the individual, hyperthermia,  violence to persons and/or property, exaggerated strength, cardiorespiratory arrest and death (which were all exemplified in this case).

The physiological effects of cocaine may result in increased heart rate and blood pressure, increased body temperature (sweating – as exemplified in this case), dilated pupils, increased light sensitivity, constriction of peripheral blood vessels, rapid speech, dyskinesia, nausea and vomiting.

Cocaine use results in impairment to the individual such that they may engage in aggressive high-risk behaviors due to poor impulse control or time distortion as exemplified by the case of a 25 year-old driver who made an improper turn against oncoming traffic and had a blood cocaine concentration of 0.04 mg/L and 0.06 mg/L of benzoylecgonine metabolite two hours after the collision. Therefore, based upon this reference comparison, it is my opinion that Mr. White was clearly under-the-influence

[Type text]

and greatly impaired by the high level of cocaine present in his bloodstream, which was consistent with Mr. White's reported behavior by law enforcement of refusal to cooperate, his forceful and violent resistance as well as his continued resistance despite the circumstances of multiple officers and the utilization of different kinds of force, which were all consistent with Mr. White's aberrant behavior associated with cocaine intoxication, which ultimately contributed to this violent incident resulting in Mr. White's death.

Hopefully this has provided assistance in answering questions that you had in regards to the case. Please do not hesitate to contact me for any clarification.

Forensic Analytical Sciences, Inc. charges $280/hr for general work with court/deposition time charged at a minimum Half-day/4 hour block + expenses from portal-to-portal (mileage, tolls, parking, meals, etc).

Regards,

Kenton S. Wong, D-ABC
Sr. Forensic Scientist
Forensic Analytical Sciences, Inc.
3777 Depot Road, Suite 403 | Hayward, California 94545-2761
Direct: 510-266-8132 | Fax: 510-887-4451 | Main: 510-266-8100
kwong@facrimelab.com | www.forensica.com

Reviewed by:

Judy Stewart, Senior Forensic Toxicologist

Client Copy......../FASc Copy......

Synopsis of Effects of Alcohol on Driving Performance, National Highway Transportation Safety Administration (NHTSA), 1981.
U.S. Department of Transportation (USDOT) National Highway Traffic Safety Administration (NHTSA) Drug and Human Performance Fact Sheets, April 2004, pp. 19 – 21.
Winek's Drug & Chemical Blood-Level Data, C.L. Winek, W.W. Wahba, C.L. Winek Jr., T.W.Balzer, 2001,  p. 4.

[Type text]

NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION

# Drugs and Human Performance Fact Sheets





U.S. Department
of Transportation
**National Highway
Traffic Safety
Administration**

04/2004



People Saving People
www.nhtsa.dot.gov

# Cocaine

Cocaine hydrochloride is a white to light brown crystalline powder, shiny rather than dull in appearance. Cocaine base is white to beige in color; waxy/soapy to flaky solid chunks.

*Synonyms:*  Methylbenzoylecgonine. *Cocaine hydrochloride*: coke, snow, flake, blow, cane, dust, shake, toot, nose candy, white lady. *Cocaine base*: crack, rock, free-base.

*Source:*  Naturally derived CNS stimulant extracted and refined from the leaves of the coca plant (*Erythroxylon coca*), grown primarily in the Andean region of South America and to a lesser extent in India, Africa and Indonesia. The picked coca leaves are dried in the open air and then "stomped" as part of the process to extract the alkaloid, resulting in coca paste and eventually cocaine hydrochloride. It is illegal to possess and sell cocaine in the U.S. and cocaine is a Schedule II controlled substance. "Crack" is the street name given to cocaine that has been processed from cocaine hydrochloride. It is prepared by adding baking soda to aqueous cocaine hydrochloride and heating it until the free-base cocaine precipitates into small pellets. The mixture is cooled and filtered, and then the "rocks" are smoked in a crack pipe.

*Drug Class:*  CNS stimulant, local anesthetic.

*Medical and Recreational Uses:*  Minor use as a topical local anesthetic for ear, nose and throat surgery. Traditionally, the coca leaves are chewed or brewed into a tea for refreshment and to relieve fatigue. Recreationally, cocaine is used to increase alertness, relieve fatigue, feel stronger and more decisive, and is abused for its intense euphoric effects.

*Potency, Purity and Dose:*  In ear, nose and throat surgery cocaine is commercially supplied as the hydrochloride salt in a 40 or 100 mg/mL solution. Depending on the demographic region, street purity of cocaine hydrochloride can range from 20-95%, while that of crack cocaine is 20-80%. The hydrochloride powder is often diluted with a variety of substances such as sugars for bulk (lactose, sucrose, inositol, mannitol), other CNS stimulants (caffeine, ephedrine, phenylpropanolamine), or other local anesthetics (lidocaine, procaine, benzocaine). Commonly abused doses are 10-120 mg. Repeated doses are frequently taken to avoid the dysphoric crash that often follows the initial intense euphoric effects. Cocaine is frequently used in combination with other drugs; injected with heroin ("speedball") or taken with alcohol to reduce irritability; smoked with phencyclidine ("tick"); and smoked in marijuana blunts ("turbo").

*Route of Administration:*  Topically applied for use as a local anesthetic. Recreationally, coca leaves can be chewed, however, cocaine abusers typically smoke "crack" in a glass pipe or inject the hydrochloride salt intravenously.  Cocaine hydrochloride can be smoked to some effect but this is very inefficient as the powder tends to burn rather than vaporize. Snorting (insufflation/intranasal) is also popular. Subcutaneous injection (skin-popping) is rarely used.

***Pharmacodynamics:***  Cocaine is a strong CNS stimulant that interferes with the reabsorption process of catecholamines, particularly dopamine, a chemical messenger associated with pleasure and movement. Cocaine prevents the reuptake of dopamine by blocking the dopamine transporter which leads to increased extracellular dopamine, resulting in chronic stimulation of postsynaptic dopamine receptors. This results in the euphoric 'rush'. When dopamine levels subsequently fall, users experience a dysphoric 'crash'. Similarly, cocaine interferes with the uptake of norepinephrine and serotonin (5-HT), leading to accumulation of these neurotransmitters at postsynaptic receptors. As a local anesthetic, cocaine reversibly blocks the initiation and conduction of the nerve impulse. Cocaine additionally produces vasoconstriction and dilated pupils.

***Pharmacokinetics:***  Cocaine is rapidly absorbed following smoking, snorting and intravenous administration. Bioavailability is 57% following snorting and ~70% following smoking. Cocaine is 91% bound in plasma. Cocaine is extensively metabolized to a variety of compounds: benzoylecgonine, ecgonine, and ecgonine methyl ester are the major metabolites and are centrally inactive. Benzoylecgonine is produced upon loss of the methyl group and is the major urinary metabolite. Norcocaine is a very minor metabolite, but is active and neurotoxic. Cocaethylene, formed following concurrent ingestion of cocaine and alcohol, is also active and is equipotent to cocaine in blocking dopamine reuptake. The apparent half-life for cocaine is short, approximately $0.8 \pm 0.2$ hours, while the half-life of benzoylecgonine is 6 hours.

***Molecular Interactions / Receptor Chemistry:***  The cytochrome P450 3A4 isoenzyme is responsible for the N-demethylation of cocaine to norcocaine. Potential inhibitors of the 3A4 isoenzyme could decrease the rate of drug elimination if administered concurrently, while potential inducers could increase the rate of drug elimination. Cocaine itself is an inhibitor of the CYP2D6 isoform.

***Blood to Plasma Concentration Ratio:***  averages ~ 1.0

***Interpretation of Blood Concentrations:***  The presence of cocaine at a given blood concentration cannot usually be associated with a degree of impairment or a specific effect for a given individual without additional information. This is due to many factors, including individual levels of tolerance to the drug and artifactual changes in cocaine concentrations on storage. There is a large overlap between therapeutic, toxic and lethal cocaine concentrations and adverse reactions have been reported after prolonged use even with no measurable parent drug in the blood. Typical concentrations in abuse range from 0-1mg/L, however, concentrations up to 5mg/L and higher are survivable in tolerant individuals. After single doses of cocaine, plasma concentration typically average 0.2-0.4 mg/L. Repeated doses of cocaine may result in concentrations greater than 0.75 mg/L.

Following intranasal administration of 106 mg, peak plasma concentrations of cocaine averaged 0.22 mg/L at 30 minutes, while benzoylecgonine concentrations averaged 0.61 mg/L at 3 hours. Oral administration of 140 mg/70 kg cocaine resulted in peak plasma concentrations averaging 0.21 mg/L of cocaine at 1 hour. Single 32 mg intravenous doses of cocaine produced an average peak plasma concentration of 0.31 mg/L of cocaine within 5 minutes. Smoking 50 mg of cocaine base resulted in peak

plasma cocaine concentrations averaging 0.23 mg/L at ~ 45 minutes and 0.15 mg/L of benzoylecgonine at 1.5 hours.

***Interpretation of Urine Test Results:***  Urinary excretion is less than 2% for unchanged cocaine, 26-39% for benzoylecgonine, and 18-22% for ecgonine methyl ester. 64-69% of the initial dose is recovered after 3 days. Very low concentrations of cocaine may be detected in urine during the initial few hours, however, benzoylecgonine persists in urine at detectable concentrations from 2-4 days. Chronic, heavy use of cocaine can result in detectable amounts of benzoylecgonine in urine for up to 10 days following a binge.

***Effects:***
*Early phase – Psychological:* Euphoria, excitation, feelings of well-being, general arousal, increased sexual excitement, dizziness, self-absorbed, increased focus and alertness, mental clarity, increased talkativeness, motor restlessness, offsets fatigue, improved performance in some simple tasks, and loss of appetite. Higher doses may exhibit a pattern of psychosis with confused and disoriented behavior, delusions, hallucinations, irritability, fear, paranoia, antisocial behavior, and aggressiveness. *Physiological:* Increased heart rate and blood pressure, increased body temperature, dilated pupils, increased light sensitivity, constriction of peripheral blood vessels, rapid speech, dyskinesia, nausea, and vomiting.
*Late phase - Psychological:* Dysphoria, depression, agitation, nervousness, drug craving, general CNS depression, fatigue, insomnia. *Physiological*: Itching/picking/scratching, normal heart rate, normal pupils.

***Side Effect Profile:***  Nervousness, restlessness, tremors, anxiety, and irritability. Chronic use may lead to personality changes, hyperactivity, psychosis, paranoia, and fear. Cocaine overdose can be characterized by agitation, enhanced reflexes, hostility, headache, tachycardia, irregular respiration, chills, nausea, vomiting, abdominal pain, rise in body temperature, hallucinations, convulsions, delirium, unconsciousness, seizures, stroke, cerebral hemorrhage, heart failure, and death from respiratory failure. Cocaine excited delirium is a syndrome often caused by excessive cocaine use, and is associated with a dissociative state, violence to persons and property, exaggerated strength, hyperthermia, cardiorespiratory arrest and sudden death.
Burnt lips and fingers from crack pipes are frequently seen, as are rashes and skin reddening from scratching. Smokers may suffer from acute respiratory problems including cough, shortness of breath, and severe chest pains with lung trauma and bleeding. Prolonged cocaine snorting can result in ulceration of the mucous membrane of the nose. The injecting drug user is at risk for transmitting or acquiring HIV infection/AIDS if needles or other injection equipment are shared.

***Duration of Effects:***  The faster the absorption the more intense and rapid the high, but the shorter the duration of action. Injecting cocaine produces an effect within 15-30 seconds. A hit of smoked crack produces an almost immediate intense experience and will typically produce effects lasting 5-15 minutes. Similarly, snorting cocaine produces effects almost immediately and the resulting high may last 15-30 minutes. The effects

onset more slowly after oral ingestion (~1 hour). General effects will persist for 1-2 hours depending on the dose and late phase effects following binge use may last several days.

***Tolerance, Dependence and Withdrawal Effects:***  Cocaine is a powerfully addictive drug of abuse and an appreciable initial tolerance to the euphoric high may develop. Cocaine is psychologically addicting, particularly with heavy or frequent use, and possibly physically addicting as well. The short duration of effects is one reason leading to probability of addition. As effects wear off, more drug is frequently administered and a pattern of repeated use occurs. Following binge use of cocaine, the "crash" can last from 9 hours to 4 days and may consist of agitation, depressed moods, insomnia to hypersomnolence, and initial drug craving. Withdrawal symptoms can typically last from 1-3 weeks and may consist of alternating low and high drug craving, low to high anxiety, paranoia, dysphoria, depression, apathy, irritability, disorientation, hunger, fatigue, bradycardia, and long periods of sleep.

***Drug Interactions:***  The combined use of cocaine and ethanol forms cocaethylene in the body, a substance which intensifies cocaine's euphoric effects while possibly increasing the risk of sudden death. In laboratory studies, cocaine has been shown to partially reverse some of the adverse effects of alcohol, but may contribute to the detrimental effects of marijuana.

***Performance Effects***:  Most laboratory-based studies have been limited by the low doses of cocaine that were allowed. At these single low doses, studies have shown performance enhancement in attentional abilities and increased behavioral and cortical arousal, but have no enhancement of effects on learning, memory, and other cognitive processes. Faster reaction times and diminished effects of fatigue have been observed. Improvements were greatest in behaviorally impaired subjects (e.g. sleep deprived, fatigued, or concurrent use of ethanol) and least improvements were observed in well-rested, healthy subjects. More deleterious effects are expected after higher doses, chronic ingestion and during drug withdrawal, and include agitation, anxiety, distress, inability to focus on divided attention tasks, inability to follow directions, confusion, hostility, time distortion, and poor balance and coordination. Laboratory studies have also demonstrated increased risk taking (rapid braking or steering) and deleterious effects on vision related to mydriasis. Self-reported increases in sensitivity to light, seeing halos around bright objects, flashes or movement of light in peripheral field, difficulty focusing, blurred vision, and glare recovery problems have been reported.

***Effects on Driving:***  Observed signs of impairment in driving performance have included subjects speeding, losing control of their vehicle, causing collisions, turning in front of other vehicles, high-risk behavior, inattentive driving, and poor impulse control. As the effects of cocaine wear off subjects may suffer from fatigue, depression, sleepiness, and inattention. In epidemiology studies of driving under the influence cases, accidents, and fatally injured drivers, between 8-23% of subjects have had cocaine and/or metabolites detected in their blood. An examination of 253 fatally injured drivers in Wayne County, Michigan between 1996-1998, found that 10% of cases were positive for blood cocaine and/or metabolites. On review of accident and witness reports, aggressive

- 22 -

driving (high speed and loss of vehicle control) was revealed as the most common finding. Ethanol was detected in 56% of these cases, and all of these drivers lost control of their vehicles. In Memphis, Tennessee in 1993, 13% of 150 drivers stopped for reckless driving were determined to be driving under the influence of cocaine based on observations of behavior and appearance, performance on field sobriety tests, and positive urine cocaine tests.

A 25 year-old male driver, who made an improper turn against oncoming traffic, had a blood cocaine concentration of 0.04 mg/L and 0.06 mg/L of benzoylecgonine, 2 hours after the collision. A 30 year-old female caused an accident after failing to stop at a traffic light; the driver admitted to ingesting a large amount of cocaine ~ 2.5 hours prior to the collision, and 0.32 mg/L cocaine was detected in her blood 1 hour post accident.

*DEC Category:*  CNS stimulant.

*DEC Profile:*  Horizontal gaze nystagmus not present; vertical gaze nystagmus not present; lack of convergence not present; pupil size dilated; reaction to light slow; pulse rate elevated; blood pressure elevated; body temperature elevated. Other characteristic indicators may include excessive activity, increased alertness, talkativeness, irritability, argumentativeness, nervousness, body tremors, anxiety, redness to nasal area and runny nose.

*Panel's Assessment of Driving Risks:*  Single low doses of cocaine may improve mental and motor performance in persons who are fatigued or sleep deprived, however, cocaine does not necessarily enhance the performance of otherwise normal individuals. Cocaine may enhance performance of simple tasks but not complex, divided-attention tasks such as driving. Most laboratory studies have been limited by the low single doses of cocaine administered to subjects. At these low doses, most studies showed performance enhancement in attentional abilities but no effect on cognitive abilities. Significant deleterious effects are expected after higher doses, chronic ingestion, and during the crash or withdrawal phase.

*References and Recommended Reading:*
Baselt RC. *Drug effects on psychomotor performance.* Biomedical Publications, Foster City, CA; pp 115-21;2001.
Brookoff D, Cook CS, Williams C, Mann CS. Testing reckless drivers for cocaine and marijuana. *New Engl J Med* 1994;331:518-22.
Community Epidemiology Working Group, National Institute on Drug Abuse. Epidemiological trends in drug abuse; *Proceedings of the Community Epidemiology Working Group,* Vol 1;June 2000.
Ellinwood EH, Nikaido AM. Stimulant induced impairment: A perspective across dose and duration of use. *Alcohol Drugs & Driving* 1987;3(1):19-24.
Gawin FH, Kleber HD. Abstinence symptomatology and psychiatric diagnosis in cocaine abusers. *Arch Gen Psych* 1986;43:107-13.

Isenschmid DS. Cocaine - Effects on Human Performance and Behavior. *Forens Sci Rev* 2002;14(1/2):61-100.

Javaid JI, Fischman MW, Schuster H, Dekirmenjian H, Davis JM. Cocaine plasma concentration: Relation to physiological and subjective effects in humans. *Science* 1978;202:227-8.

Jeffcoat AR, Perez-Reyes M, Hill JM, Sadler BM, Cook CE. Cocaine disposition in humans after intravenous injection, nasal insufflation (snorting), or smoking. *Drug Metab Dispos* 1989;17:153-9.

Marzuk PM, Tardiff K, Leon AC, Stajic M, Morgan EB, Mann JJ. Prevalence of recent cocaine use among motor vehicle fatalities in New York City. *J Am Med Assoc* 1990;263:250-6.

*Physicians' Desk Reference*, Medical Economics Company, Montvale, NJ, 2002

Satel SL, Price LH, Palumbo J, McDougle CJ, Krystal JH, Gawin F, Charney DS, Heninger GR, Kleber HD. Clinical phenomenology and neurobiology of cocaine abstinence: A prospective inpatient study. *Am J Psychiatry* 1991;148(12):1712-6.

Siegel R. Cocaine use and driving behavior. *Alcohol Drugs and Driving* 1987;3(1):1-7.

Stillman R, Jones RT, Moore D, Walker J, Welm S. Improved performance 4 hours after cocaine. *Psychopharmacol* 1993;110:415-20.

Van Dyke C, Ungerer J, Jatlow P, Barash PG, Byck R. Oral cocaine plasma concentrations and central effects. *Science* 1978;200:211-3.

Weddington WW, Brown BS, Haertzen CA, Cone EJ, Dax EM, Herning RI, Michaelson BS. Changes in mood, craving, and sleep during short-term abstinence reported by male cocaine addicts. *Arch Gen Psych* 1990;47:861-7.

# Winek's Drug & Chemical Blood-Level Data 2001

*Prepared by: Charles L. Winek, Ph.D., Wagdy W. Wahba, Ph.D., Charles L. Winek, Jr., B.S. (Pharm.), M.S., and Tracey Winek Balzer B.S. (Pharm.), M.S.*

We have gathered the data in the table from the literature and from personal experience. The values are not considered absolute, but are to be used as a guide in evaluating a given case. The values can be affected by dose, route of administration, absorption differences, age and sex, tolerance, method of analysis, pathological or disease state, postmortem redistribution, etc. Users of the table are referred to *Winek's Toxicology Annual* and Chapter 72 in *Forensic Medicine,* Volume III, by Tedeschi, Eckert and Tedeschi for chapters discussing the data, reference to the data, and factors affecting blood-level values. For additional pharmacokinetic information and other tissue levels, users are referred to Baselt's reference, *Disposition of Toxic Drugs and Chemicals in Man.*

Users are cautioned against pharmacists using pharmacokinetics for interpretation of blood-level data when death is involved. It should be obvious that kinetics, even pharmacokinetics, are not applicable to the moribund state.

## Definition of Blood Levels

### Therapeutic Blood Level

Winek defines a therapeutic blood level as that concentration of drug and/or its active metabolite(s) present in the blood (serum or plasma) following therapeutically effective dosage in humans.

### Toxic Blood Level

The concentration of drug and/or its active metabolite(s) or chemical present in the blood (serum or plasma) that is associated with serious toxic symptoms in humans.

### Lethal Blood Level

The concentration of drug and/or its active metabolite(s) or chemical present in the blood (serum or plasma) that has been reported to cause death, or is so far above reported therapeutic or toxic concentrations, that one can judge that it might cause death in humans.

### Normal Blood Level

Some of the values under normal represent normal body constituents and others represent values related to normal environmental exposure. Values can, and do, vary with geographical location.

Suggested additions or corrections can be made by contacting the author at drwinek@aol.com. Recommendations are always welcomed.

## Units

Drugs and chemicals in the table are reported in both mg% and µg/mL. Drugs are listed by both their trade and generic names. Mg% (milligram percent) is equal to mg/dL (milligram/deciliter); µg/mL (microgram/milliliter) is equal to mg/L (milligram/liter).

---

### NOTE:

Divide the mg% level by 100 to obtain mg/mL Divide the µg% level by 100 to obtain µg/mL. To convert mg/L or µg/L to mg% or µg%, divide level by 10.

*Examples:*
1mg/L = 0.1mg%
3µg/L = 0.3µg%
µg is the representation for microgram (mcg).

Many therapeutic drugs are reported in nanograms/milliliter (ng/mL). To convert the listed mcg/mL in this table to ng/mL, multiply the listed value by 1000. For example, digoxin concentration of 0.0022 mcg/mL would be 0.0022 x 1000 = 2.2 ng/mL. Put simply, you move the decimal point three places to the right.

---



### Dr. Charles L. Winek

Dr. Winek is a professor of toxicology at Duquesne University School of Pharmacy and also teaches for the University's School of Education, Graduate School of Arts and Sciences, and the Law School. He is a diplomate of both American Board of Forensic Toxicology and the Academy of Toxicological Sciences.

Dr. Winek is currently the director of Pittsburgh Criminalistics Laboratory and is the former chief toxicologist for the Allegheny County Coroner's Office, positions he held for 32 years. He continues to testify frequently as an expert witness in both criminal and civil cases in Allegheny County and throughout the United States.

Dr. Winek has published 119 articles in scientific journals and authored, co-authored or contributed to 29 books.

Additionally, Dr. Winek is toxicology editor for the scientific journal *Forensic Science International* and a member of the editorial boards of *The Journal of Applied Toxicology* and the journal *Analytical Toxicology.*

**(NOTE:** *Winek's Drug & Chemical Blood-Level Data 2000* is reprinted with written permission as a courtesy to our customers. Fisher HealthCare accepts no responsibility for the accuracy of its contents.)

## Drug and Chemical Blood Level Data - 2001

| DRUG | Therapeutic or Normal | | Toxic | | Lethal | |
|---|---|---|---|---|---|---|
| | mg% | ug/ml | mg% | ug/ml | mg% | ug/ml |
| Chlorthalidone (Combipress) | 0.021 - 0.140 | 0.21 - 1.40 | * * * * * | * * * * * | * * * * * | * * * * * |
| Cimetidine (Tagamet) | 0.05 - 0.45 | 0.5 - 4.5 | * * * * * | * * * * * | * * * * * | * * * * * |
| Citalopram (Celexa) | 0.0081 - 0.016 | 0.081 - 0.16 | * * * * * | * * * * * | 0.024 - 0.13 | 0.24 - 1.3 |
| Citanest (Prilocaine) | 0.1 - 0.5 | 1 - 5 | * * * * * | * * * * * | * * * * * | * * * * * |
| Claritin (Loratadine) | 0.0007 - 0.0028 | 0.007 - 0.028 | 0.046 | 0.46 | * * * * * | * * * * * |
| [metabolite: descarboethoxyloratadine] | 0.0007 - 0.0028 | 0.007 - 0.028 | 0.046 | 0.46 | * * * * * | * * * * * |
| Clinoril (Sulindac) | 0.4 - 0.5 | 4 - 5 | * * * * * | * * * * * | * * * * * | * * * * * |
| Clofibrate (Atromid) | 12.2 | 122 | * * * * * | * * * * * | * * * * * | * * * * * |
| Clomipramine (Anafranil) | 0.01 - 0.045 | 0.1 - 0.45 | * * * * * | * * * * * | * * * * * | * * * * * |
| Clonazepam (Klonopin) | 0.0007 - 0.0075 | 0.007 - 0.075 | * * * * * | * * * * * | * * * * * | * * * * * |
| Clonidine (Catepres) | 0.00003-0.00015 | 0.0003-0.0015 | 0.0006 | 0.006 | 0.023 | 0.23 |
| Clorazepate (Tranxene) | 0.01 - 0.16 | 0.1 - 1.6 | >0.5 | >5.0 | * * * * * | * * * * * |
| [as met: N-Desmethyldiazepam] | | | | | | |
| Clozapine (Clozaril) | 0.0102 - 0.0771 | 0.102 - 0.771 | * * * * * | * * * * * | * * * * * | * * * * * |
| Clozaril (Clozapine) | 0.0102 - 0.0771 | 0.102 - 0.771 | * * * * * | * * * * * | * * * * * | * * * * * |
| Cocaine | 0.005 - 0.093 | 0.05 - 0.930 | 0.09 | 0.9 | 0.1 - 2.0 | 1 - 20 |
| Codeine | 0.003 - 0.034 | 0.03 - 0.34 | * * * * * | * * * * * | >0.16 | >1.6 |
| Cogentin (Benztropine) | 0.008 - 0.0126 | 0.08 - 0.126 | 0.0048 | 0.048 | 0.02 - 0.07 | 0.2 - 0.7 |
| Colbenemid (Colchicine) | 0.00003-0.00300 | 0.0003-0.0300 | * * * * * | * * * * * | 0.0021 - 0.025 | 0.021 - 0.25 |
| Colchicine (Colbenemid) | 0.00003-0.00300 | 0.0003-0.0300 | * * * * * | * * * * * | 0.0021 - 0.025 | 0.021 - 0.25 |
| Combipress (Chlorthalidone) | 0.021 - 0.140 | 0.21 - 1.40 | * * * * * | * * * * * | * * * * * | * * * * * |
| Compazine (Prochlorperazine) | * * * * * | * * * * * | >0.1 | >1 | 0.5 | 5 |
| Copper | 0.10 - 0.15 | 1.0 - 1.5 | 0.54 | 5.4 | 0.25 - 6.30 | 2.5 - 63.0 |
| Coumadin (Warfarin) | 0.10 - 0.31 | 1.0 - 3.1 | * * * * * | * * * * * | * * * * * | * * * * * |
| Cresol | * * * * * | * * * * * | * * * * * | * * * * * | 0.90 - 1.90 | 9-19 |
| Cyanide | 0.0004 - 0.0041 | 0.004 - 0.041 | * * * * * | * * * * * | 0.11 - 5.3 | 1.1 - 53 |
| Cylert (Pemoline) | 0.07 - 0.62 | 0.70 - 6.2 | * * * * * | * * * * * | * * * * * | * * * * * |
| Cyclizine | 0.003 - 0.030 | 0.03 - 0.30 | 0.076 | 0.76 | 1.5 | 15 |
| Cyclobenzaprine (Flexeril) | 0.0015 - 0.0036 | 0.015 - 0.036 | * * * * * | * * * * * | >0.04 | >0.4 |
| Cyclopropane | 8 - 18 | 80 - 180 | * * * * * | * * * * * | * * * * * | * * * * * |
| Cyclosporine (Sandimmune) | 0.005 - 0.0045 | 0.05 - 0.045 | * * * * * | * * * * * | * * * * * | * * * * * |
| **D** | | | | | | |
| Dalmane (Flurazepam) | 0.00005-0.00280 | 0.0005 - 0.0280 | 0.02 | 0.2 | 0.05 - 0.40 | 0.5 - 4.0 |
| Dalmane (Flurazepam) | 0.0033 - 0.0144 | 0.033 - 0.144 | * * * * * | * * * * * | * * * * * | * * * * * |
| [+met: N-Desalkylflurazepam] | | | | | | |
| Dantrium (Dantrolene) | 0.1 - 0.3 | 1 - 3 | * * * * * | * * * * * | * * * * * | * * * * * |
| Dantrolene (Dantrium) | 0.1 - 0.3 | 1 - 3 | * * * * * | * * * * * | * * * * * | * * * * * |
| Darvon (Propoxyphene) | 0.023 - 0.107 | 0.23 - 1.07 | 0.03 - 0.06 | 0.3 - 0.6 | 0.1 - 1.7 | 1-17 |
| Darvon (Propoxyphene) | 0.104 - 0.371 | 1.04 - 3.71 | 0.28 - 1.2 | 2.8 - 12 | 0.27 - 4.7 | 2.7 - 47 |
| [+ met: Norpropoxyphene] | | | | | | |
| DDT | 0.0013 | 0.013 | * * * * * | * * * * * | * * * * * | * * * * * |
| Demerol (Meperidine) | 0.007 - 0.080 | 0.07 - 0.80 | 0.5 | 5 | 0.8 - 2.0 | 8 - 20 |
| Depakene (Valproic Acid) | 5 - 10 | 50 - 100 | 0.71 - 20.0 | 7.1 - 200 | * * * * * | * * * * * |
| Desipramine (Norpramin) | 0.005 - 0.0684 | 0.05 - 0.684 | >0.05 | >0.5 | 1 - 2 | 10 - 20 |
| [met: Imipramine (Tofranil)] | | | | | | |
| Desmethylmethsuximide | 1.6 - 4 | 16 - 40 | 4.4 | >44 | * * * * * | * * * * * |
| [met: Celontin (Methsuximide)] | | | | | | |

 Forensic Analytical Sciences, Inc.

**Kenton S. Wong, B.S., M.A., D-ABC**
**Senior Forensic Scientist**

## PROFESSIONAL EXPERIENCE

Kenton Wong has over 25 years experience in forensic science with city and county law enforcement agencies. He is court qualified in many areas of forensic science, including crime scene reconstruction, firearms and toolmarks, bloodstain pattern analysis, arson accelerant examinations, blood alcohol analysis and interpretation, controlled substances, and toxicology and has testified internationally in Hong Kong and Italy. Mr. Wong holds a B.S. in Environmental Toxicology and a Masters Degree in Biological Sciences. He is also a board certified Diplomate of the American Board of Criminalistics (D-ABC), a licensed Clinical Toxicologist, a Distinguished Member of the Association of Firearm and Tool Mark Examiners (AFTE) and a board certified Crime Scene Investigator (CCSI) of the International Association for Identification. Currently Mr. Wong serves as the chairman of the Forensic Alcohol Advisory Committee for the California Association of Criminalists and on the California State Department of Public Health's Forensic Alcohol Review Committee.

## EDUCATION

- B.S., Environmental Toxicology with a Minor in Biological Sciences, University of California at Davis, 1984
- M.A., Biological Sciences with a Concentration in Toxicology, San Jose State University, 1987

## PROFESSIONAL LICENSES/CERTIFICATION

- Certified Crime Scene Investigator #1840, International Association for Identification (IAI), 2006 - Present.
- Diplomate #1030, American Board of Criminalistics (ABC), 2000 - Present
- Forensic Alcohol Supervisor's License, California Dept. of Public Health, 1991- Present
- Clinical Toxicologist, Lic. #MTF205, California. Dept. of Public Health, 1986 - Present

## PROFESSIONAL AFFILIATIONS

- Association for Crime Scene Reconstruction (ACSR), Immediate Past President, 2015
- Association for Crime Scene Reconstruction (ACSR), President, 2014.
- Association for Crime Scene Reconstruction (ACSR), President-Elect, 2013.
- Association for Crime Scene Reconstruction (ACSR) Member of the Board of Directors, 2010 - 2012 Term.
- CAC Liaison to the California District Attorneys Association (CDAA) and the California Public Defender's Association (CPDA), 2010.
- Member, International Association of Bloodstain Pattern Analysts (IABPA) #3562, 2009 – Present.

**Wong CV**
**Page 2**

- Member, California Association of Criminalists (CAC), 1989 – Present
- Member, California Association of Toxicologists (CAT), 1989 - Present
- Member, Northwest Association of Forensic Scientists (NWAFS), 1989 – Present
- Member, Association of Firearms and Toolmark Examiners (AFTE) #1436, 1995 – Present, with Distinguished Member Status – 2013.
- Member, AFTE - Walter J. Howe Award Committee, 2009 - Present
- Member, Association for Crime Scene Reconstruction (ACSR), 2008 – Present
- Member, ACSR - Crime Scene Reconstruction Standardization Committee, 2010 - Present
- Chairman,  CAC Forensic Alcohol Advisory Committee, 2000 – Present
- Acting Chairman, CAC Alcohol Study Group – 2008
- Chairman,  CAT American Association of Clinical Chemistry (AACC) Accent Continuing Education Committee, 2003 – Present
- CAC Representative, California Department of Public Health's Forensic Alcohol Review Committee, 2005 – Present
- Forensic Scientist Representative, Forensic Science Advisory Committee - Mission Valley Regional Occupational Program, Fremont, CA  2007- Present.
- Host,  CAT Semi-Quarterly Meeting and Exotic Drugs and Toxins Workshop, 03/2004
- CAT Membership Committee Member,  2004 – 2009
- NWAFS Membership Committee, 2000 - 2002
- NWAFS Technical Review Committee, 1998 - 2002
- Member, Nationally Integrated Ballistics Information Network (NIBIN) Users Congress, 2003 - 2004
- Subcommittee Member on the Supervision of Training of Breath Operators, 2000
- San Mateo County Arson Task Force, 2001 – 2004
- Instructor, Intoxilyzer 5000 and Draeger 7110 Operator Certification, South Bay Regional Public Safety Training Consortium, 2001 - 2006

## OTHER PROFESSIONAL EXPERIENCE

- Technical Assessor (Provisional) for Controlled Substances/Toxicology, Crime Scene, and Firearms, Forensic Quality Services (FQS), Inc.,  2010-Present
- Senior Forensic Scientist, Forensic Analytical Sciences, Inc., 2006 - Present
- Criminalist II, San Mateo County Sheriff's Forensic Laboratory, 1990-2006
- Criminalist I, San Mateo County Sheriff's Forensic Laboratory, 1989-1990
- Forensic Toxicologist II, Contra Costa County Sheriff's Office Criminalistics Laboratory, 1989
- Criminalist, San Francisco Police Department Crime Laboratory, 1988-1989
- Assistant Toxicologist, San Francisco Medical Examiner's Office, 1986-1988

- Forensic Toxicologist Intern, San Francisco Medical Examiner's Office, 1985-1986

**SUPERVISORY TRAINING:**

"Powerful Leadership Skills for Excelling In the Laboratory", American Society For Clinical Pathology, Millbrae, CA  02/26/02 (8 hrs/7 CEU).

"How To Supervise People", Fred Pryor Seminars, San Jose, CA 08/23/01, (7 hrs/0.6 CEU).

"How To Handle People With Tact and Skill", Fred Pryor Seminars, San Francisco, CA 05/03/01, (7 hrs/0.6 CEU).

"Coaching Skills for Managers and Supervisors", Fred Pryor Seminars, Palo Alto, CA  01/19/01 (7 hrs/0.6 CEU).

"Transition To Supervisor", Hughes, Perry & Associates Management Consultants, San Mateo, CA 09/29/00, (8 hrs).

"Excelling as a First-Time Supervisor", Fred Pryor Seminars, Redwood City, CA  01/19/00 (7 hrs/0.6 CEU).

"So You Want To Be A Supervisor?!", San Mateo County Employee and Public Services Department, San Mateo, CA  10/26/99 (8 hrs).

**SPECIAL TRAINING**

| | |
|---|---|
| - 46th Annual AFTE 2015 Conference, Wound Ballistics: Gunshot/Shotgun Injuries, Glock Armorers Course, Sam Houston University Body Farm Tour, Dallas, TX | 2015 |
| - CAT – Co-Host, Z-Drugs Workshop, San Francisco, CA | 2015 |
| 23rd ACSR Conference: Shooting Incident Reconstruction and Advanced Bloodstain Pattern Analysis Workshops, Montgomery, TX | 2014 |
| - CAC/NWAFS – Firearms Workshop, Rohnert Park, CA | 2014 |
| - The Robert F. Borkenstein Course on the Effects of Drugs on Human Performance and Behavior, Sacramento, CA | 2013 |
| - NIST/DEA Emerging Synthetic Drugs Web Symposium, Gaithersburg, MD | 2013 |
| - CAT – Drugs and Psychomotor Performance Workshop, San Francisco, CA | 2013 |
| - "What Makes a Credible Witness?" Webinar, Forensic Magazine | 2013 |

- CAT – Behind High Profile Toxicology Cases Workshop, Glendale, CA    2012
- 21st Annual Assn. for Crime Scene Reconstruction Conference, Monterey, CA 2012
- CAT – Forensic Alcohol Workshop, Glendale, CA    2011
- Understanding ISO 17020: FQS Assessor Training, Tampa, FL    2011
- CAT – Driving Under the Influence of Drugs Workshop, Anaheim, CA    2010
- 41st Annual AFTE 2010 Conference, Ammunition Identification, Testifying    2010
  as an Expert/Contemporary Issue in Firearms and Tool Marks Workshops,
  Henderson, NV
- Crime Scene Reconstruction, California Dept. of Justice    2010
- American College of Medical Toxicology (ACMT) 1st Forensic Course: Ethanol
  and Marijuana, Baltimore, MD    2009
- Bloodstain Pattern Analysis I, Bevel, Gardner & Associates, Dallas, TX    2009
- 18th Annual Assn. for Crime Scene Reconstruction Conference, Denver, CO    2009
- CAT – Pharmacology for Toxicologists Workshop, San Francisco, CA    2009
- ASCLD/LAB International Preparation Course, FBI Laboratory    2008
- CAT – Prescription Drugs, FST's and DUI Workshop, Redondo Beach, CA    2008
- 17th Annual Assn. for Crime Scene Reconstruction Conference, Tulsa, OK    2008
- Wound Ballistics, 38th Annual AFTE 2007 Conference, San Francisco, CA    2007
- Sig Arms Armorers Course    2007
- CAT – Ethics and Toxicology Workshop, Seaside, CA    2007
- 1st Kava Scientific Symposium (16 hrs), University of Hawaii, Manoa, HI    2007
- ASPEX Scanning Electron Microscopy Operators Training    2007
- Scanning 2007: 18th Annual International Meeting on Scanning Microscopies    2007
- 16th Annual Assn. for Crime Scene Reconstruction Conference, Tacoma, WA    2006
- CAT – Depression & Psychosis Workshop, San Francisco, CA    2006
- Advanced Bloodstain Pattern Analysis, Forensic Consultants, Inc.    2006
- Forensic Shooting Scene Reconstruction, Forensic Science Consultants    2006
- Firearms Safety, California Department of Justice    2006
- CAT – Analgesics/Pain Mgmt. & Addiction Workshop, San Diego, CA    2006
- CAT – Medical Conditions and DUI Workshop (16 hrs), Sacramento, CA    2005
- The Rise and Fall of GHB Workshop (2 hrs), AACC, Berkeley, CA    2005
- CAC 104th Semi Annual Seminar – Licit/Illicit Drugs & Driving Workshop
  Ventura, CA    2004
- Alcotest ® 7110 MKIII-C Instrument Operation, Draeger Safety, Inc.    2004
- CAT –Exotic Drugs and Toxins Workshop (16 hrs), Oakland, CA    2004
- Combustion Explosions – Life Sciences Program, U.C. Davis Extension    2004
- Vehicle Fire Investigation, MacKaig & Associates, Inc.    2004
- Basic Fingerprint Processing, Santa Clara Co. DA's Crime Laboratory    2004

Wong CV
Page 5

- Advanced Ballistics Gelatin Workshop, Hornady Inc./Nice Shot Services — 2004
- Drugs and Driving Workshop (16hrs), CAC 104th Seminar, Ventura, CA — 2004
- Northern CA/Nevada NIBIN Users Meeting — 2003
- CAC Firearms Study Group Meetings — 2003
- CAT - Drugs and Driving Workshop (16 hrs), Culver City, CA — 2003
- CAT – Surviving & Thriving in the Courtroom/Testimony, Oakland, CA — 2003
- Alcohol Kinetics, NWAFS Conference, Scottsdale, AZ — 2002
- Automatic Firearms/Bullet Ricochet Workshops, NWAFS, Scottsdale, AZ — 2002
- CAT – Semi-Quarterly Meeting, San Jose, CA — 2002
- Successfully completed the Consecutively Rifled Ruger P85 10-Barrel Proficiency Test (#236 of ~850 AFTE Members), Indianapolis-Marion County Forensic Services Agency, Indianapolis,IN 07/15/02. — 2002
- Fatal Fire Investigation Seminar, Sunnyvale Dept. of Public Safety — 2001
- Shooting Incident Reconstruction, Sacramento Co. DA's Crime Lab. — 2001
- Design and Function of Firearm Silencers, LaFrance Specialties, Inc, 32nd Annual
- AFTE 2001 Conference, Newport Beach, CA — 2001
- Character, Integrity & Ethics in Forensic Science, Illinois State Police — 2001
- Bloodborne Pathogen Training, San Mateo County Dept. of Risk Assessment — 2001
- NIBIN System Training, Forensic Technology Inc./BATF — 2001
- 31st Annual AFTE 2000 Conference, St. Louis, MO — 2000
- CAT - Rave Workshop (16hrs), North Hollywood, CA — 2000
- Nor-Cal Explosive Seminar, San Mateo County Crime Laboratory — 1999
- Nor-Cal Arson Seminar, San Jose Police Department — 1999
- Serial Number Restoration, BATF/California Dept. of Justice — 1999
- Arson Accelerant Detection, California Dept. of Justice — 1998
- Courtroom Presentation of Evidence: Effective Expert Witness Testimony — 1997
- Full-Auto Conversions, Bureau of Alcohol, Tobacco & Firearms (BATF) — 1997
- Toolmark Comparison Criteria, California Dept. of Justice — 1996
- Firearms and Toolmark Identification II, California Dept. of Justice — 1996
- Analysis of Fire Debris, Oakland Police Department — 1996
- FBI Drugfire System-Advanced Training, Mnemonic Systems, Inc. — 1996
- FBI Drugfire System Training, Mnemonic Systems, Inc. — 1996
- 25th Annual AFTE 1995 Conference, San Diego, CA — 1995
- Firearms Evidence Reconstruction, FBI — 1994
- Firearms and Toolmarks Identification, California Dept. of Justice — 1993
- Crime Scene Investigation II, California Dept. of Justice — 1993
- Forensic Serology, California Dept. of Justice — 1992
- Bloodstain Pattern Interpretation, NWAFS — 1992

Wong CV
Page 6

- Cobas Mira Training Course, SYVA Corporation                                                    1992
- Applied Polarized Light Microscopy, McCrone Research Institute                                  1991
- Arson Accelerant Detection Training, San Mateo Co. Crime Laboratory                             1991
- Forensic Alcohol Supervisor Course, California Dept. of Justice                                 1991
- Online Forensic Science Informational Resources, California Dept. of Justice                    1990
- Evidence for Alcohol Impairment at 0.08%, SCRI, Sacramento, CA                                  1990
- Clandestine Laboratory Forensic Examination, California Dept. of Justice                        1990
- Evidence for Alcohol Impairment at 0.08%, Southern CA Research Institute                        1990
- Intoxilyzer 5000 Operator Training Course, Contra Costa Co. Crime Lab.                          1989
- Intoxilyzer 4011A Operators Training Course, San Francisco Police Dept.                         1988

## PUBLICATIONS/PRESENTATIONS

"The Glamorous World of Forensics" California Association for Property and Evidence (CAPE) Meeting - Combined Northern California and Alta Chapters, Alameda County Office of Emergency Services, Dublin, CA 11/06/14.

Forensic Firearms and Crime Scene Reconstruction Training, Sonoma County Public Defender's Office, Santa Rosa, CA 10/14/13 (1.5 hours)

"Firearms Seminar – Firearms and Crime Scene Reconstruction", California Public Defender's Association, Hayward, CA 05/10/13 (6 MCLE Units).

"Blood Spatter Training", Office of the San Francisco Public Defender, San Francisco, CA 12/05/12 (1 MCLE Unit).

"Crime Scene Reconstruction: A Case Review" California Association of Licensed Investigators (CALI) Fall Dinner Meeting, Petaluma, CA 11/14/12.

"Becoming a Forensic Scientist", single-page article - SR Education Group (http://www.sreducationgroup.org/), http://www.forensicsciencecolleges.org/forensic-science-career-track, published on-line on 7/2/12.

"Angle of Impact Determination from Bullet Holes in Crime Scene Examination", presented at the 21st International Association for Crime Scene Reconstruction (ACSR) Training Conference in Monterey, CA on 02/14/12, the 44th AFTE Training Seminar in Albuquerque, NM on 6/26/13 and published in the May/June 2013, Volume 63, No. 3 issue of the International Association of Identification's Journal of Forensic Identification, p. 233- 246.

"Overview of Crime Scene Investigation/Reconstruction and Blood Stain Pattern Analysis", California Defense Investigators Association (CDIA), 2011 Fall Seminar - "The Means, Motive & Opportunity of Criminal Defense", Temecula, CA,  10/20/11.

"Forensic Examinations", San Mateo County Private Defender Program Investigator's Meeting, Redwood City, CA  02/16/11.

Invited Speaker, BITeomics' 1st Annual World Congress of Forensics 2010 "From Evidence to Verdict" Conference, 10/21-23/10, Dalain, China.

"Evaluation of Plumbtesmo® and Cuprotesmo® Test Paper for Sensitivity to Lead and Copper Residues", AFTE Journal, Vol.42, Number 1, Winter 2010, p. 49-55, and  presented at the 41st Annual AFTE Training Seminar in Henderson, NV on 05/04/10 and the 21st International ACSR Training Conference in Monterey, CA on 02/14/12.

"The Use of Forensic Analysis in Crime Scene Reconstruction", San Diego County Public Defender's Office MCLE Training Seminar, 02/17/10.

"Accuracy of Breath Testing in DUI", ABC Channel 7 News – 6 p.m. Broadcast, 12/23/09 in the San Francisco Bay Area and other national ABC affiliates the following week.

"Execution vs. Self-Defense?", Association for Crime Scene Reconstruction, 18th Annual Training Conference, Denver, CO, 02/13/09.

"Presumed Guilty Before Proven Innocent", Association for Crime Scene Reconstruction, 18th Annual Training Conference, Denver, CO, 02/11/09.

"Understanding Bloodstain Pattern Analysis", California Defense Investigators Association (CDIA), Fall 2008 Seminar – "The Forensic Investigation of Homicide", San Jose, CA, 11/21/08.

"Officer Involved Shootings and Suicide-By-Cop Phenomenon", California Association of Criminalists Fall Seminar 2008, Sacramento, CA 10/24/08.

"Silent Witness" - Discovery Channel's premiere episode of the "Extreme Forensics" series which profiled my firearms examination work in a double homicide case. Aired from 10/06-10/08.

"Scientific Evidence in California Criminal Cases" (October 2008 Edition), published jointly by the Continuing Education Board of the State Bar of California and the Regents of the University of California, Scientific Editor for Chapter 6: Alcohol Intoxication, and Chapter 11: Firearms and Toolmarks.

"Love of Country? : The Saving of Private Hahm", Association for Crime Scene Reconstruction, 17th Annual Training Conference, Tulsa, OK, 02/14/08.

"Debate Questions: An Open Letter to CAC President John Sims (regarding the ABC (American Board of Criminalistics), CAC (California Association of Criminalists), GKE (General

Knowledge Examination), and KSA's (Knowledge, Skills, and Abilities))", The CAC News, 2nd Quarter 2007, page 8.

"DUI Conviction Spurs Prosecutors: Drivers Drunk on Kava New Target for Police" San Jose Mercury News – Peninsula Edition, Monday - October 25, 2004, pages 1A and 11A.

"Over-the-Counter Preliminary Alcohol Screening Devices", California Association of Toxicologists Proceedings, Vol. 30, No. 3, August 2002 Issue, pp. 14-16, and presented at the 99th Semi-Annual CAC Seminar, San Francisco, CA on 05/10/02.

"Silencer Marks in the Absence of a Silencer", AFTE Journal, Vol.31, Number 4, Fall 1999, P.489, and presented at the 31st Annual AFTE Training Seminar in St. Louis, MO on 06/13/00.

## AWARDS

Association of Firearm and Tool Mark Examiners (AFTE), "Distinguished Member Award" for Contributions Toward the Advancement of the Association, July 5, 2013.

California Association of Criminalists' (CAC) "Outstanding Service Award" for Assistance in the Passage of SB1623: Laboratory Licensing and Accreditation of Forensic Alcohol Analysis, October 2004.

## Court Testimony

| Date | Defendant | Lab # | Charge | D.A. | Court | Wait | Testify | Disposition |
|---|---|---|---|---|---|---|---|---|
| 8/11/10 | SEDILLO, RAYMOND | 2010.0066 | 187 PC | JAMIE THISTLETHUMB | SANTA ROSA SJ | Ø | 1.25 | |
| 8/11/10 | STONE, DEREK | 2010.0336 | 11351 | KRISTEN WEST | RWC SUPERIOR | 0.25 | 1.25 | MISTRIAL / STM |
| 8/13/10 | VAN MIDDLESWORTH, KARINA | 2010.0148 | 23152 | DA HENRICHWINGS | SF DUI | 0.50 | 2.0 | |
| 8/30/10 | MULNETO, JESUS | 2010.0659 | 187 PC | PANTHISISJ | LASFPD PANORMA | 0.25 | 0.25 | BSP/CSA |
| 9/21/10 | MARTINEZ MOSES | 2010.0369 | 187 | TOM NEALE HERTLEN | LOS ANGELES | 2.5 | 1.5 | BSP/CSA - STATE WITH PANTHS(SJ) |
| 9/28/10 | NESTOR QUACK | 2010.0361 | 187 | GUNSALLY | SMC SUPERIOR | Ø | 3 | BSP/CSA |
| 12/1/10 | TICUINOS, STEMAN | 2010.0575 | 11351.5 | JUDGE TAUMAS | SF SPCT | 2.0 | Ø | CS |
| 12/6/10 | PAUL, MARVIN GEORGE, MARIO | D0022100 | 11352 | DEC. BROWEER-STD | SF CT | — | — | PLEA |
| 12/10/10 | GALLO, VICTORIA | 2010.0523 | 11350 | JUDGE DUNCAN | HORSE SPOT | 0.5 | 1.0 | 11350 THREATEN NOT GUILTY |
| | | | | | | | | |
| 1/5/11 | WESTER, TIMOTHY | 2010.0559 | 23152 | ATTY WINTERMERSON | SF SUP CT | Ø | 1.5 | |
| 1/10/11 | MESSEAKI, NEHA | 2010.0278 | 261 PC | DA BUTLER/ATTY BARKER JUDGE ROSENBERG | SANTA CRUZ CO SUP | 1.0 | 2.5 | |
| 2/3/11 | BARRISTER, GEORGE | 2010.0073 | 187 PC | JUDGE WEIR | DEL NORTE CO | Ø | 1.50 | BSP/CSA |
| 3/7/11 | DEMARTEN, ANTHONY J | 2011.0127 | 23152 | DAN HERNANDEZ REEP SLE GANT | SM DUI | 0.25 | 0.25 | |
| 5/14/11 | MANNETTA, MOSES | 2011.0319 | 187 PC | DA NEAL HERTLEN DA CAMPO THURLEY | LA CO SUP CT | 6 | — | BSP/CSA/FA - NOT GUILTY |
| 11/5/11 | " | " | " | JUDGE DISTRICT Y | " | 0.5 | 2.0 | BSP/CSA/FA |
| 6/20/11 | ROYDELL, RAMONDONAS | 2011.0210 | 187 PC | JUDGE CASTELLANOS DA SCHOZWILL, JOHN HAGGARTY | ALAMEDA | Ø | 4.5 | BSP/CSA - GUILTY |
| 9/9/11 | ZIMBERLING, MICHAEL | 2011.0355A | 23152 20/10 | ATTY HANKERFIELD | LA SF PD LATIMILLE VAULT | 0.25 | 1.0 | CIVIL-DEPO SUBPOL-DUI |
| 9/9/11 | MIGUEL LOPEZ BELL | 2011.0372 | 23152 | DMV HEARING REEP MARTINEZ | SS DMV OFFICE | 0.25 | 1.0 | |

## Court Testimony

| Date | Defendant | Lab # | Charge | D.A. | Court | Wait | Testify | Disposition |
|---|---|---|---|---|---|---|---|---|
| 9/14/11 | PEOPLE v. TRECTOR | 2011038 | 187 PC | ATTY DONIGHT SMITH " HOMES GABLE | YOLO SUP CT | 0.15 | 1.25 | GSR/FTK |
| 9/26/11 | PEO. v. JOSEPH BANKED | 2010035 | 187 PC | ATTY PANCOLAS SEREN | SOLANO SUP CT | 4.0 | 0.33 | TRANSFERRED |
| 10/3/11 | PEO. v. TOTAS-HERMELTZ | 2011034 | 23152 | DDA JUAN HICKMAN | SAC SUP CT | 1.0 | 1.50 | |
| 10/11/11 | PEO. v. BENNETT | 2011011 | 187 PC | ATTY CHILOWICTE | L.A. SUPER | 0.5 | 0.50 | BSP/CSR |
| 10/20/11 | PEO. v. ELEMENTO | 2010364 | 23152 | JUDGE FUENZANDA DA. (GOUSMAN) | PHANCA CO. | 1.50 | 1.50 | DUI |
| 10/3/11 | PEO. v. ALVISON | 2010213 | 187 PC | ATTY MANO SCOTSER | TULARE CO. | 0.25 | 1.25 | BSP/CSR |
| 10/28/11 | PEO. v. CUEVANANO | 2011036 | 23152 | JUDGE FUENZANA D.A. (GOUSMAN) | ALAMEDA CO | 0.50 | 0.5 | DUI |
| 11/1/11 | PEO. v. SPECHE | D02298 | 11550 | MIKE MERON INI TRAN NELSON | ALAMEDA CO. | 0 | 0.75 | 11550 PROBATION |
| 11/14/11 | PEO. v. SMIT | 2011069 | 23152 | PP EDWARD DRECES | HUMANA | 0 | 2.5 | |
| 11/21/11 | PEO. v. STEVENS | 2011040 | 23152 | DA AMANDA GIPPLE | PHANDA REDWOOD | 0.5 | 1.5 | |
| 11/21/11 | " | " | " | " | " | 0.5 | 1.0 | |
| 12/19/11 | PEO. v HOLLIS | P00334 | 23152 11550 DV | DA NOAH MALADRADO JUDGE HASSETT | ALAMEDA FRANCE | 0.25 | 2.0 | META 11550 |
| 3/1/12 | PEO. v. FUERTOS | 2010096 | 664/PC 187 PC LS | DA JAMES/PAMELA SCOTT | MONTERY CO. | 4 | — | |
| 5/23/12 | " | " | " | " | " | 4 | 1.5 | BSP/CSR/FM |
| 5/30/12 | " | " | " | " | " | 0 | 1.5 | " " " |
| 6/20/12 | PEO. v. WINSTON | 2011048 | 664/PC | DA BRIAN/TRACY JUDGE ORLANDISON | SAC SUPER | 0 | 1.5 | " " " |
| 6/28/12 | PEO. v. BEGANA | 2012027 | 23152 | ATTY DAVID WEBB DA LAURENT LOMARD | PLAC PLAIC | 2.0 | 1.0 | DUI/MANCES/CS/BS |
| 3/14/12 | PEO. v. SO | 2012028 | 23152 | SHON CUMGA G - DAN HOANG, PSY-DR HUANG | DIAN BAY | 0.30 | 0.75 | |
| 6/28/12 | PEO. v. GROSS | 2012082 | 2372 | DA CHAVES DEF ATTY NARCITI | PARSAMATH CT. | 0.75 | 0.50 | |
| 7/2/12 | PEO. v. PAPAS | 2011143 | 187 PC | DA PRICE, JUDGE TEAM CO. ATTY LORIMAN/GRANT | PARSAMATH CT. | 0 | 1.33 | DUI |
| | | | | | | 0 | 1.25 | TK (CSR) |

## Court Testimony

| Date | Defendant | Lab # | Charge | D.A. | Court | Wait | Testify | Disposition |
|------|-----------|-------|--------|------|-------|------|---------|-------------|
| 4/5/12 | MONROE, MICHAEL TONY | D00647Z | 2245Z | DA BROWN / JUDGE SPAIN DEF ATTY / KUSHNER | ALAMEDA CO. | Ø | 1.25 | |
| 4/11/12 | PEO. V. QUINN | 2011065SC | 187 PC | P.O. MORGAN PESTON | YOLO SUPER CT | 0.5 | 2.50 | FAIL / CGI / TOX |
| 4/19/12 | US V. DUNK | 2009058B | PMS (TRAFFICKING) | DA MORGAN FLESLAN ATTY / GABRIEL CARO | US FED CT. | 0.45 | 1.0 | NARCO ANALY (LLS) |
| 4/24/12 | PEO. V. MAGEE | D003453 | MST/MMC (ASSAULT) | PEOL REDING | | Ø | 0.25 | TRAJ 115 - MG |
| 05/02/12 | PEO. V. FLORES | 2007 OCZZS9 | 187 PC | DA BRILISA ATTY / MAGER - MORRIS | HUMBOLDT CO. SUPER CT | 0.5 | 2.5 | FAIL / CGSN |
| 5/8/12 | PEO. V. FLOOD | D044335 | 2315L | DA SAMANTHA KIM | ALAMEDA SUPER CT | 0.5 | 2.0 | GUNSHOT / < 30 MINS |
| 5/9/12 | PEO. V. LUCANAS | D00325S | 11357 | GRAM BOLSCHKE / CHE ATTY / WASH. | TRAF 115 | Ø | 0.50 | |
| 5/16/12 | " " | D003538 | 11357 | " " | " | Ø | 0.25 | |
| 5/29/12 | PEO. V. THOMAS | D00435C | 23152 | DA HYATT GATOS DEP. ATTY MORRIS | ALAMEDA DEP CT | Ø | 2.0 | |
| 5/30/12 | PEO. V. RAUTZY | 2012 0009 | 187 PC | DA MOSS MORANCO ATTY SUSAN FRANCIS | ALAMEDA SUP COURT | 0.25 | 2.5 | BLOOD EQUIP / TARGET 1 |
| 6/14/12 | Z. CHAVEZ | PEO. V. AMCDOA | 11377 | ATTY. SHANNA BALLACH JUDGE JOHNSON | US FED CT - ST | Ø | Ø | STIPULATED |
| 6/11/12 | D0036GS | PEO. V. TONG | 11357 | " | SELMHE | Ø | 0.25 | TRAJ 115 |
| 7/16/12 | PEO. V. PETCHENUY | D0032CCER | 2315L | OFFENSE INFANTE ATTY / MICHAEL WAGSTAFF | SF | Ø | 0.50 | |
| 7/19/12 | PEO. V. KUSHNER JR | D003453 | 11377 | DAN WEDINGER / DEFL NEGRAN DEFN INFANTE | SF | 0.5 | 0.75 | TRAJ 115 |
| 7/19/12 | PEO. V. WADDERWOOD | D00394 | 11377 | " | SELMHE CT | Ø | 0.25 | TRAJ 115 |
| 07/25/12 | PEO. V. PINES | 2011035C9 | 187 PC | DA BUSTAMANTE ATTY LEE & LIL CROSS | HABRUCE SUP. CT. | 1.5 | 2.5 | HUNG - CGN / ESP / FA |
| 10/02/12 | " | " | " | DA SCOTT CHANG ATTY GLEN JACOBS | " | Ø | 1.5 | CGN / ESP / FA / FA - NOT GUILTY - ALL CHARGES |
| 10/05/12 | PEO. V. BANKS | 2012 0252 | 2315L | JUDGE BERGMANN DA NEIL LATTER | ALAMEDA CO. SUP | 0.25 | 1.0 | |
| 10/08/12 | PEO. V. MCCARTY | 2012 02 10 | 187 PC | SURGE HASHIMOTO DA ROBERT HANSHAW | BUTTE CO SUP | 2.5 | 3.5 | CGST / CGSN / FA / ESP |
| 10/11/12 | PEO. V. BONIGA | 2012 0286 | ? | ATTY JOHN DOOLAN DA CRAIG ILLS JUDGE DRINGTEL | MANDISOSO CO | 0.50 | 0.50+ | METH INTOX / G |

## Court Testimony

| Date | Defendant | Lab # | Charge | D.A. | Court | Wait | Testify | Disposition |
|---|---|---|---|---|---|---|---|---|
| 12/16/12 | PEO. V. BUTLER | 20110302 | 261 PC | ATTY, VASQUEZ / PRINCE JUDGE STANKWUSKI | SOUANO S. DELT. | 2.0 | Φ | PENDING / TRANSDAYSA / SEE |
| 12/17/12 | " | " | " | " | " | 1.0 | 1.0 | |
| 12/21/12 | PEO. V. PRESTON | 72012-0266 | DV | ATTY, CHRISTENSEN | SANTA CLARA CO. | Φ | 1.0 | |
| 12/26/12 | PEO. V. FITZNER | 2012-0281 | 23152 | DMV HEARING, REN LITTLE ATTY, HICKERSON | DMV SF | 0.5 | 0.5 | STAT INTOXILYZER |
| 3/14/13 | PEO. V. SIEBRASSE | 2013-0159 | 115SD | DA RUPAL MCLAUGHLIN ATTY ANTHI THEBEN | SMC SFBR | 1.0 | 1.0 | 115SD – MULTI LAB ANALYSES |
| 3/18/13 | PEO. V. HINOE | 2412-0206 | 187 PC | ATTY TERI ELLISON RDTY NUSSO | ALAMEDA OAKLAND SFBR | 1.5 | Φ | BSPR / CSI |
| 3/24/13 | PEO. V. FOSTER | 2012-0036 | 187 PC | RDA MANUELVODA | ALAMEDA MARTINEZ CO | 0.25 | 2.0 | CSI / CON / DR / TRIAL / BALLISTICS |
| 4/1/13 | PEO. V. JACKSON | 2013-0047 | 23152 | ATTY, SERGE TOMANASSIAN SACR | SANTA CLARA SFBR | 1.0 | 2.25 | TOXICOLOGY / DUI |
| 5/14/13 | PEO. V. GOOD | 2013-0040 | 664/187 | ATTY, KASHLAAN DEPT DA LUKE GUMMERSON | HUMBOLDT CO. | Φ | 1.75 | 187 PC CSI / CON |
| 5/21/13 | US V. ANCHAN BASIC STANWINSTECH VENTURES | 2013-0162 | SA – 261 PC | ADC ATTY CAPT. ROBINSON MARJAN TANDER USAR MILITARY | PRESIDIO MILITARY SFBR | Φ | Φ | TOX / REPORT |
| 6/10/13 | PEO. V. MAKULEE | 2013-0062 | 187 PC | ATTY LESLIE MARTIN | SECOND SFBR | Φ | 0.75 | CSI / CSR / TRIAL / BALLISTICS |
| 7/10/13 | PEO. V. RAMIREZ | D004-2757 | 23152 | RDA FRED WAYHINGTON LUKE DRAW | ALAMEDA CO SFBR | 0.25 | 2 | |
| 7/14/13 | " | " | " | " | " | Φ | 1.5 | |
| 8/14/13 | PEO. V. MARTINEZ | 2012-0246 | 187 PC | RDA MURRAY ATTY JOSEP FOSTER | BUTTE CO. SFBR | 0.5 | 1.75 | CSI / CSR / TRIAL / MATRYBALS |
| 9/12/13 | PEO. V. BECK | 2012-0305 | 23152 | DMV H.O. CHAMLATHA | SF DMV | 0.25 | 0.75 | |
| 8/29/13 | PEO. V. SORLEY | 2013-0208 | 23152 | DMV H.O. BANKS | SF DMV | 1.0 | Φ | CONTD TO 10/2/13 @ 1:15pm |
| 9/5/13 | PEO. V. JEGA | 2013-0209 | 11SZ MJ | RDA SENUA SPRANSON ATTY SHELLY LINDON | SMC SFBR | 2.0 | 1.5 | TOX |
| 10/20/13 | PEO. V. SCHNEH | 2013-0208 | 23152 | DMV H.O. BANKER | SF DMV | 1.0 | Φ | TOX |
| 10/17/13 | PEO. V. AVALOS | 2003-0183 | 187 PC | ATTY SONA NAKANO JUDGE TRENGY | AL. CO. SFBR | 0.25 | 1.0 | |

## Court Testimony

| Date | Defendant | Lab # | Charge | Attorney/Judge | Court | Wait | Testify | Disposition |
|------|-----------|-------|--------|----------------|-------|------|---------|-------------|
| 04/01/14 | ERIC HODGES | 2014005G | 23\11557 | MONTEREY | NV Co Sup Ct | 1.0 | 1.25 | 155DV/CSS |
| 04/02/14 | REISEN | 20130206 | 23152 | (MISSA) CARLSON | SO SMC Sup Ct | — | 1.25 | TRIAL/IMPAIRED/CSS/TOX |
| 4/23/14 | DACOSTA | 20140122L | METAB 11550 | POTTORFF/HILL DA HARRIS | SMC Sup Ct. | 0.5 | 2.0 | 11550/METAB |
| 4/23/14 | TIMOTHY KENNEDY | 2008015 | 2X 187/PC | MURDROW/ DA FITZER | EL DORADO CO. | 0.75 | 2.0 | CSR/PAS/BSID (JUDGE KANE) |
| 5/6/14 | MCCREARY WADE | 20140155 | 261 PC | MARTELL/WILLIAMS DA MAYHOLT | COLOCO SUP CT. | 0.25 | 1.75 | 4601G HEROIN/B/TOX/CSS |
| 5/21/14 | " | " | " | " | " | 0.25 | 1.75 | TOX/BPAR |
| 7/1/14 | MICHAEL PRZONY SR. | 2030170 | 187/PC | ATTY STOREY MORSEY | LOS ANGELES SUP CT. | 1.0 | 0.50 | CSR/PAS/BSPA |
| 8/14/14 | CAMPBELL, TONY D. | 20140299 | 23152 CVC | ATTY BOB WINDELMAN | SF DA/V | — | 0.75 | |
| 9/30/14 | SCHWELOGER, BRIANNA H | 2014055T | 11550/PCS | ATTY SUMSON DOUGLASS | SMC SUP CT. | 0.75 | 0.50 | 11550/METAB 11550/JU |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |