JOHN L. BURRIS, Esq./ State Bar #69888
BENJAMIN NISENBAUM, Esq./ State Bar #222173
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone:     (510) 839-5200
Facsimile:      (510) 839-3882

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| V.W., a minor, by and through her Guardian Ad Litem, Tenaya Barber, Individually and as Successor in Interest of Decedent MICHAEL WHITE,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF VALLEJO, a municipal corporation; ROBERT NICHELINI, in his individual and official capacity as Chief of Police; Officers DOES 1-25, individually, jointly and severally,<br><br>Defendants. | Case No. 2:12-cv-01629-MCE<br><br>**PLAINTIFF'S EXPERT WITNESS DESIGNATIONS (FRCP 26)** |

　　　Plaintiff hereby discloses the following expert witnesses she intends to call as witnesses at trial and the subjects about which they will testify.  Plaintiff reserves the right to call any necessary rebuttal witnesses, and any of defendants' expert witnesses who are not identified herein:

1.  Retained Police Practice Expert:

    Roger Clark
    Police Procedures Consultant, Inc.
    10207 Molino Road
    Santee, CA 92071
    Telephone:  (208) 351-2458      Facsimile: (619) 258-0045

    Mr. Clark will provide expert testimony regarding police practices regarding investigation, detention, arrest, use of force, taser, carotid restraint, prone restraint, asphyxiation during restraint, consideration of medical emergency circumstances by law enforcement officers, listening to the dispatch reports, including any and all Vallejo Police Department policies, rules, regulations, and/or training bulletins regarding any of the previous noted subjects, which are relevant to plaintiffs' claims, and all areas as further noted in Mr. Clark's  FRCP 26 expert report.

2.  Retained Forensic Pathologist:

    Werner U. Spitz, M.D.
    Board Certified Forensic Pathologist
    Forensic Pathology and Toxicology
    23001 Greater Mack
    St. Clair Shores, MI 4808-1901
    Telephone: (586) 776-2060  Facsimile: (586) 776-8722

    Dr. Spitz will provide expert testimony regarding the cause and manner of death of decedent Michael White, and related opinions as further identified in his FRCP 26 report.


Dated:  January 19, 2016                     **THE LAW OFFICES OF JOHN L. BURRIS**


                                             /s Benjamin Nisenbaum_____
                                             Benjamin Nisenbaum, Esq.,
                                             Attorney for Plaintiff

# Roger A. Clark

## Police Procedures Consultant, Inc.

10207 Molino Road. Santee, CA 92071
Phone: (208) 351-2458, Fax: (619) 258-0045
rclark9314@aol.com

January 19, 2016

Mr. Benjamin Nisenbaum, Esq.
Law Offices of John L. Burris
7677 Oakport Street, Suite 1120
Oakland, California 94621

**Regarding:** ***V.W., a minor, et al., v. Robert Nichelini, et al., Case No.: 2:12-CV-01629-LKK-AC.***

Dear Mr. Mr. Nisenbaum:

Thank you for retaining me to evaluate and render opinions regarding the June 15, 2010, use of force (which included carotid choke restraint), tasing, and eventual death of Michael White (Michael), by Vallejo Police Department (VPD) Officers Robert Nichelini (Officer Nichelini), Berry Boersma (Officer Boersma), Herman Robinson (Officer Robinson), Raul Munoz (Officer Munoz), John Cunningham (Officer Cunningham), and Mike Koutnik (Officer Koutnik). Pursuant to the requirements of Rule 26, I have read the complaint, VPD police reports, deposition transcripts, and. Please be advised that if/when additional information is made available, a supplementary report will be necessary.

It is also necessary to state at the beginning of this report I do not make credibility determinations in expressing my opinions. That is, where there are differences in the events proffered by civilian witnesses versus those proffered by the Defendants, I do not opine for the trier of fact regarding who are the more believable witnesses. The resolution of any such conflicts are obviously the purview of a jury to decide.

## Material Reviewed Thus Far:

1. Complaint for Damages.

2. Police Reports, 911 calls/dispatch and scene photographs.

3.      Reports by Coroner (including autopsy and toxicology).

4.      Deposition transcripts:
     a.      Lieutenant Herman Robinson.
     b.      Officer John Cunningham.
     c.      Officer Barry Boersma.
     d.      Officer Michael Keutnik.
     e.      Officer Raul Munoz.
     f.      Ms. Elizabeth D. Claros.

5.      California POST Basic Learning Domains:
     a.      #1:  "Leadership, Professionalism & Ethics."
     b.      #2:  "Criminal Justice System."
     c.      #3:  "Policing in the Community."
     d.      #5:  "Introduction to Criminal Law."
     e.      #15: "Laws of Arrest."
     f.      #16: "Search and Seizure."
     g.      #20: "Use of Force."
     h.      #33: "Arrest Methods/Defensive Tactics."
     I.      #34: "First Aid and CPR."
     j.      #37: "People with Disabilities."

6.      *Conducted Energy Devices: Development of Standards for Consistency and Guidance.*  U.S. Department of Justice Office of Community Oriented Policing Services and Police Executive Research Forum.  Washington, D.C., 2006.

7.      Additional TASER International Training Materials.

8.      The Los Angeles Police Department Training Bulletin: "In-Custody Deaths." July 1999.

9.      Training Video produced by the Georgia Bureau of Investigation: "Preventing Restraint Asphyxia."

10.     Training Video produced by the New York Police Department: "Best Practices, Positional Asphyxia."

11.     Overview of the incident scene via the internet.

**Brief Overview of Events and Commentary:**

In June of 2010, Michael was living in the City of Vallejo with Linda Villasenor and her son, Kenneth Rucho (Kenneth). Michael was not on probation or parole and had not had any contact with Vallejo Police Department Officers prior to his fatal encounter on June 15, 2010.

On June 15 2010, at approximately 4:24 pm Ms. Elizabeth Claros called 911 and reported that she had an encounter with Michael and that because of his actions she felt that he (Michael) needed medical assistance. According to 911 records, there was no report of an active attack and no report of a weapon or threat of any harm to Ms. Claros. Four VPD Officers (Boersma, Munoz, Robinson, and Cunningham) responded to a 911 call. When they arrived and contacted Ms. Claros, they observed no indications of injury whatsoever.

Prior to the Officers' arrival, there was an alleged incident between Ms. Claros and Michael, where Ms. Claros claimed to have been choked by Michael. It should be noted that Ms. Claros did not have any marks on her neck, and there were no other witnesses to the alleged attack.

After his contact with Ms. Claros, Michael ran across the street to Linda's home. Shortly after running into Linda's home, Kenneth emerged, ran over to Ms. Claros' house and asked her to call the police. According to Ms. Claros, she was originally not going to call the police, because she did not want to bother them over the incident.

Shortly after Ms. Claros called the Vallejo Police Department, they arrived and the Officers made contact with Michael at Linda's house. The Officers entered Linda's home seeking Michael. Upon arriving at Linda's home, the Officers learned that Michael was locked in the master bedroom bathroom. According to Officers, Michael would not open the door, so it was forced open by the Officers.

The Defendant Officers have testified that when they opened the door, Michael was attempting to swallow something, which they believed to be evidence and/or illegal drugs. (However, this belief was revealed to be untrue when Michael's body was examined at the hospital shortly after the incident. Though Michael's blood tested presumptively positive for cocaine, there was no evidence that Michael had any object or obstruction in his airway, and no remnants of any object or obstruction, or any drugs whatsoever, were present in his mouth or throat.)

When the Officers contacted Michael, they (Officers Boersma, Munoz and Cunningham) tased Michael repeatedly and in a prolonged manner while restraining him.  Michael was subdued during the restraint and tasing, which lasted several minutes.  The record documents a significant physical restraint occurred while taking Michael into custody. The undisputed force included at a minimum:

- Multiple Officers placed their physical weight on Michael's body.
- Keeping him in a prone (face down) position while handcuffed and hobbled.
- Multiple use of taser weapons.
- Applications of the LVNR - Carotid Restraint.

Subsequent to being tased, Officer Boersma applied a carotid restraint to Michael, as the other Defendant Officers restrained Michael's legs and arms.  As Officer Boersma applied a carotid hold, Officer Koutnik arrived and also participated in the restraint.

The restraint of Michael was conducted while Michael was in a prone position, and included weight force compression of Michael's back and chest area.  To any officer present, Michael was obviously obese and at autopsy measured 5' 7" and weighed 216 pounds.  (With five officers present, the weight advantage of officers present versus Michael reasonably calculates as 750 - 1,000 pounds versus only 216 pounds.)

After physically restrained, tased multiple times, placed in a carotid restraint, and finally being handcuffed and placed in a hobble restraint, Michael was carried out of the residence (face down) placed on a stretcher.  When he was finally rolled over into a supine position, he was observed in distress and no heart beat.  Michael was pronounced dead at Kaiser Hospital in Vallejo at 5:22 pm.  An autopsy was performed and Michael's cause of death was certified as a result of excited delirium.

**<u>Opinions Thus Far:</u>**

1. Throughout the country, law enforcement officers are trained regarding the methods and means of response and use of force in incidents that involve citizens.  The Defendant Officers appear in this incident to have failed in their duty to utilize these methods and follow these standards.  Rather, their response and use of force appears in this incident as grossly unjustified, excessive and unnecessary in the totality of the circumstances confronting them,

and includes their collective failure to abide by POST standards, and law (as taught by POST).

2.      Every VPD officer utterly failed to pay accurate attention to the contents of the dispatch broadcast regarding Michael's medical need. Each defendant officer in this case has been deposed.  Every defendant officer who responded to this call has admitted under oath in deposition that they either misunderstood or simply did not listen closely to the dispatch report, in spite of their admissions that they are required by VPD policy, training, and common sense to listen to the dispatch reports.  Every defendant has admitted that they erroneously assumed that Michael had injured the caller so severely that the caller needed an ambulance when the call was actually regarding Michael's medical need for an ambulance.

3.      To every officer present, Michael was obviously obese and at autopsy measured 5' 7" and weighed 216 pounds.  With four to five officers present, the weight advantage of officers present versus Michael reasonably calculates at more than 750 - 1,000 pounds of trained muscle versus Michael's 216 pounds.  With four or more officers present at the scene, nothing further than the use of minimal physical hands-on control of Michael's arms and legs was necessary to quickly take him into custody (if necessary).

4.      The use of the tasers in this incident was excessive, dangerous and out of policy and law (as taught by POST).  As such, they should never have been used or even considered in this set of facts. Prolonged, and multiple uses of taser weapons can result in death.  It is exceptionally egregious to use them on mentally ill persons.  I have commented in further detail regarding the use of the taser weapon below.

5.      The use of the LVNR-Carotid Restraint in this incident was excessive, dangerous and out of policy and law (as taught by POST). the use of the Carotid Restraint can result in permanent injury or death to a subject.  The use of the Carotid Restraint by an officer on a suspect/subject can only be justified as an officer's response as a defense against possible great bodily harm or death.  Many police departments forbid its use altogether.  I have commented in further detail regarding the use of the Carotid Restraint below.

6.  In this case, the VPD officers Defendants unreasonably disregarded any symptoms of alleged mental impairments or excited delirium Michael may have been exhibiting, if any and never posed a serious or immediate threat to any person (as was dispatched).  Any reasonable officer would have known that the call was for a person (Michael) who in a medical/mental need, and that any danger from any alleged crime had passed *as reported by the caller and dispatch*. As a consequence, the Defendant Officers responded to Michael as if he was a violent criminal who was trying avoid being arrested, instead of the reality that Michael was a mentally impaired person who needed medical help.

7.  In this incident the VPD officers present through their (and not Michael's) actions and decisions created a false urgency and situation that was exceptionally dangerous and reckless and beyond Michael's ability to control or mitigate.

8.  The scope and magnitude of the force used was grossly excessive and, in my opinion, rises to the level of a violation of section 149 PC - Assault Under Color of Authority.
    *"Every public officer who, under color of authority, without lawful necessity, assaults or beats any person, is punishable by a fine not exceeding ten thousand dollars ($10,000), or by imprisonment in the state prison, or in a county jail not exceeding one year, or by both such fine and imprisonment."*

    "**Unreasonable force** occurs when the type, degree and duration of force employed was not necessary or appropriate."

    "Malicious assaults and batteries committed by peace officers constitute unlawful conduct.  When the force used is unreasonable, the officer can face criminal and civil liability, and agency disciplinary action."  (Learning Domain #20, page 6-4.)

    "Peace officers who have responsibility for arrested persons are liable for the safekeeping and standard of care of those persons.

"Failure to uphold the expected level of care under the provisions of state and federal laws or the **callous disregard** for an arrested person's safety will subject peace officers to:

•     departmental discipline (including termination),
•     state prosecution for violation of penal code statutes,
•     federal prosecution for violation of federal civil rights law, and/or
•     civil lawsuits which may include punitive damages levied directly against individual officers."  (POST Learning Domain # 31: "Custody," Chapter 1, page 4.)

9.     The Vallejo Police Department appears here to have failed to provide the necessary training and administrative enforcement that would have prevented the gross departures of professional standards, POST training, and written policies by the Defendant Officers that occurred in this incident.  As such, their collective approval of these tactics puts the general public at unnecessary future risk of death and/or injury from the Defendant Officers and other Officers on the department who have been, or are now, similarly trained and/or supervised.

**<u>Officer Training Regarding the Professional Standards Regarding the Use of Force:</u>**

Early on in the POST Basic Academy, the seriousness of the unique powers imbued on Law Enforcement Officers is stressed with the required responsibility they have to use them with "great care".  It is clear that there is no room for unprofessional, immature and/or hot-headed individuals in the law enforcement profession.  This is best expressed in Learning Domain # 2: "Criminal Justice System:"

"The criminal justice system gives law enforcement two extraordinary powers:

1.     The power of arrest and
2.     The power to use deadly force.

The authority to do so does not come from the rule of an authoritarian dictator.  Rather it comes from the will and consent of the people who *put their trust in law enforcement to use that power*

*with the utmost of care and restraint*.  This is why it is important to emphasize that peace officers do not confer "police powers" on themselves.  These powers come to the criminal justice system from the people they serve."   (Learning Domain #2: "Criminal Justice System," page 1-4.  Emphasis added.)

Additionally, POST specifies that there are a number of key factors that can affect which force option is approved and appropriate under the concept of the "totality of circumstances."  In view of this incident nothing other than "Officer Presence" and "Verbal Instruction" were justified in this case.  The standards in this regard  are as follows (reference: POST LD # 20: "Use of Force."  Page 2-5.):

POST defines four categories of behavior and a range of appropriate officer responses to gain control compliance.  They are:

| | |
|---|---|
| Cooperative | All that is required here is officer presence and verbal instruction. |
| Resistive (passive and active) | Firm grip, Control holds and low levels of pain compliance. |
| Combative | Officers have the right to self defense and can use necessary tools (baton, OC spray, taser, etc.) |
| Life-threatening | Officers have the right to self defense and can respond with lethal force. |

Competent police officers are also trained at the POST Basic Academy that the "totality of the circumstances" are an important aspect in the decision to use force and that California law requires that the use of force must meet an "Objectively Reasonable" standard.  The following quotes typify the training:

"A reasonable officer is defined as an officer with similar training, experience, and background in a similar set of circumstances, who will react in a similar manner."  "Unreasonable force occurs when the type,

degree and duration of force employed was not necessary or appropriate."(Learning Domain #20: "Introduction to the Use of Force," page 1-4.)

Additionally, an entire chapter in POST Learning Domain #20 is devoted to the "Consequences of Unreasonable Force." Cruelty and malicious assaults are absolutely forbidden:

"**Unreasonable force** occurs when the type, degree and duration of force employed was not necessary or appropriate."

"Malicious assaults and batteries committed by peace officers constitute unlawful conduct. When the force used is unreasonable, the officer can face criminal and civil liability, and agency disciplinary action." (Learning Domain #20, page 6-4.)


**Officer Training Regarding Positional Asphyxia:**

Every day, police officers encounter situations that require them to restrain persons. Properly trained officers learn how improper restraining techniques can block the flow of air into the individual's lungs contributing to a life threatening condition known as "positional, or restraint, asphyxia." Proper training also covers the multiple effective options available such as avoiding compression of the chest, rolling the subject over on his side, and sitting or standing the subject up.

Properly trained officers are trained that the risk factors for positional asphyxiation include all or some of the following conditions:
•    Obesity.
•    Preexisting medical conditions such as heart problems or head and neck injuries.
•    The length of the struggle.
•    The physical environment in which the struggle takes place.
•    Whether the suspect suffers from a mental condition.
•    Whether the suspect has been drinking alcohol.
•    The presence of depressant or stimulant drugs (substances such as cocaine and methamphetamine).

Properly trained officers are trained that excessive restraint, combined with one or more of these factors, several of which were present in this instance, can impair the cardiovascular and respiratory systems.

Properly trained officers know that breathing requires two actions:
- Increasing the size of the chest by expanding the ribs and.
- Contracting the diaphragm, allowing air to fill the lungs.

Training includes to know that:
- When a person is lying face down, performing both of these functions can be more difficult.
- The contents of the abdomen are pressing against the diaphragm.
- In order to raise the ribs or use the diaphragm when forced into a prone position, the weight of the body must be lifted.
- An officer kneeling or lying on the individual's back aggravates the situation because the additional weight of the officer(s) must be lifted along with the weight of the persons' body.
- The greater the weight or more intense the compression, the harder it becomes to breathe. As a result, the suspect struggles more violently, and untrained officers respond by using more force.
- With no reserve oxygen left and unable to take deep breaths, the individual slips into unconsciousness and in minutes, and could be dead.

Properly trained officers know this scenario can be easily avoided by using proper restraint techniques and following simple guidelines that are key to the possibility that a struggling subject could be in danger of death due positional or restraint asphyxia. One of the most important of these factors is the longer the physical contact, the more fatigued the body will become.

Additionally, officers are also trained that they must act quickly to return the subject to an upright position, preferably in a sitting position, cease applying restraint, especially when risk factors are present, because the restraint techniques used could mean the difference between life and death.

Basic guidelines include avoiding placing weight on the neck or back, avoiding "straddle" positions and "pile-ons," and immediately positioning the subject so he can breathe.

Police reports and depositions in this case suggest that Michael went unconscious while he was handcuffed in a prone position, and that he was in that position with weight being applied. Properly trained officers know that they must monitor the vital signs of any person who is restrained. Officers are also trained that it is not possible for them actively determine who is at risk for sudden and unexpected death while suspects are being

restrained.  As a consequence, the law enforcement officer must assume that any person being restrained presents a risk of sudden and unexpected death.  The risk that restraint asphyxia and accidental death will occur is only controlled by using proper restraining techniques.


**Information Regarding the Taser Weapon:**

The most commonly deployed conducted energy device (CED) is manufactured by Taser International, notably the Taser M26 and X26 models.  "Taser®," developed in the 1970s by Jack Cover, is an acronym for the **T**homas **A**. **S**wift **E**lectric **R**ifle.  Swift was a fictional character in a 1930s series of science fiction books by Victor Appleton.  The Taser fires darts that attach to (or penetrate) a person's skin or clothing and create an incapacitating electrical current.

The Taser has evolved over the years.  In 1999, the company developed the Advanced Taser M26, which was powered by an alkaline battery and used nitrogen cartridges, rather than gunpowder, which was used in earlier models, to fire projectiles.  Shaped liked a handgun, the Advanced Taser M26 became popular with law enforcement officers.  In 2003, the company introduced the Taser X26, more compact than the Advanced Taser M26 and, according to the company, more efficient.  It is powered by a lithium battery and also uses nitrogen cartridges to fire projectiles.  These CED's deliver an electrical current that interferes with the body's neuromuscular system, temporarily incapacitating a targeted person.  They are laser-sighted and use cartridges attached to the end of the weapon's barrel.

The Taser has two modes: "probe" and "touch stun."  In the probe mode, the cartridges project, through a set of wires, a pair of barbs (or darts with hooks) that attaches to clothing or penetrates the skin after the Taser is fired, delivering an electrical charge.  When the barbs strike, the electrical current is sent down the wires and through the body between the two barb points.  In the touch stun mode, electrical contacts on the Taser are pressed directly onto a person and there is a similar but reduced neuromuscular effect (Donnelly et al, 2002).  ( Source: *Conducted Energy Devices: Development of Standards for Consistency and Guidance.*  U.S. Department of Justice Office of Community Oriented Policing Services and Police Executive Research Forum.  Washington, D.C., 2006.)

It must be noted here that prior to this incident, Taser International specifically warned and trained all users of the taser weapon against prolonged exposure to the Taser in people suffering symptoms of "Excited Delirium."  In fact, death by "Excited Delirium"

has been cited as an alternative to asphyxiation during the course of restraint. "Excited Delirium" deaths are preventable, and reasonable police officers are trained to consider the symptoms of "Excited Delirium" when restraining, using a taser, or otherwise using force against a subject.

## Established Professional Standards Regarding the Use of the Taser Weapon:

The International Association of Chiefs of Police, with support from the Office of Community Oriented Policing Services, the Bureau of Justice Assistance, the National Institute of Justice, and other policing organizations and associations developed and published in 2006 a defining document: *Conducted Energy Devices: Development of Standards for Consistency and Guidance.* (listed as item 6 on page 2 of this report.) Among other issues, 52 specific and necessary guidelines governing the use of the Taser weapon are listed. As such, the document expresses the accepted professional standard of care. I have noted 7 specific departures from the guidelines which, in my opinion contributed to this incident. They are stated below and identified by number in the sequence of the 52 guidelines enumerated (on pages 23 through 29 of the document) as follows:

1.    CEDs should only be used against persons who are actively resisting or exhibiting active aggression, or to prevent individuals from harming themselves or others. CED's should not be used against a passive suspect (Michael was not armed and was outnumbered 4 to 1 and easily restrained physically if necessary).

3.    When activating a CED, law enforcement officers should use it for one standard cycle and stop to evaluate the situation (a standard cycle is five seconds). If subsequent cycles are necessary, agency policy should restrict the number and duration of those cycles to the minimum activations necessary to place the subject in custody.

4.    Training protocols should emphasize that multiple activations and continuous cycling of a CED appear to increase the risk of death or serious injury and should be avoided where practical.

5.    Training should include recognizing the limitations of CED activation and being prepared to transition to other force options as needed.

18.     Agencies should create stand-alone policies and training curriculum for CEDs and all less-lethal weapons, and ensure that they are integrated with the department's overall use-of-force policy.

40.     Departments should not solely rely on training curriculum provided by a CED manufacturer.  Agencies should ensure that manufacturers' training does not contradict their use-of-force policies and values.  Agencies should ensure that their CED curriculum is integrated into their overall use-of-force systems.  (*Conducted Energy Devices: Development of Standards for Consistency and Guidance.*  U.S. Department of Justice Office of Community Oriented Policing Services and Police Executive Research Forum.  Washington, D.C., 2006.)

In my opinion, the Defendant Officers' departure from the standards is reflective of the custom and practice of the VPD to endorse the gross over-dependence on the Taser weapon when other far more reasonable and appropriate methods of force (if actually necessary) should be deployed.  Michael was not aggressive and was unarmed, and as such, did not fall under the "active combatant" rubric.  Michael did not have access to any lethal weapons, nor did he threaten the Officers in any way.  In my opinion, the use of a taser in this instance grossly deviated from the POST training that the Defendant Officers had participated and completed.


**The Use and/or Attempted Use of the Carotid Restraint Hold in this Case:**

The admitted application of the LVNR - Carotid Restraint is very alarming.  It must be noted that POST specifically identifies the Carotid Restraint Hold as an extremely dangerous use of force that should not be deployed except in extreme circumstances - none of which existed in this set of facts.  Once it has been used, strict guidelines for subsequent medical monitoring and care are required.  These guidelines are taught in the Basic POST Academy to all police officers in California.

Officers are taught at the POST academy that the Carotid Restraint Hold has caused death and permanent injury on many occasions and that it is such a serious use of force that the suspect must be monitored from the time it is used until he is medically cleared for booking.

If the Carotid Restraint Control Hold is not properly applied, the risk of injury to the subject increases significantly.  The following chart as provided by POST illiterates some of the possible dangers of an improperly applied hold:

Page 13 of  20

Maintaining the hold after the subject has been rendered unconscious:

> If oxygenated blood flow to the brain is restricted for more than one minute irreversible brain tissue damage may occur.

Tilting, turning, or jerking the subject's neck and/or pressure applied to the back of a subject's head or neck:

> Fracture of the neck resulting in serious injury permanent paralysis, or death.

Pressure applied to the front of a subject's head or neck:

> Rupture, fracture or collapse of the larynx or trachea causing suffocation; fracture of the hyoid bone, tip of the thyroid cartilage, or hyoid bone causing swelling and possible suffocation (POST Learning Domain # 33, page 4-9, "Effects of the Carotid Restraint Hold on the Body.")

As noted in the record, Officer Boersma reported that he applied the LVNR/Carotid Restraint Hold.  Specific POST training in this regard is as follows:

> "The Carotid Restraint Control Hold should *not* be confused with the bar-arm choke hold or any other form of choke hold where pressure is applied to restrict the flow of air into the body by compression of the airway at the front of the throat."

> "Choke holds are considered ineffective and *create the potential for a subject to panic and react with greater resistance when pressure is applied in this manner by a peace officer.*  Also, there is greater risk of serious injury to the subject."  (POST Learning Domain # 33, page 4-9, "Effects of the Carotid Restraint Hold on the Body."  Emphasis added.)

Many agencies forbid the use of the LVNR/Carotid Restraint Hold altogether except when the use of deadly force is justified and the life of the officer is at stake.  If the LVNR/Carotid Restraint Hold is not performed properly, the perception of the suspect is much the same as a person who is being held under water and not allowed to breathe.

**My Qualifications to Review This Case:**

My opinions are based in part on my training, professional experience and education.  I am a twenty seven year veteran of the Los Angeles County Sheriff's Department (LASD). I was hired on December 1, 1965, and I retired from active service on March 31, 1993. My career included six years at the rank of Deputy Sheriff, six years as a Sergeant, and fifteen years as a Lieutenant.  I retired holding a California Peace Officer Standards and Training (POST) Advanced Certificate, and I am a graduate of the POST Command College (class #5).

During the course of my service with the department, I had a wide range of duties.  Those duties included an 18 month assignment as a staff jail deputy and two years as an Administrator/Lieutenant in the same jail facility (Men's Central Jail).  I also served on the department as a patrol officer, field supervisor, jail watch commander and administrator, station watch commander, and commanding officer of investigative units. I was a field training officer while assigned as a patrol deputy, and I trained new officers in POST and department approved patrol procedures, field investigations, apprehension techniques, and emergency procedures.

I was a Station Detective and, as such, reviewed and assessed cases passed on to me by the patrol officers.  Those cases included possible complaints relating to both misdemeanor and felony crimes.  They frequently required follow up investigations and interviews before the exact nature of the case could be determined.  As a field officer and detective, I was trained in interview and interrogation methods and subsequently trained other officers.

Among other assignments as a Sergeant, I supervised field officers and station detectives as they took complaints and conducted preliminary investigations regarding criminal and administrative matters.

As a Sergeant and as a Lieutenant, I served on the training staff of the Los Angeles County Sheriff's Department's Patrol School which taught the POST accepted patrol tactics, and investigation and apprehension methods.

As a Watch Commander and as a Lieutenant, I responded to, investigated, and reported on the use of force and officer-involved shootings. I was also assigned by my Department to sit as a member of Departmental review committees regarding the reasonable or unreasonable use of force and tactics.

As stated above, during my career I was assigned to the Los Angeles County Men's Central Jail (MCJ) for a period of 18 months as a line officer. Upon my subsequent promotion to Lieutenant, I returned to the same facility approximately 10 years later. During that time, I was assigned as a Jail Watch Commander, and as the Facility Training and Logistics Administrator. At the time of my assignment, the MCJ held a daily population in excess of 7,000 inmates, including a hospital, which was serviced by a staff of more than 900 sworn and civilian personnel.

During my assignment as the Administrative Lieutenant of the Department's Reserve Forces Bureau, I worked closely with the State of California Peace Officer Standards and Training in revamping our Reserve Academy to bring it into state compliance. This process gave me an expertise in the POST Basic curriculum. I also supervised the training of cadets at our Reserve Training Academy. They were taught proper investigation, interview, and apprehension procedures. Among other topics, I lectured the Reserve Academy on the POST syllabus: "The Legal and Moral Use of Force and Firearms."

During the 1984 Olympics held in Los Angeles, I was assigned and served as the Department's Intelligence Officer at the Los Angeles Olympics Emergency Operations Center.

During the last five and one half years of my career, I commanded a specialized unit known as the North Regional Surveillance and Apprehension Team (N.O.R.S.A.T.), which was created to investigate, locate, observe and arrest major (career) criminals. I held this position until my retirement from the Department on March 31, 1993.

Criminals investigated and arrested by N.O.R.S.A.T. included suspects involved with homicide, robbery, kidnaping, extortion, burglary, major narcotics violations and police corruption. The majority of our cases were homicide cases, including the murder of police officers. Arrests frequently occurred in dynamic circumstances including crimes in progress.

My unit also conducted major narcotics investigations including undercover narcotics buys, buy busts, and reverse stings. We frequently deployed at the request of investigative units, such as Narcotics, which provided the initial investigative leads for our operations. These narcotics cases usually involved multiple kilogram quantities of drugs and amounts of money ranging from one hundred thousand to more than one million dollars.

Approximately 80% of cases assigned to N.O.R.S.A.T. were active Homicide investigations.  In that regard, the unit processed, under my command and supervision, various aspects (depending on the complexity of the cases involved) of approximately 1,000 Homicides ranging from deaths of police officers to serial homicide suspects.

Additionally, the majority of the 1400 cases for which I have been retained as a consultant (since 1993) have involved injuries or deaths connected with some aspect of force during either apprehension or while in police custody.

During the first three months of my command of N.O.R.S.A.T., the unit had three justifiable shooting incidents.  From that time, and over the next five years of my command, N.O.R.S.A.T. established a remarkable record of more than two thousand arrests of career criminals without a single shot fired – either by my officers or by the suspects whom we arrested.

Many of these suspects were armed and considered to be very dangerous.  Some were apprehended during the course of their crimes and were very prone to use firearms to escape apprehension.  This record of excellence was accomplished through the use of proper tactics,

management and supervision of personnel, training in correct apprehension methods, and adherence to the moral and ethical standards endorsed by California POST and my Department.  These methods and principles are also embraced by every state training commission of which I am aware, as well as the national standards established by the U.S. Department of Justice.

As a result of my position and record as the commanding officer of N.O.R.S.A.T., I was assigned to author Field Operations Directive 89-3, "Tactical Operations Involving Detective Personnel."  This order remained in force 20 years (until September 30, 2009), and included the basic standards and considerations with which investigative officers must comply in the event of a tactical deployment such as the dynamic entry into a building for the purpose of an arrest and/or seizure of evidence.

Since my retirement, I have testified as an expert on use of force, jail procedures and jail administration, investigations, police procedures, police tactics, investigative procedures, shooting scene reconstruction, and police administration in Arizona State Courts, California State Courts, Washington State Courts and Federal Courts in Arizona, California, Colorado, Florida, Illinois, Indiana, Louisiana, Missouri, Nevada, Ohio, Oregon, Pennsylvania, Texas, Utah, Washington, New Mexico, and New York.  I have

testified before the Los Angeles Police Department Board of Rights and the Los Angeles County Civil Service Commission.  I have testified before the Harris County (Texas) Grand Jury.  I have also submitted written opinions in matters before Alaska, Idaho, Montana, North Carolina, Oregon, Kentucky and Wyoming Federal and State Courts.  I was selected (January 20, 2007) to present on the topic of: "Police Experts" at the National Police Accountability Project held at Loyola Law School, Los Angeles, California.  I was selected (September 23, 2010) to present on the topic of: "Using POST Modules to Establish Police Officer' Standard of Care" at the National Police Accountability Project, National Lawyers Guild Convention, in New Orleans, Louisiana. I was selected (March 30, 2012) to present to the Kern County Public Defenders in Bakersfield, California, on the topics of "Ethics, Police Investigations, the California POST Curriculum, and the M26 and X26 Taser weapons."  On August 7, 2013 I was invited and presented to the Texas Civil Rights Project (TCRP) 2013 Annual Legal Summit in Austin, Texas on the topic: "Ethically Working with Experts from the Prospective of a Police Expert."  On October 15, 2015 I was the invited presenter at a Community Forum in Victorville, California on the topics of Police Procedures, Community Policing, Use of Force, and features of the M26, X26 and X2 Taser weapons.

I have worked on several projects with the Paso Del Norte (El Paso, Texas) Civil Rights Project and the Texas Civil Rights Project (Austin, Texas).  As a result of my expert testimony in *Border Network, et al. v. Otero County, et al.*, Case No. 07-cv-01045 (D.N.M. 2008), a federal court issued a temporary injunction to stop the illegal and widespread immigration raids in Chaparral, New Mexico, implemented pursuant to Operation Stonegarden.  The case resulted in the adoption of a model policy for inquiring into a person's immigration status, which has been adopted nationwide and has also been presented to the United States Senate, the Secretary of Homeland Security, and other government officials seeking to reform immigration enforcement.

I have been recognized, and my expert report was quoted by, the United States Court of Appeals for the Ninth Circuit as an expert in Police Administration and Use of Force. *Blankenhorn v. City of Orange, et al.*, 485 F.3d 463, 485 (9th Cir. 2007).  The Ninth Circuit also drew from my expert report in a second published case involving Police Detective Investigations. *Torres, et al. v. City of Los Angeles, et al.*, 540 F.3d 1031, 1042-43 (9th Cir. 2008).  The *Torres* case was appealed to the U.S. Supreme Court and returned for trial.  The Ninth Circuit also drew from my expert reports regarding credible threats justifying the use of force, *Hayes v. County of San Diego*, 658 F.3d 867 (9th Cir. 2011), and *Young v. County of Los Angeles*, 655 F.3d 1156 (9th Cir. 2011).  The Ninth Circuit also drew from my expert reports regarding Jail Administration and Administrative Responsibilities, *Starr v. Baca*, 652 F.3d 1202 (9th Cir. 2011).  The Ninth

Circuit also drew from my expert reports regarding an officer's violation of the 14th Amendment if an officer kills a suspect when acting with the purpose to harm, unrelated to a legitimate law enforcement objective, in *AD v. California Highway Patrol*, 712 F. 3d 446 (9th Cir. 2013).  The Fifth Circuit drew from my expert report regarding search and seizure, investigations and no-knock requirements in *Bishop et al. v. Arcuri et al.*, 674 F.3d 456 (5th Cir. 2012).  The Ninth Circuit also drew from my expert report regarding the use of impact weapons (PepperBall) on civilians in *Nelson v. City of Davis*, 685 F.3d 867 (9th Cir. 2012).  I was the expert in the Ninth Circuit opinion regarding the allegations proffered by police officers and their use/display of firearms against civilians in *Green v. City and County of San Francisco*, 751 F. 3d 1039 (9th Cir. 2014).  Most recently, I was the expert in an important Ninth Circuit opinion regarding the allegations proffered by police officers and their use of lethal force against unarmed persons in *Jennifer Cruz, et al., v. City of Anaheim, et al.*, 765 F.3d 1076 (9th Cir. 2014).

The California Court of Appeal (Second Appellate District) drew in part from my expert report regarding search warrant service, *Macias v. County of Los Angeles*, 144 Cal. App.4th 313, 50 Cal. Rptr.3d 364 (2006).  The California Supreme Court drew in part from my expert opinion regarding police tactics and the use of deadly force, *Hayes et al. v. County of San Diego et al.*, 57 Cal.4th 622 (2013).

On February 10, 1989, I was personally commended at the Los Angeles County Hall of Administration by United States Attorney General, the Honorable Edwin Meese III, for my work to establish California Penal Code Section 311.11 (forbidding the Possession of Child Pornography).  On February 22, 1993 (at the time of my retirement), Mr. Meese presented a second personal commendation for the success of this critical five-year effort to bring this law into effect.

I have been found competent by both Federal and State Courts to render opinions as to responsibilities as occurred in this case.  A number of my cases have involved law enforcement officers as civil plaintiffs and as criminal defendants.

Since my retirement, I have become an expert in the features and the use of TASER International's products, including the Model M26, Model X26 and Model X2 ECDs.  I own each, along with the download software.  I have reviewed all the TASER training materials and am familiar with the risks and tactics associated with these potentially lethal devices.  I have qualified as an expert on TASER products and testified both in deposition and before juries on their usage.  Two published examples are *Lee v. Nashville*, 596 F. Supp. 2d 1101, 1121-22 (M.D. Tenn. 2009), and *Heston v. City of Salinas*, 2007 U.S. Dist. LEXIS 98433, *25-*26 (E.D. Cal. 2007).  My most recent Federal

acceptance/certification as an expert in the general use and deployment of the TASER weapon occurred in San Francisco, California on January 29, 2015 in *Andre Little, an Individual, v. City of Richmond, et al.*, Case No: CV-1302067-JSC.  There are many others.

Attached as Exhibit A is a statement listing my law enforcement qualifications and experience; Exhibit B is my fee schedule; Exhibit C is a listing of matters in which I have testified in the last four years as an expert.

I declare under penalty of perjury that the foregoing is true and correct. Executed January 19, 2016, at Santee, California.


Roger A. Clark

**ROGER A. CLARK**

*10207 Molino Road • Santee CA 92071 • Telephone: (208) 351-2458.  Fax: (619) 258-0045.*

EXPERIENCE

**Police Procedures Consultant (self employed)**
April 1, 1993 to Present................................................................. **21 years**

I have been certified by Federal and State courts as expert in jail and police procedures in Federal and State Courts.  I select my cases carefully and have consulted in approximately 1250 cases thus far since my retirement from the Los Angeles County Sheriff's Department.

**Substitute Teacher, Madison School District**
August 1994 to 2003....................................................................... **9 years**

I substitute teach at all levels in the school district (elementary to high school).  As a volunteer, I wrote and managed a $85,000.00 federal grant for our Central High School.  This grant is in its sixth year and has generated $510,000.00 for the school.

**District Liaison, State of Idaho Department of Juvenile Corrections**
August 1, 1995 to March 1, 1997.........................................**1 year, 7 months**

I represented the new Department of Juvenile Corrections to the ten counties in the Seventh Judicial District.  As such, I worked closely with Probation Officers, County Commissioners, Judges, other state agencies, private care providers, etc. in the implementation of the new Idaho Juvenile Corrections Act of 1995.  I wrote or participated in the writing of several federal grants for the District.  I conducted training - both formal and informal - and developed a series of new therapy programs for juveniles with private care providers.  I also served as the Director of the Detention Center and the State Placement Coordinator during this time.

-1-

**Los Angeles County Sheriff's Department**
December 1, 1965 to March 31, 1993.................................**27 years 4 months**

**Note:**  In 1993 the Los Angeles County Sheriff's Department had 7,000 sworn and 3,000 civilian personnel and a daily County Jail inmate population of 23,000.


**Service as a Lieutenant (15 Years, 0 Months):**


1.  **Field Operations Region I**
    **NORSAT**                              11/15/87 to 3/31/93   **64 months**

I commanded a specialized unit created to investigate, locate, observe and arrest major (career) criminal offenders.  This unit was designed as a multijurisdictional effort for the cities in the northern region of Los Angeles County.  The command consisted of four (4) Sergeants, seventeen (17) Deputies, four (4) Police Officers, twenty five (25) Reserves, and three (3) civilian employees.  The 1992 budget set at $1.5 million.  The arrest rate averaged 500 career criminal arrests per year with a 97% conviction rate and no shots fired (on either side) for 61 consecutive months.


Significant contributions while assigned at this Bureau were:

*        Increase in participating police agencies.
*        Direct participation with corporate (private) agencies.
*        Formation of a reserve and volunteer unit.
*        Establishment of NORSAT Foundation private funding.
*        Computerization of the unit.
*        Promotion of fourteen personnel.
*        Fleet expansion from 13 to 28 vehicles (donated).
*        Formation of the DEA Valley Task Force.
*        Field Operations Directive 89-3.


2.        **Executive Offices**
          **Reserve Forces Bureau**        05/01/84 to 11/15/87  **42 months**

I was the administrative officer to a specialized bureau responsible for coordinating the activities of 1,000 sworn reserve personnel, 900 civilian

volunteers, and 450 law enforcement explorer scouts.  The Bureau identifies programs for their effective utilization throughout the Department; develops and tracks training programs; sponsors activities designed to promote growth and keep morale at high levels.

Significant contributions while assigned at this bureau are:

•       Total restructure of the Academy training process for reserve Deputies.
•       Implementation of upgrade programs to move lower level reserves to level I status.
•       Departmental Reserve Certification procedures.
•       Annual leadership seminar.
•       The Reserve News, a nationally recognized police magazine.
•       Computerization of the Bureau.


3.      **Field Operations Region I**
        **Crescenta Valley Station**      04/01/80 to 05/01/84  **49 months**

Crescenta Valley Station is a full service police facility of 100 personnel serving a population of 50,000 (including the Contract City of La Canada-Flintridge) and a total area of 250 square miles. During my four years service at this facility I served in every management role:

•       **Nine months** as the Station Commander during an extended absence by the Captain (08/01/83 TO 05/01/84).
•       **Sixteen months** as the Operations Lieutenant (03/01/82 TO 08/01/83).
•       **Twelve months** as the station Detective Bureau Commander (03/01/81 to 01/01/82).
•       **Twelve months** as a Watch Commander (04/01/80 to 03/01/81).

Significant contributions while assigned at this command are:

•       Negotiation of an enhanced city contract (at a savings to the City).
•       Formation of a volunteer community support group.
•       Development and implementation of an integrated community emergency response plan.
•       High School undercover narcotics operation.
•       Restructure of the Station Detective Bureau.
•       The annual station picnic, which was effective in boosting station morale.

4.      **Custody Division**
        **Central Jail**              04/01/78 to 04/01/80  **24 months**

The Los Angeles County Central Jail is the largest jail facility in the State of California, with a daily inmate population of seven thousand (7,000), an assigned staff of six hundred (600), and two hundred (200) civilian personnel. My service at this command was equally divided into two major assignments:

•      Training and Logistics Lieutenant (04/01/79 to 04/01/80).
•      Watch Commander (04/01/78 to 04/01/79).

Significant contributions while assigned at this command are:

•      "Hot Fire" Training program, which is now a State (POST) mandated training module for all custody personnel throughout California.
•      The "Defend in Place" fire safety operational plan for jail facilities.
•      New fire safety specifications for jail bedding and mattresses.
•      The development of fire safe jail mattress material.
•      The development of a facility emergency response plan.
•      The computerization of training, timekeeping, and scheduling for the facility (800 sworn and 200 civilian personnel).
•      "Spouse day at CJ"--A program for spouses of employees.


**Service as a Sergeant (6 Years, 4 Months):**


5.      **Administrative Division**
        **Federal Surplus Property**    01/12/76 to 04/01/78  **27 months**

This program was entirely my idea and developed while I was assigned at my previous assignment (Emergency Operations Bureau).  The unit provides millions of dollars in free federal excess and surplus food and property from clothing to heavy equipment and aircraft to the department each year.  I am very proud of this contribution to the Department.


6.      **Patrol Division**
        **Emergency Operations**     02/01/74 to 01/12/76  **23 months**

I was among the original personnel that formed this unit which blended the activities of the Department's planning    unit with emergency operations planning and preparation.  I was assigned as the Personnel and Logistics Sergeant.

-4-

Significant contributions while assigned at this command are:

•       Formation of a new County Emergency Operations Center.
•       Participation in the 1974 Federal earthquake studies of Los Angeles County.
•       Development of the Department's specialized Field Command Post equipment.
•       Development of the Department's Field Booking Team.

**7.**     **Patrol Division**
        **Civil Defense Bureau**     12/01/73 to 02/01/74 **02 months**

I was assigned to this unit to facilitate the orderly transition into the new Emergency Operations Bureau.

**8.**     **Patrol Division**
        **San Dimas Station**     12/12/72 to 12/01/73 **12 months**

I performed all the duties of a Watch and Patrol Sergeant. I also frequently served as the Watch Commander.

**9.**     **Technical Serviced Division**
        **Communications Bureau**   12/01/71 to 12/12/72 **12 months**

I served as the Watch Commander in The Sheriff's Department's old radio room located at the Hall of Justice, and assisted in the transition to the existing communications facility.

**Service as a Deputy (6 Years, 0 Months):**

**10.**    **Patrol Division**
        **San Dimas Station**
        **Detective Bureau**     01/01/70 to 12/01/71 **23 months**

I served as a Station Detective assigned to the evening watch. I handled the first response to all crimes requiring investigations. I processed all evening juvenile matters, prepared criminal complaints and juvenile petitions.

11.    **Patrol Division**
       **San Dimas Station Patrol**    01/29/68 to 01/01/70  **24 months**

I performed all duties assigned to Station Patrol:  Jailer, Desk, Watch Deputy, Patrol, and Traffic.


12.    **Technical Services Division**
       **Transportation Bureau**    11/01/67 to 01/29/68  **02 months**

I was temporarily assigned to the Beverly Hills Municipal Court pending my assignment to a Patrol Station.


13.    **Custody Division**
       **Central Jail**    05/06/66 to 11/01/67  **18 months**

I returned to my previous assignment at the Central Jail after graduation from the Academy.  I performed all aspects of a Custody Deputy i.e. Module Officer, Prowler, Control Booth, High Power, etc.


14.    **Administrative Division**
       **Academy**    01/17/66 to 05/06/66  **04 months**

I was a Sheriff's trainee assigned to Class #110.


15.    **Custody Division**
       **Central Jail**    12/01/65 to 01/17/66  **01 month**

I was a pre-academy Custody Deputy assigned to the Central Jail as an "off the street" Deputy Sheriff.


## DEGREES AND CERTIFICATION


| P.O.S.T. Command College (Class #5) | POST | 1988 |
|---|---|---|
| Management Certification | POST | 1980 |
| Advanced Certification | POST | 1975 |
| Associate of Science Degree | Chaffey College | 1971 |

-6-

# Roger A. Clark

## Police Procedures Consultant, Inc.

10207 Molino Road.  Santee, CA 92071
Phone: (208) 351-2458,  Fax: (619) 258-0045
rclark9314@aol.com

January 19, 2016

Mr. Benjamin Nisenbaum, Esq.
Law Offices of John L. Burris
7677 Oakport Street, Suite 1120
Oakland, California 94621

**Regarding:   *V.W., a minor, et al., v. Robert Nichelini, et al., Case No.: 2:12-CV-01629-LKK-AC.***

Dear Mr. Mr. Nisenbaum:

My fee schedule is as follows:

- Travel time at the rate of $50.00 per hour.
- All case review, consulting, and writing of expert opinions (such as Rule 26 reports) at $250.00 per hour.
- All testimony (either at trial or deposition) at $350.00 per hour, with a two hour minimum required.
- A retainer fee of $3,000.00 when initially retained will be used against the above listed fees.  Subsequent billings at the rates specified.
- A "rush fee" of $500.00 for work required less than three weeks from notice/retention.
- An invoice will be submitted periodically reflecting the activities and charges associated with the account.  Payment is due upon receipt of the invoice.

There is no formal contract required.  My Federal Tax ID Number is **72-1576857.**

Sincerely,

Roger A. Clark

Page 1 of  1

# Roger Clark

**Police Procedures Consultant, Inc.**
10207 Molino Road.  Santee, CA 92071
Phone: (208) 351-2458,  Fax: (619) 258-0045
**rclark9314@aol.com**


**UPDATED LIST OF SWORN TESTIMONY FOR RULE 26**

**January 13, 2012 to January 13, 2016**
(January 15, 2016)


**Deposition**:  January 13, 2012.  Reyna Johnston, et al., v. Riverside County, et al.  Case No. CV 10-08101.

**Deposition:**  January 17, 19, & 23, 2012.  Zhivka Valiavicharska v. UCPD (Berkeley), et al, USDC Case No. 10-CV-04847 JL.

**Deposition:**  January 18, 2012.  Danilo M. Molieri and Daniel S. Molieri, v. County of Marin, et al.  USDC Case No C-10-5430 MMC.

**Trial**:  January 20, 2012.  Brent Beckway, v. Lake County, et al.  USDC Case No. C-07-5072 THE

**Deposition:**  January 23, 2012.  Rachel Prescott, et al, v. County of Stansilaus, et al.  USDC Case No. 1:10-CV-00582 OWW-JLT.

**Deposition:**  January 30, 2012.  Superior Court, State of California (Los Angeles County) Deputy James Mee, v. County of Los Angeles, Case No. BC444914.

**Trial:**  February 1, 2012.  Robert Contreras vs. City of Los Angeles: et al.  USDC Case # CV11 01480 SS.

**Trial:**  February 8, 2012. Zhivka Valiavicharska v. UCPD (Berkeley), et al, USDC Case No. 10-CV-04847 JL.

**Trial:**  February 10, 2012.  Barbara J. Batchan, et al, v. County of Los Angeles, et al., Superior Court, State of California (Los Angeles County), Case No. BC423702.

**Trial:**  February 15, 2012.  Travell Bradford, v. Deputy Gregory Senior, USDC (Oregon) Case No. CV 08-644BR.

**Deposition:**  February 16, 2012.  Mark Bowen v. County of Riverside, et al.  Superior Court, State of California (Riverside County) Case No. RIC 516303

-1-

**Deposition:**  February 17, 2012 and March 16, 2012.  Luz Hernandez, v. City of Napa, et al.  USDC Case No. 08-CV-04386 SBA.

**Deposition:**  February 20, 2012.  Emily Contreras and Jose Lua Sr., et al. v. City of San Jose: et al.  Case # CV-10-00953 RMW.

**Deposition:**  February 23, 2012.  Sergeant Danny M. Singson, v. Commander Marc Farber, et al.  USDC Case No. CV 11-1863 SI.

**Deposition:**  February 27, 2012.  Julio Cesar Duran, v. City of Weslaco, et al.  USDC (Texas) Case No. 10-CV-00429**.**

**Deposition:**  February 28, 2012.  Deon Richard Dirks, v. County of Los Angeles, et al.  USDC Case No. CV 08-05214 GPS (Ctx).

**Deposition:**  February 28, 2012.  Carol Champommier, et al, v. United States of America, et al.  USDC Case No. CVl1-3913 JHN (PJWx), (Consolidated with Case No. CV11-05486).

**Trial:**  March 1, 2012.  Danny Pina, v. San Jose, et al.  USDC Case No. CV10-02607 HRL.

**Deposition:**  March 2, 2012.  Mekione Samatua, et al, v. City of San Bernardino, et al.  Superior Court (San Bernardino County), State of California Case No.  CIVDS 917832.

**Deposition:**  March 5, 2012.  Estela Cabrales, v. Los Angeles County, et al.  Superior Court (Los Angeles County), State of California Case No.  TC 024782.

**Trial:**  March 9, 2012 and March 12, 2012.  P.C. (Mauricio Cornejo), v. City of Los Angeles, et al.  USDC Case No. CV 07-3413 ABC (Ctx)

**Trial:**  March 20, 2012.  Damian Ramirez, v. City of Los Angeles, et al.  Superior Court (Los Angeles County) Case No. NC043826.

**Trial:**  March 28, 2012.  Lakesha Wright, et al., v. City of Long Beach, et al.  Superior Court State of California (Los Angeles County) Case No. BC404505.

**Deposition:**  March 27, 2012.  Gabriel Gonzales, et al., v. County of Los Angeles, et al. USDC Case No. CV11-1862 MMM (VBKx).

**Deposition:**  April 3, 2012.  Yvonne Barnes, et al., v. City of San Bernardino, et al.  Superior Court (San Bernardino County), Case No. CIVSS 807102.

**Deposition:** April 5, 2012. Hector Briones and Roseland Harding, v. City of San Bernardino, et al. USDC Case No. CV 10-7571 CBM (Opx).

**Deposition:**  April 9, 2012.  Oscar Morales v. City of Los Angeles, et al.  USDC Case No. CV 11-04757 SVW (Shx).

**Trial:**  April 10, 2012.  People v. Rodger Warren Box, Superior Court (Contra Costa County, California) Case No. 150794-6, DA No. C 10 011036-1.

**Trial:**  April 11, 2012.  Paul Burke, v. City of Santa Monica, et al.  USDC Case No. CV 09-2259 MMM (PLAx).

**Trial:**  April 19, 2012.  Danny M. Singson, v. Marc Farber, et al.  USDC Case No. CV 11-1863 SI.

**Trial:**  April 20, 2012 and April 23, 2012.  Estela Cabrales, v. Los Angeles County, et al.  Superior Court (Los Angeles County), State of California Case No.  TC 024782.

**Trial:**  April 23, 2012.  Yvonne Barnes, et al., v. City of San Bernardino, et al.  Superior Court (San Bernardino County), Case No. CIVSS 807102.

**Deposition:**  April 27, 2012.  Chester Miller and Betty Miller v. City of Menlo Park, et al.  USDC Case No. C-11-00543-CW.
**Deposition:**  May 3, 2012.  Allen Harris, et al, v. City of Los Angeles, et al.  Superior Court, State of California (Los Angeles County), Case No. BC451880.

**Trial:**  May 7, 2012.  May 7, 201 Brett Lozano v City of Santa Ana, et al.:30-2010- Superior Court, State of California (Orange County), Case No. 00398323.

**Deposition:**  May 15, 2012.  Donald Sanchez, et al, v. County of San Bernardino, et al.  USDC Case No.: 2:10-cv-09384 MMM (Opx).

**Trial:**  May 16, 2012.  Chester Miller and Betty Miller v. City of Menlo Park, et al.  USDC Case No. C-11-00543-CW.

**Deposition:**  May 17, 2012.  Joseph Ober v. County of Los Angeles.  USDC C.D. Cal. Case No. CV 10-10032 DMG (SHx).

**Deposition:**  May 22, 2012.  Edward Colson, v. City of Bakersfield, et al.  USDC Case No. 1:10-CV-01776 OWW-JLT.

**Deposition:** May 30, 2012.  Steven A. Lorange, v. University of California, Los Angeles, et al.  USDC Case No. CV11 – 10417 SVW (JCx).

**Trial:**  June 6, 2012.  Jonathon Castro v. County of Los Angeles, C.D. Cal. Case No. CV 10-5425 DSF (JEMx).

**Trial:**  June 7, 2012.  Luz Hernandez, v. City of Napa, et al.  USDC Case No. 08-CV-04386 SBA.

**Deposition:**  June 14, 2012, Fox et al. v. County of Sacramento et al. USDC Case No. 2:11 CV-00419 JAM-KJN.

**Deposition:**  June 21, 2012.  Estate of Manuel Jaminez Chum, et al, v. City of Los Angeles, et al. USDC Case No. CV10-8228 JHN (Ex).

**Deposition:**  June 22, 2012.  Jeremy Fogleman v. County of Los Angeles, et al.  USDC Case No. CV 10-6793 GAF (Shx).

**Deposition**  June 25, 2012.  Cessy Lauderdale v. City of Greenville, Texas and Dustin Ray. USDC (Northern District of Texas) Case No. Civil Action No: 3:10-CV-1462.

**Trial:**  June 28, 2012.  Donald Sanchez, et al, v. County of San Bernardino, et al.  USDC Case No.: 2:10-cv-09384 MMM (Opx).

**Trial:**  July 3, 2012.  David Venegas, et al, v. Los Angeles County, et al.  Superior Court, State of California (Los Angeles County), Case No. BC 207136.

**Deposition:**  July 12, 2012.  P. R., JR. (A Minor), Julie Rodriguez, v. County of Los Angeles, et al.  USDC Case No. CV 11-03803 MMM (Ssx).

**Deposition:**  July 17, 2012.  Duvall Mariano, v. County of Los Angeles, et al.  USDC Case No. CV11-5106 JAK (FFMx).

**Trial:**  August 8, 2012.  Estate of Manuel Jaminez Chum, et al, v. City of Los Angeles, et al. USDC Case No. CV10-8228 JHN (Ex).

**Trial:**  July 20, 2012.  Ivan E. Henriquez, v. City of Los Angeles, et al.  USDC Case No. CV 10-3072.

**Deposition:**  July 26, 2012,  K.X.T. a minor, v. City of Orange, et al.  Superior Court (Orange County) State of California Case No. 30-2011-00460392.

**Deposition:**  July 30, 2012.  Angel M. Mendez and Jennifer Lynn Garcia v. County of Los Angeles, et al.  USDC Case No. CV 11-04771 850. JHN (Pjx).

**Trial:**  August 3, 2012.  People v. Abisai Antonio Rivera.  Superior Court, State of California, County of Los Angeles, Case No. IWW04999.

**Trial:**  August 7, 2012.  John Franklin, v Jefferson County (Texas), et al., USDC (Beaumont Division, Texas) Case No. 1:09 cv-00931.

**Trial:**  August 8, 2012.  Estate of Manuel Jaminez Chum, et al, v. City of Los Angeles, et al.  USDC Case No. CV10-8228 JHN (Ex).

**Deposition:**  August 9, 2012.  Asima Gul, et al. v.Garda CL West, Inc., et al., (AKA: Ajmal v Bank of the West).  Superior Court, State of California (San Joaquin County), Case No. 39-2010-00234481 CU-PO-STK.

**Deposition:**  August 20, 2012.  Mohamad Harb, et al, v. City of Bakersfield, et al.  Superior Court, State of California (Kern County) Case No. S-1500-CV-265887-SPC.

**Deposition:**  August 22, 2012.  Eugene Carl De Boise, Sr., et al. v. St. Louis County, Missouri, et al.  USDC Case No. 4:10CV818 TIA.

**Deposition:**  August 29, 2012.  Jose Cortez v. County of Los Angeles, et al.  USDC Case No CV 11-03274 DDP (AGRx)**.**

**Deposition:**  September 4, 2012.  Erika Canas, et al., v. City of Sunnyvale, et al.  USDC Case No. C08-05771 THE.

**Deposition:**  September 5, 2012.  Lea Riley, v. Orange County, et al.  USDC Case No. SACV 11-773 JST (Anx).

**Deposition:**  September 6, 2012.  Robert Lee Woodard, v. City of Menlo Park, et al.  USDC Case No. C09-3331 SBA.

**Deposition:**  September 7, 2012.  Steven Sevan Guidry v. City of Houston and Brenton Delon Green.  USDC Case No. H-11-1589.

**Trial:**  September 13, 2012.  Erika Canas, et al., v. City of Sunnyvale, et al.  USDC Case No. C08-05771 THE.

**Trial:** September 21, 2012 and September 24, 2012.  Robert Lee Woodard, v. City of Menlo Park, et al.  USDC Case No. C09-3331 SBA.

**Deposition:**  September 25, 2012.  Rohayent Gomez Eriza, a Minor, et al, v. City of Los Angeles, et al.  Superior Court, (Los Angeles County) State of California Case No. BC 453870.

**Trial:**  September 26, 2012.  Jacque Cedric Noel v. City of Los Angeles, USDC Case No. CV10-04044.

**Deposition:** September 28, 2012 and September 29, 2012.  Robert E. Campbell, et al. v. City of Lubbock, Texas, et al.  USDC (Lubbock, Texas) Case No. 5:11-cv-00116-C.

**Deposition:**  October 2, 2012.  819.  Annette D. Montalvo et al, v. Los Angeles County, et al.  Superior Court (Los Angeles County), State of California    Case No. TC023708.

**Deposition:**  October 3, 2012.  Chelsea Garrett, v. City of Stow, et al.  USDC Case No. 5:12-cv-404, JRA October 3, 2012.

**Deposition:**  October 11, 2012.  Federico Cornejo, et al, v. County of Los Angeles, et al.  USDC Case No. CV 12-3242 SVW (Shx).

**Deposition:**  October 15, 2012.  James Parker v. County of Los Angeles, et al.  USDC Case No. CV12-0064-SVW (FFMx).

**Deposition:**  October 16, 2012.  Elizabeth Escalante, v. City of Los Angeles, et al.  Superior Court (Los Angeles County), Case No. BC 452902.

**Deposition:**  October 17, 2012.  Eva Gutierrez and Dionicio Gutierrez v. County of Los Angeles, et al. USDC Case No. CV 10-07608 PSG (AJWx).
**Trial:** October 18, 2012.  Cristina Ibarra, v. City of Los Angeles, et al.  Superior Court (Los Angeles County), State of California Case No. SC108224.

**Deposition:**  October 26, 2012.  Calvin Chang, v. The Regents of the University of California, Superior Court (Sacramento County), State of California Case No. Case No 34-2009-00033484.

**Trial:**  October 31, 2012.  Annette D. Montalvo et al, v. Los Angeles County, et al.  Superior Court (Los Angeles County), State of California, Case No. TC023708.

**Trial:**  November 1, 2012 and November 2, 2012.  Allen Harris, et al, v. City of Los Angeles, et al.  Superior Court, State of California (Los Angeles County), Case No. BC451880.

**Deposition:**  November 8, 2012.  XYZ Distributors, Inc., et al, v. County of Los Angeles, et al.  C.D. Cal. Case No. LA CV11-05301 JAK (FFMx).

**Deposition:**  November 15, 2012.  Grace Brown, v. Kern County, et al.  Superior Court, (Kern County) State of California, Case No. S-1500-CV-262127 SPC, Consolidated with Case No. S-1500-CV-262322 AEW.

**Trial:**  November 29, 2012.  Calvin Chang, v. The Regents of the University of California, Superior Court (Sacramento County) State of California Case No 34-2009-00033484.

**Trial:**  December 3, 2012.  Mohamad Harb, et al, v. City of Bakersfield, et al.  Superior Court, State of California (Kern County) Case No. S-1500-CV-265887-SPC.

**Deposition:**  December 6, 2012.  Adrian Lamont McKoy, v. County of Los Angeles, et al. Superior Court (Los Angeles County) Case No. BC462452.

**Trial** December 11, 2012.  Rohayent Gomez Eriza, a Minor, et al. v. City of Los Angeles, et al. Superior Court, State of California (Los Angeles County), Case No. BC 453870.

**Deposition:**  December 18, 2012.  Elizabeth Escalante, v. City of Los Angeles, et al.  Case No. BC 452902.

**Deposition:**  December 20, 2012.  June Elane Sylvester, v. County of Del Norte, et al.  USDC Case No. CV-11-01459 YGR.

**Deposition:**  December 21, 2012.  Jermaine Montiel, v. City of San Jose, et al.  Case No. C 07 05490 HRL.

**Deposition:**   December 27, 2012.  Serge LaPointe, v. County of Los Angeles, et al.  Superior Court, State of California (Los Angeles County), Case No. BC473255.

**Deposition:**  January 3, 2013.  Monica Del Castillo, et al., v. City of Santa Ana, et al.  Superior Court, State of California (Orange County) Case No. 30-2010-00383134, c/w Case No. 30-2010-000431249.

**Trial:**  January 10, 2013.  Donald Sanchez, et al, v. County of San Bernardino, et al.  USDC Case No.: 2:10-cv-09384 MMM (Opx).

**Deposition.**  January 14, 2013.  Julius Bilbrew v. City of Hawthorne, et al.  USDC Case No. CV11-8282 CBM (FMOx).

**Deposition:**  January 16, 2013.  Douglas Zerby, et al. v. City of Long Beach, et al.  USDC Case No. SACV11-00536AG (RNBx)

**Deposition:**  January 21, 2013.  Josie De La Rosa, v. LASD Deputy Javier Martinez.  LASD Case No. 11-CV-465 CSA (AGR).

**Trial:** January 22, 2013.  XYZ Distributors, Inc., et al, v. County of Los Angeles, et al.  C.D. Cal. Case No. LA CV11-05301 JAK (FFMx).

**Deposition:** January 25, 2013.  Wolfswinkel v. Arpaio, et al.  USDC (Arizona) CV-11-00116-PHX-NVW.

**Trial:**  February 4, 2013.  Anita Lynette Wooten, v. City of Long Beach, et al.  Superior Court, State of California (Los Angeles County) Case No. NC 053151.

**Deposition:**  February 6, 2013.  Kimberly Luong, et al., v. City and County of San Francisco et al., USDC Case No. C11-05661 MEJ.

**Deposition:**  February 7, 2013.  A.M., a Minor, et al, v, Los Angeles County, et al.  USDC Case No. 2:11-cv-08297 JAK-PJW.

**Deposition:**  February 8, 2013.  Lieu Thi Truong, et al, v. County of Sacramento, et al.  USDC Case No. 2:10-cv-00506 MCE-KJN.

**Deposition:**  February 11, 2013.  Frederick Ortega v. City of Ontario, et al.  USDC Case No. EDCV 12-397 GAF (Opx).

**Deposition:**  February 12, 2013.  Jesse Ray Lucas, v. City of Visalia, et al.  USDC Case No. CV 10-7608-PSG (AJWx).

**Deposition:**  February 19, 2013.  Salvador Estrada Lua, v. County of Los Angeles, et al.  Superior Court (Los Angeles County), State of California Case No EC 054587.

**Deposition:**  February 21, 2013.  Armando Castillo, et al, v. City of Los Angeles, et al.  USDC Case No. CV12-04498 JAK (JCGx).

**Deposition:**  February 22, 2013.  Veth Mam, v. City of Fullerton, et al.  USDC Case No. SACV11-1242 JST (MLGx).

**Trial:**  February 26, 2013. Elizabeth Escalante, v. City of Los Angeles, et al.  Case No. BC 452902.

**Trial.**  February 27, 2013.  Angel M. Mendez and Jennifer Lynn Garcia v. County of Los Angeles, et al.  USDC Case No. CV 11-04771 850. JHN (Pjx).

**Deposition:**  March 4, 2013.  969.  Jinny Lynn Pearce, v. County of Kern, et al.  USDC Case No. 1:11-CV-0604 AWI GSA.

**Deposition:**  March 5, 2013.  Ada Morales Coto, v. Los Angeles County, et al.  Superior Court, State of California Case No. BC44905.

**Deposition:**  March 6, 2013.  Naily Nida, et al. v. City of Downey, et al.  USDC Case # CV 12 - 01372 SJO (JEMx).

**Deposition:**  March 13, 2013.  Raul Jesse Gonzalez Jr., v. City of Escondido, et al.  USDC Case No. 11-CV-2846-W (WVG).

**Deposition:**  March 15, 2013.  Carole A. Cosentino, Ronald L. Bours, Estate of Steven M. Bours, et al. v. City of Downey, Christopher Kurtz, et al., USDC Case No. 2:11-CV-03206-GAF (SSx).

**Deposition:**  March 18, 2013985.  M.L., a Monor, et al., v. Los Angeles County, et al.  Superior Court, State of California (Los Angeles County), Case No. VC 058338.

**Deposition:**  March 20, 2013.  Nora Manni, v. City of San Diego, et al.  USDC Case No. 11 cv 0435 W (DHB).

**Trial:**  March 23, 2013 and March 26, 2013  Douglas Zerby, et al. v. City of Long Beach, et al. USDC Case No. SACV11-00536AG (RNBx).

**Deposition:**  March 25, 2013.  Cindy Orellana, v. County of Los Angeles, et al. USDC Case File No. CV 12-1944 MMM (CWx).

**Trial:**  March 27, 2013.  Kimberly Luong, et al., v. City and County of San Francisco et al., USDC Case No. C11-05661 MEJ.

**Trial:**  March 28, 2013.  Carol Champommier, et al, v. United States of America, et al.  USDC Case No. CVl1-3913 JHN (PJWx) [Consolidated with Case No. CV11-05486.

**Deposition:**  April 2, 2013.  Michael Foster and Kimberly Foster, v. County of San Diego, et al., USDC CaseNo. 11-CV-1953-H (BGS)

**Deposition:**  April 8, 2013.  Katie Rodriguez, v. County of San Bernardino, et al.. Superior Court, State of California, (San Bernardino County), Case No CIVVS 110.

**Deposition:**  April 16, 2013.  Elecia Holland, v. City and County of San Francisco, et al., Case No.: CV 10-2603 TEH.

**Trial:**  April 17, 2013.  Veth Mam, v. City of Fullerton, et al.  USDC Case No. SACV11-1242 JST (MLGx).

**Deposition:**  April 18, 2013.  Javier Bravo, Hope Bravo and E.B. (a minor), v. City of Santa Maria, et al.  USDC Case No. CV 06-06851 FMO (Shx).

**Deposition:**  April 19, 2013.  Sylvia Theresa Lopez, et al., v. Contra Costa County Sheriff's Department, et al., Case No. C11-02888.

**Deposition:**  April 24, 2013, May 2, 2013, and May 7, 2013.  The Estate of Anastacio Hernandez-Rojas, et al., v U. S. Customs and Border Protection, et al., Case No. 11-CV-0522-L NLS.

**Trial.**  April 26, 2013.  Elecia Holland, v. City and County of San Francisco, et al., Case No.: CV 10-2603 TEH.

**Deposition:**  April 29. 2013.  Civil Action No. 4:11-CV-00882; Karen Echols, et al, v. Gardiner, et al.; In the United States District of the Southern District of Texas, Houston Division.

**Deposition:**  May 1, 2013.  Robert Thomas Sr., et al, v. County of Los Angeles, et al.  Superior Court, State of California (Los Angeles County), Case No. TC 025583.

**Deposition:**  May 2, 2013.  David Bryant and Andrea Bryant, individually and as husband and wife v. The City of Goodyear, et al., Case No. 2:12-cv-00319-JAT.

**Trial:**  May 3, 2013.  Kandace Simplis, et al, v. Culver City Police, et al.  USDC Case No.CV10-9497 JHN (MANx).

**Deposition:**  May 6, 2013.  Alexander Perez Alvarado, a minor, et al., v. The City of Santa Ana, et al., Case No. 8:12-CV-00328-UA.

**Deposition:**  May 14, 2013.  Lisa and Anthony ("A.J.") Demaree, et al, v. John Krause, et al. USDC (Arizona) Case No. CV 11-00046 PHX-ROS.

**Deposition:**  May 24, 2013.  William Pitman, v. County of Los Angeles, et al.  Superior Court, State of California (Los Angeles County), Case No. BC 472800.

**Deposition:**  May 28, 2013.  Toby Jermaine Wilson v. City of Vallejo, et al.  USDC Case No. 2:12-cv-00547-JAM-CKD.

**Trial:** May 30, 2013 and May 31, 3013.  Robert Thomas Sr., et al, v. County of Los Angeles, et al., Superior Court, State of California (Los Angeles County), Case No. TC 025583.

**Deposition:**  June 3, 2013.  Maria Macias & Lidia Amesquita, v. City of Long Beach, et al. USDC Case No. cv-12-3113 PA (FFMx).

**Trial:**  June 4, 2013.  Mashia McCraw-Lewis, et al, v. City of Los Angeles, et al.  Superior Court (Los Angeles County) Case No. BC 457859.

**Deposition:**  June 5, 2013,  Bereket Demsse, v. City of San Diego, et al., USDC Case No.: 12-cv-0914-JM (WVG).

-10-

**Deposition:** June 10, 2013. Ricky Diaz v. USA, et al. (San Ysidro Border Crossing). USDC Case No. 11 cv 02028 IEG (POR).

**Deposition:** June 14, 2013. Javier - Guerrero v. City of San Jose, et al. USDC Case No.: CV 12-03541 PSG.

**Deposition:** June 17, 2013. John Rogoff, v. County of San Bernardino, et al. USDC Case No. 2:12-cv-04218. DSF (Spx).

**Trial**: June 24, 2013. Salvador Estrada Lua, v. County of Los Angeles, et al. Superior Court (Los Angeles County), State of California Case No EC 054587.

**Deposition:** June 26, 2013. Sabrina Smith, et al., vs., County of San Diego, et al., USDC Case No.: CASE NO. 11cv0356-W(WVG)

**Deposition:** June 27, 2013. Elizabeth Nichols v. City of Portland, et al. USDC Case No. 3:13-CV-1889, MO.

**Trial:** July 2, 2013. Noreen Salinas, v. City of San Jose, et al. USDC Case No. C08-02625 RS.

**Deposition:** July 3, 2013. Gregory Williams, v. City of Merced, et al. Case No. 1:10-CV-1999 MJS.

**Trial:** July 9, 2013. Cindy Orellana, v. County of Los Angeles, et al. USDC Case File No. CV 12-1944 MMM (CWx).

**Trial:** July 10, 2013. Gregory Williams, v. City of Merced, et al. Case No. 1:10-CV-1999 MJS.

**Deposition:** July 16, 2013. Boris Bolshakov, v. San Mateo County, et al. Superior Court (San Mateo County), State of California Case No. CIV 515418.

**Trial:** July 19, 2013. Asima Gul, et al. v.Garda CL West, Inc., et al., (AKA: Ajmal v Bank of the West). Superior Court, State of California (San Joaquin County), Case No. 39-2010-00234481 CU-PO-STK.

**Deposition:** July 22, 2013. David Lee Turner Jr., et al., v. County of Kern, et al., Case No.: CV-01366-AWI-SKO.

**Trial:** July 23, 2013. Michael Foster and Kimberly Foster, v. County of San Diego, et al., USDC CaseNo. 11-CV-1953-H (BGS).

-11-

**Deposition:**  July 29, 2013,  Gregory L. Sullivan and Koji Fujita, v. City of San Rafael, et al., Case No.:C 12-1922 MEJ.

**Trial:**  July 31, 2013.  962. John Young, v. Aron Wolfe, County of Los Angeles, et al.  USDC Case No. 2:07-CV-3190 RSWL-RZx.

**Trial:**  July 31, 2013.  Troy J. Dugan v. County of Los Angeles, et al. Case No. CV11-8145 ODW (Shx).

**Trial:**  August 1, 2013.  Ricky Diaz v. USA, et al. (San Ysidro Border Crossing).  USDC Case No. 11 cv 02028 IEG (POR).

**Trial:**  August 6, 2013.  Elizabeth Nichols v. City of Portland, et al.  USDC Case No. 3:13-CV-1889, MO.

**Trial:**  August 14, 2013.  Jason Eugene Deocampo et al, v. City of Vallejo, et al., USDC Case No. 2:06-CV-01283, WBS-GGH.

**Deposition:**  August 15, 2013.  Travis Mock v. City of Anaheim, et al., USDC Case No.: cv-829-CJC (MLGx).

**Deposition:**  August 15, 2013.  Barbara Padilla, et al., v. City of Anaheim, et al., USDC Case No.: SACV12-622 JVS (JPRx).

**Deposition:**  August 26, 2013.  Denise Monarque, as Personal Representative of the Estate of Richard Monarque, Deceased, v. The City of Rio Rancho, et al., Case No.: CV-2011-0135 MV/KBM.

**Deposition:**  September 10, 2013.  Kristy Beets, et al, v. County of Los Angeles, et al, Superior Court (County of Los Angeles) Case No. KC 057667.

**Deposition:**  September 16, 2013.  Brett Johnson, v. San Benito County, et al., Case No. CV 12-3691 LHK.

**Trial:**  September 24, 2013.  Barbara Padilla, et al., v. City of Anaheim, et al., USDC Case No.: SACV12-622 JVS (JPRx).

**Trial:**  September 26, 2013.  Eva Gutierrez and Dionicio Gutierrez v. County of Los Angeles, et al. Case No. CV 10-07608 PSG (AJWx).

**Deposition:**  September 27, 2013.  Gregory Martinez, Sr., et al., vs City of Avondale, et al., Case No. CV-12-01837-PHX-LOA.

-12-

**Deposition:**  October 4, 2013.  Jerrold Rosenblatt, v. City of Hillsborough, et al., USDC Case No. C12-5210 LB.

**Deposition:**  October 7, 2013.  Estate of Kenneth Paul Munoz, Jr., et al, v. County of San Bernardino, et al.  USDC Case No.: CV-12-05604 DSF (PJWx).

**Deposition:**  October 11, 2013.  Jerry Newmaker and Susan Olesen, v. City of Fortuna, et al. USDC Case No. CV-12-4675-PJH.

**Deposition:**  October 14, 2013.  John Leroy Jones, et al., v. Las Vegas Metropolitan Police Department, et al., Case No. 12-CV-01636 MMD CWH.

**Deposition:**  October 18, 2013.  A.K.H. et al., v. City of Tustin, et al., Case No.: SACV 12-01547 JST (RNBx).

**Deposition:**  October 30, 2013..Eduardo Enrique Alegrett, v. City and County of San Francisco, et al., USDC Case No. C12-5538 MEJ.

**Deposition:**  November 13, 2013.  Semaj Randolph et al, v. Harold Thad Turner, et al., USDC Case No. 5:12-cv-3087 1028 MBS.

**Dposition:**  November 19, 2013.  David Dominquez Mendoza, et al., v. City of Peoria, et al., Case No.: CV-13-00258-PHX-NVW.

**Deposition:**  November 21, 2013.  Marie Sales, (Paul Quintanar), v. City of Tustin, et al. USDC Case No. SACV12-01834 CJC (MLGx).

**Deposition:**  November 26, 2013.  Ken Sheppard, v. County of Los Angeles, et al.  USDC Case No. 12-2392 CBM (PJWx).

**Deposition:**  December 2, 2013.  Estate of Manuel Diaz, Genevieve Huizar, v. City of Anaheim, et al.  USDC Case No. 12-01897 JVS (RNBx).

**Deposition:**  December 10, 2013.  Lydia Vasquez-Brenes and Ricardo Brenes, v Las Vegas Metropolitan Police Department.  USDC Case No.: 2:12cv1635-JCM-VCF.

**Deposition:**  December 19, 2013.  Celina, Sabrina and Valente Galindo IV, v. City of San Jose, et al.  USDC Case No. CV 13-0105 HRL.

**Deposition:**  December 23, 2013.  Rebeca Fajardo, v. City of El Centro, et al.  Case No. 3:12-cv-1521-GPC-PCL.

**Deposition**:  December 27, 2013.  Desmen Miller, v. Los Angeles County, et al.  USDC Case No. CV13-0024555.

**Deposition:**  January 8, 2014 and January 14, 2014.  Antione Leron Willis, v. Joseph Wagner, et al.  USDC (Illinois) Case No. 08 CV 01964.

**Trial:**  January 9, 2014 & January 10, 2014.  Hugo Vanlid Sarmiento v. Orange County, et al.  USDC Case No. ASCV06-0586 DOC (Anx).

**Trial:**  January 15, 2014.  John Rogoff, v. County of San Bernardino, et al.  USDC Case No. 2:12-cv-04218.  DSF (Spx).

**Deposition:**  January 22, 2014,  Maureen Abston, et al. v. City of Merced, et al.  USDC Case No. 1:09-CV-00511 OWW GSA.

**Deposition:**  January 24, 2014.  Scirocco Giles, v. Nicholas Ludwig, et al., USDC Case No. 12 C 6746.

**Trial:**  January 28, 2014.  William E. Wilson, et al, v. Clackamas County et al.  Circuit Court (State of Oregon) Case No. 1204-04632.

**Deposition:**  January 30, 2014.  Ammir Umar, v. City of San Jose, et al.  USDC Case No. CV12-6071 HRL.

**Deposition:**  February 3, 2014.  891. Nathaniel Marshall, v. County of Los Angeles, et al.  Superior Court (Los Angeles County) Case No.  BC430969.

**Deposition:**  February 7, 2014.  Christine Villegas, a minor et al., v. City of Anaheim, et al., Case No. 8-12-cv002013-CJC-AN.

**Deposition:**  February 10, 2014.  Josh Lawson and Christopher Franklin, v. City of Seattle, et al., USDC Case No. 12-1994-MAT**.**

**Deposition:**  February 12, 2014.  Abisai Antonio Rivera, Jr. v. David Avila, et al.  USDC Case No: CV13-01404.

**Deposition:**  February 14, 2014.  Earl Brown, Sr. et al., v. City and County of San Francisco, et al., Case No. C11-02162LB.

**Trial:**  February 20, 2014.  Maureen Abston, et al. v. City of Merced, et al.  USDC Case No. 1:09-CV-00511 OWW GSA.

**Deposition:**  February 21, 2014.  Lee Lacy, v. Sergeant Elizabeth Palmer, et al., Case No. 12-CV-00624-MMA-JMS.

-14-

**Deposition:**  February 24, 2014.  William Lee Muncy, et al., v. James R. Beutler, et al., Case No. 3:12-cv-804.

**Trial:**  February 25, 2014.  Ken Sheppard, v. County of Los Angeles, et al.  USDC Case No. 12-2392 CBM (PJWx).

**Trial:**  February 27, 2014. Estate of Manuel Diaz, Genevieve Huizar, v. City of Anaheim, et al. USDC Case No. 12-01897 JVS (RNBx).

**Trial:**  March 3, 2014, March 5, & 6, 2014.  Shuja Sayed Ahmad, v. Arizona Department of Public Safety, et al., Superior Court (Maricopa County), State of Arizona, Case No. CV 2008-030707.

**Trial:**  March 4, 2014.  David Lee Turner Jr., et al., v. County of Kern, et al., Case No.: CV-01366-AWI-SKO.

**Deposition:**  March 7, 2014.  Michael Fujikawa, v. City of San Jose, et al.  Superior Court (Santa Clara County) Case No. 1-12-CV-219612.

**Deposition:**  March 11, 2014.  Gabino Rosales, et al., v. County of Los Angeles, et al.  USDC Case Nos. 2:12-cv-03852-SVW-AGR and 2:13.

**Depoisition:**  March 12, 2014.  Jennifer Medina, et al, v County of San Diego et al.  USDC Case No. 08cv1395 AJB (RBB).

**Deposition:**  March 13, 2014.  Charlene Nelson v. Riverside County, et al.  Superior Court (Riverside County) Case No. RIV 10011174.

**Deposition:**  March 18, 2014.  Tushana Howard, et al, v. City of Los Angeles, et al.  USDC Case No. CV13-01847 SJO (JEMx).

**Deposition:**  March 19, 2014.  Alexandra Black (Arsalai), et al. v. Alameda, County, et al. Superior Court (Alameda County) State of California Case No. RG 11565214 (SL).

**Deposition:**  March 20, 2014.  Fiona Raygoza (Armenta) et al, v. City of Fresno, et al.  USDC Case No 1;13-CV-00322 LJO MJS.

**Deposition:**  March 24, 2014.  Shakina Ortega, et al, v. City of San Diego, et al.  Case No. 13-CV-89-LAB (JMA).

**Trial:**  March 26, 2014.  Michael Fujikawa, v. City of San Jose, et al.  Superior Court, State of California (Santa Clara County),  Case No. 1-12-CV-219612.

-15-

**Deposition.**  March 27, 2014.  Kenneth McDade, et al, v. City of Pasadena, et al.  USDC Case No. 2:12CV02892 DMG JCG.

**Deposition.**  March 31, 2014.  William F. Howard, et al., v. County of Riverside, et al. USDC Case No. CV 12-00700 VAP (Opx).

**Deposition.**  April 2, 2014.  Jimmy Osborne, v. Harris County Texas, Sgt. John Gable, et al., Case No. 4:13-CV-435.

**Deposition.**  April 4, 2014.  Jaime Cota, v. County of Kern, et al.  USDC Case No. 1:12-CV-01618-JLT.

**Deposition.**  April 8, 2014.  A.L.T., A Minor, et al., v. County of Riverside, Case No.: edcv 12-1765 TJH (Opx).

**Deposition:**  April 9, 2014.  William D. Caldwell v. County of Los Angeles, et al.  USDC Case No. CV 12-02138 BRO (JC).

**Deposition:**  April 10, 2014.  Chien Van Bui, et al, vs. City and County of San Francisco, et al. USDC Case No. CV 11-04189 LB.

**Deposition:**  April 11, 2014.  Patrick Torres, v. City of Los Angeles, et al., Case No. CV-01200-MWF-JCG.

**Deposition:**  April 14, 2014.  Kathleen Ann Fowler, v. California Highway Patrol, el al., Case No. C 13-1025 THE.

**Deposition:**  April 16, 2014.  Junior Lagunas, et al., v. City of Anaheim, et al., USDC Cases No. SACV 13-00247 & SACV 13-01447 JLS (Anx).

**Trial:**  April 17, 2014.  Carol Krechman: et al. vs. County of Riverside: et al.  Case No. CV-10-08705 ODW.

**Deposition:**  April 18, 2014.  Akbar Amin-Akbari v. City of Austin et al., USDC (Western District of Texas) Civil Action No. 1:13-cv-00472-LY.

**Deposition:**  April 23, 2014.  Christopher J. Windsor, v. Chris Eaves, et al., Case No. 5:13-CV-00038.

**Trial:**  April 24, 2014.  Alexander Perez Alvarado, a minor, et al., v. The City of Santa Ana, et al., Case No. 8:12-CV-00328-UA.

**Depoition:**  April 29, 2014.  Michael Lobrono, et al. v. County of Los Angeles, et al.  USDC Case No. 13-03838 RGK (Ex).

-16-

**Deposition:**  April 30, 2014.  Audry Henry v. City of Los Angeles, el al., Case No.: CV 13-03151 JAK (MWRx).

**Trial:**  May 7, 2014.  Audry Henry v. City of Los Angeles, el al., Case No.: CV 13-03151 JAK (MWRx).

**Deposition:**  May 12, 2014.  Chalino Sanchez v. County of Los Angeles, et al.  USDC Case No.: CV 13-03836.

**Deposition:**  May 15, 2014.  Carlos Barba v. City of Santa Ana, et al.  Superior Court State of California (Orange County) Case No. 30-2013-00649819-CU-PO-CJC.

**Deposition:**  May 19, 2014.  John Warner Stephens, v. County of San Diego, et al.  USDC Case No., 11cv2832 AJB (KSC).

**Trial:**  May 22, 2014.  Nathaniel Marshall, v. County of Los Angeles, et al.  Superior Court (Los Angeles County) Case No.  BC430969.

**Trial:**  May 27, 2014.  Kathleen Ann Fowler, v. California Highway Patrol, el al., Case No. C 13-1025 THE.

**Trial:**  May 29, 2014.William D. Caldwell v. County of Los Angeles, et al.  USDC Case No. CV 12-02138 BRO (JC).

**Deposition:**  May 29, 2014.  Estate of Hutalio Serrano-Granados, et al., v. City of Colton, et al, Case No.: EDCV 13-519 JAK(OPx).

**Deposition:**  June 3, 2014.  I.R., et al. v. City of Fresno, et al., Case Nos.: 1:12-CV-00558-AWI (GSAx) and 1:13-CV-00850-LJO (BAMx).

**Trial.**  June 5, 2014.  William F. Howard, et al., v. County of Riverside, et al.  USDC Case No. CV 12-00700 VAP (Opx).

**Trial.**  June 12, 2014.  .Eduardo Enrique Alegrett, v. City and County of San Francisco, et al., USDC Case No. C12-5538 MEJ.

**Trial.**  June 18, 2014.  Antonio Rendon, et al., v. City of Indio, et al., Case No.: CV 13-00667 VAP (Opx).

**Deposition.**  June 30, 2014.  Larry and Pamela Olsen et al., v. California Department of Corrections, et al.  USDC Case 08 CV 2035 Jah BLM.

-17-

**Civil Service Commission Hearing:** July 7, 2014.  Regarding Deputy James Mee, Los Angeles County Sheriff's Department, IAB File 2291137.

**Trial:** July 14, 2014.  Chelsey Hayes, et al, v. County of San Diego, et al.  USDC Case No. 07-CV-1738 DMS (JMA).

**Deposition:** July 15, 2014.  Nichole Gochmanosky, Marie Weber and Ashley Wardle, v. City of San Diego, et al.  USDC Case No 12-CV-2944 L. NIS., and Kari Helstern, v. City of San Diego, et al.  USDC Case No 13-cv-0321 LAB (RRB).

**Trial:** July 17, 2014.  1213.   Servando G. Castaneda, et al v. County of Los Angeles, et al.  Superior Court, State of California (County of Los Angeles) Case No. BC511592.

**Deposition:** July 23, 2014.  Miguel A. Gonzales-Chavez, v. City of Bakersfield, et al., Case No.: 1:12-CV-02053-AWI-JLT

**Deposition:** July 24, 2014.  Maria Munoz, et al, v. County of Riverside, et al.  Superior Court, State of California (Riverside County), Case No RIC 1207941.

**Deposition:** August 6, 2014.  Carmen Ruvalcaba, v. City of Los Angeles, et al.  USDC Case No 12-CV-06683 DDP (MAN).

**Trial:** August 14, 2014.  Maria Munoz, et al, v. County of Riverside, et al.  Superior Court, State of California (Riverside County), Case No RIC 1207941.

**Deposition:** August 15, 2014.  Precious Venable v. City of Milwaukee, et al., USDC Case No. 13-cv-1114; Joe Bohannon v. City of Milwaukee, et al., USDC Case No. 13-cv-1224; Angus Wright v. City of Milwaukee, et al., USDC Case No. 13; Chavies Hoskin v. City of Milwaukee, et al.  USDC Case No. 13-cv-0920.

**Deposition:** August 24, 2014.  Merricks Prudhomme, v. City of Orange, et al.  Superior Court (Orange County) Case No. 30-2013 00654570.

**Deposition:** August 27, 2014.  Carlos Sierra v. County of Los Angeles, et al.  Superior Court Case No. BC 477258.

**Deposition:** August 29, 2014.  Robert Tidwell v City of Round Rock, et al., USDC (Texas) Case No.: 1:13.

**Trial:** September 9, 2014.  Antione Leron Willis, v. Joseph Wagner, et al.  USDC (Illinois) Case No. 08 CV 01964.

**Deposition:**  September 12, 2014,  Elizabeth Adam & Robert Chester Henning, v. County of Los Angeles, et al.  USDC Case No. CV 13-1156 GW (JCGx).

**Deposition:**  September 14, 2014.  Daniel Johnson, v. County of Los Angeles, et al.  USDC Case No. CV14-00368 SVW (Jex).

**Trial:**  September 17, 2014.  Maxine Sherard v. City of San Diego, et al.  USDC Case No. 11cv2854-L (MDD).

**Deposition:**  September 26, 2014.  Joseph Lozano v. City of Rialto, et al.  USDC Case No. EDCV 13-1636 GHK.

**Trial**:  October 6, 2014.  Scirocco Giles, v. Nicholas Ludwig, et al., USDC (Chicago) Case No. 12 C 6746.

**Deposition:**  October 14, 2014.  Geoffrey Ernest Johnson, v. County of Los Angeles, et al. USDC Case No. CV-13-4496 MMM (AJWx).

**Deposition:**  October 16, 2014.  The Estate of Angel Lopez, et al., v. City of San Diego, et al. Case No.: 13CV2240 GPC BGS.

**Deposition:**  October 21, 2014.  Shirar et al, v. CHP Officer Miguel Guerrero, et al,   USDC Case No. EDCV 13 - 0906 JGB (Opx).

**Deposition:**  October 27, 2014.  R.Z., a minor (Zermeno), et al., v. County of Riverside, et al., Case No.: EDCV 13-01251 FMO (DTBx).

**Trial**:  October 30, 2014.  Chandler Todd Barr v. The City of Albuquerque, et al. USDC Case No. CIV 12-1109 GBW-RHS.

**Deposition:**  November 7, 2014.  Brejanea Burley, et al., v. County of Los Angeles, et al. Superior Court, (Los Angeles County) Case No. TC027341.

**Deposition:**  November 12, 2014.  Michael Huey, et al, v. City of Vallejo, et al.  USDC Case No. 2:13‑CV‑00916.  JAM KJN.

**Trial:**  November 13, 2014.  Barbara Padilla, et al., v. City of Anaheim, et al., Case No. SACV12-622 JVS (JPRx).

**Deposition:**  November 14, 2014.  Frank Martinez v. County of Los Angeles et al. USDC Case No. CV 13-3825 CAS (JCGx).

-19-

**Deposition:** November 17, 2014.  Randy Lynn v. City of Indianapolis, et al., Case No. 1:13-CV-00179-JMS-TAB**.**

**Deposition:** November 19, 2014.  Sandra Blount, aka, Sandra Castro, v. City of Los Angeles, et al., Case No.: CV13-08672DDP.

**Deposition:** November 20, 2014.  Harrison Orr, v. California Highway Patrol, el al., Case No. 2:14-cv-00585-WBS-EFB.

**Deposition:** November 25, 2014.  James Ligon, v. CHP Officer Joe Lafauci, et al.  USDC Case No.  Cv 13-02875 (RMW).

**Trial:**  December 1, 2014.  Brejanea Burley, et al., v. County of Los Angeles, et al.  Superior Court, (Los Angeles County) Case No. TC027341.

**Deposition:**  December 2, 2014.  K.C.R. (Rivera) a minor, et al, v. County of Los Angeles, et al. USDC Case No. CV 13-03806 PSG (Ssx).

**Deposition:**  December 4, 2014.  Andre Little, an Individual, v. City of Richmond, et al., Case No: CV-1302067-JSC.

**Trial:**  December 9, 2014.  Lee Lacy, v. Sergeant Elizabeth Palmer, et al., Case No. 12-CV-00624-MMA-JMS.

**Deposition:**  December 12, 2014.  Esperanza Booke, et al, v. City of Stanger, et al., Case No.: 1:13-cv-00586-AWISAB.

**Deposition:**  December 17, 2014.  Donald Geary, v. County of Orange, et al.  USDC Case No. SACV09-01386 JVS (Anx).

**Trial:**  December 29, 2014.  People v. Lorenzo Gomez, San Bernardino County Case No. FSB 1200922.

**Deposition:**  January 7, 2015.  Michael Wann, et al., v County of San Bernardino, et al, Case No.: EDCV13-1422, JGB (DTBx).

**Trial:**  January 14, 2015.  People v. Luis Alberto Torres, Superior Court, State of California (San Mateo County), Case No. SM 386562.

**Deposition:**  January 16, 2015. Shawn Tulcey, an Individual, v. County of Los Angeles, et al. Case No. CV13-3773 BRO (FFM).

-20-

**Trial:** January 23, 2015.  Patrick Torres, v. City of Los Angeles, et al., Case No. CV-01200-MWF-JCG.

**Deposition:** January 26, 2015.  Bennie Starks, v. City of Waukegan, et al. USDC Case No. 09 CV 348.

**Trial:** January 28, 2015 & January 29, 2015.  Andre Little, an Individual, v. City of Richmond, et al., Case No: CV-1302067-JSC.

**Trial:** February 11, 2015.  Miguel A. Gonzales-Chavez, v. City of Bakersfield, et al., Case No.: 1:12-CV-02053-AWI-JLT.

**Deposition:** February 18, 2015.  Rafael Garcia Miranda and Olga Martha Garcia, v. City of Anaheim, et al.  USDC Case No. SACV 13-01826.

**Deposition:** February 20, 2015.  Jackaline Ann Gaston, et al v. County of San Bernardino et al. Case  No.: 5:14-cv-00403-VAP-DTB.

**Trial:** February 26, 2015.  1282. People v. Jordan Hughes.  Superior Court, State of California (Solano County), Case No. FCR285903.

**Deposition:** March 5, 2015.  Guillermo Alarcon, v. City of Los Angeles, et al.  USDC Case CV09-04210 CBM (FFMx).

**Deposition:** March 9, 2015.  Eder Herrera v. City of, Brea, et al.  USDC Case No. SACV 12-1650, SS.

**Deposition**: March 10, 2015.  Christian Payan v. County of Los Angeles, et al. Case No. 2:14 CV-07360-SVW-JEM.

**Trial:** March 11, 2015.  Superior Court,  State of California, (San Francisco City and County). People v Ray Jones, Case No. SCN 223374, Court No. 14030794.

**Deposition:** March 12, 2015.  Sara Valtierra, and Javier Arrazola, v. City of Los Angeles, et al. USDC Case No. CV 13-07562-CAS (Ex).

**Deposition:** March 13, 2015.  Nagy Salib v. City of Riverside, et al.  USDC Case No. EDCV 13-1682-MWF (Opx).

**Trial:** March 17, 2015.  Shawn Tulcey, an Individual, v. County of Los Angeles, et al.  Case No. CV13-3773 BRO (FFM).

-21-

**Trial:** March 18, 2015.  Christian Payan v. County of Los Angeles, et al. Case No. 2:14 CV-07360-SVW-JEM.


**Trial:** March 19, 2015.  Anita Doporto v. City of Tulare, et al., USDC Case No. EDCV 1:13-cv-00898 LJO SKO.

**Trial** (retrial)**:** March 26 & 27, 2015.  Andre Little, an Individual, v. City of Richmond, et al., Case No: CV-1302067-JSC.

**Deposition:** April 1, 2015.  Brian Reed, et al., v. City of Modesto, et al.  USDC Case No. 1:11-CV-01083-GSA.

**Deposition**.  April 9, 2015.  Denise Green, v. City and County of San Francisco, et al.  USDC Case No. C10-2649 RS.

**Deposition.**  April 10 &11, 2015.  Jose Henriquez, e al, v. City of Bell, et al.  USDC Case No. 2:14-cv-196  GW (Ssx).

**Deposition**.  April 10, 2015.  Rafael Gonzalez, et al, v. City of Anaheim, et al.  Case No. CV10-4660 USDCPA (Shx).

**Deposition.**  April 14, 2015.  Jose Gutierrez, v. United States Customs and Border Protection, USDC Case No. 2:13-CV-00585 DGC.

**Trial.**  April 16, 2015.  Nagy Salib, v. City of Riverside, et al.  Case No. EDCV 13-1682  MWF (OPX)**.**

**Trial**.  April 15 and 17, 2015.  Jim Maxwell et al. v. San Diego County, et al.  USDC Case No. 07-cv-2385 JAH (Wmc).

**Trial.**  April 20 & 21, 2015.  Naji Muhammad (Jackson), et al., v. Frank Pawlowski, et al. USDC (Pennsylvania) Case No. 2:11.

**Deposition.**  April 22, 2015.  Robert J. Reese, Jr. v. County of Sacramento, et al., Case No. 2:13-cv-00559 JAM DAD.

**Deposition**.  April 24, 2015.  Guillermo Ramirez, et al. v. City of Oxnard, et al., USDC Case No.: CV 13-01615 MWF AN.

**Deposition**.  April 28, 2015.  Idalia J. Morgutia-Johnson,  v. City of Fresno, et al.  USDC Case No.  1:14-CV-000127 LJO-SKO.

-22-

**Trial.**  April 29, 2015.  Sara Valtierra, and Javier Arrazola, v. City of Los Angeles, et al.  USDC Case No. CV 13-07562-CAS (Ex).

**Trial.**  May 6 & 7, 2015.  Brian Reed, et al., v. City of Modesto, et al.  USDC Case No. 1:11-CV-01083-GSA.

**Deposition.**  May 11, 2015.  Carey Woodcock, et al. v. City of Bowling Green, Kentucky, et al.  USDC Case No. 1-13-CV-00124-JHM.

**Deposition.**  May 18, 2015.  Kimberly Deen, et al, v. City of Redding, et al.  USDC Case No. 2:13-CV-01569 KJM-CMK**.**

**Trial.**  May 20, 2015.  John Warner Stephens, v. County of San Diego, et al.  USDC Case No., 11cv2832 AJB (KSC).

**Deposition:**  May 26, 2015.  Joshua Chavez v. City of Hayward et al., Case No.:C-14-00470 DMR ADR.

**Deposition:**  May 27, 2015.  Edward Monroe, v. City of Richmond, et al., Case No.: 3:14 CV 00795 WHO.

**Trial:**  May 28, 2015.  Merricks Prudhomme, v. City of Orange, et al.  Superior Court (Orange County) Case No. 30-2013 00654570.

**Deposition:**  May 29, 2015.  Jonathan Meister, v. City of Hawthorne, et al. USDC C.D. Cal. Case No. CV 14-1096-MWF (SHx).

**Deposition:**  June 1, 2015.  Cash Jerome Ferguson-Cassidy, v. City of Los Angeles, et al., USDC Case No. CV14-06768 SVW (JPRx).

**Trial**:  June 8, 2015  Harrison Orr, v. California Highway Patrol, el al., Case No. 2:14-cv-00585-WBS-EFB.

**Trial:**  June 11, 2015.  Idalia J. Morgutia-Johnson,  v. City of Fresno, et al.  USDC Case No. 1:14-CV-000127 LJO-SKO.

**Deposition:**  June 15, 2015.  Juan Herrera, v. City of Los Angeles, et al.  USDC Case No. 2:13-cv-08831-ABC AS.

**Trial:**  June 23, 2015.  Guillermo Ramirez, et al. v. City of Oxnard, et al., USDC Case No.: CV 13-01615 MWF AN.

-23-

**Deposition**: June 26, 2015.  C.E.W. a minor, et al., v City of Hayward, et al., Case No.: C 13-04516 LB.

**Trial:**  July 1 & 2, 2015.  Juan Herrera, v. City of Los Angeles, et al.  USDC Case No. 2:13-cv-08831-ABC AS.

**Deposition:**  July 10, 2015.  Perla Carr, v. Montgomery County, Texas, et al., Case No.: 4:13-cv-2795.

**Deposition:**  July 13, 2015.  Stephanie Bruno, et al, v. Donald Hubbard, et al., Circuit Court, Jackson County (Missouri), Case No. 1416-CV 18501.

**Deposition:**  July 16, 2015.  Donna Lancaster, v. Kansas City Board of Police Commissioners, et al., Case No.:4:14-cv-00171-SOW.

**Deposition:** July 23, 2015.  Sharam Borjkhani, et al. v. CHP, et al.  Superior Court, State of California (Los Angeles County).  Case No.  BC487580.

**Deposition:** July 27, 2015.  Michael Fulton v. Brian Thayer, et al., Case No.: CV10-00137-JCG.

**Deposition:** July 29, 2015.  Orly Vered, et al., v County of Los Angeles, et al., Case No.: CV14-9559 MWF (MANx).

**Trial:**  August 6, 2015  Oscar Morales v. City of Los Angeles, et al.  USDC Case No. CV 11-04757 SVW (Shx).

**Deposition.**  August 11, 2015  Kimberly Mitchell, et al, v. Muhlenberg Community Hospital, et al.  Muhlenberg Circuit Court, Commonwealth of Kentucky Case No. 12

**Deposition:**  August 12, 2015.  Russell Martinez v. Joseph Salazar, et al., D.N.M. Case No. 14-cv-00534 KG/WPL.

**Deposition**.  August 17, 2015.  Dr. Gary D. Frakes, v. Sergeant William R. (Billy) Masden and Captain Dustin Ott. USDC (Texas) Case No. 4:14-cv-1753.

**Deposition.**  August 20, 2015.  Emmanuel Bracy, v. City of Los Angeles, et al.  Case No. C13-09350 (JC).

**Deposition.**  August 24, 2015.  Porfirio Santos-Lopez, an Individual v. City of Long Beach et al., Case No.: CV14-05781-FMO-AS.

-24-

**Deposition:** August 26, 2015.  Aaron Vincent Arde Catacutan, v. City of San Jose, et al. Superior Court, State of California (Santa Clara County) Case No. 113 CV 254501.

**Deposition:** August 31, 2015.  Sammy Sanchez, et al v. City of Tucson, et al.  USDC Case No. 72-1576857.

**Trial:** September 8, 2015.  Cash Jerome Ferguson-Cassidy, v. City of Los Angeles, et al., USDC Case No. CV14-06768 SVW (JPRx).

**Deposition:** September 10, 2015.  Juventino Rodarte, v. Alameda County, et al.  USDC Case No. 4:14-cv-00468-KAW.

**Deposition:** October 2, 2015.  Brennan Colbert, v. County of Kern, et al., Case No.: 1:13-cv-01589-JLT.

**Trial:** October 7, 2015.  Michael Fulton v. Brian Thayer, et al., Case No.: CV10-00137-JCG.

**Trial:**  October 16, 2015.  Kristy Beets, et al, v. County of Los Angeles, et al.  Superior Court, State of California (County of Los Angeles) Case No. KC 057667.

**Trial:** October 19, 2015 & October 20, 2015.  Christopher J. Windsor, v. Chris Eaves, et al., Case No. 5:13-CV-00038.

**Deposition:** October 27, 2015.  Francisco Arrieta, et al., v. County of Kern, et al., Case No.:1:14-CV-00401-LJO-JLT.

**Deposition:** October 28, 2015.  Lorenzo Adamson, an individual, v. City of San Francisco, et al., Case No.: 4:13-cv-05233-DMR.

**Trial.** October 29, 2015.  Robert J. Reese, Jr. v. County of Sacramento, et al., Case No. 2:13-cv-00559 JAM DAD.

**Trial.**  November 3, 2015.  Lance Ricotta, v. City of Imperial, Ca, et al., Case No.: 13CV1454 DMS WVG.

**Deposition.**  November 9, 2015.  Dorothy Jean Sams, et al, v. City of Los Angeles, et al, Superior Court (Los Angeles County) Case No. BC537879.

**Trial**.  November 10 & 11, 2015.  People v. Former Webster Police Officer D. Bassett.  339th District Court, Harris County, Texas, Cause No. 1411316.

**Trial**.  November 12, 2015.  People v. Marcus Stewart, Superior Court (Santa Clara County), State of California Case No. C1370824.

**Trial**.  November 13, 2015.  Lorenzo Adamson, an individual, v. City of San Francisco, et al., Case No.: 4:13-cv-05233-DMR.

**Deposition:**  November 18, 2015.  Miguela Nuila, v. City of Los Angeles, e al.  USDC Case No. CASE NO. CV 14-9160 DDP (PJWx).

**Deposition:**  November 18, 2015.  Damion Russell et al., v. City of Los Angeles, et al., Case No.: CV-14-09433-JFW (Ex).

**Deposition:**  November 20, 2015.  Raymond Newberry et al. v. County of San Bernardino, ED-CV14-02298 JGB (SPx)

**Deposition:**  November 23, 2015.  Robert Barron, v. City of Redding, et al., USDC Case No.: 2-14-CV-01107 MCE-CMK.

**Deposition:**  December 2, 2015.  Sukhwinder Kaur, et al, v. City of Lodi, et al.  USDC Case No. 2:14-cv-00828 GEB-AC.

**Deposition:**  December 3, 2015.  Isaiah Salvadore Zepeda, te al, v, County of Los Angeles, et al. Superior Court (Los Angeles County) Case No. BC450200.

**Grand Jury Testimony:**  December 7, 2015.  People v. Officer Timothy Loehman and Officer Fran Garmback, Cuyahoga County (Ohio) Grand Jury. [Civil Case No: 14 Civ. 02670.]

**Trial:**  December 9 & 10, 2015.  Superior Court, State of California (Los Angeles County), People v. Ugene Park & Sarah DeLeon, Case No. 5SY03653, DR No. 15-1087.

**Trial:**  December 15, 2015.  Alejandra Ruiz, et al., v. City of Medford, et al.  Circuit Court, State of Oregon (Jackson County), Case No. 13CV07663.

**Trial:**  December 17, 2015.  Isaiah Salvadore Zepeda, et al, v, County of Los Angeles, et al. Superior Court (Los Angeles County) Case No. BC450200.

**Deposition:**  December 22, 2015.  Jordan Edward Branscum, v. San Ramon Police Department, et at. Case No. Case No.: C11-04137 LB.

**Deposition**:  December 28, 2015.  Susan Rush, v. City of Santa Monica, et al.  USDC Case No. BC568815.

**Preliminary Hearing & Motion to Suppress:**  January 5, 2016.  People v. Gregory Williams, Superior Court, State of California (Solano County), Case No. VCR223119.

**Preliminary Hearing & Motion to Suppress:**  January 5, 2016.  People v. Gregory Williams, Superior Court, State of California (Solano County), Case No. VCR223119.
Client Attorney:
Mr. Brian Gregory, Esq., The Law Offices of Brian Gregory, 506 Broadway, San Francisco, CA 94133.  Phone: (415) 986-5591.

**Deposition:**  January 8, 2016.  Doris Ray Knox v. City of Fresno, et al.  USDC Case No. 1:14‑CV‑00799 EPG.

**Deposition:**  January 11, 2016.  Refugio Nieto, et al., v. City and County of San Francisco, et al., Case No.: C14-03823-NC.

**Deposition:**  January 12, 2016.  Garry Bradley, v. County of Los Angeles, et al. Superior Court, State of California (Los Angeles County), Case No. BC473200.

**Deposition:**  January 13, 2016.  Jesse Trevino, v. Bakersfield Police Department, et al., Case No. 1:14-CV-01873 JLT.

# WERNER U. SPITZ, M.D., FCAP

### *Forensic Pathology and Toxicology*
### 23001 Greater Mack
### St. Clair Shores, Michigan 48080

### Phone: (586) 776-2060   Fax: (586) 776-8722

Diane L. Lucke, B.S.
**Administrative Assistant/Office Manager**

E-mail: wuspitz@aol.com

December 18, 2015

Ben Nisenbaum, Esq.
Law Offices of John L. Burris
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, CA  94621

**Re:   Michael White, deceased**
      **Our File No: 6425**

Dear Mr. Nisenbaum:

By way of introduction, the following is my abbreviated resume.

I was born in Stargard/POM, Germany. I studied medicine at the University of Geneva, Switzerland and graduated from the Hebrew University Hadassah medical school in Jerusalem, Israel in1953. My entire professional life has been devoted to the practice of Forensic Pathology: In the Middle East, Europe and since 1959, in the United States. I am certified by the American Board of Pathology in anatomic pathology (1961) and in forensic pathology (1965). During my career I have performed or supervised approximately 60,000 autopsies.

From 1953 to 1959, I worked at the Institute of Legal Medicine in Tel Aviv, Israel; From 1959 to 1961, I worked at the Office of the Chief Medical Examiner for the State of Maryland, then from 1961 to 1963, I worked at the Institute of Legal Medicine in West Berlin, Germany after which I returned to Maryland where I was the Deputy Chief at the Medical Examiner's Office. In 1972, I moved to Detroit, Michigan where I was the Chief Medical Examiner for the County of Wayne until 1988. During this time and until 2004, I was also working as pathologist, then Chief Medical Examiner for the County of Macomb.

Ben Nisenbaum, Esq.
Re: Michael White, deceased
December 8, 2015
Page two

While in Maryland, I was Associate Professor at Johns Hopkins University and the University of Maryland. From 1978, I also held a teaching appointment as Adjunct Professor at the University of Windsor, Ontario, Canada teaching forensic toxicology and at the Traffic Institute at the University of North Florida in Jacksonville teaching traffic accident investigators to understand the mechanisms and identification of injuries. I am a full professor, teaching Forensic Pathology at Wayne State University School of Medicine in Detroit.

I have testified in all states of the United States, including Alaska and Hawaii, and also before the U.S. Congress (Assassination of President John F. Kennedy). I have also testified numerous times in various courts in Windsor and other major cities across Canada.

I have lectured across the United States, in Canada, France, Germany, Israel, South America, Mexico and South Africa.

I am the author and editor of a leading textbook in Forensic Pathology, Medicolegal Investigation of Death, published by Charles C. Thomas, Springfield, Illinois, 2006, now in its 4th edition. This textbook addresses many of the issues in the case at hand in greater detail. Also, I have published over 90 scientific articles in medical journals, mostly peer reviewed. My Curriculum Vitae has been submitted under separate cover.

At your request I have reviewed and evaluated the materials in the aforementioned case, with regard to specific issues concerning the demise of Michael White, 47 year, African American male.

The materials received include:
- Police reports
- Scene photographs
- 911 calls and dispatch
- Coroner's File including the autopsy and toxicology report

Ben Nisenbaum, Esq.
Re: Michael White, deceased
December 8, 2015
Page three

> Deposition of:
> Lt. Herman Robinson
> Officer John Cunningham
> Officer Barry Boersma
> Officer Michael Keutnik
> Officer Raul Munoz
> Elizabeth D. Claros

> Complaint

According to the records, on June 15, 2010 at approximately 4:24 p.m., police officers from the City of Vallejo responded to a 911 call regarding an assault on an elderly woman, by an individual later identified as Michael White. Officers entered the home of White's friend where White was inside the master bathroom and refused to come out (Boersma dep. pp. 37-38). On arrival of the police, a physical altercation developed with the officers. Officers Boersma, Munoz and Cunningham tased White repeatedly (Boersma dep. pp. 57-58; Cunningham dep. pp. 78-80). Officer Boersma applied a carotid restraint, which stopped blood flow to the brain, and caused White to go limp (Boesma dep. pp. 52, 64-67). Officer Munoz placed his knee in White's back pinning him to the floor in prone position and punched White repeatedly in his right side (Munoz dep. pp. 71-72, 74-75), while White was violently resisting being handcuffed and hobbled (Boersma dep. p. 74; Keutnik dep. pp. 22-23). Officer Cunningham noticed that White was not breathing properly after the carotid restraint (Cunningham dep. pp. 99-100). The officers carried White out of the residence in handcuffs and a hobble and placed him face down on a gurney (Hill 000075). When White was rolled over to supine position, he was found to be in distress and an EKG showed no heart rate, flat lined (Hill 000075). EMTs started CPR which continued during transport to Kaiser Hospital where he was pronounced dead at 5:22 PM.

An autopsy was ordered by the Solano County Coroner. The autopsy was performed the next day, in the morning of June 16, 2010. The cause of death was certified as excited delirium syndrome. The manner of death was listed as accident.

The autopsy indicates Mr. White was overweight with a protuberant abdomen, a weight of 216 lbs. and he measured 5'7" in height (BMI – 33.8).  The pertinent autopsy findings consisted of 2 barbs in the left lateral torso and two in the right arm, mild enlargement of the heart which weighed 450 grams. The coronary arteries were patent.

Blood cocaine was determined at a level of 0.54 mg/L, which is a recreational level. Benzoyelecognine (BE) was also found on chemical blood analysis. The blood BE level was found to be 1.36 mg/L. BE is an inactive breakdown product of cocaine.

Enlargement of the heart is a manifestation of elevation of the blood pressure, i.e. hypertension, usually controllable with medication.

Prone, i.e. face down position is at all times a risky method of restraint, especially in overweight individuals, handcuffed behind their back, in a state of excitement and agitation who need more oxygen. Pressure on the back compressing the abdomen, as in prone position, pushes the abdominal organs up against the diaphragm. The organs cannot move downward because of the bony pelvis. The diaphragm is the primary respiratory muscle which runs between the chest and abdominal cavity, and functions as the bellows for the lungs. When the diaphragm rises, air from the lungs is expelled, when the diaphragm goes down, air from the outside is drawn into the lungs. Air contains oxygen which is essential for survival. Paralysis of the diaphragm stops breathing. Interference with normal breathing translates to reduced oxygenation of the blood which is the carrier of oxygen throughout the body, thus reduced availability of oxygen to the brain, the heart and other organs.

The brain weighs approximately 2% of body weight, but utilizes 20% of oxygen intake. The brain is the organ most sensitive to oxygen deprivation and the most affected in all types of asphyxation. When the heart receives less oxygen than it needs, it goes into a haywire rhythm or stops beating all together.

All things considered involving the death of Michael White, represent the classic elements of positional asphyxia during physical restraint as listed below:

- Prone restraint
- Pinning with pressure of an obese body to the ground (BMI – 33.8)
- Handcuffing behind the back
- Hobble restraint
- Timely relationship between restraint and loss of consciousness/death
- History of delirious, delusional behavior
- Conditions which require increased oxygen availability, such as strenuous excitement, agitation, stress, fear and air hunger, while the ability to breathe is compromised

Prone restraint not only resulted in reducing White's oxygen intake but also in carbon dioxide retention. Carbon dioxide is a strong acid and its retention leads to acidosis, i.e. increased acidity of the blood and tissues (Jauchem, JR, et al, For Sci Int, 2005, 161:200-30 and Nanthakumar, K, et al, J Am Coll Cardiol, 2006, 48:798-804). At the same time, agitation, stress, pain and fear from repeated and continuous taser applications and the struggle, causing increased muscular activity, and buildup of lactic acid, further contributed to acidosis. Acidosis sensitizes the heart to catecholamines, i.e. adrenaline and noradrenaline, resulting in arrhythmias of the heart beat and cardiac arrest. White arrived at the hospital in cardiac arrest. Lack of oxygen can occur from cardiac arrest or respiratory compromise. Either way, White experienced reduced blood flow and oxygen to his vital organs, primarily to his brain and heart, in his interactions with officers. Consequently, it is evident that the means of restraint used in this case clearly contributed to White's demise.

As to 'excited delirium,' it is my opinion that excited delirium (ED) is a controversial diagnosis, used to classify deaths, under the same or similar circumstances as in the case of Michael White, when no anatomical cause of death is found at autopsy.

The term excited delirium is an unproven, unrecognized theory. It is not listed in any of the accepted usual authoritative sources of reference such as Dorland's Medical Dictionary, nor is it recognized by the AMA, the American Psychiatric Association, the DSM, and there is no mention of excited delirium in the International Nomenclature of

Ben Nisenbaum, Esq.
Re: Michael White, deceased
December 8, 2015
Page six

Disease which is the accepted instrument for all billings by physicians and medical institutions nationwide. Excited delirium is a relatively new concept, supported by a handful of physicians, to write off deaths of this nature as disease related, rather than caused by mechanical means involving chest compression, interference with adequate breathing, hypoxia and cardiac arrhythmia. To my knowledge, no death has ever resulted from 'excited delirium' except when associated with physical restraint.

Ronald O'Halloran, past medical examiner of Ventura County, California asked why it is anytime a death occurs during ED the police are present (O'Halloran, RL, Frank, JG: Asphyxial Death During Prone Restraint Revisited, A Report of 21 Cases; Amer J of For Med and Path, 21(1):39-52).

It is clear that ED is none other but a long known reaction to catecholamines. If ED where a cause of death, why then does it occur exclusively during restraint in prone position, with compression causing immobilization of the chest and abdomen when the abdominal organs are pushed against the diaphragm.

With regards to the use of Taser in this case, it should be noted that a Taser Training Bulletin issued in 2005 reveals the following warning on Page 2, item 8:
"Repeated, prolonged, and/or continuous exposure(s) to the TASER electrical discharge may impair breathing and respiration, particularly when the probes are placed across the chest and diaphragm." Michael White was repeatedly tasered by several officers, with two barbs removed at autopsy from the left lateral torso and two barbs from the right arm. "Taser guns generate electric energy which causes severe muscle contractions." "Repeated, prolonged and/or continuous exposure to Taser electrical discharges causes painful tetanic contractions of muscle tissue." When applied repeatedly it causes severe pain, even fear of impending doom.

Based on the above, it is my opinion that Michael White died as a result of asphyxia due to interference with his ability to breathe, during the restraint, when he was placed in prone position, pinned to the ground, which inhibited expansion of his chest in the breathing process, placed in a carotid hold and tasered multiple times.

Ben Nisenbaum, Esq.
Re: Michael White, deceased
December 8, 2015
Page seven

In the case of Michael White, there was a direct and uninterrupted relationship between the altercation with officers, specifically, the restraint and restriction of the breathing process causing loss of oxygen availability to the brain, loss of vital signs and death.

Michael White experienced conscious pain and suffering and the fear of impending doom during the restraint and while he was unable to breathe, fighting for air, suffering air hunger from being held down in prone position at a time when he needed more air, more breathing due to excitement, agitation, and fear for his life (Medical Physiology, Guyton and Hall, Elsevier and Saunders, 2006). The extensive applications of Taser shocks, with the pain and fear it causes, markedly enhanced these emotions.

As indicated by the autopsy, Michael White had a mildly enlarged heart, indicating elevated blood pressure, which in my opinion played no role in this case. With medical treatment, this condition would not necessarily reduce his life expectancy currently estimated at 80 years, based on the major life insurance companies' tables and the CDC.

All my opinions are based on my education, training and experience and are rendered to a reasonable degree of medical certainty.

I reserve the right to amend this report should pertinent additional information become available.

Sincerely yours,

Werner U. Spitz, M.D.

WUS:dll
dk:nise121815cor6425

My complete curriculum vitae and list of testimony (this is not up to date) is submitted by email.

Ben Nisenbaum, Esq.
Re: Michael White, deceased
December 8, 2015
Page seven

In the case of Michael White, there was a direct and uninterrupted relationship between the altercation with officers, specifically, the restraint and restriction of the breathing process causing loss of oxygen availability to the brain, loss of vital signs and death.

Michael White experienced conscious pain and suffering and the fear of impending doom during the restraint and while he was unable to breathe, fighting for air, suffering air hunger from being held down in prone position at a time when he needed more air, more breathing due to excitement, agitation, and fear for his life (Medical Physiology, Guyton and Hall, Elsevier and Saunders, 2006). The extensive applications of Taser shocks, with the pain and fear it causes, markedly enhanced these emotions.

As indicated by the autopsy, Michael White had a mildly enlarged heart, indicating elevated blood pressure, which in my opinion played no role in this case. With medical treatment, this condition would not necessarily reduce his life expectancy currently estimated at 80 years, based on the major life insurance companies' tables and the CDC.

All my opinions are based on my education, training and experience and are rendered to a reasonable degree of medical certainty.

I reserve the right to amend this report should pertinent additional information become available.

Sincerely yours,

Werner U. Spitz, M.D.

WUS:dll
dk:nise121815cor6425

My complete curriculum vitae and list of testimony (this is not up to date) is submitted by email.

On January 14, 2016 I received Vallejo Fire Department records and Solarno County Prehospital Care Report – these records do not change my opinions as previously submitted on December 18, 2015.

# WERNER U. SPITZ, M.D., FCAP

### *Forensic Pathology and Toxicology*

23001 Greater Mack
St. Clair Shores, Michigan   48080-1996

——————

Phone:   (586) 776-2060      Fax:   (586) 776-8722

**Diane L. Lucke, B.S.**
**Administrative Assistant/Office Manager**                                    **E-mail:**
                                                                          **wuspitz@aol.com**

Home:   850 Lakeshore
            Grosse Pointe Shores, MI 48236

Telephone:   (313)   884-0501

**PERSONAL DATA:**

Born:     August 22, 1926
                  Stargard/Pomerania
                  Germany

Fluent: English, German and French

**EDUCATION:**

Geneva University Medical School
Geneva, Switzerland                                    1946-1950

Hebrew University, Hadassah
Medical School - Jerusalem
M.D. from same                                         1950 - 1953

**TRAINING:**

Internship and residency in
Pathology and Forensic Pathology
Hadassah Medical School                    1953 - 1959

Research Fellow, Forensic Pathology
University of Maryland
Baltimore, Maryland                          1959 - 1961

**FACULTY APPOINTMENTS**:

Assistant, Dept. of Forensic Pathology
Free University of Berlin, West Germany        1961 - 1963

Assistant Professor of Pathology
University of Maryland

School of Medicine                              1966 - 1969

Associate Professor, Forensic Pathology
Department of Public Health Administration
Johns Hopkins University
Baltimore, Maryland                             1967 - 1972

Clinical Associate Professor of Pathology
University of Maryland
School of Medicine                              1969 - 1972

Membership on the Graduate Faculty
University of Maryland
College Park, Maryland                          1970 - 1972

Professor, Department of Pathology
Wayne State University
School of Medicine                 1973- Present

Adjunct Professor of Toxicology in the Department of Chemistry
University of Windsor
Ontario, Canada                    1978- Present

**HOSPITAL OR OTHER PROFESSIONAL APPOINTMENTS**:

Associate Medical Examiner, Maryland
Medical-Legal Foundation
Baltimore, Maryland                             1963 - 1965

Pathologist, Mount Wilson State Hospital
for Chest Diseases, Maryland       1964 - 1972

Assistant Medical Examiner
State of Maryland
Baltimore, Maryland                             1965 - 1969

Lecturer in Forensic Pathology
Department of Public Administration
Johns Hopkins University
Baltimore, Maryland                             1966 - 1969

Deputy Chief Medical Examiner
State of Maryland
Baltimore, Maryland                             1969 - 1972

Director of Research and Training
Maryland Medical-Legal Foundation
Baltimore, Maryland                             1967 - 1972

Chief Medical Examiner, County of Wayne
Detroit, Michigan                               1972 - 1988

Pathologist and Chief Medical Examiner
County of Macomb, Michigan         1972 - 2004

**MAJOR PROFESSIONAL SOCIETIES:**

Michigan Association of Medical Examiners
Member Executive Committee, [1986 - @ 1996]
Wayne County Medical Society

Michigan Society of Pathology,
Chairman, Forensic Pathology Committee

College of American Pathologists, Fellow

American Society of Clinical Pathologists, Fellow

National Association of Medical Examiners, Board of Directors

American Academy of Forensic Sciences, Fellow,
Pathology and Biology Section, Past Chairman, Nominating Committee, 1977;
Secretary/Treasurer, 1980, Chairman, 1981

World Congress of Legal Medicine, Vice President, 1986

Detroit Academy of Medicine, Fellow

**LICENSURE:**

| | |
|---|---|
| License to practice medicine, member countries of the European Union | 1960 |
| Maryland Board of Medical Examiners | 1964 |
| Virginia Board of Medical Examiners | 1965 |
| Washington, D.C., Commission on Licensure to Practice the Healing Art | 1971 |
| Michigan Board of Registration in Medicine | 1972 |

**SPECIALTY BOARDS:**

Certification by The American Board of Pathology:

| | |
|---|---|
| Pathologic Anatomy | 1961 |
| Forensic Pathology | 1965 |

**HONORS/AWARDS:**

American Physicians Fellowship Inc., August, 1967

Northern Virginia Arson Seminar - Certificate of Recognition of Attendance, Dec. 2, 1967

National Association of Medical Examiners - Certificate of Membership, 1972

North End Detroit Lions Club - Certificate of Service, March 5, 1974

International Association of Bomb Technicians and Investigators - Certificate of Appreciation, May 24, 1978

The International Reference Organization in Forensic Medicine - for Continuous Support of INFORM and outstanding Contributions to Forensic Medicine, August 1, 1979

The Arizona Department of Public Safety - Certificate of Appreciation, December 7, 1979 University of Detroit - Certificate of Appreciation, February 26, 1981

Kiwanis Club of New Center, Detroit - Certificate of Appreciation, June 17, 1981

Latin American Association of Legal Medicine, May 20, 1982 - Honorary Member

Mid Atlantic Forensic Pathology Association Certificate of Recognition May 2, 1983

The American Academy of Forensic Sciences, February 15, 1983

American Medical Association - Certificate of Member in good Standing, 1984

Crockett Vocational/Technical Center - Certificate of Appreciation, May 15, 1985

Michigan Ontario Identification Association - Certificate of Appreciation, May 17, 1985

British Academy of Forensic Sciences Medicolegal and Odontological Society of Mexico, Honorary Member, 1986

Founder's Award, Michigan Eye Bank and Transplantation Center, June 15, 1986

EL Instituto Politecnico Nacional, 1986

Crockett Vocational/Technical Center - Certificate of Appreciation, June 10, 1987

Resolution for Outstanding Service, handling mass disaster, Northwest Flight 255 plane crash, City of Romulus September, 1987

Award from Wayne County for handling of Northwest Flight 255 Plane Crash, October, 1987

Michigan Police Chaplains Association - Certificate of Appreciation, March 14, 1988

Wayne County Medical Society - Resolution for Outstanding Service, August 24, 1988

New York State Police - Certificate of Appreciation, October 5, 1988

New York State Police - Certificate of Appreciation, November 8, 1990

International Symposium on Forensic Techniques - Certificate of Appreciation, June 6, 1991

New York State Police - Certificate of Appreciation, October 2, 1991

American Board of Forensic Examiners - Recognizes for High Level of Professional Scientific involvement, December 12, 1994

Special Opportunities for Amputee Rehabilitation - Acknowledgment for Sponsoring an Amputee, 1994

Wayne County Medical Society - Certificate of membership in Good Standing, 1994

New York State Police - Certificate of Appreciation, September 28, 1994

Sterling Heights Citizen's Police Academy - Certificate of Appreciation, March 22, 1995

New York State Police - Certificate of Appreciation, September 20, 1995

American Society of Clinical Pathologists   January 11, 1996

New York State Police - Certificate of Appreciation, October 3, 1996

American Medical Association - Certificate of Member in Good Standing, 1996

Medicolegal Investigation of Death - Certificate of Participation, March 6 & 7, 1997

Investigation for Identification - Certificate of Completion, October 31, 1997

National Association of Medical Examiners - Certificate of Membership, 1999

Turning Point SANE Program - Recognition and Appreciation of Outstanding Effort, June 24, 1999

Dean's Award for 24 years of dedicated service to the medicolegal community and Wayne community and Wayne State University School of Medicine, March 6, 1997

National Association of Medical Examiners - Certificate of Membership, 2000

Indiana Division International Association for Identification - Certificate of Appreciation, 11th Annual        Annual Indiana IAI Conference

**SERVICE:**

Consultant - Johns Hopkins University, Applied Physics Laboratory, Silver Spring, Maryland, 1968-1972

Consultant - Veterans Administration Hospital, Allen Park, Michigan, 1972

Consultant - Rockefeller Commission on CIA activities within the United States, investigating the circumstances surrounding the assassination of President John F. Kennedy, 1975

Member - Forensic Pathology Panel, Select Committee on Assassinations, U.S. House of Representatives, Washington, D.C.,   1978

Consultant - Michigan Department of Labor, Silicosis and Dust Fund, 1977-1980

Consultant - Pan American Health Organization, November, 1978

Consultant, U.S. Borax and Chemical Company, Los Angeles, California, October 1984 - Present

Consultant - NBC News for the OJ Simpson Trial, 1994-1995

Editor - Journal of Legal Medicine, Heidelberg, Germany, New York

Member - Editorial Board, American Journal of Dermatopathology

Member - Editorial Board, Journal of Forensic Sciences

Member - Editorial Board, Excerpta Medica, [Holland], Forensic Sciences

Member - Editorial Board, Forensic Science, Copenhagen Denmark, Biomedical Division, Elsevier Science Publishers, B.V.

Member - Editorial Board, The American Board of Dermatopathology, Masson Publishing USA, Inc.

Member - Test Committee, American Board of Pathology, 1974-1979

Member - Public Health Committee, Claims Review Committee, Wayne County Medical Society, 1979

Member - Probus Award Selection Committee, 1979

Listed - American Men and Women of Science, 12th Edition

Listed - Who's Who in America (Life member, 2000)

Member - Review Board - The American Investigative Society of Cold Cases (AISOCC), 2013


**TEACHING:**

Professor, Department of Pathology
        Wayne State University
        School of Medicine                    1973 - present

2 years Assistant, Dept. of Forensic Pathology
        Free University of Berlin, West Germany    1961 - 1963

3 years Assistant Professor of Pathology
        University of Maryland
        School of Medicine                    1966 - 1969

5 years Associate Professor, Forensic Pathology
        Department of Public Health Administration
        Johns Hopkins University
        Baltimore, Maryland                   1967 - 1972

3 years Clinical Associate Professor of Pathology
        University of Maryland
        School of Medicine                    1969 - 1972

2 years Membership on the Graduate Faculty

University of Maryland
College Park, Maryland                                    1970 - 1972

Adjunct Professor of Chemistry
University of Windsor
Ontario, Canada                                          1978 - Present

**GRANT SUPPORT:**

U.S. Government (HEW) Institute of Maternal Health, $ 800,000 Grant for Research and Counseling of Sudden Infant Death.   1975-1985.

Grant from Eli Lilly for a study of propoxyphen.   $ 2,500. 1985.

State of Michigan, Office of Substance Abuse Services, Designer Drug grant, $ 3,000. 1986-1987.

Participated in a combined study with Michigan Department of Health, Detroit Health Department to determine the frequency of AIDS in medical examiner cases, approx. $ 2,000.00 1987.

**PUBLICATIONS:**

1. A Contribution to Pulmonary Acariasis in Imported Rhesus Monkeys. *Bull. Res. Council of Israel* **6E** (2):   119-122, (1957).   Spitz, W.U.

2. Mycetoma Pedis. *A.M.A. Arch. Dermat.* **75**: 855-863, (1957). Ziprkowski,L., Altmann,G., Dalith,F. and Spitz,W.U.

3.  Mechanism of Death in Fresh-Water Drowning. *A.M.A. Arch. Path.*, **71**: 661-668, (1961). Spitz, W.U. and Blanke, R.

4. *Increase of Body Weight as an Additional Criterion in Establishing the Diagnosis of Fresh Water Drowning.*Newsletter - Am. Acad. Forensic Sci., March-April, 1961. Spitz, W.U. and Fisher, R.S.

5. Physical Activity Until Collapse Following Fatal Injury by Firearms and Sharp Pointed Weapons. *J. Forensic Sci.*, **6**, (3): 290-300, (1961). Spitz, W.U., Petty, C. and Fisher, R.

6. Subdurale Blutungen aus isolierten Verletzungen von Schlagadern an der Hirnoberflache durch stumpfe Gewalt. *Virchows Arch. Path. Anat.* **336**: 87-98, (1962), Krauland, W., Mallach, H.J., Missoni, L. und Spitz, W.U.

7. Diagnose des Ertrinkungstodes durch den Diatomeen-Nachweis in Organen. *Dtsch. Z. ges. gerichtl. Med.* **54**: 42-45, (1963). Spitz, W.U.

8. Recovery from Drowning. *Brit. Med. J.*, **5364,** 1678, (1963). Spitz, W.U.

9. The Significance of Diatoms in the Diagnosis of Death by Drowning. *J. Forensic Sci.*, **9**, (1): 11-18, (1964). Spitz, W.U. and Schneider, V.

10.        Befunde bei vorubergehender Wiederbelebung nach Elektrounfall. *Munch. Med. Wchschr.* **106.**Jg., (11): 495-498, (1964). Spitz, W.U.

11.   Untersuchungen von Luftfiltrationsstreifen aus verschiedenen Gebieten der Bundesrepublik auf ihren Diatomeengehalt.   - Ein Beitrag zum Beweiswert von Diatomeen fur die Diagnose des Ertrinkungstodes. - *Dtsch. Z. ges. Gerichtl. Med.* **56**: 116-124, (1965). Spitz, W.U., Schmidt, H. and Fett, W.

12.        Techniques of Identification Applied to 81 Extremely Fragmented Aircraft Fatalities. *J. Forensic Sci.*, **10,** (2): 121-135 (1965). Fisher, R., Spitz, W.U., Breitenecker, R. and Adams, J.

13.   Hemorrhagic Pancreatitis Following a Kick in the Abdomen - Report of a Case. *J. Forensic Med.,* **12** (3): 105-107, (1965). Spitz, W.U.

14.        Ultrastructural Alterations in Rat Lungs. - Changes After Intratracheal Perfusion with Freshwater and Seawater. *A.M.A. Arch. Path.* **81:** 103-111, (1966). Reidbord, H. and Spitz, W.U.

15.        Ultrastructural Alteration in Rat Lungs. - Changes Following Asphyxiation. *A.M.A. Arch. Path.* **82:** 80-84, (1966). Reidbord, H. and Spitz, W.U.

16.   Weitere Untersuchungen Zur Diagnostik des Ertrinkungstodes durch Datomeennachweis. *Dtsch. Z. ges. gerichtl. Med.*, **58**: 195-204, (1966). Spitz, W.U. and Schmidt, H.

17.        Enzymologic Approach to the Diagnosis of Death by Drowning - Preliminary Report. *Am. J. Clin. Path.*, **47** (6): 704-708, (1967). Spitz, W.U., Burfitt,H., Freimuth,H. and Michaelis,M.

18.   *Reconstruction of Accidents:   Integration of Pathological Findings and Roadside Evidence.* Proceedings of the International Conference on Accident Pathology, June 6-8, 1968, Washington, D.C. U.S. Government Printing Office. Brinkhous, K. (Editor) and Spitz, W.U.

19.        Enzymatic Changes in Asphyxia, Experimental Pulmonary Edema and Drowning. *Am. J. Clin. Path.,* **51** (1): 102-106, (1969). Spitz, W.U., Hebel, R. and Michaelis, M.

20.        Drowning: Principles of resuscitation differ according to whether drowning takes place in fresh water or salt water. (Its Pathogenesis, Clinical and Post Mortem Aspects).   *Hospital Medicine*, **5** (7): 8-18, (1969). Spitz, W.U.

21.        Rikoschett - oder KontaktschuBverletzung. *Dtsch. Z. ges. gerichtl. Med.*, **66**: 153-160, (1969). Spitz, W.U.

22.        Histochemical Changes in Experimental Drowning, Pulmonary Edema and Asphyxia. *J. Forensic Med.,* **16** (3): 79-85, (1969). Spitz, W.U., Silverman, B., Michaelis, M.

23.        Does Illness Cause Crashes? 3rd. Triennial Congress of Motor Vehicle

Accidents,
New York, June, 1969, *JAMA,* **208** (12): 2257, (1969). Baker, S. and Spitz, W.U.

24.                    Stud Gun Injuries. In: *Internan. Microfilm Journal,* **4** (4) and *J. Forensic Med.* **17** (1): 5-11, (1970). Spitz, W.U. and Wilhelm, R.

25.                    Age Effects and Autopsy Evidence of Disease in Fatally Injured Drivers. *JAMA* **214** (6):   1079-1088, (1970). Baker, S. and Spitz, W.U.

26.                    *Laboratory Diagnosis of Drowning.* - Werner U. Spitz. Chapter in - LABORATORY DIAGNOSIS OF DISEASES CAUSED BY TOXIC AGENTS, Editors - Sunderman and Sunderman, Warren H. Green, St. Louis, Missouri, 1970.

27.                    Post Mortem Changes of pH in Rabbits' Vitreous Body Compared with Brain and Liver.
*Invest. Opthal.* **9**:   158, (1970). Spitz, W.U., Hebel, R. and Michaelis, M.

28.                    Injury by Birdshot. *J. Forensic Sci.*, **15** (3):   396-402, (1970). Di Maio, V. and Spitz, W.U.

29.                    Essential Post Mortem Findings in the Traffic Accident Victim. *A.M.A. Arch. Path.*, **90**:   451-457, (1970). Spitz, W.U.

30.                    Medicolegal Investigation of a Bomb Explosion in an Automobile. *J. Forensic Sci.*, **15** (4): 537-552, (1970). Spitz, W.U., Sopher, I. and Di Maio, V.

31.                    An Evaluation of the Hazard Created by Natural Death at the Wheel. *New Eng. J. Med.*, **283** (8):   405-409, (1970). Baker, S. and Spitz, W.U.

32.                    *Traffic Deaths Due to Blunt Abdominal Trauma.* Proceedings of the 14th Annual Conference, AAAM, Ann Arbor, Michigan, November, 1970. Baker, S., Gertner, H., Rutherford, R. and Spitz, W.U.

33.                    Melanosis of the Prostate Gland. *Am. J. Clin. Path.*, **56** (6):   762-764, (1971). Gardner, W., Jr. and Spitz, W.U.

34. Exanguinating Hemoptysis due to Ruptured Syphilitic Aneurysm.   A Case Report. *J. Forensic Med.*, **18** (3):   118-121, (1971). Sopher, I. and Spitz, W.U.

35.                    Endodermal Inclusions of the Heart - So-Called "Mesotheliomas of the Aerioventricular Node". *A.M.A. Arch. Path.*, **92**: 180-186, (1971). Sopher, I. and Spitz, W.U.

36.                    Fatally Injured Drivers: Clues from Medical Examiners, Police and DMV. *Police*, July-August, 67-72, (1971). Baker, S. and Spitz, W.U.

37.                    Tattoos, Alcohol and Violent Death. **J. Forensic Sci**., **16** (2): 219-225, (1971). Baker, S., Robertson, L. and Spitz, W.U.

38.                    Problems Encountered in Dental Identification of a Mutilated Body. *JADA*, **83**:168-169, (1971).

39.                    Evaluation of the Management of Vehicular Fatalities Secondary to

Abdominal Injury.
*Trauma*, **12**: 425-431, (1972). Gertner, H., Baker, S., Rutherford, R. and Spitz, W.U.

40.                    Variations in Wounding Due to Unusual Firearms and Recently Available Ammunition.
*J. Forensic Sci.*, **17** (2): 377-386, (1972). Di Maio, V. and Spitz, W.U.

41.                    *Variations of Shotgun Injuries - An Experimental Study.*   Abstracts, 6th International Meeting, Forensic Sciences, Edinburgh, September, 1972, pp. 88-89. Spitz, W.U. and Lipkovic, P.

42.                    **MEDICOLEGAL INVESTIGATION OF DEATH - Guidelines for the Application of Pathology to Crime Investigation.**   Spitz, W.U. (Editor) and Fisher, R. (Co-Editor). Springfield, Illinois, Charles C. Thomas, 1973.

43.                    Peculiarities of Certain .22 Caliber Revolvers (Saturday Night Specials).
*J. Forensic Sci.*, **19** (1): 48-53, (1974).          Schmidt-Orndorff, H., Reitz, J.A., and Spitz, W.U.

44.                    *Determination of Narcotics in Homicides in Detroit.* Abstracts, 26th Annual Meeting, American Academy of Forensic Sciences, Dallas, Texas, February, 1974. Monforte, J. and Spitz, W.U.

45.                    *Hit and Run, Gold Award Exhibit.* Annual Scientific Exhibit of the American Society of
Clinical Pathologists and the College of American Pathologists, Washington, D.C., 1974. Spitz, W.U.

46.                    Narcotic Abuse Among Homicide Victims in Detroit. *J. Forensic Sci.*, **20** (1): 186-190, (1975). Monforte, J. and Spitz, W.U.

47.                    Accidental Death with a Tear Gas Pen Gun. A Case Report. *J. Forensic Sci.*, **20** (4): 708-713, (1975). Smialek, J. Ratanaproeksa, O. Spitz, W.U.

48.                    Short Range Ammunition: A Possible Anti-Hijacking Device. *J. Forensic Sci.*, **21** (4): 856-861, (1976). Smialek, J. and Spitz, W.U.

49.                    Important Considerations in the Management of Drowning Victims.
*Hospital Medicine*, June, 1976. Spitz, W.U.

50.                    Drug Deaths Involving Propoxyphene - An Assessment in Metropolitan
            Detroit.        *Preventive Medicine*, **5:** 573-576, (1976). Monforte, J. and Spitz, W.U.

51.                    Accidental Bed Deaths in Infants due to Unsafe Sleeping Situations. *Clin. Pediatrics,* **16** (11):   1031-1036, (1977). Smialek, J., Smialek, P. and Spitz, W.U.

52.                    Methadone Deaths in Children. *JAMA,* **238**:   2516-2517, (1977). Smialek, J., Monforte, J., Aronow, R. and Spitz, W.U.

53.                    Rupture of a Subclavian Artery Aneurysm in a Heroin Addict.   Report of a case. *J. Legal Medicine*, J.F. Springer - Munich, **81**: 147-149, (1978). Whayne, N. and Spitz, W.U.

54.                    Death Behind Bars - The Jail Scene. *JAMA*, Special Communication, **240**:

2563-2564, (1978) and The Texas Lawman, 48: 9, (1979). Smialek, J. and Spitz, W.U.

55.          Cyclohexamine [Rocket Fuel] - Phencyclidine's Potent Analog. *J. Analytical Toxicology*, **3**: 209-212, (1979). Smialek, J., Monforte, J., Gault, R. and Spitz, W.U.

56.          *The Gunshot Victim.* Annual Scientific Exhibit of the American Society of Clinical Pathologists and the College of American Pathologists, Las Vegas, 1979. Smialek, J. and Spitz, W.U. Louisiana, February, 1980.          Smialek, J., Merchant, M. and Spitz, W.U.

57. The Medicolegal Autopsy. *Human Pathology*, **11** (2): 105-112, (1980). Spitz, W.U.

58.          Spitz and Fisher's **MEDICOLEGAL INVESTIGATION OF DEATH, Guidelines for the Application of Pathology to Crime Investigation.** Second Edition, Spitz, W.U. (Editor). Springfield, Illinois, Charles C. Thomas, 1980.

59.          *An Analysis of Sudden and Unexpected Deaths in Young Adult Females Living in a Metropolitan Area.* In Proceedings of the 32nd Annual Meeting of the American Academy of Forensic Sciences, New Orleans.

60. Automobile Cigarette Lighter Burns.  *J. Forensic Sci.*, **25**: 631-633 and 704, (1980). Smialek, J., Spitz, W.U. and Sacra, E.

61.          Ethanol in Intracerebral Clot - Report of Two Homicidal cases with Prolonged Survival After Injury. *Am. J. of Forensic Medicine and Pathology*, **1** (2):149-150, (1980). Smialek, J., Spitz, W.U., and Wolfe, J.

62.          Shotgun Wounds - Homicide or Self-Inflicted? *Michigan Police Officer,* **8:** (3), 24-27, (1980). Spitz, W.U.

63.          Heroin Culture. *Michigan Police Officer*, **8:** (4), 23-27, (1980). Spitz, W.U.

64.          Secondary Intracranial Subarachnoid Hemorrhage Due to Spinal Missile Injury. *J. Forensic Sci*, **26** (2): 431-434, (1981). Smialek, J., Chason, J., Kshirsager, V. and Spitz, W.U.

65.          Concentration of Alcohol in Delayed Subdural Hematoma. *J. Forensic Sci.*, **28** (4): 1013-1015, (1983). Cassin, B. and Spitz, W.U.

66.          Modernization of a Large Metropolitan Autopsy Facility. *Lipshaw Lab Leader*, **1** (2), (1984). Spitz, W.U.

67.          Suicidal Electrocution in a Bathtub. *Am. J. For. Med. and Path.*, **6** (3): 276-278, (1985). Lawrence, R., Spitz, W.U. and Taff, M.

68.          Intrapleural Golf Ball Size Loose Body:   An Incidental Finding at Autopsy. *Am. J. For. Med. and Path.*, **6** (4): 329-331, (1985). Spitz, W.U. and Taff, M.

69.          Sudden Prisoner Deaths and 'Capture Myopathy'. [Letter] *JAMA*, **253** (1)

13: 1934, (1985). Spitz, W.U.

70.          System for Deodorizing and Decontaminating Autopsy Rooms.   UNITED STATES PATENT number 4,600,557 Date of Patent:   July 15, 1986.

71.          The Amino Acid Sequence of Human Cardiac Troponin-C. *Muscle and Nerve*, **9**:  73-77, (1986). Romero, A., Lieska, N. and Spitz, W.U.

72.          A Case of Suicidal Hanging in an Automobile. *Am. J. For. Med. and Path.*, **6** (4): 362-364, (1986). Hardwicke, M.B., Taff, M. and Spitz, W.U.

73.          A Work-Related Death Due to a Penetrating Chest  Injury. *Am. J. For. Med. and Path.*, **7** (2): 163-164, (1986). Katanick, D., Taff, M. and Spitz, W.U.

74.          Sudden Death Resulting from Chicken Bone Perforation of Esophagus. *Am. J. For. Med. and Path.*, **7** (3): 263-265, (1986). Russo, S., Taff, M., Ratanproeksa, O. and Spitz, W.U.

75.          Fatal Thyrotoxic Crisis:  A Case Report.   *Am. J. For. Med. Path.*, **7** (2): 174-176, (1986). Herman, G., Kanluen, S., Monforte, J., Husain, M., and Spitz, W.U.

76.          An Unusual Case of Compression Asphyxia and Smothering. *Am. J. For. Med. and Path.,* **7** (4), (1986). Wolodzko, A., Taff, M., Ratanaproeksa, O. and Spitz, W.U.

77.          Syncope and Sudden Death Caused by Mitral Valve Myxomas. *Am. J. For. Med. and Path.*, **7** (1): 84-86 (1986). Puff, M., Taff, M., Spitz, W.U. and Eckert, W.

78.          Scald Burns Complicated by Isopropyl Alcohol Intoxication:   A Case of Fatal Child Abuse. *Am. J. For. Med. and Path.*, **7** (1): (1986). Russo, S., Taff, M., Mirchandani, H., Monforte, J. and Spitz, W.U.

79.          Resuscitation and Petechiae. *Am. J. For. Med. and Path.*, **9** (1): 35-37, (1988). Hood, I., Ryan, D. and Spitz, W.U.

80.          Determining Gender:   Examination of Hair. [Letter]          *JAMA*, **260** (6): 851, (1988). Spitz, W.U.

81.          Award Citation:   A Tribute to the Late Russell S. Fisher. *Am. J. For. Med. and Path.*, **9** (4): 355-356, (1988). Spitz, W.U.

82.          The Case of the Sitting Corpse:   Accident of Homicide. *Am. J. For. Med. and Path.*, **10** (3): 242-244, (1989). Spitz, W. U.

83.          Necrotizing Fasciitis: A Fatal Outcome Following Minor Trauma. *Am. J. For. Med. and Path.*, **10** (3): 239-241, (1989). Wojno, K. and Spitz W. U.

84.          Fatal Accidents and Blood Ethanol Levels in Adolescents and Adults - The Wayne County Experience 1978-1988. *Am. J. For. Med. and Path.*, **10** (3): 187-192, (1989). Hain, J.R., Ryan, D.M. and Spitz W. U.

85.            Postmortem Cerebrospinal Fluid Pleocytosis. *Am. J. For. Med. and Path.,* **10** (3): 209-212, (1989). Platt, M.S., McClure, S., Clarke, R., Spitz W.U., and Cox, W.

86.            Killer Pop Machines.*J. Forensic Sci.*, **35**(2):490-492, (1990). Spitz, D. J. and Spitz W. U.

87.            Gastrointestinal Hemorrhage from an Internal Jugular Abscess in an Intra-venous Drug Addict. *Am. J. For Med and Path*, 11(2):158-159, 1990, Ippolito, S. F. and Spitz, W. U.

88.            *The Traffic Accident Victim* - Werner U. Spitz. Chapter in - **HANDBOOK OF FORENSIC PATHOLOGY.** Published by: College of American Pathologists, 1990.

89.            Sudden Death of an Elderly Man with Multiple Malignant Neoplasms. *Am. J. For. Med. and Path.*,12(3):265-271, (1991). Hardwicke, M.B., Taff, M., Spitz, W.U. and Gordan, R.

90.    Spitz and Fisher's **MEDICOLEGAL INVESTIGATION OF DEATH, Guidelines for the Application of Pathology to Crime Investigation.** Third Edition**,** Spitz, W.U. (Editor). Springfield, Illinois, Charles C. Thomas, 1993.

91.         Spitz, W.U.: **Excited Delirium vs. Positional Asphyxia**, Michigan Association of Medical Examiners Cross Section, Summer, 2000.

92.         Spitz, W.U.: **FORENSIC PATHOLOGY**,CD-ROM, Universal Multimedia, Inc., Costa Mesa, CA, 2000.

93.    Spitz, W.U.: **Don't Be Intimidated,** Michigan Association of Medical Examiners Cross Section, Summer, 2000.

94.    Spitz and Fisher's **MEDICOLEGAL INVESTIGATION OF DEATH, Guidelines for the Application of Pathology to Crime Investigation.** Fourth Edition, Spitz, W.U. (Editor). Springfield, Illinois, Charles C. Thomas. 2006.

95.    Spitz, W.U.: **Forensic Considerations in Blood Alcohol Evaluation** in Principles of Additions and the Law.   Norman Miller, Ed., Academic Press, Elsevier, Inc., 2010.

Publications in preparation:

5th edition of MEDICOLEGAL INVESTIGATION OF DEATH
Death by compression during restraint
Chapter in 2015 Thomson Reurters 'Litigators' Handbook of Forensic Medicine, Psychiatry and Psychology
The Reality of Conscious Pain and Suffering and Fear of Impending Doom

**PRESENTATIONS:**

Guest Lecturer - Armed Forces Institute of Pathology Annual course of forensic pathology -           1970 - 1991

Guest Lecturer - Louis Phillippe Mousseau Memorial Lecture, Edmonton, Alberta, Canada
      October 16, 1974

Guest Lecturer - Israel Association of Forensic Sciences Reconstruction of the events surrounding the assassination of President John F. Kennedy as feasible by analysis of his wounds, Tel Aviv, Israel, March, 1980

Guest Lecturer - Asociacion Mexicana de Medicina Legal, Quinto Symposium International de            Graduacion en Medicina Legal, Mexico City, August 28-30, 1980

Guest Lecturer - Sixth South African International Conference of Legal Medicine, Johannesburg, South Africa, March 17-21, 1981

Guest Lecturer - First Pan American Symposium of Legal Medicine, Mexico City, Mexico, May 22-28, 1982

Guest Lecturer - Sociedad Mexicana de Medicina Forense, Criminologia y Criminalistica, A.C.            Estados Unudos de America, Mexico, July 21 - 27, 1985

Guest Lecturer - Edwin C. Yoder Honor Lecture, Tacoma, Washington, November 15, 1985

Guest Lecturer - El Instituto Politecnico Nacional, Mexico City, Mexico, October 12-15, 1986

Guest Lecturer - Primer Curso Internacional De Medicina Legal en La Mitad Del Mundo, Quito, Ecuador, July 18 - 22, 1988

Guest Lecturer - Michigan Insurance Adjusters, Detroit, February 18, 1985

Lecturer - University of Windsor, Chemistry Department, March 15, 1985

Guest Lecturer - Beaumont Hospital, Royal Oak, Michigan, March 29, 1985

Guest Lecturer - St. Johns Hospital, Detroit, Michigan, April 12, 1985

Guest Lecturer - Glessner Lee Seminar, Baltimore, Maryland, April 30, 1985

Chairman and Lecturer - Annual seminar - Wayne State University Continuing Education -            Medical Legal Investigation of Death seminar.   May 9 - 11, 1985

Guest Lecturer - Detroit Police Seminar, Detroit, Michigan, May 17, 1985

Guest Lecturer - Glessner Lee Seminar, Baltimore, Maryland, October 15, 1985

Lecturer - Wayne County Judges, Detroit, Michigan, November 8, 1985

Lecturer - University of Windsor Law School, Windsor, Canada, December 4, 1985

Lecturer - Detroit College of Law School, Detroit, Michigan, Full day - January 15, 1986

Guest Lecturer - Grace Hospital, Detroit, Michigan, April 12, 1986

Guest Lecturer - Ontario Coroners Association, Niagara on the Lake, Canada,   April 10-11, 1986

Guest Lecturer - Glessner Lee Seminar, Baltimore, Maryland, April 29-30, 1986

Guest Lecturer - Michigan Prosecutors Coordinating Council, Shanty Creek, MI, May 3, 1986

Chairman - Annual seminar - Wayne State University Continuing Education - Medical Legal Investigation of Death seminar.   May 8 - 10, 1986

Guest Lecturer - Michigan Insurance Adjusters Assn., Southfield, Michigan,   May 13, 1986

Guest Lecturer - Criminal Defense Attorneys, Traverse City, Michigan,   November 8, 1986

Guest Lecturer - Glessner Lee Seminar, Baltimore, Maryland, April 27, 1986

Chairman - Annual seminar - Wayne State University Continuing Education - Medical Legal Investigation of Death seminar.   May 7 - 9, 1987

Guest Lecturer - Michigan/Ontario Identification Assn., Windsor, Canada, June 30, 1987

Guest Lecturer - Glessner Lee Seminar, Baltimore, Maryland, September 14, 1987

Chairman - Illinois Coroner's Association Seminar, Matoon, Illinois   October 19-20, 1987

Lecturer - St. Clair Medical Examiners, Port Huron, Michigan, September 26, 1987

Guest Lecturer - Insurance Adjusters Assn., Detroit, Michigan   November 16, 1987

Guest Lecturer - America Society of Clinical Pathologists Seminar,   Chicago, Illinois December 1, 1987 - Traffic Accident Reconstruction and Patterned injuries.

Lecturer - Life, Accident and Health Claim Association, Detroit, Michigan   January 19, 1988

Lecturer - Police Department Chaplains Assn., Farmington, Michigan   March 14, 1988

Guest Lecturer - Wayne County Medical Society, Disaster Planning Seminar, Detroit, Michigan   April 7, 1988.

Guest Lecturer - Michigan Trial Lawyers Association Seminar, Southfield, Michigan   May 21, 1988.

Guest Lecturer - Wayne County Sheriff's School, Disaster Planning Seminar, Romulus, Michigan   June 28-30, 1988.

Guest Lecturer - Dearborn Elks Loge 1945, Dearborn, Michigan   July 27, 1988

Guest Lecturer - New York State Police Annual Seminar, Albany, New York   October 4, 1988.

Lecturer - Michigan Association of Medical Examiners, Midland, Michigan   Oct. 14-16, 1988

Guest Lecturer - Douchess County Seminar, New York, November 12-14, 1988

Guest Lecturer - Michigan Trial Lawyers Assn., Southfield, Michigan   November 15, 1988.

Lecturer - Bon Secours Hospital Staff, Grosse Pointe, Michigan   February 27, 1989

Guest Lecturer - Defense Attorneys Seminar, Lansing, Michigan   April 21, 1989

Guest Lecturer - Seminar in Homicide Investigation, Baltimore, Maryland   May 2, 1989

Guest Lecturer - Kiwanis Lecture, Westland, Michigan, May 15, 1989

Guest Lecturer - Macomb County Community College, June 14, 1989

Guest Lecturer - Pathology Review Course, Lisle, Illinois, September 17-18, 1989

Guest Lecturer - New York State Police Academy, Albany, New York   September 20-22, 1989

Lecturer - Traffic Accident Reconstruction and Patterned Injuries, Michigan Association of Medical Examiners, Midland, MI,   Sept. 29 to Oct. 1, 1989

Guest Lecturer - Illinois State University, Accident Investigation and Reconstruction, Normal, IL, Oct. 5-7, 1989

Guest Lecturer - American Society of Clinical Pathologist, December 4, 1989

Lecturer - St. John Hospital Emergency Room Staff, Detroit, Michigan   February 28, 1990

Lecturer - University of Windsor, Chemistry Students, Windsor, Canada   March 9, 1990

Guest Lecturer - Douchess County Seminar, New York, April 9-10, 1990

Guest Lecturer - Traffic Accident Reconstruction, driver, passenger and pedestrian injuries,            University of North Florida, Accident Investigators, Jacksonville, FL, April 17, 1990

Sole Lecturer - Topics included: Gunshot/Shotgun wounds, Stab wounds, Traffic Accident Reconstruction and Injury Patterns, Postmortem changes, Asphyxia, etc.: Colorado Institute of Criminal Justice, Medical Legal Investigation of Death Seminar, Denver, Colorado   April 19-20, 1990

Guest Lecturer - Michigan State Police Arson Investigation, Tuskin, Michigan   April 23, 1990

Guest Lecturer - Federal Bureau of Investigation, Detroit, Michigan   April 25, 1990

Guest Lecturer - Ohio Academy of Trial Lawyers, Toledo, Ohio, April 28, 1990

Chairman - Annual seminar - Wayne State University Continuing Education - Medical Legal Investigation of Death seminar.   May 17 - 19, 1990

Guest Lecturer - University of Michigan, Pathology Course, Ann Arbor, MI   Sept. 11, 1990

Guest Lecturer - Accident Reconstruction and Traffic Injuries,   Institute of Police Technology and Management, Freehold, New Jersey, Sept. 14-15, 1990

Guest Lecturer - Michigan State Police Arson Investigation for Prosecutors, Tuskin, Michigan   October 15, 1990

Guest Lecturer - Traffic Accident Reconstruction, driver, passenger and pedestrian injuries, University of North Florida, Accident Reconstruction, Jacksonville, Florida
        October 22-23, 1990

Guest Lecturer - Criminal Defense Attorneys, Traverse City, Michigan    November 3, 1990

Lecturer - St. John Hospital Staff, Detroit, Michigan, November 29-30, 1990

Guest Lecturer - 9th Annual Advanced Homicide Investigators Seminar, Toronto, Canada,
        February 12, 1991

Guest Lecturer - Macomb Bar Association, February 21, 1991

Guest Lecturer - 6th Medicolegal Investigation of Death Seminar, Morgantown, West
        Virginia, April 6, 1991

Lecturer - Federal Bureau of Investigation's Third Annual Violent Crime Seminar, Ann Arbor,
        Michigan, April 24, 1991

Lecturer - Macomb Emergency Response Group, St. Clair Shores, Michigan, April 25, 1991

Lecturer - Michigan State Police's Third Annual Prosecutors School (Fatal Fire Investigation),
        Tustin, Michigan, April 29, 1991

Guest Lecturer - Grosse Pointe Jewish Council, Grosse Pointe, Michigan, April 30, 1991

Guest Lecturer - Michigan Probation Officers, Frankenmuth, Michigan, May 23, 1991

Lecturer - Accident Reconstruction and Traffic Injuries, Institute of Police Technology and
Management, Meriden, Connecticut, June 11, 1991

Lecturer - Pathology Review Course, Columbus, Ohio, May 27, 1991

Lecturer - St. John Hospital Emergency Room Physicians, Detroit, Michigan, May 29, 1991

Lecturer - Spectrum 91 International Symposium on Forensic Techniques, Detroit, Michigan,
        June 3, 1991

Lecturer - Accident Reconstruction and Traffic Injuries, Institute of Police Technology and
        Management, Hartford, Connecticut, June 11, 1991

Guest Lecturer - University of Michigan Pathology Residents, Ann Arbor, Michigan,
        September 24, 1991

Lecturer - 1991 NYPD Colonel Henry F. Williams Homicide Seminar, Albany, New York,
        September 29, 1991

Guest Lecturer - Michigan Corrections Association 59th Annual Conference, Mackinac
        Island, Michigan, October 2, 1991

Lecturer - Accident Reconstruction, Patterned Injuries: Driver, Passenger and Pedestrian;
        Illinois State University, Traffic Accident Reconstruction Conference, Bloomington,
        Illinois, October 10, 1991

Lecturer - Accident Reconstruction and Traffic Injuries, Institute of Police Technology and Management, Baltimore, Maryland, October 14, 1991

Guest Lecturer - Traffic Accident Reconstruction and Patterned injuries, America Society of Clinical Pathologists Seminar,   Chicago, Illinois, October 23, 1991

Guest Lecturer - 8th Israel Medical Week, Jerusalem, Israel, November 5, 1991

Lecturer - University of Windsor, Chemistry Students, Windsor, Canada, November 22, 1991

Guest Lecturer - Pontiac General Hospital Surgical Grand Rounds, Pontiac, Michigan, December 9, 1991

Lecturer - St. John Hospital Staff, Detroit, Michigan, January, 31, 1992

Lecturer - Federal Bureau of Investigation's Fourth Annual Violent Crime Seminar,   Ann Arbor, Michigan, April 15, 1992

Guest Lecturer - Wayne County Medical Society, Detroit, Michigan, May 5, 1992

Chairman - Annual seminar - Wayne State University Continuing Education - Medical Legal Investigation of Death seminar, Romulus, Michigan, May 13 and 14, 1992

Lecturer - 1992 NYPD Colonel Henry F. Williams Homicide Seminar, Albany, New York, September 20, 1992

Lecturer - - Traffic Accident Reconstruction and Patterned injuries; Forensic Cases; 1er Congreso Nacional De Ciencias Periciales En El Estado De Mexico, Mexico, September 21 to 23, 1992

Guest Lecturer - Macomb Emergency Response Group, St. Clair Shores, Michigan, October 8, 1992

Lecturer - Michigan Association of Medical Examiners, Midland, Michigan, October 17, 1992

Lecturer - Simposium Internacional De Medicina Legal 92, Guayaquil, Ecuador, October 30, 1992

Lecturer - Harper Hospital Pathology Residents, Detroit, Michigan, November 11 & 18, 1992

Guest Lecturer - Traffic Accident Reconstruction and Patterned injuries, General Motors Research Chapter of Sigma Xi, Warren, Michigan, December 8, 1992

Lecturer - University of Windsor, Chemistry Students, Windsor, Canada, February 12, 1993

Lecturer - CACJ/CPDA Death Penalty Defense Seminar, Monterey, California, February 13, 1993

Lecturer - St. John Hospital Staff, Detroit, Michigan, March 29, 1993

Lecturer - Federal Bureau of Investigation's Fourth Annual Violent Crime Seminar,   Ann Arbor, Michigan, April 20, 1993

Guest Lecturer - Wayne County Medical Society, Detroit, Michigan, April 21, 1993

Chairman - Annual seminar - Wayne State University Continuing Education - Medical Legal Investigation of Death seminar, Dearborn, Michigan, April 22 and 23, 1993

Guest Lecturer - Criminal Defense Attorneys, Southfield, Michigan   April 24, 1993

Guest Lecturer - New York Society of Forensic Sciences, Lehman College, Bronx, New York, April 28, 1993

Lecturer - Grace Hospital Staff, Detroit, Michigan, May 18, 1993

Lecturer - Forensic Cases: Gunshot/Shotgun injuries, Stab Wounds, Asphyxia, Blunt Force injures, Traffic Accident Reconstruction and Patterned injuries, etc., Pathology Review Course, Chicago, IL, May 24, 1993

Lecturer - Traffic Accident Reconstruction and Patterned injuries, Traffic Crime Seminar, Toronto, Canada, June 1, 1993

Lecturer - Traffic Accident Reconstruction and Patterned injuries, Medicolegal Investigation of Death Seminar, Grand Junction, Colorado, August 26 to 28, 1993

Lecturer - 1993 NYPD Colonel Henry F. Williams Homicide Seminar, Albany, New York, September 18, 1993

Lecturer - CACJ/CPDA Death Penalty Defense Seminar, Monterey, California, Feb. 19, 1994

Lecturer - Detroit Academy of Medicine, March 8, 1994

Chairman - Annual seminar - Wayne State University Continuing Education - Medical Legal Investigation of Death seminar, Dearborn, Michigan, March 24 and 25, 1994

Lecturer - Forensic Cases: Gunshot wounds, Stab wounds, Blunt and Traffic injuries, Harper Hospital Staff, Detroit, Michigan, March 31, 1994

Lecturer - Detroit Riverview Hospital, Detroit, Michigan, April 15, 1994

Lecturer -   Forensic Cases: Gunshot wounds, Stab wounds, Blunt and Traffic injuries, Pathology Review Course, Cincinnati, Ohio, May 24, 1994

Guest - CNN, Larry King Live, O.J. Simpson, June 29, 1994

Guest - David Newman Show, WHYZ, Detroit, Michigan   July 6, 1994

Lecturer - CPDA Homicide Seminar, Napa Valley, California, August 27, 1994

Guest Lecturer - City of Southfield, Emergency Management Director, Southfield, Michigan, September 8, 1994

Lecturer - 1994 NYPD Colonel Henry F. Williams Homicide Seminar, Albany, New York, September 27, 1994

Lecturer - 1994 New York Police Department, Poughkeepsie, New York, October 6 and 7, 1994

Lecturer - Michigan Association of Medical Examiners, Midland, Michigan, October 29, 1994

Lecturer - St. John Hospital Staff, Detroit, Michigan, December 8, 1994

Lecturer - Macomb County Prosecutors and Police, Mt. Clemens, Michigan, January 19, 1995

Lecturer - CACJ/CPDA Death Penalty Defense Seminar, Monterey, California, Feb. 19, 1995

Lecturer - Medical Transcriptionists Assn., Bloomfield Hills, Michigan, March 11, 1995

Chairman - Annual seminar - Wayne State University Continuing Education - Medical Legal Investigation of Death seminar, Dearborn, Michigan, March 23 and 24, 1995

Lecturer - Pathology Review Course, Baltimore, Maryland, April 2, 1995

Lecturer - Federal Bureau of Investigation's Sixth Annual Violent Crime Seminar, Ann Arbor, Michigan, April 11, 1995

Lecturer - Pathology Review Course, Chicago, Illinois, May 7, 1995

Lecturer -   Forensic Cases: Gunshot wounds, Stab wounds, Blunt Force injuries and Traffic Accident Reconstruction and Patterned injuries,   American Society of Clinical Pathologists, Williamsburg, Virginia, June 21, 1995

Lecturer - 1995 NYPD Colonel Henry F. Williams Homicide Seminar, Albany, New York, September 17, 1995

Lecturer - Sterling Heights Citizens Police Academy, Sterling Heights, Michigan, Oct. 5, 1995

Lecturer - Wayne County Judges, Detroit, Michigan, October 8, 1995

Guest Lecturer - Criminal Defense Attorneys, Traverse City, Michigan, November 3, 1995

Lecturer - Medical Examiner's staff, Big Rapids, Michigan, November 4, 1995

Lecturer - Detroit College of Law, Detroit, Michigan, November 15, 1995

Member - Organ Donation Panel, Lansing, Michigan, November 19, 1995

Lecturer - Grand Rapids Airport Personnel, Grand Rapids, Michigan, December 4, 1995

Lecturer - Beaumont Hospital Staff, Royal Oak, Michigan   January 24, 1996

Chairman - Annual seminar - Wayne State University Continuing Education - Medical Legal Investigation of Death seminar, Dearborn, Michigan, March 21 and 22, 1996

Lecturer - Forensic Cases: Gunshot wounds, Stab Wounds, Blunt Force injuries and Traffic Accident Reconstruction and Patterned injuries, Flight Nurses Assn., Midland, Michigan, March 29, 1996

Lecturer - Forensic Cases: Gunshot wounds, Stab wounds, Blunt and Traffic injuries, Pathology Review Course, Chicago, Illinois, May 13, 1996

Lecturer - Carteret County Medical Society, North Carolina, May 16, 1996

Lecturer - St. Clair County Medical Examiner's staff, Port Huron, Michigan, May 28, 1996

Lecturer - Criminal Defense Attorneys, Lima, Ohio, September 20, 1996

Lecturer - 1996 NYPD Colonel Henry F. Williams Homicide Seminar, Albany, New York, September 29, 1996

Guest Lecturer - Forense' 96, International Congress, Sao Paulo, Brazil, Oct. 6-12, 1996

Lecturer - Death Investigation Seminar, Springfield, Illinois, October 15-16, 1996

Lecturer - St. Clair County Medical Examiner's staff, Port Huron, Michigan, November 5, 1996

Lecturer - St. Clair County Medical Examiner's staff, Port Huron, Michigan, February 25, 1997

Chairman - Annual seminar - Wayne State University Continuing Education - Medical Legal Investigation of Death seminar, Dearborn, Michigan, March 6 and 7, 1997

Guest Lecturer - Rush Presbyterian - St. Luke's Medical Center, Department of Pathology, March 24, 1997

Guest Lecturer - Criminal Defense Attorneys, Novi, Michigan, April 4, 1997

Lecturer – Grosse Pointe Woods Counsel, May 15, 1997

Lecturer – Oakland ANA ER Nurses, May 8, 1997

Lecturer – Forensic Cases: Gunshot wounds, Stab wounds, Blunt and Traffic Accident Reconstruction and Patterned injuries; City of Grosse Pointe Woods Department of Public Safety, June 19, 1997

Lecturer – Oakland County Emergency Nurses Association, October 8, 1997

Lecturer – Wayne State University Health Center – ER Residents, November 20, 1997

Lecturer – Sex, Science and Criminal Defense: A Medical-Legal Seminar –   Ohio Association of Criminal Defense Lawyers, March 27, 1998

Lecturer – Evaluation and Reconstruction of Traffic Accidents, Medicolegal Investigation of Death Seminar - Robert C. Byrd Health Sciences Center of West Virginia, April 25, 1998

Lecturer – Death Penalty Seminar, Ohio, May 14, 1998

Lecturer – Forensic Cases: Gunshot wounds, Stab wounds, Blunt and Traffic injuries Pathology Review Course, Osler, Toledo, May 16, 1998

Lecturer - Wolfreiser, June 18, 1998

Lecturer – Forensic Cases: Gunshot wounds, Stab wounds, Blunt and Traffic Accident Reconstruction and Patterned injuries, Illinois Coroners Assn., Collinsville, Illinois, August 24-26, 1998

Lecturer – Forensic Cases: Gunshot wounds, Stab wounds, Blunt Force and Identification of Traffic Crash injuries, University of Michigan Department of Pathology, September 22, 1998

Lecturer –   Evaluation and Reconstruction of Traffic Accidents, Patterned Injuries: Drivers, Passengers and Pedestrian, Macomb County – Traffic Evidence, October 6, 1998

Lecturer – Michigan State Police Forensic Science Laboratory, October 21, 1998

Lecturer – Michigan Association of Medical Examiners Annual Conference, Oct. 23-25, 1998

Lecturer - Pattern Injury – Nurse Examiner Conference, June 28, 1999

Lecturer – Criminal Advocacy Program, September 10, 1999

Lecturer – New York State Police – Colonel Henry F. Williams Homicide Seminar, September 18, 1999

Lecturer – Pathology Review Course, Osler, Chicago, September 26, 1999

Lecturer - Annual Investigation for Identification Educational Conference - Pensacola, Florida, September 30, 1999.

Lecturer – Forensic Investigation: Blueprint for Failure –   Techniques & Strategies in Forensic Investigation –   27th Annual Florida Medical Examiners & 7th Annual Investigation for Identification Combined Educational Conference, October 1, 1999

Lecturer –Evaluation and Reconstruction of Traffic Accidents, Patterned Injuries: Drivers, Passengers and Pedestrian, Port Huron, Michigan, October 19, 1999

Lecturer – Advocates Polish American Bar Association, October 21, 1999

Lecturer – Grosse Pointe Jewish Council, Adult Cultural October Doubleheader, October 27, 1999

Lecturer – Erie County Bar Association, Sandusky, Ohio, December 10, 1999

Lecturer – American Academy of Forensic Science – Odontology Section,   February 25, 2000

Lecturer – 17th Annual Emergency & Critical Care Conference –   Survival Flight – University of Michigan Flight Nurses, March 10, 2000

Lecturer – Life in the Balance 2000: Defending Death Penalty Cases, March 25-28, 2000

Lecturer – Cases & O.J. Simpson, Port Huron, Michigan, May 16, 2000

Lecturer – St. John Hospital, November 1, 2000

Lecturer – National Seminar on Forensic Evidence and the Criminal Law –    Philadelphia, Pennsylvania, November 2-5, 2000

Lecturer – University of Michigan – Department of Pathology, December 5, 2000

Lecturer – Balistics & Trauma – St. John Surgical & ER Physicians, January 18, 2001

Lecturer – Criminal Defense Attorneys of Michigan, Novi, Michigan March 1-3, 2001

Lecturer – Life in the Balance 2001: Defending Death Penalty Cases – National Legal Aid & Defender Association, March 3-6, 2001

Lecturer – Expert of All Sorts seminar – Ohio Association of Criminal Defense Lawyers, May 4, 2001

Lecturer – Famous Medical Mysteries – The Mamonides Society, February 28, 2002

Lecturer – Michigan Funeral Directors – Frankenmuth, Michigan, March 7, 2002

Lecturer – 18th Annual Emergency & Critical Care Conference –        Survival Flight – University of Michigan Flight Nurses, March 8, 2002

Lecturer – National Legal Aid & Defender Association – Kansas City, March 12, 2002

Lecturer – Federal HAT Counsel – New Orleans, April 12, 2002

Lecturer – SANE Nurses – Macomb Community College, May 8, 2002

Lecturer – MESI Class – West Branch, Michigan, May 10, 2002

Lecturer – Bluewaterland Emergency Care Conference – Sarnia, Ontario, Canada, May 31, 2002

Lecturer – 16th International Association of Forensic Science, Montpelier, France, September 2 - 7, 2002

Lecturer – Henry F. Williams Homicide Seminar – Albany, New York, September 22, 2002.

Lecturer – Jahrestagung Deutsche Gesellschaft fur Rechtsmedizin – Ronstock, Germany, September 24 - 25, 2002.

Lecturer – Advocates, Polish American Bar Association – Hamtramck, Michigan, February 13, 2003.

Lecturer – 19th Annual Emergency & Critical Care Conference – University of Michigan Survival Flight, March 21, 2003.

Lecturer - Medical Examiners Investigators Training - Genesee & Lapeer County, Michigan, April 14, 2003.

Lecturer - Evaluation and Reconstruction of Traffic Accidents, Patterned Injuries: Drivers, Passengers and Pedestrian, Indiana State Coroner's Association - Clarksville, Indiana, June 23, 2003.

Lecturer - Accident Reconstruction, Michigan Traffic Accident Investigators, Sterling Heights, Michigan, October 3, 2003.

Lecturer - Forensic Cases: Gunshot wounds, Stab wounds, Blunt Force and Identification of Traffic Crash injuries, Pathology Review Course, Osler - Chicago Lecture, November 2, 2003.

Lecturer - Turning Point's Forensic Nurse Examiner Program, - Macomb County Community College, January 20, 2004.

Lecturer - Funeral Directors Meeting, Frankenmuth, Michigan, March 11, 2004.

Chairman - Annual Seminar 28th year - Wayne State University Continuing Education - Medical Legal Investigation of Death seminar. April 21-23, 2004.

Lecturer - Colonel Henry F. Williams Homicide Seminar - Albany, New York, October 4, 2004.

Lecturer - Medical Examiners Investigators Training - Port Huron, Michigan, October 6, 2004.

Lecturer - Indiana Division of the International Association for Identification - Fort Wayne, Indiana, October 19, 2004

Lecturer - Saint Mary's Emergency Trauma Conference - Saginaw, Michigan, Oct. 22, 2004.

Lecturer - Turning Point's SANE nurses seminar, Macomb County Community College, November 12, 2004.

Lecturer - Survival Flight - 21 Annual Emergency and Critical Care Conference, University of Michigan, March 17, 2005.

Lecturer - Evaluation and Reconstruction of Traffic Accidents, Patterned Injuries: Drivers, Passengers and Pedestrian, Interpretation of injuries - 19th Medicolegal Investigation of Death Seminar, University of West Virginia in Morgantown, West Virginia, April 2, 2005.

Lecturer - Wayne State   Wayne State University Continuing Education - Medicolegal Investigation of Death seminar, Dearborn, Michigan, April 20-22, 2005.

Lecturer - Wisconsin Coroner and Medical Examiner Association, Wisconsin - key note speaker for Medical Examiner and Coroners in significance of Forensic Pathology. June 6-7, 2005

Lecturer - New York State Police HFW Seminar - 18th Annual Colonel Henry F. Williams Homicide Seminar, Albany, New York, September 18, 2005

Lecturer - 11th Annual Investigation for Identification Educational Conference - Patterned Injuries, Tall Tales - Pensacola, Florida, September 30, 2005

Lecturer - Turning Point's SANE nurses seminar, Macomb County Community College,

November 4, 2005

Lecturer - Survival Flight - 22nd Annual Emergency and Critical Care Conference, University of Michigan, March 26, 2006.

Director and Lecturer - Wayne State, Wayne State University Continuing Education - Medicolegal Investigation of Death seminar, Dearborn, Michigan, April 26-28, 2006.

Lecturer - Henry Ford Academy, Introduction to Forensic Investigation, October 30, 2006.

Director and Lecturer - Wayne State   Wayne State University Continuing Education - Medicolegal Investigation of Death seminar, Las Vegas, Nevada, November 29-December 1, 2006.

Lecturer - Survival Flight - 23rd Annual Emergency and Critical Care Conference, University of Michigan, March 22, 2007.

Director and Lecturer - Wayne State, Wayne State University Continuing Education - Medicolegal Investigation of Death seminar, Dearborn, Michigan, April 25-27, 2007.

Lecturer - St. John Hospital, ER Department, September 5, 2007.

Lecturer - XVIII Simposium Internacional De Medicina Legal, Guayaquil, Ecuador, November 13-16, 2007

Director and Lecturer - Wayne State   Wayne State University Continuing Education, Medicolegal Investigation of Death seminar, 2nd annual, Las Vegas, Nevada, December 5, 6 and 7, 2007.

Lecturer - Survival Flight - 24th Annual Emergency and Critical Care Conference, University of Michigan, April 2, 2008.

Director and Lecturer - Wayne State, Wayne State University Continuing Education, Medicolegal Investigation of Death seminar, Dearborn, Michigan, April 23-25, 2008.

Guest Lecturer - XVIV Simposium Internacional De Medicina Legal, Guayaquil Ecuador, December 3, 4 and 5, 2008.

Lecturer - Survival Flight - 25th Annual Emergency and Critical Care Conference, University of Michigan, March 18, 2009.

Guest Lecturer - New York State Association of County Coroners and Medical Examiners, "Murder, Mystery and Mayhem,", Lewiston, New York, March 20-22, 2009.

Director and Lecturer - Wayne State, Wayne State University Continuing Education, 33rd Annual Medicolegal Investigation of Death seminar, Dearborn, Michigan, April 22-24, 2009.

Lecturer - Wayne State University, School of Medicine, Department of Industrial Hygiene, Forensic Issues at the Workplace, October 6, 2009.

Keynote Lecturer - Historical Review of Mortality, University of Michigan Survival Flight, Ann Arbor, Michigan, March 17, 2010

Director and Lecturer - Wayne State, Wayne State University Continuing Education, 34th       Annual Medico 2010.

Guest Lecturer - Michigan EMS Expo, Grand Rapids, Michigan, April 24, 2010.

Guest Lecturer and Chairman of the Pathology Division - VII Congress Latinamerican Association of Medical Law, Santiago, Chile, November 10-12, 2010.

Guest Lecturer - XVIV Simposium Internacional De Medicina Legal, Guayaquil, Ecuador, December 1-3, 2010

Guest Lecturer - Simposium Internacional De Medicina Legal, Guayaquil, Ecuador, November, 2012

Lecturer - Survival Flight - Annual Emergency and Critical Care Conference, University of Michigan, 2011, 2012, 2013

Guest Lecturer - Michigan EMS Expo, Grand Rapids, Michigan, 2011. 2012

Guest Lecturer - Michigan EMS Expo, Detroit, Michigan, 2013


**COURSES TAUGHT FOR WAYNE STATE (1988 to PRESENT)**

Chairman - Annual seminar - Wayne State University Continuing Education - Medical Legal Investigation of Death seminar (Dearborn, Michigan) 2013 is the 37th year.

***Lecture Topics have included***:
Gunshot and Shotgun wounds
Sharp Force Injury and Stab wounds
Traffic Accident Reconstruction; injuries to Drivers, Passengers and Pedestrians, and Motorcyclists
Deaths in Children
Asphyxiation and Hanging
Postmortem changes

Chairman - Annual seminar - Wayne State University Continuing Education - Medical Legal Investigation of Death seminar.   (Las Vegas) 2008 is the 2nd year.

1988   October 5, 12, 19 and 26
November 2, 9, 16, 23, and 30
December 7 and 14
Forensic Pathology course for Pathology Residents

1988   November 4 and 7
Forensic Pathology course for Sophomore Medical Students

1988    November 3
        Forensic Pathology course for Sophomore Medical
        Students

1990    October 26
        Forensic Pathology Course for Sophomore Medical
        Students

1991    October 9
        Forensic Pathology course for Pathology Residents

1991    October 16
        Forensic Pathology course for Pathology Residents

1991    October 23
        Forensic Pathology course for Pathology Residents

1991    October 25
        Forensic Pathology Course for Sophomore Medical
        Students

1992    October 23
        Forensic Pathology Course for Sophomore Medical
        Students

1993    March 31
        Forensic Anthropology

1994    April 21
        Forensic Anthropology

2009    October 6
        Department of Industrial Hygiene, Forensic Issues at the Workplace

2012    October - November
        Forensic Pathology course for Pathology Residents

2013    June - December
        Forensic Pathology course for Pathology Residents
        June 14        Fire
        Aug 9          Gunshot wounds
        Sept 13        Stab wounds - Cutting and Sharp Force injury
        Oct 4          Blunt trauma
        Nov 1          Drowning & Traffic
        Nov 22         Asphyxia
        Dec 6          Head injuries

dk:curriculumv.wpd

# WERNER U. SPITZ, M.D., FCAP

### *Forensic Pathology and Toxicology*

23001 Greater Mack
St. Clair Shores, Michigan   48080-1996

•••

Phone:   (586) 776-2060   •   Fax:   (586) 776-8722

**Diane L. Lucke, B.S.**                                                                                    **Email:**
                                                                                                    **wuspitz@aol.com**
**Administrative Assistant**

## Trial and deposition testimony:

**January 16, 2009 - Deposition**

Madeline Murphy

**January 20, 2009 - Deposition**

Bray

**January 28, 2009 - Deposition**

Benevides
Chicago, Illinois

**February 8 and 9, 2009 - Trial Testimony**

People of the State of California v Phillip Spector
Superior Court of the State of California
California, Los Angeles

**February 11, 2009 - Deposition**

People of the State of Florida v. Juntanan

**February 23, 2009 - Trial Testimony**

Shirley Nagel, Individually and as Representative of the Estate of Joel Don Casey v City of Houston,
Harold Hurtt, Raymond Herrera, Harris County, Texas, Jack Abercia, J.C. Mosier, G. Young, D. Gehring,
D. Thomas, J. Cavitt, C. Roig and H. Cunningham
District Court of Harris County, Texas
Houston, Texas
Case No: 2007-08301

**February 25, 2009 - Trial Testimony**

People of the State of Michigan v Tucker
35th District Court
Plymouth, Michigan

**February 27, 2009 - Deposition**

Troy Pirolozzi, Administrator of the Estae of Shawn C. Pirolozzi, Sr., v Officer Eric Stanbro, Officer William
Guthrie, Officer Jerry Fuelling, Officer Shawn Overdorf, City of Canton
U.S. District Court, Northern District of Ohio, Eastern Division
Cleveland, Ohio
Case No: 5:07-798

**March 5, 2009 - Deposition**

Eskridge
Illinois

**March 5, 2009 - Trial Testimony**

People of the State of Illinois v Matuszewski
Chicago, Illinois

**March 23, 2009 - Deposition**

Deborah Harrison, Personal Representative for the Estate of Charles Kevin Jones v Macomb County;
Correctional Medical Services Inc., a foreign corporation, Jeannene Goodwin, RN; Julie Munro, RN, Tracy
Kirk, RN; MedStar Inc., a Michigan Corporation; D. Swisher; and EMT hengehold
Circuit Court for the County of Macomb
Mt. Clemens, Michigan
Case No: 08-2085 NH

**March 24, 2009 - Deposition**

Russell Barnett, Surviving Spouse of Sabrina Barnett, deceased v St. Francis Health System, Inc. d/b/a
St. Francis Hospital and St. Francis Hospital at Broken Arrow; Patient Care Services of St. Francis, Inc.
d/b/a St. Francis Hospital at Broken Arrow; St. Francis Hospital Inc., Nathan G. Reusser, DO, Brian K.
Hall, MD; Brian K. Hall, MD, Inc.; and Eastern Oklahoma Center for Women, Inc.
District Court of Tulsa County, State of Oklahoma
Oklahoma
Case No: CJ 2007-6149

**April 2, 2009 - Deposition**

Erin Shenkowsky

**April 6, 2009 - Deposition**

Suzanne Valarie, as Personal Representative for the Estate of Anthony McManus, deceased v H. Tim
Ansell, Robert Carlson, Antonio Cerroni, Clara Chosa, Jeremy Coppler, Donald Deforge, William Delene,
James Dingeldey, Darlene Edlund, Douglas Etelamaki, Fernando Frontera, MD, Gloria Hill, Robert
Hockings, Michael Holmgren, Kathleen Hornick, Nancy Hulkoff, Carrie Hyrkas, Diane Johnson, Richard
Johnson, Betty Kotila, James Lachance, Christine Lafave, Thomas Latendresse, Dan Lesatz, William
Leutzow, Timothy Luoma, Michael Marinich, Gary Marquaradt, Shawn Minerick, Anne Morin, Dawn
Mullen, Michael Pellow, John Perry, Thomas Recker, Robert Reynolds, Glenn Richards, Terri Smith,
William Sterbenz, Robert Warr, Sandra Whaley, Paul Wiese, PhD and Cathy Williams
United States District Court, Western District of Michigan
Michigan
Case No: 2:07-CV-5

**April 13 and 14, 2009 - Trial Testimony**

Gretchan R. Young, individually and as Successor in Interest to the Estate of Johnny Fitzgerald Young v
Robert J. Hernandez, Richard Ramirez, Eduardo Cortez, Michael Hammond, Edwin Fontan, Robert
Craid, Edward Wamil, Abraham Sanchez, Jose Rodriguez, and Does 1 through 50, inclusive
US District Court, Southern District of California
San Diego, California
Case No: 05 CV 2375 W (CAB)

**April 16, 2009 - Deposition**

People of the State of Ohio v Jennifer King

**April 28, 2009 - Deposition**

Mattie Johnson

**April 30, 2009 - Trial Testimony**

The People of the State of Illinois v Reinaldo Ayala
Circuit Court of Cook County
Chicago, Illinois
Case No: 07CR-21335

**May 4, 2009 - Deposition**

Donna L. Plunkett, Special Administrator of the Estate of Jeffrey R. Holappa, deceased v Centegra Health System, an Illinois corporation, Memorial Meidcal Center Woodstock, a Illinois not-for-profit corporation, Stanley Smith Security, Inc., d/b/a Initial Security, a Texas corporation, Penny L. Hazan, James Turuc, Paul Neveitt and James Surma
Circuit Court of Cook County, Chicago, Illinois, Case No: 04 L 3381
22nd Judicial Circuit Court, McHenry County, Illinois, Case No: 05 LA 11

**May 7, 2009 - Deposition**

Olstyne

**May 11, 2009 - Trial Testimony**

Troy Pirolozzi, Administrator of the Estae of Shawn C. Pirolozzi, Sr., v Officer Eric Stanbro, Officer William Guthrie, Officer Jerry Fuelling, Officer Shawn Overdorf, City of Canton
U.S. District Court, Northern District of Ohio, Eastern Division
Cleveland, Ohio
Case No: 5:07-798

**May 13 and 14, 2009 - Trial Testimony**

Penny Plass, an individual, for herself and on behalf of the Estate of Dorothy Glass; Timothy Glass, an individual, Ruth Michael, an individual; and Elizabeth Miller, an individual v Steven L. Evans, P.L.C., an Arizona professional corporation; Steven L. Evans, an individual, Jane Doe Evans, an individual; John and Jane Does I-X and ABC Entities I-X
Superior Court of the State of Arizona in and for the County of Maricopa
Phoenix, Arizona
Case No: CV 2006-019533

**May 19, 2009 - Trial Testimony**

People of the State of Ohio v Thomas Ray
Cleveland, Ohio

**May 22, 2009 - Deposition**

Suzanne F. Dixon and James Dixon v Charles T. Lucas, M.D., Charles T. Lucas, M.D., P.A. Tenet South Carolina Inc., d/b/a Hilton Head Regional Medical Center
State of South Carolina in the Court of Common Pleas County of Beaufort
Case No: 07- CP-07-01538 and 01540

**May 27, 2009 - Deposition**

Helen Wathan, James F. Wathan, and as surviving heirs of James Wathan, Jr., deceased v Merced

County Sheriff, Mark N. Pazin, Merced County Deputy Sheriff William Blake, Deputy John McKnight and Deputy Russ Sharrock and Does 6-100
U.S. District Court, Eastern District of California
Fresno, California
Case No: 1:05-CV-01609

**June 3, 2009 - Trial Testimony**

Helen Wathan, James F. Wathan, and as surviving heirs of James Wathan, Jr., deceased v Merced County Sheriff, Mark N. Pazin, Merced County Deputy Sheriff William Blake, Deputy John McKnight and Deputy Russ Sharrock and Does 6-100
U.S. District Court, Eastern District of California
Fresno, California
Case No: 1:05-CV-01609

**June 15, 2009 - Deposition**

Lawrence Floer, as Personal Representative of the Estate of Emilee Louise Floer, deceased v Michael Jonathan Bulger, individually and Timberwood Golf Club
Circuit Court for the County of Macomb
Mt. Clemens, Michigan
Case No: 08-2432 NI

**June 23 and 24, 2009 - Trial Testimony**

Arliss L. Hiler, as Personal Representative of the Estate of David Paul Florey, deceased v Mid Michigan Regional Medical Center-Midland
Circuit Court for the County of Midland
Midland, Michigan
Case No: 08-3046-NH-L

**June 25 and 26, 2009 - Trial Testimony**

Karan Palmatier, PR of the Estate of James Palmatier, deceased v Bell Warehousing & Manufacturing Services, Inc., Universal Production Farms, Inc., John Lee, Ragland, and BBK, LTD
Michigan, Flint
Circuit Court for the County of Genesse
Case No: 06-85292 NO

**July 1, 2009 - Deposition**

Samantha Green, Individually and as Conservator of the Estate of Addison Elizabeth Green v Brent Simonsson, Robert Pottroff, Kat Tracker Promo's, LLC, Larry McBee, et al
Christian D. Orr v Brent Simonsson, Robert Pottroff, Kat Tracker Promo's, Larry McBee, and John Doe Fabricators, John Doe Joint Ventures
District Court of Douglas County, Kansas, Division One
Kansas
Case No: 2007CV346
Case No: 2007CV365
**July 2, 2009 - Deposition**

Nicole S. Knox v Bahjat Investments, Inc., d/b/a Metro Inn
Circuit Court for the County of Wayne
Detroit, Michigan
Case No: 08-119195 NO

**July 15, 2009 - Trial Testimony**

Ron Korte, Personal Representative of the Estate of Jerome F. Korte v Westborn Flower Market, Inc.
Circuit Court for the County of Wayne
Detroit, Michigan
Case No: 07-732917 NO

**July 20, 2009 - Deposition**

Cheryl Ann Vargo, individually and as Special Administratrix of the Estate of Cory A. Fortin v J&T
Steakhouse, LLC dba The Falls Steakhouse, Christopher Brown, Palm Canyon Resort and Spa, Patricia
Brown, and Does 1 through 150
Superior Court of the State of California for the County of San Diego, East County
California, San Diego
Case No: 37-2008-00062971 CU-PA-EC

**August 10, 2009 - Trial Testimony**

People v Echols - Memphis 3

**August 14, 2009 - Trial Testimony**

People v Maria Lazo
Third District Municipal Court
Rolling Meadows, Illinois
Case No: 07CR10449

**August 18, 2009 - Trial Testimony**

People of the State of Texas v Che K Wan

**August 25, 2009 - Deposition**

Pelch
Michigan

**August 27, 2009 - Deposition**

Melvin Colindres and Alma Colindres, as Personal Representatives of the Estate of Kevin Colindres,
deceased v City of Miami
Florida, Miami
Circuit Court of the11th Judicial Circuit in and for Miami-Dade County
Case No: 07-13294 CA 03

**August 31, 2009 - Deposition**

Aarion Toney and Marvin Saunders, Co-Administrators of the Estate of Asia Toney, deceased; and
Aarion Toney, Individually; and Marvin Saunders, Individually, v Gierczyk, Inc., Gierczyk Development,
Inc., Gierczyk Constrictors, Inc., Gierczyk Investment & Realty, Inc, Gierczyk Media, LLC and Gierczyk
Mortgage Builders and Rupen Shah
Illinois, Chicago
Cook County Circuit Court
Case No: 06 L 000010

**September 15, 2009 - Trial Testimony**

Garcia v City of Stanislaus
Fresno, California

**September 25, 2009 - Deposition**

Sherill Turner
Michigan

**September 25, 2009 - Deposition**

Warren
Chicago, Illinois

**October 13, 2009 - Testimony**

City of Warren Commission
Warren, Michigan

**October 14, 2009 - Trial Testimony**

Irene Jones, Administrator of the Estate of Terenisha Jones, deceased v Mt Sinai Hospital Medical
Center, Dr. Akiigke, Dr. Thakker, and Mark Kuzycz, MD
Illinois, Chicago
Circuit Court of Cook County, County Department - Law Division
Case No: 05 L 11683

**October 19, 2009 - Deposition**

Mary Elizabeth Prewitt, PR of the Estate of Donna Russell, deceased v Detroit Receiving Hospital and
University Health Center and Ramesh Jasti, MD
Case No: 08-112644 NH
Wayne County Circuit Court
Detroit, Michigan

**October 24, 2009 - Deposition**

Shafaghi v Mercedes Benz
San Francisco, California

**October 27, 2009 - Deposition**

Brett Horn and Jenny Horn v Kansas City Bedding Co., Inc., Babyland & Kids' Rooms, LLC and
Tradewins, LLC
Circuit Court of Clay County Missouri
Kansas City, Missouri
Case No: 09 CY-CV00138

**October 28, 2009 - Trial Testimony**

People of the State of Michigan v Richardson-Powell
Battle Creek, Michigan

**December 15, 2009 - Trial Testimony**

Aarion Toney and Marvin Saunders, Co-Administrators of the Estate of Asia Toney, deceased; and
Aarion Toney, Individually; and Marvin Saunders, Individually, v Gierczyk, Inc., Gierczyk Development,
Inc., Gierczyk Constrictors, Inc., Gierczyk Investment & Realty, Inc, Gierczyk Media, LLC and Gierczyk
Mortgage Builders and Rupen Shah
Illinois, Chicago
Cook County Circuit Court
Case No: 06 L 000010

**December 23, 2009 - Deposition**

Tanya Martin, PR for the Estate of William Parker Martin
Ohio

**January 14, 2010 - Deposition**

Shelley Pasche, as the admiistrator of the Estate of James Pasche, deceased v Bruce A. Clark and Old
Dominion Freight Lines, Inc.
Case No: 08-14860
United States District Court, Eastern District of Michigan, Southern Division
Michigan, Ann Arbor

**January 19, 2010 - Deposition**

Keith Dyer v Donald Blankenship

**January 28, 2010 - Attendance at Trial**

People of the State of Ohio v George Dibble
Cincinnati, Ohio

**January 29, 2010 - Deposition**

Bushong-Hamilton
Michigan

**February 11, 2010 - Trial Testimony**

Kimberly Rickrode v Club Canton, Inc., and William Sturm
Wayne County Circuit Court
Detroit, Michigan
Case No: 08-111922 NO

**February 15, 2010 - Deposition continued**

Darrell Wayne Dyer and Keith Dyer v Donald Blankenship in his capacity as Phelps County Sheriff,
William Scott Jones, City of Doolittle, Greg Curtis and Michael Kirn
Case No: 4:07cv02105TIA
US District Court, Eastern District of Missouri, Eastern Division
St. Louis, Missouri

**February 19, 2010 - Trial Testimony**

Willie Knight,PR of the Estate of Jacqueline Knight, deceased v William Beaumont Hospital and James
M. Robbins, MD
Michigan, Pontiac
Oakland County Circuit Court
Case No: 07-082054 NH

**February 22, 2010 - Deposition continued** ?

Tanya Martin, PR for the Estate of William Parker Martin
Ohio

**March 1, 2010 - Deposition**

Jessie Gibson Eldridge, PR of the Estate of Henry J. Gibson, Sr., deceased v Willie Hubert Manns, Jessie

John-Ray Chisolm, and Concord EMS and assuemd name of Metropolitan Heath Care, Inc.
Case No: 08-019667 NI
Wayne County Circuit Court
Detroit, Michigan

**March 4 and 5, 2010 - Attendance at Daubert Hearing**

Wiegel v Wyoming Highway Patrol
Cheyenne, Wyoming

**April 1, 2010 - Deposition continued**

Tanya Martin, PR for the Estate of William Parker Martin
Ohio

**April 14, 2010 - Deposition**

Alfred Bediako, individually and as PR of the Estate of Jennifer Bediako, a minor deceased v Fernando
Jimenez, M.D., Thomas Sebastian, M.D., Ramon Ramirez, M.D., and Tenet Healthsystems North Shore,
Inc., d/b/a Florida Medical Center
Circuit Court of the 17th Judicial Circuit
Broward County, Florida
Case No: 06-3147(19)

**April 16, 2010 - Deposition**

Kimberly L. Moxie and John W. Hess, Co-Personal Representative of the Estate of John Hess, deceased
v Richard Mark Stober, MD, Mufid Bahnan Al-Najjar, MD and Kingswood Hospital
Oakland County Circuit Court
Michigan, Pontiac
Case No: 08-089352 NH

**April 26, 2010 - Trial Testimony**

Kimberly L. Moxie and John W. Hess, Co-Personal Representative of the Estate of John Hess, deceased
v Richard Mark Stober, MD, Mufid Bahnan Al-Najjar, MD and Kingswood Hospital
Oakland County Circuit Court
Michigan, Pontiac
Case No: 08-089352 NH

**April 28, 2010 - Trial Testimony**

Reva Clayton, PR of the Estate of Virgil Sneed, deceased and Omar Johnson, a minor v Trooper Phillip
E. Duplessis, and Trooper Jonathon Henry
United State District Court, Eastern District of Michigan, Southern Division
Michigan, Ann Arbor
Case No: 01 CV 73636 DT

**April 30, 2010 - Deposition**

Elmer Stephen Wereb and Betty Jean Wereb v County of Maui, et al
Case No: CV 09-00198 JMS LEK
US District Court for the District of Hawaii
Honolulu, Hawaii

**May 4, 2010 - Deposition**

Dewey Patrick, Person Representative of the Esate of Dewey Joseph Patrick, deceased v Capitol

Transport, LLC, Yellow Cab Company, an assumed name for Yanks, Inc., and Spartan Cab Co.
Circuit Court for the County of Ingham
Michigan
Case No: 08-001096 NH C30

**May 10, 2010 - Deposition**

Volkers
Illinois

**May 11, 2010 - Trial Testimony**

People of the State of Ohio v Snyder
Ohio, New Philadelphia

**May 18, 2010 - Deposition**

Pamela Jarmon, PR of the Estate of Stephen Jarmon, deceased v Safeway Transportation, Inc. and Julia Davis Warren
Wayne County Circuit Court
Michigan, Detroit
Case No: 09-001333 NI

**May 24, 2010 - Trial Testimony**

People of the State of Ohio v Widmer
Ohio, Lebanon

**May 26, 2010 - Deposition**

Calvin A. Gousman, Jr. as Special Administrator of the Estate of Karen Gousman, deceased, et al v Rush University d/b/a Rush Presbyterian St. Luke's Medical Center, et al
Case No: 07 L 2906
Cook County Circuit Court
County Departmant Law Division
Chicago, Illinois

**July 7, 2010 - Trial Testimony**

Samantha Green, Individually and as Conservator of the Estate of Addison Elizabeth Green v Brent Simonsson, Robert Pottroff, Kat Tracker Promo's, LLC, Larry McBee, et al
Christian D. Orr v Brent Simonsson, Robert Pottroff, Kat Tracker Promo's, Larry McBee, and John Doe Fabricators, John Doe Joint Ventures
District Court of Douglas County, Kansas, Division One
Kansas
Case No: 2007CV346
Case No: 2007CV365

**August 18, 2010 - Deposition**

Colleen R. Horn, as PR of the Estate of Richard Todd Horn, deceased v Amy Eleanor Stevens, Holiday Inn, individually and GMAC Direct Insurance Company
Circuit Court for the County of Alpena
Michigan, Alpena
Case No: 07-1803 NI

**August 24, 2010 - Deposition**

Brian Servello, as Personal Representative of the Estate of Linda Servello, deceased v Huron Valley Sinai Hospital; and Diana Guerrero Betoncourt, MD
Oakland County Circuit Court
Michigan, Pontiac
Case No: 09-099615 NH

**September 14, 2010 - Deposition**

Valentina Arce, Edward Arce, Doroteo Arce, Jr., as Successors in Interest to Alan Arce v City of Richmond, Police Chief Chris Magnus, Police Officers Patrick Davis and Estaban Barragan and Does 1 through 20
US District Court, Northern District of California
Case No: C09-01168 JCS
California

**October 7, 2010 - Depositon**

Barbara Lynn Salt, PR for the Estate of Alysha Lynn Salt, deceased and
Joseph Bolanowski PR for the estate of Robert M. Bolanowski, deceased and Terrance D.   Hall v Andrew Gillespie, Geraldine Lynn Irvine, The Pixie Inc d/b/a Bennigan's and Quality Dairy Company
Case Nos: 05-60 NS and 05-161 NI
Ingham County Circuit Court
Michigan

**October 14, 2010 - Trial Testimony**

Reva Clayton, PR of the Estate of Virgil Sneed, deceased and Omar Johnson, a minor v Trooper Phillip E. Duplessis, and Trooper Jonathon Henry
United State District Court, Eastern District of Michigan, Southern Division
Michigan, Ann Arbor
Case No: 05-60157

**October 22, 2010 - Deposition**

Remedios Reites

**October 28, 2010 – Deposition**

Scott Urbiha

**November 1, 2010 - Trial Deposition**

Elizabeth Goldner

**November 16, 2010 - Trial Testimony**

United States v Swistowicz

**November 22, 2010 - Trial Testimony**

People v Ploof

**November 23, 2010 - Deposition**

Madrid

**December 16, 2010 - Deposition**

Prenchelle Nelson, PR of the Estate of Prentis Thornton, deceased v Tim Blanchard Fitzpatrick and
Thicks Trucking
Case No: 10-92842
Genesee County Circuit Court
Flint, Michigan

**December 20, 2010 - Trial Testimony**

Remedios Reites

**December 22, 2010 - Deposition**

Jordan v Resurrection Health Care
Case No: 05 L 002720

**March 4, 2011 - Deposition**

Bidwell

**March 16, 2011 - Deposition**

Myrtle Taylor, Administrator for the Estate of June Griffin and Travis Griffin v Norton Hospitals, Inc., d/b/a
Norton Hospital, et al
Case No: 08-CI-007009
Jefferson Circuit Court Division Two
Kentucky, Louisvile

**March 28, 2011 - Deposition**

Harvey Steward

**March 29, 2011 - Deposition**

Mary A. Irby, PR of the Estate of Kesha Irby v Henry Ford Health System, et al
Case No: 10-003317 NH
Wayne County Circuit Court
Detroit, Michigan

**April 7, 2011 - Deposition**

Herndon v Shands
Florida

**April 13, 2011 - Trial Testimony**

Ppl v Gary West
Ohio, Cincinnati

**April 20, 2011 - Deposition**

Donita Valerio v Provena Hospitals d/b/a Provena St. Joseph Hospital, et al
Case No: 08 L 312
Twelfth Judicial Circuit Court, Will County Illinois
Illinois

**April 21, 2011 - Deposition**

Kassab

**April 27, 2011 - Deposition**

Araceli Gutierrez, Mother and Administrator of the Estate of Jasmine Gutierrez, deceased v Children's
Memorial Hospital, Pediatric Faculty Foundation, et al
Case No: 06-L-008142
Cook County Circuit Court, County Department, Law Division
Illinois, Chicago

**April 28, 2011 - Trial Testimony**

Ppl v DeAngelis

**May 16, 2011 - Trial Testimony**

Ppl v Sanders

**May 23, 2011 - Deposition**

Clay

**June 7, 2011 - Trial Testimony**

People v. Gregory Nicholas Mozariwskyj
Case No: 11-001073
Michigan, Shelby Township

**June 18, 2011 - Trial Testimony**

Ppl v Casey Anthony
Florida, Orlando

**June 29, 2011 - Deposition**

Kathleen Riley, PR of the Estate of Kristopher Riley, deceased v Foot Hospital and Dr. Susan
Lessner-Boesler
Jackson County Circuit Court
Jackson, Michigan

**July 7, 2011 - Deposition**

Purcell
Michigan

**July 14, 2011 - Trial Testimony**

State of Ohio v Ronald Lewis
Case No: CR 517400
Cleveland, Ohio

**July 18, 2011 - Deposition**

Donna Field, Individually and as Special Administrator of the Estate of Doris Kern, deceased v Provena St. Joseph Medical Center, Will County Medical , the Joliet Medical Group and Allan David Anderson, MD
Twelfth Judicial Circuit Court
Will County Illinois
Illinois

**July 21, 2011 - Trial Testimony**

Volker
Freeport, Illinois

**July 28, 2011 - Deposition**

Trina Goetz v N&D Enterprises, Inc., Ocean Horizon, Inc, Horizon Charter, Summit Divers and Watersports, et al
Case No: 37-2009-00096946CU PO CTL
Superior Court of the State of California
County of San Diego
San Diego, California

**August 3, 2011 - Deposition**

Michael Milkie and Bobbie Milkie, Individually and as PR for the Estate of Alex Milkie, a deceased minor v Susan F. Engert, MD, MPH and Katherine E. Kormanik, MD and the Regents of the University of Michigan dba University of Michigan Health Systems
Case Nos: 09-830 NH & 09-93 MH
Washtenaw County Circuit Court
Ann Arbor, Michigan

**August 3, 2011 - Deposition**

Knight
Chicago, Illinois

**August 29, 2011 - Deposition**

Tera M. Bruner-McMahon, as Administrator of the Estate of Terry Albert Bruner, deceased and Tera M. Bruner-McMahon and Jesse A. Bruner, as Heirs v County of Sedgwick
US District Court for the District of Kansas
Case No: 10-1064 GLR
Wichita, Kansas

**August 31, 2011 - Deposition**

Rhonda Collins, Ind. And as PR for the Estate of Edward Collins, deceased v DMC Hospital Partnership, Huron Valley Sinai Hospital, et al
US District Court for the Eastern District of Michigan, Southern Division
Case No: 2:09-cv-11326
Detroit, Michigan

**September 19, 2011 - Deposition**

Linda Nichols, PR of the Estate of Otto Mark Stutson v James LaFriniere and Universal Macomb Ambulance Service, Inc.
Case No: 2010-109100 NI
6th Judicial Circuit Court
Pontiac, Michigan

**September 20, 2011 - Trial Testimony**

Ppl v George
Mt. Clemens, Michigan

**September 22, 2011 - Deposition**

Cheryl Nykiel, individually and as Administratrix of the Estate of Gregory T. Nykiel, deceased v Leo Rudzki, Thomas Duffy and Chad Mitchell
US District Court for the Western District of Pennsylvania
Case No: 08-813
Pittsburgh, Pennsylvania

**September 23, 2011 - Deposition**

Gorski v Rush
Chicago, Illinois

**September 28, 2011 - Deposition**

Winisky
Michigan

**October 19, 2011 - Trial Testimony**

Michael Milkie and Bobbie Milkie, Individually and as PR for the Estate of Alex Milkie, a deceased minor v Susan F. Engert, MD, MPH and Katherine E. Kormanik, MD and the Regents of the University of Michigan dba University of Michigan Health Systems
Case Nos: 09-830 NH & 09-93 MH
Washtenaw County Circuit Court
Ann Arbor, Michigan

**October 21, 2011 - Trial Testimony (Daubert)**

Kassem
Detroit, Michigan

**November 3, 2011 - Deposition**

Randall Thomas
Michigan

**November 22, 2011 - Deposition**

Wendell Williams
Michigan

**December 2, 2011 - Trial Testimony**

Glaspie
Detroit, Michigan

**December 9, 2011 - Trial Testimony**

Elmer Stephen Wereb and Betty Jean Wereb v County of Maui, et al
Case No: CV 09-00198 JMS LEK
US District Court for the District of Hawaii
Honolulu, Hawaii

**January 12, 2012 - Trial Testimony**

Ppl v Primeau
Cleveland, Ohio

**January 18, 2012 - Deposition**

Alvin J. Carriere, Jr., Ilene Carriere Catoiore and Rosalyn Ann Carriere Hughes, Indiv and on Behalf of the deceased, Frances Carriere Weysham v Kia Motors American, Inc., The City of New Orleans and Robert G. Torres
Civil District Court for the Parish of Orleans
Case No: 2005-3986
New Orleans, Louisiana

**January 20, 2012 - Deposition**

Rachel Prescott, individually and as Guardian Ad Litem for minor plaintiffs AP, CP, RP, TP, YP and MP and Marilyn Prescott v County of Stanislaus, Sheriff Adam Christianson, California Forensic Medical Group, Sgt. Chad Blake, et al
Case No: 1:10-CV-00592-OWW-JLT
US District Court, Eastern District of California
Sacramento, California

**February 23, 2012 - Trial Testimony**

Tera M. Bruner-McMahon, as Administrator of the Estate of Terry Albert Bruner, deceased and Tera M. Bruner-McMahon and Jesse A. Bruner, as Heirs v County of Sedgwick
US District Court for the District of Kansas
Case No: 10-1064 GLR
Wichita, Kansas

**February 24, 2012 - Deposition**

Mills v Quickway
Michigan

**February 27, 2012 - Trial Testimony**

Ppl v Ali
San Mateo, California

**March 5, 2012 - Trial Testimony**

People v Larry Ray Swearingen
Case No: 99-11-06435 CR (6)
Montgomery County, 9th District Court
Conroe, Texas

**March 13, 2012 - Deposition**

Rodriquez
Chicago, Illinois

**March 19, 2012 - Trial Testimony**

Lyons
Wayne County Circuit Court
Detroit, Michigan

**March 28, 2012 - Deposition**

Theresa Beals, PR of the Estate of William T. Beals, deceased v State of Michigan and William J. Harmon
Case No: 11-45-NO
Barry County Circuit Court for the 5th Judicial Circuit
Michigan

**April 2, 2012 - Deposition**

Terra Fay Potter, as PR of the Estate of Izaiah Casillas, deceased v Colette L. Volkema-De Nooyer and
Robert De Nooyer Chevrolet, Inc
Case No: 11-02209 NI
Circuit Court for the County of Ottawa
Grand Haven, Michigan

**April 23-24, 2012 - Testimony - Coroner's Inquest**

Manon
Toronto, Canada

**May 21, 2012 - Deposition**

Hackney
Michigan

**May 23, 2012 - Trial Testimony**

Terra Fay Potter, as PR of the Estate of Izaiah Casillas, deceased v Colette L. Volkema-De Nooyer and
Robert De Nooyer Chevrolet, Inc
Case No: 11-02209 NI
Circuit Court for the County of Ottawa
Grand Haven, Michigan

**May 31, 2012 - Trial Testimony**

Jeffery Robinson v Karel DeGraaf, David Kellam, Jason Crowley, Michael Ducharme, Jeffrey Mailloux,
Edward Parent, Todd Pearce, David Tennent, John Doe and Windsor Police Services Board
Ontario Superior Court of Justice
Citation: Robinson v DeGraaf, 2012 ONSC3678
Court File No: 07-CV-10083CM
Windsor, Canada

**June 12, 2012 - Trial Testimony**

Ppl v Hyttinen
Marquette Circuit Court
Marquette, Michigan

**June 25, 2012 - Deposition**

Santana
Michigan

**July 10, 2012 - Deposition**

Oostdyk
Kalamazoo, Michigan

**July 23, 2012 - Deposition**

Jason Glenn, Sr., and Delisha Glenn for the Estate of Jason Lamont Glenn, Jr., deceased v. Dionne
Dickerson, MD, et al
Wayne County Circuit Court
Case No: 11-015313 NH
Detroit, Michigan

**July 25, 2012 - Deposition**

Private Bank for Freddie Wilson v City of Chicago
Chicago, Illinois

**July 31, 2012 - Deposition**

Estate of Marvin L. Booker, et al v City and County of Denver, et al
USDC for the District of Colorado, Civil Action No. 11-cv-00645-RBJ-KMT
Denver, Colorado

**August 1, 2012 - Trial Testimony**

Oostdyk
Kalamazoo Circuit Court
Kalamazoo, Michigan


**August 9, 2012 - Deposition**

Loarraine Kenny, et al v BNSF Railway Company, et al Consolidated with: Loehr v BNSF Railway
Company, et al
U.S. District Court, Western District of Washington at Tacoma
Case Nos: 2:11-cv-00624-RBL and 2:11-cv-00729-RBL
Tacoma, Washington

**August 13, 2012 - Deposition**

Robert McDonald
Michigan

**August 27, 2012 - Deposition**

Jason Glenn, Sr. and Delisha Glenn as co-Personal Representatives for the Estate of Jason Lamont
Glenn, Jr., deceased v Dionne Dickerson, MD, Stacy Manley, MD, Marcos I. Cordoba, MD, Annalisa
Slater, RN, Tasha Scott, RN, Catherine Pierceall, RN, Physicians for Women and Harper Hutzel Hospital
Case No: 11-015313 NH
Wayne County Circuit Court
Detroit, Michigan

**October 3-5, 2012 - Daubert Hearing and Testimony**

People v Frederick Mueller
Gunnison, Colorado

**October 11, 2012 - Trial Testimony**

People v Bryan Emrath
Case No: 12CR0276
Ohio, Mansfield

**October 12, 2012 - Trial Testimony**

Myrtle Taylor, Administrator for the Estate of June Griffin and Travis Griffin v Norton Hospitals, Inc., d/b/a
Norton Hospital, et al
Case No: 08-CI-007009
Jefferson Circuit Court Division Two
Louisville, Kentucky

**October 22, 2012 - Deposition**

Alan A. May, PR of the Estate of Jesus Winston Gillard, deceased v Township of Bloomfield, Police
Officers of Bloomfield Township, City of Troy, and Troy Police Officers
Case No: 11-14453
U.S. District Court, Eastern District of Michigan, Southern Division
Detroit, Michigan

**October 29, 2012 - Deposition**

Temperance Roberts, individually and on behalf of the Estate of Sandra Lynn Roberts, deceased v Dr.
Daniel Gadzinski, MD and Oakwood Healthcare, Inc., d/b/a Oakwood Heritage Hospital
Case No: 11-010725-NI
Circuit Court for the County of Livingston
Detroit, Michigan

**November 5, 2012 - Deposition**

Lois Jean Green, et al v City of Riverside
Case No: RIC 523816
Superior Court of the State of California
County of Riverside, Riverside Judicial District
Riverside, California

**January 7, 2013 - Deposition**

Pontoni

**January 10, 2013 - Deposition**

Harrington

**January 18, 2013 - Trial Testimony**

People v Simons
Houghton County Circuit Court
Eagle River, Michigan

**January 22, 2013 - Trial Testimony**

People v Kowalski
Howell, Michigan

**January 29, 2013 - Trial Testimony**

People v Frederick Mueller
Gunnison, Colorado

**February 13, 2013**

Angel Dobbins, individually and as PR of the Estate of Mark Dobbins, et al v Providence Alaska Medical Center and Janet I. Smalley, MD
Superior Court for the State of Alaska
Third Judicial District
Anchorage, Alaska

**February 26, 2013 - Deposition**

Dorsey/Mills/Payne v Duke University
North Carolina

**March 11, 2013 - Deposition**

State v Jessical Jenkins regarding Draydon Johnson, Alleged Dependant, Neglected and Abused Child
Allen County
Lima, Ohio

**March 12, 2013 - Deposition**

Bowser

**March 25, 2013 - Deposition**

Milano, Ken
Hodeck

**April 16, 2013 - Trial Testimony**

Temperance Roberts, individually and on behalf of the Estate of Sandra Lynn Roberts, deceased v Dr. Daniel Gadzinski, MD and Oakwood Healthcare, Inc., d/b/a Oakwood Heritage Hospital
Case No: 11-010725-NI
Circuit Court for the County of Livingston
Detroit, Michigan

**April 23, 2013 - Trial Testimony**

**People v Wayne Weinke**
Chicago, Illinois


**May 7, 2013 - Daubert Trial Testimony**

USA v John Charles McCluskey
Case No: CR 10-2734 JCH
United States District Court for the District of New Mexico
Albuquerque, New Mexico

**May 30, 2013 - Deposition**

Salam Rammal and Hayat Bazzi v Charles Nathan Ross and Yolan Inc., d/b/a Johnny Golich's Bar
Case No: 08-017008 NI
Wayne County Circuit Court
Detroit, Michigan

**June 5, 2013 - Deposition**

People v Michel Escoto
Case No: FO5-25794
Miami, Florida

**June 10, 2013 - Deposition**

Juanita Pitts, deceased
Autopsy performed 2011
Michigan

**June 13, 2013 - Trial Testimony**

Ppl v Montes
Illinois, Chicago

**June 19, 2013 - Deposition**

Katie Kindl
Michigan

**June 20, 2013 - Deposition**

Lyons
Michigan

**July 23, 2013 - Trial Testimony**

Purcell/Green
Riverside, California

**August 14, 2013 - Deposition**

Ppl v Michel Escoto
Florida, Miami

**August 23, 2013 - Deposition**

Groulx
Michigan, Bay City

**September 12, 2013 - Deposition**

Adkins
West Virginia

**October 1, 2013 - Trial Testimony**

Groulx
Michigan, Bay City

**November 6-7, 2013 - Trial Testimony**

Kaufman
Washington DC

**November 19, 2013 - Deposition**

Weaver

Michigan

**November 25, 2013 - Deposition continued**

Weaver
Michigan

**December 4, 2013 - Deposition**

Costner
Michigan

**December 5, 2013 - Trial Testimony**

Donna Harrington
Wayne County Circuit Court
Michigan, Detroit

**December 9, 2013 - Trial Testimony**

Ppl. v DeAngeles
Michigan, Detroit

**February 3, 2014 - Deposition**

Abston
California, Fresno

**February 5, 2014 - Deposition**

Storrison
Autopsy 2011

**February 11, 2014 - Deposition**

Earl Brown
California, San Francisco

**February 19-20, 2014 - Trial Testimony**

Abston
California, Fresno

**February 26, 2014 - Trial Testimony**

Ppl v Byron Williams
California, Oakland

**March 6, 2014 - Trial Testimony**

Christopher Aparico
New Mexico, Las Cruces
**Apirl 3, 2014 - Deposition**

Coleman

**April 11, 2014 - Trial Testimony**

Ppl v Michel Escoto
Florida, Miami

**April 15, 2014 - Trial Testimony**

Ppl v Amanda Bacon
Ohio, Toledo