**CLAUDIA M. QUINTANA**
City Attorney, SBN 178613
BY: **FRANK A. SPLENDORIO**
Deputy City Attorney, SBN 272601
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, P.O. Box 3068
Vallejo, CA  94590
Tel:     (707) 648-4545
Fax:    (707) 648-4687
E-mail: frank.splendorio@cityofvallejo.net

Attorneys for Defendants (in their individual capacity):  ROBERT NICHELINI, BARRY BOERSMA, RAUL MUNOZ, HERMAN ROBINSON, JOHN CUNNINGHAM and MIKE KOUTNIK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| V.W., a minor, by and through her Guardian Ad Litem, Tenaya Barber, Individually and as a Successor in Interest of Decedent MICHAEL WHITE,<br><br>                    Plaintiffs,<br><br>     vs.<br><br>ROBERT NICHELINI, individually; BARRY BOERSMA, individually; RAUL MUNOZ, individually; HERMAN ROBINSON, individually; JOHN CUNNINGHAM, individually; MIKE KOUTNIK, individually; and DOES 6-25, individually,<br><br>                    Defendants. | Case No. 2:12-cv-01629-MCE-AC<br><br><br>**ASSOCIATION OF COUNSEL** |

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that CLAUDIA M. QUINTANA, City Attorney, attorney of record for Defendants, CITY OF VALLEJO, ROBERT NICHELINI, BARRY BOERSMA, RAUL MUNOZ, HERMAN ROBINSON, JOHN CUNNINGHAM, and MIKE KOUTNIK,

herein, hereby associates FRANK A. SPLENDORIO, Deputy City Attorney, as co-counsel for Defendants.

The office address and telephone number of such associated counsel are as follows:

> **FRANK A. SPLENDORIO**
> Deputy City Attorney, SBN 272601
> **CITY OF VALLEJO**, City Hall
> 555 Santa Clara Street
> Vallejo, CA  94590
> Tel:    (707) 648-4545
> Fax:   (707) 648-4687

I have read the ASSOCIATION OF COUNSEL and consent to the foregoing.

DATED:  January 26, 2016                         CITY OF VALLEJO

/s/ - *Claudia M. Quintana*
CLAUDIA M. QUINTANA
City Attorney
Attorney for Defendants,
CITY OF VALLEJO, ROBERT NICHELINI,
BARRY BOERSMA, RAUL MUNOZ,
HERMAN ROBINSON, JOHN
CUNNINGHAM, and MIKE KOUTNIK

FRANK A. SPLENDORIO, Deputy City Attorney on behalf of City of Vallejo, hereby accepts the above association.

DATED: January 26, 2016                          /s/ - *Frank A. Splendorio*
FRANK A. SPLENDORIO
Deputy City Attorney
Attorney for Defendants,
CITY OF VALLEJO, ROBERT NICHELINI,
BARRY BOERSMA, RAUL MUNOZ,
HERMAN ROBINSON, JOHN
CUNNINGHAM, and MIKE KOUTNIK