A. BYRNE CONLEY, ESQ. SBN 112715
SEAN C. CONLEY, ESQ. SBN 130814
GIBBONS & CONLEY
2185 North California Boulevard, Suite 285
Walnut Creek, CA 94596
Telephone: (925) 932-3600  Fax: (925) 932-1623

Attorneys for Defendants BARRY BOERSMA, HERMAN
ROBINSON, JOHN CUNNINGHAM, MIKE KOUTNIK,
RAUL MUNOZ, and ROBERT NICHELINI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| V.W., a minor, by and through her Guardian Ad Litem, Tanaya Barber, Individually and as Successor in Interest of Decedent MICHAEL WHITE,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT NICHELINI, et al.<br><br>Defendants. | CASE NO. 2:12-cv-01629-MCE-AC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' APPLICATION TO EXCEED PAGE LIMITS FOR MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |

1

[PROPOSED] ORDER GRANTING DEFENDANTS' APPLICATION TO EXCEED PAGE LIMITS FOR MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

2:12-cv-01629-MCE-AC

**[PROPOSED] ORDER**

Proof of good cause having been made to the satisfaction of this Court that the application sought for Defendants to exceed the page limits for a memorandum of points and authorities in support of their Motion for Summary Judgment and/or Motion for Partial Summary Judgment should be granted.

IT IS SO ORDERED that the application be, and hereby is, GRANTED, and Defendants may file a memorandum of points and authorities of up to 30 pages.

IT IS SO ORDERED.

DATE: _____          _____

Honorable Morrison England
UNITED STATES DISTRICT JUDGE

Gibbons & Conley
ATTORNEYS AT LAW
1333 N. California Blvd
Suite 110
Walnut Creek, CA  94596
(925) 932-3600
Fax (925) 932-1623

2

[PROPOSED] ORDER GRANTING DEFENDANTS' APPLICATION TO EXCEED PAGE LIMITS FOR MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

2:12-cv-01629-MCE-AC