1   A. BYRNE CONLEY, ESQ. SBN 112715
2   SEAN C. CONLEY, ESQ. SBN 130814
    GIBBONS & CONLEY
3   2185 North California Boulevard, Suite 285
    Walnut Creek, CA 94596
4   Telephone: (925) 932-3600  Fax: (925) 932-1623

5
    Attorneys for Defendants BARRY BOERSMA, HERMAN
6   ROBINSON, JOHN CUNNINGHAM, MIKE KOUTNIK,
    RAUL MUNOZ, and ROBERT NICHELINI

7

8                   UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  V.W., a minor, by and through her Guardian )   CASE NO. 2:12-cv-01629-MCE-AC
12  Ad Litem, Tanaya Barber, Individually and  )
    as Successor in Interest of Decedent       )
13  MICHAEL WHITE,                             )   **DEFENDANTS' APPLICATION TO EXCEED**
                                               )   **PAGE LIMITS FOR MEMORANDUM OF**
14                          Plaintiffs,        )   **POINTS AND AUTHORITIES IN SUPPORT**
                                               )   **OF MOTION FOR SUMMARY JUDGMENT**
15                                             )
            v.                                 )
16                                             )
                                               )
17  ROBERT NICHELINI, et al.                   )
                                               )
18  Defendants.                                )
                                               )
19

20

21

22          Defendants hereby apply for an order allowing Defendants to exceed the page limit for a

23  memorandum of points and authorities in support of the Motion for Summary Judgment and/or

24  Motion for Partial Summary Judgment.

25          Defendants respectfully submit that good cause exists to allow them to exceed the Court's

26  standard twenty (20) page limitation, by ten (10) pages, because the nature of the claims involving

27  both federal constitutional claims and state law claims, by a Plaintiff filing in separate capacities,

28  with distinct causes of action, against multiple Defendants each having some factual distinctions on

Gibbons & Conley
ATTORNEYS AT LAW
1333 N. California Blvd
Suite 110
Walnut Creek, CA  94596
(925) 932-3600
Fax (925) 932-1623

1   some claims and defenses. Given the number of separate claims, parties, differing legal standards,

2   and variations in alleged actions, the combination of issues render it impossible to address the

3   numerous issues involved in this litigation within the page limitation provided by the Court's general

4   order. Based on the foregoing, Defendants submit that good cause exists, and asks that the Court

5   grant this application.

6

7                                              Respectfully submitted,

8                                              GIBBONS & CONLEY

9

10  DATE:  March 17, 2016                      _/s/ Sean Conley_____

11                                              SEAN CONLEY
                                                Attorney for Defendants

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Gibbons & Conley
ATTORNEYS AT LAW
1333 N. California Blvd
Suite 110
Walnut Creek, CA  94596
(925) 932-3600
Fax (925) 932-1623

2

**DEFENDANTS' APPLICATION TO EXCEED PAGE LIMITS**                    2:12-cv-01629-MCE-AC