A. BYRNE CONLEY, ESQ. SBN 112715
SEAN C. CONLEY, ESQ. SBN 130814
GIBBONS & CONLEY
2185 North California Boulevard, Suite 285
Walnut Creek, CA 94596
Telephone: (925) 932-3600  Fax: (925) 932-1623

Attorneys for Defendants BARRY BOERSMA, HERMAN
ROBINSON, JOHN CUNNINGHAM, MIKE KOUTNIK,
RAUL MUNOZ, and ROBERT NICHELINI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| V.W., a minor, by and through her Guardian Ad Litem, Tanaya Barber, Individually and as Successor in Interest of Decedent MICHAEL WHITE,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT NICHELINI, et al.<br><br>Defendants. | CASE NO. 2:12-cv-01629-MCE-AC<br><br>**DECLARATION OF SEAN CONLEY IN SUPPORT OF DEFENDANTS' APPLICATION TO EXCEED PAGE LIMITS FOR MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |

I, Sean Conley, declare as follows:

1. I am an attorney admitted to practice before the United States District Court, Eastern District of California. I am one of the attorneys of record for Defendants in this action.

2. Defendants request permission to file a memorandum of points and authorities in excess of the 20 page limit for summary judgement motions ordered by this Court.

3. The operative complaint in this matter contains five causes of action. There is one plaintiff, who is appearing both individually and as successor in interest. There are six defendants;

five officers present at various times on scene of the incident, and each with distinct actions forming the basis of the alleged liability, and also the former Chief of Police, who did not participate in the incident. The causes of action include federal claims, under various constitutional grounds. There are also several more state law claims, each involving differing elements. Not all Defendants are named under all causes of action. Each cause of action will have to be evaluated separately with respect to each Defendant involved. Defendants expect their motion to address each of these causes of action with respect to at least some of the parties. Defendants have in good faith attempted to address the complicated and numerous issues involved in this litigation within the page limitation provided by the Court's general order. Defendants anticipate needing thirty (30) pages to sufficiently set forth arguments concerning the numerous causes of actions and parties..

4. Accordingly, on behalf of Defendants, I respectfully request leave to exceed the page limitations by the Court's general order.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Respectfully submitted,

GIBBONS & CONLEY

DATE:  March 17, 2016          */s/ Sean Conley*
                                SEAN CONLEY
                                Attorney for Defendants

Gibbons & Conley
ATTORNEYS AT LAW
1333 N. California Blvd
Suite 110
Walnut Creek, CA  94596
(925) 932-3600
Fax (925) 932-1623

2

DECLARATION OF SEAN CONLEY                              2:12-cv-01629-MCE-AC