A. BYRNE CONLEY, ESQ. SBN 112715
SEAN C. CONLEY, ESQ. SBN 130814
GIBBONS & CONLEY
2185 North California Boulevard, Suite 285
Walnut Creek, CA 94596
Telephone: (925) 932-3600  Fax: (925) 932-1623

Attorneys for Defendants BARRY BOERSMA, HERMAN ROBINSON, JOHN CUNNINGHAM, MIKE KOUTNIK, RAUL MUNOZ, and ROBERT NICHELINI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| V.W., a minor, by and through her Guardian Ad Litem, Tanaya Barber, Individually and as Successor in Interest of Decedent MICHAEL WHITE,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT NICHELINI, et al.<br><br>Defendants. | CASE NO. 2:12-cv-01629-MCE-AC<br><br>**DEFENDANTS' APPLICATION TO EXCEED PAGE LIMITS FOR MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |

    Defendants hereby apply for an order allowing Defendants to exceed the page limit for a memorandum of points and authorities in support of the Motion for Summary Judgment and/or Motion for Partial Summary Judgment.

    Defendants respectfully submit that good cause exists to allow them to exceed the Court's standard twenty (20) page limitation, by ten (10) pages, because the nature of the claims involving both federal constitutional claims and state law claims, by a Plaintiff filing in separate capacities, with distinct causes of action, against multiple Defendants each having some factual distinctions on

Gibbons & Conley
ATTORNEYS AT LAW
1333 N. California Blvd
Suite 110
Walnut Creek, CA 94596
(925) 932-3600
Fax (925) 932-1623

some claims and defenses. Given the number of separate claims, parties, differing legal standards, and variations in alleged actions, the combination of issues render it impossible to address the numerous issues involved in this litigation within the page limitation provided by the Court's general order. Based on the foregoing, Defendants submit that good cause exists, and asks that the Court grant this application.

Respectfully submitted,

GIBBONS & CONLEY

DATE:  March 17, 2016                    */s/ Sean Conley*
                                                    SEAN CONLEY
                                                    Attorney for Defendants

Gibbons & Conley
ATTORNEYS AT LAW
1333 N. California Blvd
Suite 110
Walnut Creek, CA  94596
(925) 932-3600
Fax (925) 932-1623

2

**DEFENDANTS' APPLICATION TO EXCEED PAGE LIMITS**          2:12-cv-01629-MCE-AC