CLAUDIA M. QUINTANA
City Attorney, SBN 178613
By: FRANK A. SPLENDORIO
Deputy City Attorney, SBN 272601
CITY OF VALLEJO, City Hall
555 Santa Clara Street, P.O. Box 3068
Vallejo, CA 94590
Telephone: (707) 648-4545  Fax: (707) 648-4687
Email: frank.splendorio@cityofvallejo.net

A. BYRNE CONLEY, ESQ. SBN 112715
SEAN C. CONLEY, ESQ. SBN 130814
GIBBONS & CONLEY
2185 North California Boulevard, Suite 285
Walnut Creek, CA 94596
Telephone: (925) 932-3600  Fax: (925) 932-1623

Attorneys for Defendants BARRY BOERSMA, HERMAN ROBINSON, JOHN CUNNINGHAM, MIKE KOUTNIK, RAUL MUNOZ, and ROBERT NICHELINI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| V.W., a minor, by and through her Guardian Ad Litem, Tanaya Barber, Individually and as Successor in Interest of Decedent MICHAEL WHITE,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT NICHELINI, et al.<br><br>Defendants. | CASE NO. 2:12-cv-01629-MCE-AC<br><br>**NOTICE OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND/OR PARTIAL SUMMARY JUDGMENT**<br><br>Date: May 19, 2016<br>Time: 2:00 p.m.<br>Place: Courtroom 7 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that at the above date, time and location Defendants will move, pursuant to Federal Rules of Civil Procedure, Rule 56, for summary judgment and/or partial summary judgment,

Gibbons & Conley
ATTORNEYS AT LAW
1333 N. California Blvd
Suite 110
Walnut Creek, CA 94596
(925) 932-3600
Fax (925) 932-1623

1

NOTICE OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND/OR PARTIAL SUMMARY JUDGMENT          CASE NO. 2:12-cv-01629-MCE-AC

on the issues identified below.

Defendants seek summary judgment on the grounds that there is no genuine issue of material fact, and that Defendants are entitled to judgment or partial judgment as a matter of law, because the claims are barred by the bankruptcy of the City of Vallejo, and because Defendants, and each of them, acted reasonably and lawfully with respect to the incident involving Decedent Michael White, and for all of the reasons stated in the moving papers.

In particular, Defendants seek the following relief:

1. Summary judgment against Plaintiff in favor of Defendant BARRY BOERSMA.
2. Summary judgment against Plaintiff in favor of Defendant HERMAN ROBINSON.
3. Summary judgment against Plaintiff in favor of Defendant JOHN CUNNINGHAM.
4. Summary judgment against Plaintiff in favor of Defendant MIKE KOUTNIK.
5. Summary judgment against Plaintiff in favor of Defendant RAUL MUNOZ.
6. Summary judgment against Plaintiff in favor of Defendant ROBERT NICHELINI.

In the alternative, Defendants seek partial summary judgment as follows:

7. Partial summary judgment against Plaintiff in her individual capacity on the First Cause of Action based on qualified immunity.
8. Partial summary judgment against Plaintiff in her individual capacity on the Second Cause of Action based on qualified immunity.
9. Partial summary judgment against Plaintiff in her representative capacity on the First Cause of Action based on qualified immunity.
10. Partial summary judgment against Plaintiff in her representative capacity on the Second Cause of Action based on qualified immunity.
11. Partial summary judgment for each and every Defendant on the Third Cause of Action.
12. Partial summary judgment for each and every Defendant on the Fourth Cause of Action.
13. Partial summary judgment for each and every Defendant on the Fifth Cause of Action.

Gibbons & Conley
ATTORNEYS AT LAW
1333 N. California Blvd
Suite 110
Walnut Creek, CA  94596
(925) 932-3600
Fax (925) 932-1623

14. Partial summary judgment for all Defendants on Plaintiff's request for injunctive relief.

15. Partial summary judgment for each and every Defendant on each and every of Plaintiff's claims for punitive damages in her personal or representative capacity.

This motion is based upon this notice, the accompanying Separate Statement of Undisputed Facts, the Memorandum of Points and Authorities, the Declarations and Exhibits attached hereto and served herewith, and all of the pleadings and documents on file with this action.

                                    Respectfully submitted,

                                    GIBBONS & CONLEY

DATE:  March 17, 2016                       */s/ Sean Conley*
                                                    SEAN CONLEY
                                                      Attorney for Defendants

Gibbons & Conley
ATTORNEYS AT LAW
1333 N. California Blvd
Suite 110
Walnut Creek, CA  94596
(925) 932-3600
Fax (925) 932-1623

3

NOTICE OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND/OR PARTIAL SUMMARY JUDGMENT      CASE NO. 2:12-cv-01629-MCE-AC