CLAUDIA M. QUINTANA
City Attorney, SBN 178613
By: FRANK A. SPLENDORIO
Deputy City Attorney, SBN 272601
CITY OF VALLEJO, City Hall
555 Santa Clara Street, P.O. Box 3068
Vallejo, CA 94590
Telephone: (707) 648-4545  Fax: (707) 648-4687
Email: frank.splendorio@cityofvallejo.net

A. BYRNE CONLEY, ESQ. SBN 112715
SEAN C. CONLEY, ESQ. SBN 130814
GIBBONS & CONLEY
2185 North California Boulevard, Suite 285
Walnut Creek, CA 94596
Telephone: (925) 932-3600  Fax: (925) 932-1623

Attorneys for Defendants BARRY BOERSMA, HERMAN ROBINSON, JOHN CUNNINGHAM, MIKE KOUTNIK, RAUL MUNOZ, and ROBERT NICHELINI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| V.W., a minor, by and through her Guardian Ad Litem, Tanaya Barber, Individually and as Successor in Interest of Decedent MICHAEL WHITE,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT NICHELINI, et al.<br><br>Defendants. | CASE NO. 2:12-cv-01629-MCE-AC<br><br>**DECLARATION OF CLAUDIA QUINTANA IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND/OR SUMMARY ADJUDICATION**<br><br>Date:   May 19, 2016<br>Time:  2:00 p.m.<br>Place:  Courtroom 7 |

1

DECLARATION OF CLAUDIA QUINTANA IN SUPPORT OF DEFENDANTS' MOTION FOR     CASE NO. 2:12-cv-01629-MCE-AC
SUMMARY JUDGMENT AND/OR PARTIAL SUMMARY JUDGMENT

I, Claudia Quintana, declare as follows:

1. I am the City Attorney for the City of Vallejo and make the following declaration on behalf of the City of Vallejo under my authority as City Attorney.

2. The above action involves current and former employees of the City of Vallejo. In particular, each of the named Defendants was a member of the Vallejo Police Department on the date of the incident in this action, June 15, 2010.

3. Each of the named Defendants has been provided a defense in the present action, as requested, pursuant to Government Code sections 825 and 995.

4. The City of Vallejo has provided this defense since the inception of this action, and has continued presenting this defense to the present date. The City of Vallejo has made no reservation of rights with respect to its defense of these Defendants. The time for discovery in this action has closed. The City has received no information to date in this action indicating that an actual or specific conflict of interest has arisen between the City of Vallejo or any of these Defendants such that the City would discontinue its provision of a defense for these Defendants.

5. Each of the above named Defendants has cooperated in good faith in the defense of this action.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Dated: 3/23/16

By: _____
CLAUDIA QUINTANA

DECLARATION OF CLAUDIA QUINTANA IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND/OR PARTIAL SUMMARY JUDGMENT     CASE NO. 2:12-cv-01629-MCE-AC