CLAUDIA M. QUINTANA
City Attorney, SBN 178613
By: FRANK A. SPLENDORIO
Deputy City Attorney, SBN 272601
CITY OF VALLEJO, City Hall
555 Santa Clara Street, P.O. Box 3068
Vallejo, CA 94590
Telephone: (707) 648-4545  Fax: (707) 648-4687
Email: frank.splendorio@cityofvallejo.net

A. BYRNE CONLEY, ESQ. SBN 112715
SEAN C. CONLEY, ESQ. SBN 130814
GIBBONS & CONLEY
2185 North California Boulevard, Suite 285
Walnut Creek, CA 94596
Telephone: (925) 932-3600  Fax: (925) 932-1623

Attorneys for Defendants BARRY BOERSMA, HERMAN ROBINSON, JOHN CUNNINGHAM, MIKE KOUTNIK, RAUL MUNOZ, and ROBERT NICHELINI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| V.W., a minor, by and through her Guardian Ad Litem, Tanaya Barber, Individually and as Successor in Interest of Decedent MICHAEL WHITE,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT NICHELINI, et al.<br><br>Defendants. | CASE NO. 2:12-cv-01629-MCE-AC<br><br>**DECLARATION OF THOMAS SCHULTE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND/OR PARTIAL SUMMARY JUDGMENT**<br><br>Date:  May 19, 2016<br>Time:  2:00 p.m.<br>Dept:  Courtroom 7 |

1

DECLARATION OF THOMAS SCHULTE IN SUPPORT OF MOTION FOR        CASE NO. 2:12-cv-01629-MCE-AC
SUMMARY JUDGMENT AND/OR PARTIAL SUMMARY JUDGMENT

1  I, THOMAS SCHULTE, declare as follows:

2  I am a Parole Administrator with the California Department of Corrections & Rehabilitation (CDCR), and have been so employed for __28__ years. I am readily familiar with the records of the Parole Office of the CDCR, and have reviewed the records for Michael White, who was a parolee on June 15, 2010. These records are kept as part of the CDCR's official activities in keeping track of parolees. The CDCR records verify that Mr. White (DOB 1/21/63) was an Active Parolee on June 15, 2010.

Attached hereto as exhibit A is a true and correct copy of CDCR records for Mr. White reflecting the fact that he was on parole on June 15, 2010.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:

By: _____  3/24/16
     THOMAS SCHULTE

2

DECLARATION OF THOMAS SCHULTE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND/OR PARTIAL SUMMARY JUDGMENT     CASE NO. 2:12-cv-01629-MCE-AC

Name: WHITE, MICHAEL T.   *Exhibit A*   CDC #: V96700  PID #: 11158252

PPSS006A

# Parolee Face Sheet

Wednesday March 23, 2016 01:22:05 PM

CDC#: V96700   PID #: 11158252   State: CA   Supv. Level: HS-High Services   Status: Closed Interest
Name: WHITE, MICHAEL T.                                Supv. Type: Parole
Moniker:                          eMail Address:

**Offense Code**                **Description**                    **Controlling**
                                                                    Y

ANT: No         No Alcohol: No                        POC: No       CSRA:

Parole Date: 04/06/2010        DRD: TBD               Pending Warrant:
Revoked Date:                  CDD: TBD               Suspended: 01/20/2009
RRD:                           Discharged:            Reinstated: 01/30/2009
Case Reviewed: No              Date:
Gang Registration: No          Date:
Sex Registration: No           Date:
Arson Registration: No         Date:
Narcotics Registration: No     Date: 05/06/2010
3058.6 PC (Law Enforcement): No   Date:
3058.8 PC (Victim Notification): No   Date:
US INS #:                      Deported:
SSN: 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               CA DL #: C3313165
CII/SID #: A07273484           FBI #: 66473AA6
LA Name:                       LA #:
DOB: 01/21/1963                POB: CA
Sex: Male                      Race: Black
Height: 5' 10"                 Weight: 200 lbs
Hair: Black                    Eyes: Brown

Date Taken: 04/07/2010

**Problem Areas**                          **Other Supervision Cautions**
Narcotic: THC, COCAINE, ECSTACY            CCC
Assault: ADW/GBI,ASSAULT PO
Other: 6TH TERM-CCCMS
Alcohol: ADMITS ALCOHOLIC
Sex: NONE NOTED

**Current Address**                          **Street**                             **Home Phone**
**Start Date/Map**     **Type/Lives With**   **City, State, Zip**                   **Cell Phone/Msg**
                       Conversion            392 SAN MARCUS Drive                   (707)655-3609(Message)
04/28/2010             LINDA FRIEND          VALLEJO, California 94590-7359         (707)645-0396(Home)
                                             38.090731/-122.235293

**Current Job**                                       **Street**
**Start Date**         **Employer/Type**              **City, State, Zip**                  **Phone #**
12/03/2001
Aware? No              UNEMPLOYED

**Current Vehicle**
**Year**     **Make**   **Model**   **Style**   **Class**   **Color**   **State**   **License #**   **Own?**   **Start Date**
None

CDC#: V96700          Office: Vallejo          Agent: Rodriguez (DAPO), YolandaM