CLAUDIA M. QUINTANA
City Attorney, SBN 178613
By: FRANK A. SPLENDORIO
Deputy City Attorney, SBN 272601
CITY OF VALLEJO, City Hall
555 Santa Clara Street, P.O. Box 3068
Vallejo, CA 94590
Telephone: (707) 648-4545  Fax: (707) 648-4687
Email: frank.splendorio@cityofvallejo.net

A. BYRNE CONLEY, ESQ. SBN 112715
SEAN C. CONLEY, ESQ. SBN 130814
GIBBONS & CONLEY
2185 North California Boulevard, Suite 285
Walnut Creek, CA 94596
Telephone: (925) 932-3600  Fax: (925) 932-1623

Attorneys for Defendants BARRY BOERSMA, HERMAN ROBINSON, JOHN CUNNINGHAM, MIKE KOUTNIK, RAUL MUNOZ, and ROBERT NICHELINI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| V.W., a minor, by and through her Guardian Ad Litem, Tanaya Barber, Individually and as Successor in Interest of Decedent MICHAEL WHITE,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT NICHELINI, et al.<br><br>Defendants. | CASE NO. 2:12-cv-01629-MCE-AC<br><br>**DECLARATION OF SEAN CONLEY IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND/OR SUMMARY ADJUDICATION**<br><br>Date:  May 19, 2016<br>Time:  2:00 p.m.<br>Place: Courtroom 7 |

I, Sean Conley, declare as follows:

1. I am an attorney duly licensed to practice before this Court, and one of the attorneys of record for Defendants in this action.
2. Attached hereto as Exhibit A is Plaintiff's Response to Special Interrogatories from Defendant Robinson.
3. Attached hereto as Exhibit B is Plaintiff's Response to Special Interrogatories from Defendant Boersma.
4. Attached hereto as Exhibit C is Plaintiff's Response to Special Interrogatories from Defendant Cunningham.
5. Attached hereto as Exhibit D is Plaintiff's Response to Special Interrogatories from Defendant Munoz.
6. Attached hereto as Exhibit E is Plaintiff's Response to Special Interrogatories from Defendant Koutnik.
7. Attached hereto as Exhibit F is Plaintiff's Response to Special Interrogatories from Defendant Nichelini.
8. Plaintiff has not served supplemental responses to any of these Special Interrogatories.
9. Attached hereto as Exhibit G is a true and correct copy of the transcript of the deposition of Roger Clark taken in this action.
10. Attached hereto as Exhibit H is a true and correct copy of the transcript of the deposition of Dr. Werner Spitz taken in this action.

///
///
///
///
///
///
///

Gibbons & Conley
ATTORNEYS AT LAW
1333 N. California Blvd
Suite 110
Walnut Creek, CA  94596
(925) 932-3600
Fax (925) 932-1623

1  11. Attached hereto as Exhibit I is a true and correct copy of the Solano County Sheriff-Coroner's report received by the City of Vallejo from the Coroner's Office, including the pathologic diagnosis. This document was previously produced to Plaintiff in this action and marked as document number 150-164. The Court is hereby asked to take judicial notice of this document.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

                                        Respectfully submitted,
                                        GIBBONS & CONLEY

DATE:  March 17, 2016                           */s/ Sean Conley*
                                                        SEAN CONLEY
                                                         Attorney for Defendants

Gibbons & Conley
ATTORNEYS AT LAW
1333 N. California Blvd
Suite 110
Walnut Creek, CA 94596
(925) 932-3600
Fax (925) 932-1623

3

DECLARATION OF SEAN CONLEY IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND/OR PARTIAL SUMMARY JUDGMENT    CASE NO. 2:12-cv-01629-MCE-AC