# EXHIBIT A

RECEIVED

JUL - 8 2014

CITY ATTORNEY'S OFFICE
CITY OF VALLEJO

1   John L. Burris, SBN 69888
    Ben Nisenbaum, SBN 222173
2   **LAW OFFICES OF JOHN L. BURRIS**
3   Airport Corporate Centre
    7677 Oakport Street, Suite 1120
4   Oakland, CA 94621
    (510) 839-5200
5   (510) 839-3882 *fax*

6

7   Attorneys for Plaintiff

8

9                   **UNITED STATES DISTRICT COURT**

10                  **EASTERN DISTRICT OF CALIFORNIA**

11

12                                      No.  C12-1629 LLK GGH
    V.W., et al.
13                                      RESPONSE TO DEFENDANT'S
            Plaintiff,                  SPECIAL INTERROGATORIES
14

15  v.
                                        SET ONE
16  CITY OF VALLEJO, et al.,

17          Defendants.

18

19  PROPOUNDING PARTY: Defendant, H. ROBINSON

20  RESPONDING PARTY: Plaintiff, VIVIAN WHITE

21

22  SET NO.: ONE

23                      INTRODUCTION

24          In responding to these Interrogatories, propounding party has been

25  furnished with such information as is presently available to responding party, which may

26  include hearsay and other forms of information, which are neither reliable nor

27  admissible in evidence.  Responding parties reserve all objections relating to

28  inadmissible evidence, reserves the right to introduce at trial evidence which is

            PLAINTIFF'S RESPONSE TO SPECIAL INTERROGATORIES SET ONE

presently unknown to it and/or discovered subsequent to the date of these responses, and reserves the right to amend these responses without motion at any time.

It should be noted that this responding parties has not fully completed its discovery in this action. Therefore, to the extent Plaintiff subsequently obtains that additional information. Plaintiff reserves the right to introduce any such evidence or information at the time of trial.

All of the responses contained herein are based only upon such information and documents which are presently available to and specifically known to the responding parties, and disclose only those contentions which presently occur to such responding parties. It is also anticipated that further discovery, including expert witness discovery, independent investigation by experts, legal research and analysis will supply additional facts, add meaning to known facts, as well as establish entirely new factual conclusions and legal contentions, all of which may lead to substantial additions to, changes in and variations from the answers set forth herein.

The following responses are given without prejudice to responding party's right to produce evidence of any subsequently discovered fact or facts which the responding parties may later recall. Responding parties accordingly reserves the right to change any and all responses herein as additional facts are ascertained, analyses are made, legal research is completed and contentions are made. The responses contained herein are made in a good faith effort to supply as much factual information and as much specification of legal contentions as is presently known but should in no way be to the prejudice of responding party in relating to further discovery, research or analysis.

1    Responding parties object to these Interrogatories to the extent that they

2    exceed the numerical limitations on Interrogatories due to their compound nature.

3

4

5                        INTERROGATORY RESPONSES

6    INTERROGATORY NO 1:

7    Please state any and all facts you possess regarding the alleged misconduct of

8    Defendant H. Robinson on the night of the subject incident.

9    RESPONSE TO INTERROGATORY NO. 1:

10

11   Plaintiff objects that discovery is incomplete, and Defendants' depositions have

12   not been taken yet. Notwithstanding the objection, Plaintiff responds as follows:

13   Based on information and belief, on June 15, 2010, at about 4:24 p.m., the

14   Vallejo Police officers, including ROBINSON were dispatched to the home of a friend of

15

16   Michael White who lived directly across the street from White through a 911 call.

17   ROBINSON and other officers entered the home of the friend, where White was had

18   locked himself in a bathroom.  ROBINSON and other officers made contact with White

19   and tased him while restraining him.  White was subdued during the restraint and

20

21   tasing, which lasted several minutes.  ROBINSON and other officers violated the civil

22   rights of White by use of unreasonable force in restraining and tasing him.  The

23   unreasonable restraints, unreasonable use of force and prolonged exposure to the

24   Taser created a severe health issue for the father of V.W.  Michael White then collapsed

25   during the restraining and tasing.  He ultimately died at Kaiser Hospital in Vallejo as a

26

27   consequence of the violation of his civil rights by use of unreasonable force by

28   ROBINSON and other officers.

INTERROGATORY NO 2:

Please state any and all witnesses with knowledge regarding the alleged

misconduct of Defendant H. ROBINSON the night of the subject manner.

RESPONSE TO INTERROGATORY NO. 2:

Robert Nichelini, Retired Vallejo Police Chief; John Cunningham, Vallejo Police;

Herman Roberson, Vallejo Police; Barry Bergsma, Vallejo Police

Raul Munoz; Vallejo Police; Jim Melville, Vallejo Police; Mike Koutnik, Vallejo Police;

Tenaya Shanise Barber, 348 Bw Williams Drive, Vallejo, CA  94589; Vivian White, 348

Bw Williams Drive, Vallejo, CA 94589; Nick Weiss, Vallejo Police; and Linda Villasenor.

INTERROGATORY NO 3:

Please describe any and all documents you possess regarding the alleged

misconduct of Defendant H. ROBINSON on the night of the subject incident.

RESPONSE TO INTERROGATORY NO. 3:

Vallejo Police Department Police Report; Chronicle News Paper dated June 18,

2010 written by Henry Lee titled "Vallejo Police Use Taser on Man Who Later Dies";

Electronic Village e-news dated June 15, 2010, entitled "Taser Death: Michael White

(Vallejo, CA); Vallejo Police Department Press Release dated June 16, 2-010 pertaining

to the Cause of Death Determined of Michael White; Evidence Property Management

for Case No: 1007024.

Dated: June 25, 2014

_____
Ben Nisenbaum, Esq.

PLAINTIFF'S RESPONSE TO SPECIAL INTERROGATORIES SET ONE

4

RECEIVED

JUL — 8 2014

CITY ATTORNEY'S OFFICE
CITY OF VALLEJO

PROOF OF SERVICE

V.W., successor-in-interest,
v.
CITY OF VALLEJO, et al.,

Case No. : C13-1408 PJH

Select one:

[ X ]  I declare that I am over the age of eighteen (18) years and not a party to this action.
My address is 7677 Oakport Street, Oakland, CA  94621


[X  ]  **U.S. MAIL SERVICE.**  On June 25, 2014, I  served the documents listed
below to by hand delivering a true copy to the address as follows:

Vallejo Office of the Ctiy Attorney
555 Santa Clara Street
Vallejo, CA  94590

I declare under penalty of perjury that the foregoing is true and correct and that this
declaration was executed on June 25, 2014, at Oakland, California.


Maxine Johnson, Paralegal
Law Offices of John L. Burris

Attachments:
Responses to the Special Interrogatories, Set One To V.W. from B. Boenrsma

Responses to the Special Interrgatories, Set One to V.W. from R. Munoz

Responses to the Special Interratories, Set One to V.W. from J.Cunningham

Response to the Special Inteerogatories, Set One to V.W. from H. Robinson