# EXHIBIT I

CORONER'S REPORT                                                  Case#:  2010000563

## OFFICE OF THE CORONER
## COUNTY OF SOLANO STATE OF CALIFORNIA
## Gary R. Stanton, Sheriff-Coroner



06/15/2010
Report Date

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Michael Todd White | | | | | 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 | 01/21/1963 | 47 |
| Name | | | | | SSN | DOB | Age |
| M | Black/African | 5' 07" | 216 | C3313165 | Never Married | Maintenance | |
| Sex | Race | Ht. | Wt. | State/DL# | Social State | Occupation | |

2031 Sacramento St Vallejo, CA 94590
Residence Address

                    CA
Telephone           Place of Birth

975 Sereno Dr  Vallejo
Place of Death

| | | | | | |
|---|---|---|---|---|---|
| 06/15/2010 | 1722 | Accident | | | |
| Date of Death | Time of Death | Manner of Death | | | |
| Home Vallejo | | | | 06/15/2010 | Unknown |
| Place of Injury | | | | Date of Injury | Time of Injury |
| Kevin Bartlett | | Vallejo Police Department | | 06/15/2010 | 1728 |
| Person Reporting | | Agency | | Date Reported | Time Reported |

Case Type: [X] Autopsy/Exam    [ ] Med. Hist.    [ ] Reportable Only    [ ] Indigent    [ ] PA

| | | |
|---|---|---|
| Jamane White | Father | (408) 929-2493 |
| Next of Kin | Relationship | Telephone |

54 Balboa Ave  San Jose, CA 95116
Address

Removal Personnel

Wiggins-Knipp Funeral Home/Vallejo
Funeral Home/Location

Synopsis: This death was reported to the Coroner's Office by Vallejo PD as an in custody death. The decedent became involved in an altercation with his girlfriend and a neighbor outside of 392 San Marcus Dr in Vallejo. Witnesses believed the decedent was high on narcotics and reported him as out of control and wild and said he was spitting and sweating profusely. The decedent began to strangle a female neighbor for no apparent reason. Vallejo PD was called and the decedent went inside of the trailer, 392 San Marcus Dr, and barricaded himself in the bathroom. During the struggle to open the door, the bathroom door came off of the hinges and the police officers began to attempt to control the decedent. One officer deployed a Taser and stuck the decedent in the torso. The decedent was handcuffed and placed face down for approximately 30 seconds. He appeared unresponsive, so he was picked up and carried outside to paramedics. He was placed on a gurney and CPR was initiated. He was transported to Kaiser Vallejo ER where he was pronounced dead at 1722 hours. According to the decedent's girlfriend, he has high blood pressure, but no other medical history. The decedent was sealed in a body bag (#000295) and transported to the Coroner's Office for further examination.

Property       [ ] Released to Family (Date)           [ ] Held by Coroner   [X] None

Autopsy - Regular
Autopsy or Exam              Doctor                    Witness

Retained:    [X] Blood   [X] Urine   [X] Other    Tissue
                                                  Specify

Tox Requested:  [X] Alcohol  [X] Drug   [ ] Other
                                                  Specify

Reporting Officer                                 Approved by

_____  1178                             _____

Jackson Harris, Deputy Sheriff                    Walt Gilliam, Sergeant

**CORONER'S REPORT**  Case #  2010000563

Investigator: Jackson Harris
Decedent: Michael Todd White

Page 2

### Primary Narrative

061510/1728: I was called by Vallejo Police Department Dispatch who wished to report a death. They informed me the 47-year-old decedent, Michael White, was involved in an altercation with his girlfriend. Vallejo PD was called, and when they responded, the decedent may have ingested a large amount of cocaine. The decedent was resistant to the police and during an altercation officers deployed a Taser. Moments later the decedent became unresponsive. He was taken to Kaiser Hospital and pronounced dead. At this time they were not ready for my response, but advised they would call when they were ready.

061510/1955: I received a call from Solano Dispatch informing me that Vallejo PD was now requesting my response.

061510/2000: I called J Morris Removal Service to transport the decedent from the hospital to the Solano County Coroner's Office.

061510/2020: I arrived at Kaiser Hospital, Vallejo in the ER. Present with the decedent were District Attorney Investigator Aaron Dillon and Officer Jim Melville with Vallejo Police Department. Neither of them had yet been briefed as to what had happened.

The decedent was lying on a hospital gurney covered by a sheet. His clothing had been cut away except for his right shoe. He had various medical intervention equipment placed on his body. I also saw two Taser probes on the left side of his upper torso spaced about 10 inches apart. Handcuffs were still attached to his left wrist. I saw some old, healing scars on his right shin and numerous tattoos over much of his body. When I rolled him to check his back, I saw a small mass under the center of upper back. It was about 2 inches in diameter and had a small puncture type hole in the center. Rigor mortis had begun to set in in the decedent's small extremities, slight lividity was present and blanching along his back and legs, and his body was cool to the touch.

I attempted to get the decedent's first drawn blood from the hospital, but they told me they were not able to get enough. He did have a catheter, which I made sure came with the decedent for toxicology analysis.

061510/2045: The decedent was placed into a body bag and sealed with a blue Coroner seal (#000295). The decedent was then transported to the Solano County Coroner's Office by J Morris Removal Service for further examination.

061510/2100: I arrived at Vallejo Police Department and spoke to Sergeant Kevin Bartlett about the incident. Our conversation was brief because he was

Narrative Author

Jackson Harris Deputy Sheriff

Approved by

Walt Gilliam Sergeant

# CORONER'S REPORT

Case # 2010000563

Investigator: Jackson Harris
Decedent: Michael Todd White

Page 3

still overseeing interviews with witnesses and coordinating DA investigators. Sgt Bartlett told me that the decedent had been involved in an altercation with his girlfriend, who I originally was told was his wife. During the altercation, a neighbor intervened and the decedent began to strangle her for 'no apparent reason'. A different neighbor called the police because he was 'wild and out of control' and when they arrived the decedent ran back inside the trailer at 392 San Marcus Drive. Witnesses described seeing the decedent spitting and sweating profusely. They also said he had some white residue, that they described as similar to cracker crumbs, on his lips.

Officers obtained permission to enter the trailer from its owner and they found the decedent in the bathroom. He opened the bathroom door, saw the police and attempted to close it again. The officers grabbed the door and both sides pulled in opposite directions. The force caused the door to be pulled from its hinges. The officers attempted to subdue the decedent, but were having difficulty because of his erratic behavior. A Taser was deployed and struck the decedent in the left upper torso. Moments later the officers were able to handcuff the decedent. They said he was only on his stomach for approximately 30 seconds. He became unresponsive and was picked up and taken outside to be assessed by paramedics. Paramedics began CPR and transported the decedent to Kaiser Hospital ER where he was pronounced dead at 1722 hours by Dr. Matt Frances.

I briefly spoke to the decedent's girlfriend at the police department. She told me that the decedent had high blood pressure but did not know of any other medical history. He had been occasionally staying with her for the past three months. She told me the decedent had a 15-year-old daughter, but did not know any contact numbers or addresses for any family.

061510/2130: I arrived at 392 San Marcus Drive to attempt to locate any information regarding a next-of-kin for the decedent. The decedent apparently did not live there, so he had no personal belongings there, but Crime Scene Investigators gave me his cell phone to look through. I scrolled through his contact list and found two phone numbers of potential relatives. One of the numbers said 'Auntie' and the other said 'Grandma'. I recorded both of the phone numbers and returned the phone to the Crime Scene Investigators.

061510/2245: After coming back to the Coroner's Office, I located the decedent's driver's license return through CLETS. The address was 2301 Sacramento St in Vallejo as of April 10th, 2010. I used Accurint to do a reverse phone number search for the phone numbers provided. One phone number returned to Rachel Daniels at the same address. I also called the Solano County Jail to look for an emergency contact from any recent arrests, because the CLETS return showed active CDC parole for 11350H&S, possession of a

Narrative Author

_____ 1678
Jackson Harris Deputy Sheriff

Approved by

_____
Walt Gilliam Sergeant

CORONER'S REPORT                                    Case #   2010000563
Investigator: Jackson Harris
Decedent: Michael Todd White                                    Page 4

controlled substance. The jail information also returned to Rachel Daniels at 2301 Sacramento St.

061510/2305: I called Deputy Brian Bero and requested he make notification at this address. He told me he spoke to the decedent's aunt, Rachael Daniels, and made positive notification of the death.

061610/1000: The decedent's family came into the Coroner's Office lobby and demanded to see the decedent. Deputy Adrian Garcia told them they would be unable to view the decedent. He chose, rather, to take a picture and show the family. They confirmed that this was the decedent and reluctantly left the Coroner's Office.

061610/1031: An autopsy was performed on the decedent by Forensic Pathologist Dr. Susan Hogan. She did not give an opinion as to a cause of death at this time, pending the results of the decedent's blood toxicology.

Forensic Technician Teresa Cabrera told me she used some of the decedent's urine to perform a presumptive drug test. She said it tested presumptive positive for cocaine.

062110/1715: The decedent was released to Wiggins-Knipp Funeral Home of Vallejo for final disposition.

063010/1115: I received the toxicology results for the decedent from Bill Posey with Central Valley Toxicology. The results stated:

Complete Drug Screen: Cocaine detected. No other common acidic, neutral or basic drugs detected. No blood Ethyl Alcohol detected.

Cocaine = 0.54mg/L
Blood Cocaine Ranges
Effective Level: (0.05-0.3mg/L)
Potentially Toxic: (0.25-5.0mg/L)

Benzoylecgonine = 1.36mg/L
Blood Benzoylecgonine Ranges
Effective Level: Non Active
Potentially Toxic: (1-10mg/L)

I spoke to Dr. Hogan regarding the results of the blood toxicology. We both agreed that before determining a cause of death, it would be best to review a police report from Vallejo PD to be sure we had our facts correct. I then

Narrative Author                              Approved by

_____                     _____
Jackson Harris Deputy Sheriff                 Walt Gilliam Sergeant

**CORONER'S REPORT**

Investigator: Jackson Harris
Decedent: Michael Todd White

Case #   2010000563

Page 5

submitted a faxed request for the Vallejo police report.

070410/1300: I received a copy of the Vallejo police report in the mail. I reviewed it and then submitted it to Dr. Hogan for her review.

071410/1531: I received a copy of the 911 call from Vallejo PD. I reviewed and forwarded it to Dr. Hogan.

072110/1600: I received a cause of death memorandum from Dr. Hogan. She determined the cause of death to be Excited Delirium Syndrome.

Based upon the information obtained during this investigation, I determined the manner of death to be an accident.

Narrative Author

_____
Jackson Harris Deputy Sheriff

Approved by

_____
Walt Gilliam Sergeant