JOHN L. BURRIS, Esq./ State Bar #69888
BENJAMIN NISENBAUM, Esq./ State Bar #222173
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone:     (510) 839-5200
Facsimile:      (510) 839-3882

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| V.W., a minor, by and through her Guardian Ad Litem, Tenaya Barber, Individually and as Successor in Interest of Decedent MICHAEL WHITE,<br><br>Plaintiffs,<br><br>vs.<br><br>ROBERT NICHELINI, et al.,<br><br>Defendants. | Case No. 2:12-CV-1629-MCE-AC<br><br>**DECLARATION OF BENJAMIN NISENBAUM IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date: May 19, 2016<br>Time: 2:00 p.m.<br>Location: Courtroom 7<br><br>Honorable Morrison C. England |

I, Benjamin Nisenbaum, hereby declare:

1. I am one of the attorneys of record for the Plaintiff. This declaration is submitted in support of Plaintiff's Opposition to Defendants' Motions for Summary Judgment, in the above-captioned matter.

2. Attached hereto as Exhibit A is a true and correct copy of the Deposition Testimony of Elizabeth Claros, pertaining to this matter.

3. Attached hereto as Exhibit B is a true and correct copy of the Deposition Testimony of Officer Barry Boersma, pertaining to this matter.

4. Attached hereto as Exhibit C is a true and correct copy of the Deposition Testimony of Sergeant Herman Robinson, pertaining to this matter.

5. Attached hereto as Exhibit D is a true and correct copy of the Deposition Testimony of Officer Raul Munoz, pertaining to this matter

6. Attached hereto as Exhibit E is a true and correct copy of the Deposition Testimony of Officer John Cunningham, pertaining to this matter.

7. Attached hereto as Exhibit F is a true and correct copy of the Deposition Testimony of Officer Michael Keutnik, pertaining to this matter

8. Attached hereto as Exhibit G is a true and correct copy of the Deposition Testimony of Dr. Werner Spitz and his Rule 26 Report, pertaining to this matter.

9. Attached hereto as Exhibit H is a true and correct copy of the Rule 26 Report of Roger Clark, pertaining to this matter

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my personal knowledge, except where stated on information and belief, and to those matters I am informed and believe them to be true. If called as a witness, I would competently testify to those matters stated herein.

Executed April 14, 2016, at Oakland, California.

/s/ Benjamin Nisenbaum
Benjamin Nisenbaum
Attorney for Plaintiff
**V.W.**

Declaration of Benjamin Nisenbaum in Support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment
Case No: 2:12-CV-1629-MCE-AC

2