1
2
3
4
5

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| V.W., a minor, by and through her Guardian Ad Litem, ) <br> Tenaya Barber, Individually and as Successor in ) <br> Interest of Decedent MICHAEL WHITE, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> ROBERT NICHELINI, et al., ) <br> ) <br> Defendants. ) <br> ) | Case No. 2:12-CV-1629-MCE-AC <br><br> **DECLARATION OF BENJAMIN NISENBAUM IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** <br><br> Date: May 19, 2016 <br> Time: 2:00 p.m. <br> Location: Courtroom 7 <br><br> Honorable Morrison C. England |

# EXHIBIT D

DEPOSITION OF OFFICER RAUL MUNOZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

---o0o---

V.W., a minor, by and through        )
her Guardian Ad Litem, Tenaya        )
Barber, Individually and as a        )
Successor in Interest of             )
Decedent MICHAEL WHITE,              )
                                     )
            Plaintiffs,              )
                                     )
     vs.                             ) Case No.:
                                     ) 2:12-CV-01629-LKK-AC
CITY OF VALLEJO, a municipal         )
corporation; ROBERT NICHELINI,       )
in his individual and official       )
capacity as Chief of Police;         )
Officer Does 1-25, individually,     )
jointly and severally,               )
                                     )
                                     ) CERTIFIED COPY
            Defendants.              )
_____)

DEPOSITION OF OFFICER RAUL MUNOZ

WEDNESDAY, AUGUST 27, 2014

REPORTED BY: ANGELICA R. GUTIERREZ, CSR NO. 13292

DEPOSITION OF OFFICER RAUL MUNOZ

1                        I N D E X

2

3    EXAMINATION BY:                              PAGE

4    MR. NISENBAUM                                  6

5

6

7                       ---o0o---

8

9    Appearance Page                                3

10   Exhibit Page                                   4

11   Location                                       5

12   Reporter's Certificate                        90

13   Deponent Signature Page                       91

14   Deponent Signature Waiver                     92

15   Witness Letter                                93

16   Changes and/or Corrections                    94

17   Attorney's Notes                              95

18

19

20

21

22

23

24

25

                                                    2

DEPOSITION OF OFFICER RAUL MUNOZ

```
 1                        APPEARANCES

 2

 3    FOR THE PLAINTIFFS:

 4        LAW OFFICES OF JOHN L. BURRIS
          Airport Corporate Centre
 5        7677 Oakport Street, Suite 1120
          Oakland, California 94621
 6        (510) 839-5200

 7        BY:  BENJAMIN NISENBAUM, ATTORNEY AT LAW

 8

 9    FOR THE DEFENDANTS:

10        VALLEJO CITY ATTORNEY'S OFFICE
          555 Santa Clara Street
11        P.O. Box 3068
          Vallejo, California 94590
12        (707) 648-4545

13        BY:  FURAH Z. FARUQUI, ATTORNEY AT LAW

14

15

16

17

18

19

20

21

22

23

24

25

                                                       3
```

DEPOSITION OF OFFICER RAUL MUNOZ

```
 1              Pursuant to Notice of Taking Deposition and on
 2     Wednesday, August 27, 2014, commencing at the hour of
 3     10:15 a.m., thereof, at the Law Offices of John L. Burris,
 4     7677 Oakport Street, Suite 1120, Oakland, California,
 5     before me, ANGELICA R. GUTIERREZ, CSR No. 13292, a
 6     Certified Shorthand Reporter and Deposition Officer of the
 7     State of California, there personally appeared:
 8
 9                     OFFICER RAUL MUNOZ
10
11     called as a witness by the Plaintiffs, who having been
12     duly sworn by me, to tell the truth, the whole truth and
13     nothing but the truth, testified as hereinafter set forth:
14
15                     ---oOo---
16
17
18
19
20
21
22
23
24
25
                                                          5
```

DEPOSITION OF OFFICER RAUL MUNOZ

1    to have a radio.  And the nature of the call itself

2    kind of got my attention.

3        Q.   Okay.  Now, we listened to the 911 call.  Did

4    you have an understanding from that, that the caller

5    was calling for an ambulance for the guy?

6        A.   I didn't have any awareness of this call at

7    the time.

8        Q.   Now that you've heard it, is that your

9    understanding?

10       A.   Today?

11       Q.   Yeah.

12       A.   What I just heard -- yeah.  It sounds like she

13   wasn't calling for herself.

14       Q.   Right.  She was calling for him?

15       A.   Yes.

16       Q.   And the him would be Michael White, correct?

17       A.   Yes.

18       Q.   Okay.  And now I understand that you didn't

19   have that call?

20       A.   Yes.

21       Q.   You didn't hear that?

22       A.   No.

23       Q.   You were clearing an unrelated call.  You

24   heard a report of a person's radio battery dying.

25   Which officer was that?

                                                        43

DEPOSITION OF OFFICER RAUL MUNOZ

1    neighbor stating that a male subject needed an

2    ambulance.  Something's not right with him.  She said

3    he entered her unit, choked her, and then went back

4    into his unit.  It's going to be at 395 San Marcus for

5    the original victim X and responsible inside of 392.

6    And we're going to have fire and ambulance staged.

7            OFFICER:  Vallejo mobile 6."

8            MR. NISENBAUM:  Q.  Okay.  So I stopped at

9    2:36.  Was that your voice responding?

10       A.    No.

11       Q.    Okay.  Do you know whose voice that was?

12       A.    That was Officer Cunningham.

13       Q.    Okay.  So it's fair to say that from the point

14   when you first had contact with Mr. White, you were

15   aware that there had been a call that he needed an

16   ambulance.  That there was something that was not right

17   with him, correct?

18       A.    You know I actually focused more on the

19   portion about the choking of an elderly female, and him

20   having gone back to his trailer.  I focus more on that.

21   I heard that because I was still at a call.  So I don't

22   know how to explain it.  You don't -- when you hear

23   things and you're paying attention, but you don't hear

24   every single little thing.  Which is why I later on

25   went back to look at the call itself on my computer.

48

DEPOSITION OF OFFICER RAUL MUNOZ

 1   lacks foundation.  You haven't asked him any questions

 2   about any force used at this time.

 3         THE WITNESS:  At that point my focus was

 4   that -- to go to the call because an elderly female had

 5   been choked.  And there were officers going, and I

 6   decided to go and cover them.  I didn't read beyond

 7   that at that point.

 8         MR. NISENBAUM:  Q.  So you disregarded the

 9   information that you got about Mr. White needing an

10   ambulance and that something was not right with him,

11   correct?

12         MS. FARUQUI:  Objection.  That misstates

13   former testimony.  The witness testified that he did

14   not listen to that dispatch call until today, or wasn't

15   aware of that at the time he went to the scene.

16         MR. NISENBAUM:  That totally misstates his

17   testimony actually.  He heard the broadcast report that

18   I just played.

19         MR. NISENBAUM:  Q.  Correct?

20     A.   I heard the broadcast report that you just

21   played.

22     Q.   Right.

23     A.   The day that I heard it I was on an unrelated

24   call, so I was doing more than one thing.  I heard bits

25   and pieces of the call, or didn't -- or if I heard it,

                                                       53

DEPOSITION OF OFFICER RAUL MUNOZ

1    I didn't consciously -- I didn't consciously -- I don't
2    know how to word it.  I wasn't -- I didn't -- I guess I
3    missed that.  I didn't hear that.  I don't recall
4    specifically about him needing an ambulance.
5        Q.   So you didn't process the part about him
6    needing an ambulance into the front of your mind?
7        A.   I did not.
8        Q.   The portion that stuck in my mind that kind of
9    really got my attention was about the elderly female
10   being choked.
11       Q.   Did you have an understanding that the elderly
12   female was calling the ambulance for herself?  In other
13   words -- strike that.
14            Did you come to some, whether rightly,
15   inaccurately, accurately, or however, did you form a
16   belief or opinion that the elderly female was asking
17   for the ambulance for herself?
18       A.   I did not.
19       Q.   Okay.  Did you have an understanding as to how
20   severe her injuries were?
21       A.   I did not.
22       Q.   Did you have an understanding that they were
23   severe?
24       A.   I did not.
25       Q.   Okay.  Did you have an understanding as to

                                                          54

DEPOSITION OF OFFICER RAUL MUNOZ

1        A.    Correct.

2        Q.    And then apparently, according to the document

3   at Exhibit B, you're then summoned over to 392 San

4   Marcus Drive to assist with an arrest?

5        A.    At that point nobody mentioned anything about

6   an arrest.  I was just told to go inside the residence

7   that the -- Sergeant Robinson and Officer Cunningham

8   were inside the residence with a subject.

9        Q.    Okay.  Would you have an understanding that

10   the subject was going to be arrested?

11        A.    At that point I did not.

12        Q.    Okay.  So what happened?  Did you go inside?

13        A.    I did.

14        Q.    Okay.  And can you describe the trailer for

15   me?

16        A.    Sure.  It was where -- the area I walked in

17   from, which would have been the side door of the

18   carport area.  It's a mobile -- mobile estate.  I don't

19   know how many bedrooms.  I only know the one bedroom

20   that I saw.  But I -- when you walk in from the carport

21   area, you immediately enter into a kitchen.  And my

22   recollection was off to the -- my left side would be

23   the living room, but I never went into it.  And then

24   off to the right leads you into like a hallway.  And

25   it's a straight hallway, and there are a few doors on

                                                         58

DEPOSITION OF OFFICER RAUL MUNOZ

1    what happened next?

2       A.   At that point when I got into the bedroom,

3    Officer Cunningham and Sergeant Robinson were already

4    in the room.  Sergeant -- I'm sorry, Officer

5    Cunningham, or I'll just call him John, if that's okay.

6    Officer Cunningham --

7       Q.   You can call him Cunningham.

8       A.   All right.  Officer Cunningham.

9       Q.   There's too many people named John.

10      A.   Okay.  Cunningham told us that he was in the

11   bathroom.  And there was already -- I could already

12   hear him, and I'll say White, Mr. White.  Mr. White was

13   already in the bathroom.  I could hear him mumbling.

14   Loudly mumbling.  I didn't know what he was saying.

15      Q.   So and, of course, you doesn't know his name,

16   correct?

17      A.   I did not.

18      Q.   So you refer to him as Mr. White, that's based

19   on information you got after the fact?

20      A.   Correct.

21      Q.   You didn't know his criminal history?

22      A.   I didn't know anything about it.

23      Q.   Okay.  You didn't know if he was on parole,

24   correct?

25      A.   I did not know.

                                                        60

DEPOSITION OF OFFICER RAUL MUNOZ

1       Q.    Had anyone told you that there were any

2    weapons in the residence?

3       A.    I had no awareness of that, no.

4       Q.    Had anyone told you whether they had inquired

5    about any weapons in the residence?

6       A.    No.

7       Q.    And what about whether or not Mr. White was

8    armed in any way?

9       A.    No.

10      Q.    No information?

11      A.    I had no information.

12      Q.    And no inquiry?

13      A.    No inquiry.

14      Q.    Okay.  So you were told he was in the bathroom

15   and you could hear him mumbling?

16      A.    Yes.

17      Q.    What was he mumbling, if you could tell?

18      A.    I don't know what he was saying.

19      Q.    Incoherent?

20      A.    Yes.

21      Q.    Okay.  And at that point what happened?

22      A.    At that point -- do you want this back?

23      Q.    If you need that to refresh your recollection,

24   just let me know?

25      A.    If I can?

                                                        61

DEPOSITION OF OFFICER RAUL MUNOZ

```
 1    was.  But my question is, if you have any perception --
 2    let me ask it this way.
 3              Did you have any perception that there was
 4    some other way out of the bathroom, other than the
 5    doorway where you were at?
 6        A.    I don't recall thinking that.  You know, I'm
 7    sure I would have -- well, I don't want to guess.
 8        Q.    Okay.  Were you injured at all during this
 9    incident?
10        A.    I was not.
11        Q.    Do you know if any other officer was injured?
12        A.    I do not know.
13        Q.    Okay.  So tell me what happened after you take
14    the taser out?
15        A.    Okay.  At some point I believe my taser comes
16    out once the door has separated.  At that point when
17    he's actively trying to hit us with the door.  You
18    know, we're kind of pushing back and forth.  And at
19    some point, that door ends up getting pushed towards
20    me.  And I'm not sure at which exact moment, but I
21    decided to taser him to see if that -- we would be able
22    to at that point gain compliance to get him in
23    handcuffs.
24        Q.    Okay.  And had you seen any other officer tase
25    him yet?
```

**DEPOSITION OF OFFICER RAUL MUNOZ**

1     A.    No.  I don't think so at that point.

2     Q.    Okay.  Have you seen any officers strike him?

3     A.    No.

4     Q.    All right.  Did you tase him?

5     A.    I did.

6     Q.    And in what mode?

7     A.    I -- it was with the cartridge.

8     Q.    Dart mode?

9     A.    Yes.

10    Q.    Okay.  And how many applications of taser did

11   you apply to Mr. White in totality?

12    A.    In totality I believe four.

13    Q.    Okay.  And were they five seconds each?

14    A.    Yes.

15    Q.    Meaning you pulled the trigger once and you

16   released it each time?

17    A.    Yes.  And there would be pauses.  They weren't

18   continuous.

19    Q.    Right.  There were pauses in between?

20    A.    Correct.

21    Q.    Okay.  Did you ever strike Mr. White

22   physically?

23    A.    I did.

24    Q.    Okay.  How?

25    A.    I punched him with my right hand.

71

DEPOSITION OF OFFICER RAUL MUNOZ

1    one hand.  And then at certain points I would use both

2    hands to try to bring it back.  And after he went limp,

3    I managed to get it far enough back that I could place

4    my knee in between that arm and, I guess, his torso so

5    he couldn't bring it back.

6         Q.   Okay.  As I read your report, it indicates

7    that you actually handcuffed one of his hands?

8         A.   I did.

9         Q.   And this was after the third punch?

10        A.   Correct.

11        Q.   Okay.  It indicates that you called for

12   medical assistance?

13        A.   I did.

14        Q.   And you called for medical assistance,

15   according to this, while Mr. White was still fighting;

16   is that correct?

17        A.   That's not correct.

18        Q.   Okay.  And --

19        A.   I'm sorry, where?

20        Q.   -- let me just read.  I'll read into the

21   record.  This is from Bates stamp ten.  "The suspect

22   again continued to struggle.  Officer Munoz was pulling

23   the suspect -- was pulling the handcuff with both hands

24   and had to use all of his strength to pull it behind

25   his back.  Officer Munoz said the suspect was yelling

73

DEPOSITION OF OFFICER RAUL MUNOZ

```
 1    it's just my times -- the time has passed.
 2        Q.   All right.
 3        A.   I'm just not sure if I -- if that's the
 4    reason.
 5        Q.   Okay.  Mr. White was put in a seated position;
 6    is that correct?
 7        A.   Yes.  After he does go limp --
 8        Q.   Right.
 9        A.   -- we then decide we need to pick him up.
10    Let's move him.  And myself and one of the other
11    officers -- hold on.  I want to say it was Corporal
12    Boersma mostly.  I grabbed him from under his arm, and
13    he assisted me in bringing him up from a prone
14    position.  And he almost ended up like in a seated
15    position, and I had him sit with his back against my
16    knee.
17        Q.   Okay.  And you weren't applying pressure then?
18        A.   No.
19        Q.   He was just resting?
20        A.   Correct.
21        Q.   Okay.
22        A.   And at that point he was completely -- he was
23    completely out or limp.
24        Q.   Okay.  And you checked his pulse?
25        A.   Yeah.  I moved his head up 'cause he had his
```

77

DEPOSITION OF OFFICER RAUL MUNOZ

1    head tilted forward, and I actually moved it back, you

2    know, just to make sure he wasn't obstructed.  And I

3    checked his pulse, and saw that he had a strong pulse.

4    Or he had a pulse.

5        Q.   Why did Officer Cunningham open his airway,

6    grab his jaw and start massaging him?

7        A.   What he did is he just did like a jaw thrust.

8    Just to make sure, you know, when you have an open

9    airway.

10       Q.   It's something you do with a person who

11   appears to be in medical distress, isn't it?

12       A.   Yeah.  At that point -- at that point -- yeah,

13   when he's out, we now know something's going on here.

14   So we, you know, we assumed he's not reacting to us.

15   So it's just a safety thing.  You want to make sure

16   that the person's breathing.

17       Q.   Okay.  Now, you indicate that he began to, I

18   guess, wake up and begin to fight again --

19       A.   Yeah, immediately --

20       Q.   -- while handcuffed?

21       A.   Yeah.  Immediately upon Officer Cunningham

22   doing that, he just started screaming.  And, again,

23   started to actively resist while handcuffed.

24       Q.   Right.  While handcuffed, his hands were

25   behind his back?

                                                    78

1    conversation with him to tell him, you know, we're here

2    to help you or words to that effect.  And he actually

3    checked to make sure he wasn't obstructed; his mouth.

4        Q.   Right.

5        A.   And then during that time he continued to

6    actively -- tried to get up and fight.  And at some

7    point we ended up deciding let's put him back down onto

8    the prone position and, you know, decide to put the

9    hobbles on him.

10       Q.   Okay.  And during this time did you have your

11   hands on his back pushing down?

12       A.   I kept enough pressure on him that he couldn't

13   get up.

14       Q.   With your hand?

15       A.   Yes.

16       Q.   Okay.  I'm just going to read this.  "The

17   officers then" -- I'll read the whole paragraph from

18   Bates stamp ten -- "all of a sudden the suspect began

19   to wake up and began to fight again.  At this point

20   fire fighter paramedics were on the scene.  They were

21   also being kicked at and assaulted.  The officers then

22   put the suspect back onto the ground in a prone

23   position.  Officer Munoz said he placed his knee in the

24   suspect's back in an attempt to keep him pinned down on

25   the ground so that he would not assault anybody."

                   80

**DEPOSITION OF OFFICER RAUL MUNOZ**

1          Does that refresh your recollection that it

2     was your knee that you put on his back?

3          A.   Again, we're talking different times here.  So

4     at what point are you, you know, when the fireman are

5     there.

6          Q.   Right.

7          A.   Okay.  'Cause I thought initially before the

8     fireman got there?  See there's --

9          Q.   Initially before the fireman got there, you

10    were holding him down with your hands?

11         A.   Yeah.  There's different -- correct.  There's

12    different times.

13         Q.   Later when he reawoke -- when he reawoke and

14    the firefighters got there?

15         A.   Yes.

16         Q.   And the paramedics got there, you put him in a

17    prone position.  Did you do it with your hands or with

18    your knee?

19         A.   I believe that time was my knee, and I think

20    that's about the time we were going to hobble him.

21         Q.   Okay.  What's your weight?

22         A.   190 -- well, at the time then it was 191.

23         Q.   And what's it now?

24         A.   Unfortunately over 200.

25         Q.   And what's your height?

81

DEPOSITION OF OFFICER RAUL MUNOZ

1  carry one so I never --

2       Q.   A RIP hobble.  To your knowledge, the R-I-P,

3  is that a brand name?

4       A.   I don't know.  I just know it as a hobble.

5       Q.   You've never heard that term, the R-I-P part?

6       A.   No.  Until I read it on the report.

7       Q.   Okay.  All right.  By estimation, how long was

8  your knee in Mr. White's back during the time that the

9  firefighters and the paramedics were there?

10       A.   I don't know.  I'd be guessing.

11       Q.   Best estimation?  You can give me a range?

12       A.   I would say until I believe we got the hobble

13  on him, and I think we did that I don't think more than

14  a minute, maybe less than that.

15       Q.   Okay.  Now, in terms of the hobble, did you

16  help apply the hobble?

17       A.   I did not put it on.

18       Q.   What happened once the hobble was placed on

19  him?

20       A.   Once the hobble was placed on him, we picked

21  him up.  And myself and Officer Keutnik grabbed his

22  arms and Officer Melville grabbed him by the legs, and

23  it was decided to actually carry him out to the gurney

24  outside of the mobile home.  We did that.  We walked

25  and placed him on the gurney.  I'm sorry I actually

83

DEPOSITION OF OFFICER RAUL MUNOZ

1    didn't even place him on the gurney 'cause we go to the

2    door.  It wasn't enough room for the three of us.  So I

3    actually stepped back and Keutnik and Melville took him

4    onto the gurney.

5         Q.    When you say you walked him, you carried him?

6         A.    Yes.

7         Q.    Was he face down?

8         A.    Yes.

9         Q.    What were the last sounds or words that you

10   heard from Mr. White?

11        A.    The same types of mumbling and yelling and,

12   you know, just the screaming.

13        Q.    When?

14        A.    When we picked him up, he was still -- my

15   recollection, he was still, you know, making those

16   noises up until the doorway.

17        Q.    Okay.  And after the doorway, he was no longer

18   making those noises to your recollection?

19        A.    I don't know 'cause I didn't go to the gurney

20   at that point.  At that point I believe I stayed at the

21   door.  Other officers were there.  I started talking to

22   other officers.

23        Q.    Okay.  And when you last saw Mr. White, where

24   was he?

25        A.    At the doorway.  That's probably the last.

84

DEPOSITION OF OFFICER RAUL MUNOZ

```
1    STATE OF CALIFORNIA      )
                              ) ss
2    COUNTY OF CONTRA COSTA   )

3

4            I hereby certify that the witness, OFFICER RAUL
     MUNOZ, in the foregoing deposition appeared before me,
5    Angelica Gutierrez, a Certified Shorthand Reporter and
     disinterested person.
6
             Said witness was then and there at the time and
7    place previously stated, by me placed under oath to tell
     the truth, the whole truth and nothing but the truth in
8    the testimony given on the date of the within deposition;
     that the deposition is a true record of the witness'
9    testimony as reported by me.

10           The testimony of the witness and all questions
     and remarks requested by Counsel were reported under my
11   direction and control, caused to be transcribed into
     typewritten form by means of computer-aided transcription.
12
             I am a Certified Shorthand Reporter licensed by
13   the State of California, and I further certify that I am
     not interested in the outcome of the said action, nor
14   connected with, nor related to any of the parties in said
     action, nor to their respective counsel.  I am not of
15   counsel or attorney for either or any of the parties to
     the case named in the within caption.
16
             IN WITNESS WHEREOF, I subscribe my name this 3rd
17   day of September, 2014.

18   ___/s/Angelica R. Gutierrez_____
     ANGELICA R. GUTIERREZ
19   CERTIFIED SHORTHAND REPORTER
     California License Number 13292
20

21

22

23

24

25
                                                          90
```