UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| V.W., a minor, by and through her Guardian Ad Litem, Tenaya Barber, Individually and as Successor in Interest of Decedent MICHAEL WHITE,<br><br>Plaintiffs,<br><br>vs.<br><br>ROBERT NICHELINI, et al.,<br><br>Defendants. | Case No. 2:12-CV-1629-MCE-AC<br><br>**DECLARATION OF BENJAMIN NISENBAUM IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date: May 19, 2016<br>Time: 2:00 p.m.<br>Location: Courtroom 7<br><br>Honorable Morrison C. England |

# EXHIBIT F

Declaration of Benjamin Nisenbaum in Support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment
Case No: 2:12-CV-1629-MCE-AC

1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

---o0o---

| | |
|---|---|
| V.W., a minor, by and through her Guardian Ad Litem, Tenaya Barber, Individually and as a Successor in Interest of Decedent MICHAEL WHITE,<br><br>        Plaintiffs,<br><br>   vs.<br><br>CITY OF VALLEJO, a municipal corporation; ROBERT NICHELINI, in his individual and official capacity as Chief of Police; Officer Does 1-25, individually, jointly and severally,<br><br>        Defendants. | Case No.:<br>2:12-CV-01629-LKK-AC<br><br><br><br><br><br><br><br>CERTIFIED COPY |

DEPOSITION OF OFFICER MICHAEL KEUTNIK

WEDNESDAY, AUGUST 27, 2014

REPORTED BY: ANGELICA R. GUTIERREZ, CSR NO. 13292

```
 1                          I N D E X
 2
 3    EXAMINATION BY:                                  PAGE
 4    MR. NISENBAUM                                       6
 5
 6
 7                          ---o0o---
 8
 9    Appearance Page                                     3
10    Exhibit Page                                        4
11    Location                                            5
12    Reporter's Certificate                             38
13    Deponent Signature Page                            39
14    Deponent Signature Waiver                          40
15    Witness Letter                                     41
16    Changes and/or Corrections                         42
17    Attorney's Notes                                   43
18
19
20                          --o0o--
21
22
23
24
25
                                                          2
```

DEPOSITION OF OFFICER MICHAEL KEUTNIK

```
 1                      APPEARANCES
 2
 3    FOR THE PLAINTIFFS:
 4        LAW OFFICES OF JOHN L. BURRIS
          Airport Corporate Centre
 5        7677 Oakport Street, Suite 1120
          Oakland, California 94621
 6        (510) 839-5200
 7        BY:  BENJAMIN NISENBAUM, ATTORNEY AT LAW
 8
 9    FOR THE DEFENDANTS:
10        VALLEJO CITY ATTORNEY'S OFFICE
          555 Santa Clara Street
11        P.O. Box 3068
          Vallejo, California 94590
12        (707) 648-4545
13        BY:  FURAH Z. FARUQUI, ATTORNEY AT LAW
14
15
16
17
18
19
20
21
22
23
24
25
                                                      3
```

DEPOSITION OF OFFICER MICHAEL KEUTNIK

```
 1          Pursuant to Notice of Taking Deposition and on
 2     Wednesday, August 27, 2014, commencing at the hour of 1:09
 3     p.m., thereof, at the Law Offices of John L. Burris, 7677
 4     Oakport Street, Suite 1120, Oakland, California, before
 5     me, ANGELICA R. GUTIERREZ, CSR No. 13292, a Certified
 6     Shorthand Reporter and Deposition Officer of the State of
 7     California, there personally appeared:
 8
 9                    OFFICER MICHAEL KEUTNIK
10
11     called as a witness by the Plaintiffs, who having been
12     duly sworn by me, to tell the truth, the whole truth and
13     nothing but the truth, testified as hereinafter set forth:
14
15                           ---oOo---
16
17
18
19
20
21
22
23
24
25
                                                                    5
```

1  of medical distress?
2      A.  I'm sorry, can you repeat that?  I'm not quite
3  sure -- I know the training of the carotid, but...
4      Q.  Well, I'll ask it a different way.
5      A.  Okay.
6      Q.  Do you have an understanding based upon your
7  training and your experience that the application of a
8  carotid restraint to a person who is in medical
9  distress already can cause -- can aggravate the
10 person's medical distress?
11     A.  Yes.  Somebody that's in some kind of medical
12 or having a medical issue we're not supposed to use the
13 carotid restraint.
14     Q.  And how about the taser, are you supposed to
15 use the taser on someone who's having medical issues?
16     A.  If we know they are having a medical issue, I
17 don't believe so, but I don't know 100 percent.
18     Q.  Now, you didn't use the taser on Mr. White,
19 did you?
20     A.  No.
21     Q.  And you didn't strike him?
22     A.  No.
23     Q.  You didn't -- all you did really was carry
24 him; is that correct?
25     A.  I -- well, I helped hold his legs down so they

22

```
 1   could apply the RIP hobble to him and then carry him
 2   out.
 3       Q.  RIP hobble.  I see it in the record as R-I-P
 4   in capitals.  I'm wondering what that stands for.  Is
 5   it an acronym or what?
 6       A.  You know, to be honest with you, I don't know
 7   what it stands for.  I just know that's what they call
 8   it.
 9       Q.  Okay.
10       A.  I think it's because the old one, it was like
11   a rope through a hook and this one is more of a -- it's
12   got a clasp on it that it's got a release button so you
13   can -- basically you can rip it.  You don't have to
14   thread it through anything then pull it together.  It's
15   already got a loop in it and you just pull it which
16   cinches it down and then it's got a release button,
17   when you got to take it off, you just push down and it
18   releases it.
19       Q.  When you arrived at the location of where the
20   incident was occurring, did you have any discussion
21   with any officers?
22       A.  When I first got there?
23       Q.  Yeah.
24       A.  I didn't have any real discussions with them.
25   Officer Melville was standing at the door and said that
```

23

DEPOSITION OF OFFICER MICHAEL KEUTNIK

```
 1      Q.   And his hands were cuffed behind his back?
 2      A.   Yes.
 3      Q.   Did you see any officers applying weight on
 4  his back?
 5      A.   Not on his back.
 6      Q.   Where were they applying weight?
 7      A.   They were just trying to basically hold down
 8  his arms.
 9      Q.   Okay.  And what happened after you initially
10  saw him?
11      A.   He was kicking.  A firefighter was trying to
12  hold his legs.  Mr. White kicked him.  Then Officer
13  Melville tried to hold his legs down and he kicked him,
14  basically kicked and knocked him away.
15      Q.   Right.
16      A.   At which time I grabbed one leg, Officer
17  Melville came back, grabbed another leg.  And this was
18  all -- I can't remember, somebody asked for a hobble
19  restraint and Melville couldn't -- basically wasn't
20  strong enough to hold the leg.  So I managed to -- I
21  had his left leg, I managed to fold his leg over and
22  then pull his right leg basically in a figure four
23  pinning the one leg down so they can apply the hobble
24  restraint to his ankles.
25      Q.   Okay.  Did Mr. White appear to be mentally
```

26

DEPOSITION OF OFFICER MICHAEL KEUTNIK

1  thought that he had a weapon?
2      A.   No.
3      Q.   Okay.  Did any officer ever tell you that he
4  had threatened them with a weapon?
5      A.   No.
6      Q.   Okay.  And so how did you try to get him to
7  the gurney?
8      A.   Officer Melville grabbed his legs and I
9  grabbed one arm and I believe it was Officer Munoz
10 grabbed the other arm.  We then picked him up, we got
11 him out of the room, but once we got to the hallway, it
12 was too narrow for us to fit down the hallway like
13 that.  So I had to actually -- if it was Officer Munoz,
14 whoever the other officer was had to let go of his arm.
15 And then I actually had both arms and I believe I went
16 out -- I was walking backwards.  Got him out and then
17 the gurney was right there and we carried him over and
18 laid him on the gurney and I put him on his right side.
19     Q.   Was he still fighting during the time that you
20 were carrying him down the hallway?
21     A.   Yes -- well, he was struggling.
22     Q.   How was he struggling?
23     A.   He was just moving around, trying to pull his
24 arms away from me.  Moving his legs around.
25     Q.   Did he ever speak any English words?

30

DEPOSITION OF OFFICER MICHAEL KEUTNIK

```
 1    STATE OF CALIFORNIA     )
                              ) ss
 2    COUNTY OF CONTRA COSTA  )

 3

 4          I hereby certify that the witness, OFFICER
      MICHAEL KEUTNIK, in the foregoing deposition appeared
 5    before me, Angelica Gutierrez, a Certified Shorthand
      Reporter and disinterested person.
 6
            Said witness was then and there at the time and
 7    place previously stated, by me placed under oath to tell
      the truth, the whole truth and nothing but the truth in
 8    the testimony given on the date of the within deposition;
      that the deposition is a true record of the witness'
 9    testimony as reported by me.

10          The testimony of the witness and all questions
      and remarks requested by Counsel were reported under my
11    direction and control, caused to be transcribed into
      typewritten form by means of computer-aided transcription.
12
            I am a Certified Shorthand Reporter licensed by
13    the State of California, and I further certify that I am
      not interested in the outcome of the said action, nor
14    connected with, nor related to any of the parties in said
      action, nor to their respective counsel.  I am not of
15    counsel or attorney for either or any of the parties to
      the case named in the within caption.
16
            IN WITNESS WHEREOF, I subscribe my name this 3rd
17    day of September, 2014.

18    _/s/Angelica R. Gutierrez_____
      ANGELICA R. GUTIERREZ
19    CERTIFIED SHORTHAND REPORTER
      California License Number 13292
20

21

22

23

24

25
                                                              38
```

BARBARA J. BUTLER & ASSOCIATES-Certified Court Reporters
1659 Scott Blvd., Suite 15, Santa Clara, CA 95050 - (510) 83-BUTLER (28853) or (408) 248-BUTLER (2885)