CLAUDIA M. QUINTANA
City Attorney, SBN 178613
By: FRANK A. SPLENDORIO
Deputy City Attorney, SBN 272601
CITY OF VALLEJO, City Hall
555 Santa Clara Street, P.O. Box 3068
Vallejo, CA 94590
Telephone: (707) 648-4545  Fax: (707) 648-4687
Email: frank.splendorio@cityofvallejo.net

A. BYRNE CONLEY, ESQ. SBN 112715
SEAN C. CONLEY, ESQ. SBN 130814
GIBBONS & CONLEY
2185 North California Boulevard, Suite 285
Walnut Creek, CA 94596
Telephone: (925) 932-3600  Fax: (925) 932-1623

Attorneys for Defendants BARRY BOERSMA, HERMAN ROBINSON, JOHN CUNNINGHAM, MIKE KOUTNIK, RAUL MUNOZ, and ROBERT NICHELINI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| V.W., a minor, by and through her Guardian Ad Litem, Tanaya Barber, Individually and as Successor in Interest of Decedent MICHAEL WHITE,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT NICHELINI, et al.<br><br>Defendants. | CASE NO. 2:12-cv-01629-MCE-AC<br><br>**STIPULATION AND PROPOSED ORDER POSTPONING BRIEFING SCHEDULE** |

Plaintiff V.W. is represented by Benjamin Nisenbaum of the Law Offices of John L. Burris in this action. Defendants are represented by Sean Conley of the Law Offices of Gibbons & Conley in this action.

Defendants filed a motion for summary judgment or summary adjudication of issues in this matter. See Docket Nos. 64-75. Plaintiff filed opposition papers and Defendants filed reply papers.

Gibbons & Conley
ATTORNEYS AT LAW
1333 N. California Blvd
Suite 110
Walnut Creek, CA 94596
(925) 932-3600
Fax (925) 932-1623

See Docket Nos. 76-80.

By minute order on May 16, 2016, the Court took this motion under submission without oral argument. See Docket No. 81. To date, the Court has not issued an order on this motion.

The final pretrial conference is scheduled for July 28, 2016, with a jury trial scheduled for September 19, 2016. See Docket No. 50. Pretrial statements and associated papers are due beginning July 7, 2016.

The pending motion for summary judgment or summary adjudication of issues could substantially affect the final pretrial conference issues in this case. The parties, through their attorneys of record, request that the Court postpone the current briefing schedule and other pending deadlines and hearings until the Court issues its order on the summary judgment motion.

IT IS HEREBY STIPULATED:

Dated: June 30, 2016                    LAW OFFICES OF JOHN L. BURRIS

By: */s/ Benjamin Nisenbaum*
BENJAMIN NISENBAUM
Attorney for Plaintiff, V.W. a minor, by and through her Guardian Ad Litem, Tanaya Barber, Individually and as Successor in Interest of Decedent MICHAEL WHITE

Dated: June 30, 2016                    GIBBONS & CONLEY

By: */s/ Sean Conley*
SEAN CONLEY
Attorney for Defendants, BARRY BOERSMA, HERMAN ROBINSON, JOHN CUNNINGHAM, MIKE KOUTNIK, RAUL MUNOZ, and ROBERT NICHELINI

IT IS SO ORDERED:

Dated: June 30, 2016                    By: _____
HON. MORRISON C. ENGLAND JR.
Judge of the U.S. District Court
Eastern District of California

Gibbons & Conley
ATTORNEYS AT LAW
1333 N. California Blvd
Suite 110
Walnut Creek, CA  94596
(925) 932-3600
Fax (925) 932-1623

2

STIPULATION AND PROPOSED ORDER POSTPONING BRIEFING SCHEDULE        CASE NO. 2:12-cv-01629-MCE-AC