CLAUDIA M. QUINTANA
City Attorney, SBN 178613
By: FRANK A. SPLENDORIO
Deputy City Attorney, SBN 272601
CITY OF VALLEJO, City Hall
555 Santa Clara Street, P.O. Box 3068
Vallejo, CA 94590
Telephone: (707) 648-4545  Fax: (707) 648-4687
Email: frank.splendorio@cityofvallejo.net

A. BYRNE CONLEY, ESQ. SBN 112715
SEAN C. CONLEY, ESQ. SBN 130814
GIBBONS & CONLEY
2185 North California Boulevard, Suite 285
Walnut Creek, CA 94596
Telephone: (925) 932-3600  Fax: (925) 932-1623

Attorneys for Defendants BARRY BOERSMA, HERMAN ROBINSON, JOHN CUNNINGHAM, MIKE KOUTNIK, RAUL MUNOZ, and ROBERT NICHELINI

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| V.W., a minor, by and through her Guardian Ad Litem, Tanaya Barber, Individually and as Successor in Interest of Decedent MICHAEL WHITE,<br><br>              Plaintiffs,<br><br>     v.<br><br>ROBERT NICHELINI, et al.<br><br>Defendants. | CASE NO. 2:12-cv-01629-MCE-AC<br><br>**PROPOSED ORDER POSTPONING BRIEFING SCHEDULE** |

Gibbons & Conley
ATTORNEYS AT LAW
1333 N. California Blvd
Suite 110
Walnut Creek, CA  94596
(925) 932-3600
Fax (925) 932-1623

1

PROPOSED ORDER POSTPONING BRIEFING SCHEDULE                    CASE NO. 2:12-cv-01629-MCE-AC

1  Pursuant to the stipulation of the parties, and good cause appearing, the final pretrial
2  conference scheduled for July 28, 2016, and all associated filings, as well as the trial date, scheduled
3  for September 19, 2016, are hereby taken off calendar pending further order by the court.

IT IS SO ORDERED:

Dated: July 1, 2016

By: _____
HON. MORRISON C. ENGLAND JR.
Judge of the U.S. District Court
Eastern District of California

Gibbons & Conley
ATTORNEYS AT LAW
1333 N. California Blvd
Suite 110
Walnut Creek, CA  94596
(925) 932-3600
Fax (925) 932-1623

2

PROPOSED ORDER POSTPONING BRIEFING SCHEDULE              CASE NO. 2:12-cv-01629-MCE-AC