1  A. BYRNE CONLEY, ESQ. SBN 112715
2  SEAN C. CONLEY, ESQ. SBN 130814
   GIBBONS & CONLEY
3  Hookston Square
   3480 Buskirk Ave. Suite 200
4  Pleasant Hill, CA 94523
   Telephone: (925) 932-3600  Fax: (925) 932-1623
5

6  Attorneys for Defendants BARRY BOERSMA, HERMAN
   ROBINSON, JOHN CUNNINGHAM, MIKE KOUTNIK,
7  RAUL MUNOZ, and ROBERT NICHELINI

8

9                  UNITED STATES DISTRICT COURT

10                 EASTERN DISTRICT OF CALIFORNIA

11

12 | V.W., a minor, by and through her Guardian | ) | CASE NO. 2:12-cv-01629-MCE-AC |
   | Ad Litem, Tanaya Barber, Individually and | ) | |
13 | as Successor in Interest of Decedent | ) | |
   | MICHAEL WHITE, | ) | **CHANGE OF ADDRESS** |
14 | | ) | |
   | Plaintiffs, | ) | |
15 | | ) | |
   | v. | ) | |
16 | | ) | |
   | ROBERT NICHELINI, et al. | ) | |
17 | | ) | |
   | Defendants. | ) | |
18 | | ) | |
19

20 TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

21        PLEASE TAKE NOTICE that GIBBONS & CONLEY has changed its address for service

22 of notices and documents in the above-captioned action. The new address of the firm is as follows:

23

24                        GIBBONS & CONLEY
                           Hookston Square
25                     3480 Buskirk Ave. Suite 200
                        Pleasant Hill, CA 94523
26

27        The telephone and fax numbers for the firm remain the same.

28

                                    1
**CHANGE OF ADDRESS**                                    2:12-cv-01629-MCE-AC

1  Please amend your service list accordingly.

2

3                                        Respectfully submitted,

4                                        GIBBONS & CONLEY

5

6  DATE: August 09, 2016               */s/ Sean Conley*
                                         SEAN CONLEY
7                                        Attorney for Defendants