1  A. BYRNE CONLEY, ESQ. SBN 112715
2  SEAN C. CONLEY, ESQ. SBN 130814
   GIBBONS & CONLEY
3  Hookston Square
   3480 Buskirk Ave. Suite 200
4  Pleasant Hill, CA 94523
   Telephone: (925) 932-3600  Fax: (925) 932-1623
5

6  Attorneys for Defendants BARRY BOERSMA, HERMAN
   ROBINSON, JOHN CUNNINGHAM, MIKE KOUTNIK,
7  RAUL MUNOZ, and ROBERT NICHELINI

8

9                    UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11

12  V.W., a minor, by and through her Guardian ) CASE NO. 2:12-cv-01629-MCE-AC
    Ad Litem, Tanaya Barber, Individually and  )
13  as Successor in Interest of Decedent        )
    MICHAEL WHITE,                              ) **STIPULATION FOR REMOVAL OF**
14                                              ) **GUARDIAN AD LITEM AND FOR**
                                                ) **DISMISSAL**
15                    Plaintiffs,               )
                                                )
16         v.                                   )
                                                )
17  ROBERT NICHELINI, et al.                    )
                                                )
18  Defendants.                                 )
                                                )
19  _____   )

20

21

22

23

24

25

26

27

28

                                   1

STIPULATION FOR DISMISSAL                              2:12-cv-01629-MCE-AC

1       IT IS HEREBY STIPULATED by and between the parties to this action through their

2   designated counsel as follows:

3   1.    Plaintiff  Vivian White, designated V.W. previously in this action, is no longer a minor, and

4   is no longer in need of a guardian ad litem, and hereby requests that her guardian ad litem be

5   dismissed and that Vivian White be substituted in as plaintiff on her own behalf, and;

6   2.    the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP

7   41(a)(1)(A)(ii), all parties to bear their own costs and attorneys' fees, pursuant to the terms of the

8   settlement reached in this action.

9

10

11   Dated:    June 8, 2017               LAW OFFICES OF JOHN L. BURRIS

12

13                            By: */s/Benjamin Nisenbaum*

14                                BENJAMIN NISENBAUM, Esq.
                             Attorney for PLAINTIFF

15

16

17   Dated:    June 8, 2017               GIBBONS & CONLEY

18

19                            By: */s/Sean Conley*

20                                SEAN CONLEY, Esq.
                             Attorney for Defendants, BARRY BOERSMA,

21                                HERMAN ROBINSON, JOHN
                             CUNNINGHAM, MIKE KOUTNIK, RAUL

22                                MUNOZ, and ROBERT NICHELINI

23

24

25

26

27

28

STIPULATION FOR DISMISSAL                        2:12-cv-01629-MCE-AC