UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIVIAN WHITE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT NICHELINI, et al.,<br><br>　　　　　Defendants. | No. 2:12-cv-01629-MCE-AC<br><br>**ORDER OF DISMISSAL** |

　　　In accordance with the parties' joint stipulation (ECF No. 89), and good cause appearing, this case is hereby dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties to bear their own costs and attorneys' fees.

　　　This matter now being concluded in its entirety, the Clerk of Court is directed to close the file.

　　　IT IS SO ORDERED.

Dated: September 29, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1